## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## IN AND FOR MONROE COUNTY, FLORIDA
## CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company and
others                                                    CASE NO.: CA-K-17-588

     Plaintiffs,                                        JUDGE: BONNIE J. HELMS

v.

MONROE COUNTY, a political subdivision
   of the State of Florida
_____/

### SECOND AMENDED COMPLAINT

Plaintiffs, by and through undersigned counsel, state the following for their complaint against Defendant, Monroe County, a political subdivision of the State of Florida:

1.     This is an action for declaratory judgment pursuant to Chapter 86, Florida Statutes, for injunctive relief, and for relief under 42 U.S.C. § 1983.

2.     On Stock Island, Key West, Monroe County, Florida, there is a planned community known as Coral Hammock, a Vacation Home Development ("The Hammock")

3.     Plaintiff CORAL HAMMOCK, LLC is a Florida Limited Liability Company that owns real property commonly known as 48 and 43 Coral Way, Stock Island, Florida, in The Hammock.

**EXHIBIT
"A"**

4.      Plaintiffs ROBERT & TERESA JABOUR are the real owners of the real property commonly known as 1 Coral Way, Stock Island, Florida, in The Hammock. Robert and Teresa are residents of Key West, Florida.

5.      Plaintiff LACHLAN, LLC is a Florida Limited Liability Company that that owns real property commonly known as 3 Coral Way, Stock Island, Florida, in The Hammock.

6.      Plaintiff ROBERT CLARK is the real owner of the real property commonly known as 4 Coral Way, Stock Island, Florida, in The Hammock.  Robert is a resident of Damascus, Maryland.

7.      Plaintiffs RONALD and RODNEY TUFO are the real owners of the real property commonly known as 8 Coral Way, Stock Island, Florida, in The Hammock. Ronald and Rodney are residents of Key West, Florida.

8.      Plaintiffs BROCK and JODI LINDSEY are the real owners of the real property commonly known as 9 Coral Way, Stock Island, Florida, in The Hammock. Brock and Jodi are residents of Morgantown, West Virginia.

9.      Plaintiff SILVERKING RENTAL PROPERTIES, LLC is a Florida Limited Liability Company that owns real property commonly known as 10 Coral Way, Stock Island, Florida, in The Hammock.

10.      Plaintiffs BRIDGET and DOUGLAS PIERCE are the real owners of the real property commonly known as 13 Coral Way, Stock Island, Florida, in The Hammock. Bridget and Douglas are residents of Key West, Florida.

11.  Plaintiff JRJ PROPERTY INVESTMENTS, LLC is a Florida Limited Liability Company that owns real property commonly known as 15 Coral Way, Stock Island, Florida, in The Hammock.

12.  Plaintiffs DUANE AND CAROLINE BOREN are the real owners of the real property commonly known as 18 Coral Way, Stock Island, Florida, in The Hammock. Duane and Caroline are residents of Jupiter, Florida

13.  Plaintiff ROBERT E. QUINN is the real owner of the real property the commonly known as 19 Coral Way, Stock Island, Florida, in The Hammock.  Robert is a resident of Manasquan, New Jersey.

14.  Plaintiff BURRUSS INVESTMENTS, LLC is a Maryland Limited Liability Company that owns real property commonly known as 25 Coral Way, Stock Island, Florida, in The Hammock.

15.  Plaintiff ROBERT JABOUR REV TRUST is the real owner of the real property commonly known as 26 Coral Way, Stock Island, Florida, in The Hammock.

16.  Plaintiff JUDY A. TOMITA is the real owner of the real property the commonly known as 33 Coral Way, Stock Island, Florida, in The Hammock.  Judy is a resident of Key West, Florida.

17.  Plaintiffs JOSPEH S. DEY III and NICHOLAS COLONESE are the real owners of the real property commonly known as 34 and 36 Coral Way, Stock Island, Florida, in The Hammock.   Joseph and Nicholas are residents of Woodbridge, Connecticut.

18.     Plaintiff VINTNER RESERVE, LLC is a West Virginia Limited Liability Company that owns real property commonly known as 40 Coral Way, Stock Island, Florida, in The Hammock.

19.     Plaintiff ROY A. SVENNINGSEN is the real owner of the real property commonly known as 41 Coral Way, Stock Island, Florida, in The Hammock.  Roy is a resident of Key West, Florida.

20.     Plaintiff G&G CORAL HAMMOCK, LLC is a Florida Limited Liability Company that owns real property commonly known as 46 Coral Way, Stock Island, Florida, in The Hammock.

21.     Plaintiff LAKEWOOD ENTERPRISES, INC is a Florida Limited Liability Company that Plaintiff owns real property commonly known as 32 Coral Way, Stock Island, Florida, in The Hammock.

22.     Plaintiffs SCOTT and SARA CLAFFERTY are the real owners of the real property commonly known as 21 Coral Way, Stock Island, Florida, in The Hammock.  Scott and Sara are residents of Key West, Florida.

23.      Plaintiffs JOHN and KAY BEHMKE are the real owners of the real commonly known as 22 Coral Way, Stock Island, Florida, in the Hammock.  John and Kay are residents of Key West, Florida.

24.      30 CORAL WAY, LLC is a Florida Limited Liability Company that owns real property commonly known as 30 Coral Way, Stock Island, Florida, in The Hammock.

25.    Defendant Monroe County is a political subdivision of the State of Florida. The County is responsible for adopting, administering, and enforcing land development regulations for real property within Monroe County, Florida.

## JURISDICTION AND VENUE

26.    This Court has jurisdiction pursuant to Fla. Stat. 26.012 and 86.011 to declare rights, statuses, and other legal and equitable relations between the parties.

27.    Venue is appropriate in Monroe County pursuant to Fla. Stat. 47.011, as the cause of action and facts giving rise to this complaint occurred in Monroe County, the real property that is the subject of this litigation is located in Monroe County, and Defendant maintains its headquarters and principal place of business in Monroe County.

## FACTUAL BACKGROUND

28.    The Hammock is a planned vacation home community on Stock Island in Monroe County, Florida. The Hammock is a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences within The Hammock.

29.    The Hammock is located wholly within a zoning district designated as Mixed-Use pursuant to Monroe County zoning laws.

30.    Plaintiffs own attached and detached units in The Hammock ("Owned Units"). The attached units are those units that do not have open yards on all sides of the dwellings (the "Attached Units").

31.    Fla. Stat. 509.242(1)(c) defines "vacation rental" as "any unit or group of units in a condominium or cooperative or any individually or collectively owned

single-family, two-family, three-family, or four-family house or dwelling unit that is also a transient public lodging establishment."

32.     Fla. Stat. 509.013(4)(a) defines "transient public lodging establishment" as "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests."

33.     The Owned Units are "vacation rentals" as that term is defined in Fla. Stat. 509.242(1)(c).

**Florida law preempts local prohibitions on vacation rentals**

34.     In 2011, the Florida Legislature preempted local prohibitions against vacation rentals, with the exception only of prohibitions that were adopted on or before June 1, 2011.

35.     13. Fla. Stat. 509.032(7)(b) states:

> A local law, ordinance, or regulation may not prohibit vacation rentals or regulate the duration or frequency of rental of vacation rentals. This paragraph does not apply to any local law, ordinance, or regulation adopted on or before June 1, 2011.

36.     Vacation rentals also come within the definition of "public lodging establishments" under Florida law. A "public lodging establishment" includes a "transient public lodging establishment," which means "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less than

30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests." Fla. Stat. 509.013(4)(a).

37.     The "regulation of public lodging establishments . . . is preempted to the state," pursuant to Fla. Stat. 509.032(7)(a).

**Defendant has long permitted vacation rentals of attached dwelling units.**

38.     No local law, ordinance, or regulation of Monroe County adopted on or before June 1, 2011 prohibited vacation rentals, as that term is used or contemplated under the Monroe County Code.

39.     In fact, for many years prior to and after June 1, 2011, Defendant interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners of attached dwelling units in Mixed-Use districts like The Hammock to use their homes as vacation rentals.

40.     For instance, Monroe County's form titled "Request for a Special Vacation Rental Permit," dated 02/2009 (attached as "Exhibit 1"), states that unit owners or their agents are

> required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under the Monroe County Code." "Vacation rental means an **attached or detached dwelling unit** that is rented, leased or assigned for tenancies of less than 28 days duration.

(emphasis added).

41.     Page 2 of the same form states expressly that vacation rentals of attached dwelling units are allowed in Mixed Use districts:

> Vacation rental use of **any detached and attached dwelling** units that are not deed restricted as affordable housing, employee housing or

7

commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential – Limited (SR-L), Improved Subdivision – Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), **Mixed Use (MU)** & Maritime Industries (M1).

(emphasis added).

42.     Defendant disseminated Exhibit 1 to the public.

43.     Property owners, including Plaintiff, relied on Defendant's representation as to the permissibility of vacation rentals of attached dwelling units to plan their affairs and decide whether to purchase property in Monroe County.

**Defendant interpreted local law to permit vacation rentals for the Oceanside Development.**

44.     In 2006, a developer, Kings Pointe Marina, LLC ("Kings Pointe"), applied for a major conditional use amendment for property located in south Stock Island, Key West, Monroe County, Florida, which came to be known as the "Oceanside Development."

45.     The Oceanside Development is located in a Mixed Use district.

46.     The major conditional use amendment applied for by Kings Pointe would, among other things, allow for the construction of 32 new, attached units for vacation rental use.

47.     At a regular scheduled meeting held on April 11, 2007, the Monroe County Planning Commission approved Kings Pointe's application for amendment. A true and accurate copy of the planning commission resolution approving Kings Pointe's application is attached as Exhibit 2.

48.    A major conditional use amendment cannot change the requirements of the LDC.

49.    The Planning Commission's approval of the 32 attached units for vacation rental use was based on an interpretation of the Monroe County Land Development Code ("LDC") adopted by Aref Joulani, the Senior Director of Planning of Monroe County as of April 11, 2007,

50.    At the April 11, 2007 hearing, Mr. Joulani publically interpreted the LDC as permitting vacation rentals of attached units in Mixed Use districts.

51.    Mr. Joulani's interpretation of the LDC was memorialized in a transcript of the hearing on April 11, 2007, as well as in the planning commission resolution, which explicitly states that "Vacation Rental Use is allowed because it is not specifically prohibited as it is in other provisions of the MU zoning regulations, it can be regulated as part of this conditional use process, and is therefore allowed pursuant to other terms and conditions as set forth in the [LDC] governing vacation rentals."

52.    Kings Pointe did not build 32 new, attached units for vacation rental use.

53.    On December 11, 2013, the Monroe County Board of County Commissions (the "BOCC") approved a development agreement permitting the construction of 78 attached units to be used as vacation rentals in the Oceanside Development. This development agreement was made with a group of developers, which included Summerland Palms Investors, LLC, Coco Palms Developers, LLC, Suncrest Landing, LLC, Singh Investors, LLC, and Oceanside Investors, LLC.

9

54.    On February 26, 2014, the BOCC approved a major conditional use permit allowing the construction of 78 attached units to be used as vacation rentals in the Oceanside Development.

55.    On November 19, 2014, the BOCC, in an amendment to a major conditional use permit, noted that 78 attached units to be used as vacation rentals were being constructed in the Oceanside Development.

56.    On June 10, 2015, the BOCC approved an amendment to a development agreement increasing the number of attached units to be used as vacation rentals in the Oceanside Development from up to 78 to up to 79.

57.    Upon information and belief, there are currently attached units being used as vacation rentals in the Oceanside Development.

**Defendant recently reinterpreted local law to prohibit vacation rentals of attached units in Mixed Use districts, except for the Oceanside Development.**

58.    Sometime after June 1, 2011, Defendant began to interpret existing local law, specifically Monroe County Code Section 130-88(a)(12), so as to prohibit vacation rentals of attached units in The Hammock and other Mixed Use districts.

59.    Upon information and belief, the first time that any official in Monroe County publically took the position that attached units were not eligible for vacation rental in Mixed Use districts was in a letter of understanding dated December 1 2015.

60.    Defendant's post-June 1, 2011 attempt to prohibit vacation rentals of the Attached Units in The Hammock is pre-empted by and violates Fla. Stat. 509.032(7)(b).

10

61.     Plaintiffs learned about Defendant's prohibitory reinterpretation of local law after seeing pronouncements from the Senior Director of the Monroe County Planning & Environmental Resources Department, which pronouncements unambiguously stated that vacation rental use of attached units in Mixed Use districts is prohibited. The most recent pronouncement of this kind that Plaintiffs are aware of is attached hereto as "Exhibit 3."

62.     Defendant's current interpretation of local law to prohibit vacation rentals of attached units in Mixed Use is preempted by State law.

63.     Plaintiffs are entitled to a declaratory judgment that the attached dwelling units in The Hammock are eligible vacation rental dwellings.

## COUNT 1
### Declaratory Judgment Regarding
### Defendant's Preempted Reinterpretation of Local Law

64.     Plaintiff incorporates paragraphs 1 – 68 as if fully rewritten herein.

65.     This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

66.     Plaintiffs are parties whose legal rights are affected by the above described prior public representations and subsequent reinterpretation of local laws by Defendant.

67.     The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

68.     This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiffs and Defendant as to whether an

attached dwelling unit in a Mixed Use district in Monroe County, Florida may be used as a vacation rental.

69.     Prior to June 1, 2011, Defendant publically represented that owners of attached residential dwellings in Mixed Use districts are eligible to rent their dwellings to vacationers on a short-term basis.

70.     Defendant explicitly permitted vacation rentals of attached units at the Oceanside Development beginning in 2007 and continuing to today.

71.     Upon information and belief, sometime around December 1, 2015—but in any event, after June 1, 2011—Defendant changed its position to prohibit vacation rentals of attached units in Mixed Use districts.

72.     Defendant' reinterpretation of local law to prohibit vacation rentals of attached dwellings is preempted by Fla. Stat. 509.032(7)(b).

73.     Defendant has frustrated Plaintiffs' legitimate expectations of being able to use the Attached Units in the Hammock as vacation rentals, thereby depriving Plaintiffs of a valuable property right.

74.     Plaintiffs seeks a declaration that the prohibition by Defendant of vacation rentals in attached dwelling units in Mixed Use districts is preempted by Fla. Stat. 509.032(7)(b).

**WHEREFORE**, Plaintiff asks the Court for:

(A)     A declaratory judgment that Fla. Stat. 509.032(7) (b) preempts the recent reinterpretation of existing law by Defendant to find a prohibition against vacation rentals of attached dwelling units in Mixed Use districts;

12

(B)     A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C)     An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D)     Such other relief as the Court deems just and proper.

## COUNT 2
### Declaratory Judgment of Exempted Status
### of Homeowner's Association

75.     Plaintiff incorporates paragraphs 1 – 80 as if fully rewritten herein.

76.     This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

77.     The LDC requires property owners or their agents to obtain annual vacation rental permits before renting certain dwellings as vacation rentals.

78.     LDC Section 134-1(b) exempts two categories of properties from the annual vacation rental permit requirement.

79.     One category of exempt properties is defined in LDC Section 134-1(b)(2). Properties in this category are required to obtain an exemption from the Monroe County Planning & Environmental Resources Department.

80.     The other category of exempt properties is defined in LDC Section 134-1(b)(1), and this category has been recognized in the ordinances of Monroe County for at least the last seventeen years. This category includes dwellings in a controlled access, gated community with a homeowner's or property owner's association that

13

expressly regulates or manages vacation rental uses. Properties in this category are not required to obtain an exemption from the Monroe County Planning & Environmental Resources Department.

81. The Hammock satisfies the requirements of LDC Section 134- 1(b)(1) because The Hammock is a controlled access, gated community with a homeowner's association that expressly regulates or manages vacation rental uses.

82. Defendant has admitted that The Hammock satisfies the requirements of LDC 134-1(b)(1).

83. On October 10, 2017, Defendant contended that properties within the definition of LDC Section 134-1(b)(1) are required to apply to the Monroe County Planning & Environmental Resources Department for an exemption from the annual vacation rental permit requirement.

84. Defendant's contention, as set forth in paragraph 83, above, is contrary to the plain language of the LDC.

85. Plaintiff is a party whose legal rights are affected by Defendant's executive interpretation of the LDC limiting the number of properties within the scope of Section 134-1(b)(1).

86. The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

87. This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiffs and Defendant as to whether a dwelling in a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses must have

been granted an exemption by the Monroe County Planning & Environmental Resources Department in order to meet the requirements of Monroe County Code Section 134-1(b)(1).

88.     Coral Hammock seeks a declaration that the requirement in LDC Section 134-1(b) for an exemption from the Monroe County Planning & Environmental Resources Department applies to subpart (2) of that section, not subpart (1).

**WHEREFORE**, Plaintiff asks the Court for:

(A)     A declaratory judgment that properties within the definition of LDC Section 134-1(b)(1) are not required to have an exemption from the Monroe County Planning & Environmental Resources Department prior to use as a vacation rental.

(B)     A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C)     An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D)     Such other relief as the Court deems just and proper.

### COUNT 3
### Declaratory Judgment of Nonconforming Use

89.     Plaintiff incorporates paragraphs 1 – 94 as if fully rewritten herein.

90.    This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

91.    Until recently, Defendant allowed owners of attached dwelling units in Mixed-Use districts to use their dwellings as vacation rentals. Defendant even publically represented that owners of attached dwellings in Mixed-Use districts could use their dwellings as vacation rentals.

92.    Moreover, dwellings in communities like The Hammock are exempt from any requirement that obligates a property owner or agent to obtain an exemption from the Monroe County Planning & Environmental Resources Department before using a dwelling as a vacation rental, as that term is used or contemplated under the Monroe County Code.

93.    Defendant now contends that Plaintiffs' attached dwellings cannot lawfully be used as vacation rentals under current zoning restrictions.

94.    Plaintiffs' use of attached dwellings as vacation rentals was continuously existing and considered lawful before any prohibition on such use took effect.

95.    The doctrine of nonconforming use protects, or "grandfathers," Plaintiffs' use of its dwellings in the The Hammock as vacation rentals.

96.    Plaintiffs are parties whose legal rights are affected by Defendant's reinterpretation of the Monroe County Code to prohibit the use of attached dwellings as vacation rentals.

97.    The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

16

98.     This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiffs and Defendant as to whether their attached dwellings in the The Hammock may be used as vacation rentals, as that term is used or contemplated in the LDC, pursuant to the doctrine of nonconforming use.

99.     Plaintiffs seek a declaration that the doctrine of nonconforming use protects their use of attached dwellings in the The Hammock as vacation rentals.

**WHEREFORE**, Plaintiff asks the Court for:

(A)     A declaratory judgment that the doctrine of nonconforming use protects Plaintiffs' use of their dwellings in The Hammock for vacation rentals.

(B)     A temporary and permanent injunction, without bond, restraining Monroe County from instituting code enforcement actions to punish any alleged vacation rental use of residential units in The Hammock by Plaintiffs.

(C)     An award of Plaintiffs' costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D)     Such other relief as the Court deems just and proper.

**COUNT 4**
**Equitable Estoppel - Injunctive Relief**

100.     Plaintiffs incorporates paragraphs 1 – 105 as if fully rewritten herein.

101.     This is an action for temporary and permanent injunctive relief.

17

102.    The doctrine of equitable estoppel prohibits a political subdivision from exercising its zoning power where a property owner, in good faith, relied upon an act or omission of the political subdivision to make a substantial change in position or incur such extensive obligations and expenses that it would be highly inequitable and unjust to destroy the right that the property owner acquired. This is known as the doctrine of equitable estoppel or detrimental reliance.

103.    Plaintiffs relied in good faith on public representations by Defendant as to the permissibility of vacation rentals of attached dwelling units in Mixed-Use districts. Plaintiffs' reliance included deciding whether to purchase property in Monroe County.

104.    Monroe County affirmed the propriety of Plaintiffs' reliance on the representations. Plaintiffs have paid, for instance, all county taxes on income derived from vacation rentals. Defendant has always accepted that revenue without objection.

105.    It would be unjust and inequitable for Defendant to now seek to punish conduct that for years it has acquiesced to—even promoted by its own public representations—which has led property owners like Plaintiffs to change their positions and incur substantial cost.

106.    Defendant Monroe County has broughtcode enforcement actions against Plaintiffs, which may be prosecuted as a criminal offense pursuant to LDC Section 134-1(k)(6).

107.    Plaintiffs would suffer irreparable harm if Monroe County is able to prosecute code enforcement actions to enforce its recent reinterpretation of the

18

Monroe County Code; specifically, irreparable harm to their reputation and goodwill.

108.    Plaintiffs have no adequate legal remedy for the harm it would suffer if Monroe County is permitted to prosecute code enforcement actions against them.

109.    Plaintiffs have a clear legal right to temporary and permanent injunctive relief because: (1) Florida law preempts Monroe County from prohibiting vacation rentals of attached dwelling units in Mixed Use districts; (2) the dwellings owned by Plaintiffs in the The Hammock are exempt from any requirement that the Monroe County Planning & Environmental Resources Department issue an exemption to the annual vacation rental permit requirement; and (3) because the doctrines of nonconforming use and equitable estoppel prevent Monroe County from prohibiting Plaintiff's use of its dwellings as vacation rentals.

110.    Moreover, the public interest is served by protecting private property rights, allowing private property owners to use their property to the fullest extent permissible under the law, promoting recreational and other enjoyable uses of private property, and preventing Defendant and other political subdivision authorities from reinterpreting local law, especially when preempted by State law, in order to prohibit otherwise lawful uses of private property.

**WHEREFORE**, Plaintiff asks the Court for:

(A)    A declaratory judgment that the doctrine of equitable estoppel protects Plaintiffs' use of their dwellings in The Hammock for vacation rentals.

(B)    A temporary and permanent injunction, without bond, restraining Monroe County from prosecuting code enforcement actions to punish

any alleged vacation rental use of residential units in The Hammock by Plaintiffs.

(C)     An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D)     Such other relief as the Court deems just and proper.

## COUNT 5
## Declaratory Judgment of Constitutional Violations

111.    Plaintiff incorporates paragraphs 1 – 116 as if fully rewritten herein.

112.    This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

113.    Defendants have interpreted the LDC in an inconsistent, selective matter.

114.    Beginning in at least 2007, Defendant interpreted the LDC as permitting the use of attached units in Mixed Use districts for vacation rentals.

115.    Based on this interpretation, Defendant permits attached units to be used as vacation rentals in the Oceanside Development, located in a Mixed Use district.

116.    Beginning in 2015, however, Defendant changed its interpretation of the LDC, so as to prohibit the use of attached units in Mixed Use districts for vacation rental.

117.    Defendant justifies this change in interpretation based on its position that the Senior Director of Planning and Environmental Development (the "Senior Director") has the sole prerogative to change previous interpretations of the LDC.

20

118.   Defendant has instituted code enforcement actions against Plaintiffs based on their use of attached units in Mixed Use districts as vacation rentals. These code enforcement actions could result in potential criminal liability.

119.   At the same time, Defendant continues to permit the owners in the Oceanside Development to use their attached units as vacation rentals.

120.   Based on Defendant's position that the Senior Director has sole discretion to change his or her interpretation of the LDC, the LDC is void for vagueness, leading to arbitrary and discriminatory enforcement in violation of the Plaintiffs' rights to due process under Article I, Section 9 of the Florida Constitution and the 14th Amendment of the United States Constitution.

121.   Moreover, Defendant is selectively enforcing the LDC to target Plaintiffs for alleged code violations related to using attached units as vacation rentals in the Hammock, while permitting homeowners to use attached units at the Oceanside Development as vacation rentals. Defendant's selective enforcement of the LDC is a violation of Plaintiffs rights to Equal Protection under Article I, Section 2 of the Florida Constitution and the 14th Amendment of the United States Constitution.

122.   The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

123.   This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiffs and Defendant as to whether Defendants' inconsistent, selective interpretation of the LDC violates Plaintiffs'

rights to due process and equal protection under the Constitutions of Florida and the United States.

124.   Plaintiffs seek a declaration that Defendants' inconsistent, selective interpretation of the LDC violates Plaintiffs Constitutional rights to due process and equal protection of the law.

**WHEREFORE**, Plaintiff asks the Court for:

(A)   A declaratory judgment that Defendants violated Plaintiffs' Constitutional rights to due process and equal protection of the law;

(B)   An award of Plaintiffs' costs pursuant to Fla. Stat. 86.081 and 57.041; and

(C)   Such other relief as the Court deems just and proper.

### COUNT 6
### 42 U.S.C. § 1983

125.   Plaintiff incorporates paragraphs 1 – 116 as if fully rewritten herein.

126.   Defendant, acting under color of the LDC, deprived Plaintiffs of rights secured by the U.S. Constitution.

127.   Defendant deprived Plaintiffs of their rights to due process under the 14th Amendment of the United States Constitution based on its arbitrary and discriminatory interpretation of the LDC, making it void for vagueness.

128.   Defendant deprived Plaintiffs of their rights to equal protection under the 14th Amendment of the United States Constitution based on its selective enforcement of the LDC—specifically, targeting Plaintiffs for alleged code violations related to using attached units as vacation rentals in the Hammock, while

22

permitting homeowners to use attached units at the Oceanside Development as vacation rentals.

129.    As a direct and proximate consequence of Defendant's deprivation of Plaintiffs' constitutional rights, Plaintiffs have suffered and continue to suffer loss of their personal property and are entitled to compensatory damages for their lost property.

130.    Defendant is liable to Plaintiffs for these damages under 42 U.S.C. § 1983.

**WHEREFORE**, Plaintiff asks the Court for:

(A)    Damages in an amount to be determined at trial;

(B)    Plaintiffs' attorneys' fees and costs;

(C)    An award of Plaintiffs' costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D)    Such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Lucas M. Blower

Lucas M. Blower (*admitted pro hac vice*)
BROUSE MCDOWELL
388 South Main Street, Suite 500
Akron, Ohio 44311
T: (330) 535-5711
F: (330) 253-8601
E: lblower@brouse.com

Joseph P. Thacker (Fla. Bar No. 271039)
BROUSE MCDOWELL
1415 Panther Ln, Ste 138
Naples, FL 34109
T: (239) 591-6685 – phone
F: (419) 931-6181 – fax
E: jthacker@brouse.com

Wayne LaRue Smith (Fla. Bar No. 0031410)
THE SMITH LAW FIRM
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

*Counsel for Coral Hammock Rental, LLC*

# APPLICATION
## MONROE COUNTY
## PLANNING & ENVIRONMENTAL RESOURCES DEPARTMENT



### Request for a Special Vacation Rental Permit (Initial)

Vacation Rental Application Fee: $493.00

Vacation rental means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than 28 days duration. Vacation rental use does not include hotels, motels and RV spaces, which are specifically addressed in each Land Use District.

An owner or agent is required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under Monroe County Code.  A special vacation rental permit is nontransferable between owners.  A change of ownership of the vacation rental unit shall require the new owner or his agent to obtain a new vacation rental permit for the residential dwelling unit.

**Date of Submittal:** _____/_____/_____     **Permit Application Number:** _____
Month   Day   Year

**Property Owner:**

_____
Name

_____
Mailing Address (Street, City, State, Zip Code)

_____
Daytime Phone

_____
Email Address

**Vacation Rental Manager (required):**          **Agent (if applicable):**

_____          _____
Name / License Number                                     Name

_____          _____
Mailing Address (Street, City, State, Zip Code)       Mailing Address (Street, City, State, Zip Code)

_____          _____
Daytime Phone                                              Daytime Phone

_____          _____
Email Address                                              Email Address

**EXHIBIT**

**1**

exhibitsticker.com

# APPLICATION

**Legal Description of Property:**
(If in metes and bounds, attach legal description on separate sheet)

| Block | Lot | Subdivision | Key (Island) |
|---|---|---|---|

| Real Estate (RE) Number | Alternate Key Number |
|---|---|

| Street Address (Street, City, State, Zip Code) | Approximate Mile Marker |
|---|---|

**Land Use District Designation:** _____

Vacation rental use of any detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential - Limited (SR-L), Improved Subdivision - Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), Mixed Use (MU) & Maritime Industries (MI)

Vacation rental use of non-conforming detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Commercial (UC) & Sub Urban Commercial (SC)

Vacation rental use of a dwelling unit in existence as of January 1, 2000 may be permitted in the following Land Use District: Offshore Island (OS)

**All of the following must be submitted in order to have a complete application submittal:**
(Please check as you attach each required item to the application)

- ☐ **Complete vacation rental application** (unaltered and unbound);
- ☐ **Correct fee** (check or money order to Monroe County Planning & Environmental Resources);
- ☐ **Proof of ownership** (i.e. Warranty Deed);
- ☐ **Current Property Record Card(s) from the Monroe County Property Appraiser;**
- ☐ **Photograph(s) of dwelling unit from adjacent roadway(s);**
- ☐ **Floor plan of dwelling unit** (showing the gross square footage of the dwelling unit, building layout and types of rooms);
- ☐ **Site Plan** (drawn to scale and including all property lines and mean high-water lines, structures, drives, adjacent roadways, parking spaces and buffer-yards);
- ☐ **Valid Monroe County Occupational License;**
- ☐ **Approved Florida Department of Health or Florida Department of Environmental Protection inspection or certification of the adequacy of the sewage disposal system for use as a vacation rental unit;**
- ☐ **Valid and current Florida Department of Revenue sales tax identification number under Florida Statutes, Chapter 212 (Florida Tax and Revenue Act);**
- ☐ **Valid and current permit, license or approval under Florida Statutes, Chapter Ch. 509 (Public Lodging Establishments);**
- ☐ **Copy of valid Special Vacation Rental Manager License Application;**

## APPLICATION

☐   **Valid federal tax identification number or social security number(s) of the owner(s) of the vacation rental property to be licensed;**

☐   **Written statement granting authorization to Monroe County Code Enforcement Department to inspect the premises of the vacation rental unit prior to the issuance of the special vacation rental permit and at any other time after issuance of such permit, concerning compliance with the Monroe County Code;**

☐   **Copy of Tenants Agreement;**

☐   **Copy of a "Notice of Vacation Rental Use Application"** (the notice of application shall clearly state the name, address and day/evening telephone numbers of each vacation rental manager, agent, caretaker and owner of the dwelling unit; the number of the Monroe County Code Enforcement Department; and a copy of the tenants agreement.  Notice to the adjacent property owners must include the following statement: "You have the right to appeal a decision to approve or deny this special vacation rental permit to the planning commission within 30 days under Monroe County Code. You may have other rights that Monroe County cannot enforce. Review of a special vacation rental permit application by Monroe County will consider the existence of valid private deed restrictions, restrictive covenants or other restrictions of record which may prohibit the use of the dwelling unit for vacation rental purposes. You may wish to consult an attorney concerning these private rights.");

☐   **Proof that a "Notice of Vacation Rental Use Application" was sent by certified return mail to all property owners located within 300 feet of the dwelling unit which is the subject of the special vacation rental permit application, not less than 30 days prior to the date of approval of the application** (this list should be compiled from the current tax rolls of the Monroe County Property Appraiser.  In the event that a condominium development is within the 300 foot radius, each unit owner must be included)

**If applicable, the following must be submitted in order to have a complete application submittal:**

☐   **Notarized Agent Authorization Letter** (note: authorization is needed from all owner(s) of the subject property)

If deemed necessary to complete a full review of the application, the Planning & Environmental Resources Department reserves the right to request additional information.

# APPLICATION

**I certify that all provisions and regulations set forth in Monroe County Code, Vacation rental uses, shall be met.**

**I certify that I am familiar with the information contained in this application, and that to the best of my knowledge such information is true, complete and accurate.**

This application shall bear the signature of all owner(s), all authorized agent(s) and all authorized manager(s) of the owner(s):

**Signature of Agent (if applicable):** _____ **Date:** _____

**Printed Name of Agent:** _____

Sworn before me this _____ day of _____

_____
Notary Public
My Commission Expires

**Vacation Rental Manager (required):** _____ **Date:** _____

**Printed Name of Manager:** _____

Sworn before me this _____ day of _____

_____
Notary Public
My Commission Expires

**Property Owner (required):** _____ **Date:** _____

**Printed Name of Owner:** _____

Sworn before me this _____ day of _____

_____
Notary Public
My Commission Expires

**If necessary, please attach additional sheets with notarized signatures of all other authorized agents, vacation rental managers and property owners.**

Please send the complete application package to the Monroe County Planning & Environmental Resources Department, Marathon Government Center, 2798 Overseas Highway, Suite 400, Marathon, FL 33050.

Doc# 1652965   07/13/2007   3:36PM
Filed & Recorded in Official Records of
MONROE COUNTY   DANNY L. KOLHAGE

CHR000023

Doc# 1652965
Bk# 2308   Pg# 801



## PLANNING COMMISSION RESOLUTION NO. P21-07

A RESOLUTION BY THE MONROE COUNTY PLANNING COMMISSION **APPROVING** THE REQUEST BY KINGS POINTE MARINA, LLC, FOR AN AMENDMENT TO A MAJOR CONDITIONAL USE PERMIT; REMOVING AN EXISTING MAINTENANCE, SALES OFFICE & TACKLE SHOP (2,870 FT²), BATH HOUSE (1,232 FT²), WAREHOUSE (9,600 FT²), DOCK MASTER BUILDING (660 FT²), AND DRY BOAT STORAGE BUILDING (30,090 FT²); CONSTRUCTING THIRTY – TWO (32) NEW, ATTACHED MARKET RATE UNITS FOR VACATION RENTAL USE; ADDING TWO (2) NEW BOAT BARNS (53,040 FT²), EIGHT (8) WET SLIPS, A RETAIL SHOP/ DOCK MASTERS OFFICE AND BAIT HOUSE INCLUDING SHOWER FACILITIES (2,625 FT²) INTENDED FOR USE BY WET SLIP OWNERS; CONSTRUCTING AN OUTDOOR BAR ADDITION (735 FT²), FLOOD PROOF STORAGE (2,160 FT²) UNDER THE EXISTING FORMER RESTAURANT BUILDING ; PROVIDING FOR A GATED ENTRANCE; PROVIDING FOR CONDITIONS; ALL ON PROPERTY LEGALLY DESCRIBED AS LOTS 1,2, 3 & ADJ BAY BOTTOM, SQUARE 60; PART LOTS 1,2,3 & ADJ BAY BOTTOM, SQUARE 61 PART MALONEY AVE VACATED & FILLED BAY BOTTOM ADJACENT TO MALONEY AVE, & PART ADJ PARCEL; UNIT J-4, J-6, J-9, J-11, J-12, & 5/52% COMMON ELEMENTS OCEANSIDE EAST DRY STORAGE CONDOMINIUM, STOCK ISLAND, MONROE COUNTY, FLORIDA HAVING REAL ESTATE NUMBERS 00127420.000601 THROUGH 00127420.000675, 00127440.000100 THROUGH 00127440.002500, 00127420.000000, 00127420.000100 AND 00127430.000101 THROUGH 00127430.000211, AT APPROXIMATE MILE MARKER 5.

**WHEREAS,** during a regularly scheduled public meeting held on April 11, 2007, the Monroe County Planning Commission conducted a review and consideration of the request filed

P21-07
Kings Pointe Marina
Amendment to a Major Conditional Use



Page 1 of 8

EXHIBIT
2

Doc# 1652965
Bk# 2308  Pg# 802

CHR000024

by Kings Pointe Marina LLC for an amendment to a major conditional use permit pursuant to Monroe County Code (MCC) §9.5-69; and

**WHEREAS**, the Applicant's predecessor in interest obtained a conditional use permit for this property pursuant to Planning Commission Resolution P52-97 signed August 18, 1999 for the construction of twenty-two (22) attached permanent market rate dwelling units; one (1) swimming pool; a 372 ft² pool house; a 120 ft² observation gazebo; a 22,000 ft² boat storage building; a 435 ft² addition to an existing 225 ft² dock master's office; a 1,670 ft² addition to an existing tackle shop and a 2,485 ft² addition to an existing restaurant; and

**WHEREAS**, the Applicant is proposing to amend the Conditional Use in order to REMOVE an existing maintenance, sales office & tackle shop (2,870 ft²), bath house (1,232 ft²), warehouse (9,600 ft²), dock master building (660 ft²), and dry boat storage building (30,090 ft²); and CONSTRUCT thirty – two (32) new, attached market rate units for vacation rental use; add two (2) new boat barns (53,040 ft²), Eight (8) Wet slips, a retail/ dock masters office and bait house including shower facilities (2,625 ft²) intended for use by wet slip owners; an outdoor bar addition (735 ft²); flood proof a storage area (2,160 ft²) under the existing vacant restaurant building, privatize a new operational restaurant and provide a gated entrance; and

**WHEREAS**, the subject property is located at 5970 Peninsular Avenue, Stock Island; and

**WHEREAS**, the above described property is located in the Mixed Use (MU) land use district and has the corresponding Mixed Use/Commercial (MC) future land use map designation; and

**WHEREAS**, the item was heard at a regularly scheduled meeting of the Development Review Committee on March 19, 2007; and

**WHEREAS**, the Planning Commission was presented with the following evidence, which by reference is hereby incorporated as part of the record of said hearing:

1) The Application for an Amendment to a Major Conditional Use received by the Monroe County Planning and Environmental Resources Department, including the plans and surveys listed in attachment A;
2) The staff report prepared by Julianne Thomas, Planner dated April 2, 2007, with attachments, said attachments including a Chapter 380 Agreement between Overseas Redevelopment Company, Monroe County and the Florida Department of Community Affairs, and a Memorandum dated March 10, 2007, to Andrew Trivette, Acting Director of Growth Management from the County Attorney;
3) The sworn testimony of the Growth Management Division Staff;
4) The sworn testimony of the Applicant and Applicant's witnesses;
5) Sworn testimony by the public;
6) Exhibits provided by the Applicant; and

Doc# 1652965
Bk# 2308  Pg# 803

CHR000025

**WHEREAS**, the Planning Commission heard argument and explanation from Tim Koenig, attorney for the Applicant; and

**WHEREAS,** advice and counsel were  provided by Susan Grimsley, Assistant County Attorney and by John Wolfe, Attorney for the Planning Commission; and

**WHEREAS,** MCC § 9.5-65 provides the standards which are applicable to all conditional use permits which are as follows:

Sec. 9.5-65. Standards applicable to all conditional uses.
When considering applications for a conditional use permit, the director of planning and the planning commission shall consider the extent to which:

(a) The conditional use is consistent with the purposes, goals, objectives and standards of the plan and this chapter;

(b) The conditional use is consistent with the community character of the immediate vicinity of the parcel proposed for development;

(c) The design of the proposed development minimizes adverse effects, including visual impacts, or the proposed use on adjacent properties;

(d) The proposed use will have an adverse effect on the value of surrounding properties;

(e) The adequacy of public facilities and services, including but not limited to roadways, park facilities, police and fire protection, hospital and Medicare services, disaster preparedness program, drainage systems, refuse disposal, water and sewers, judged according to standards from and specifically modified by the public facilities capital improvements adopted in the annual report required by this chapter;

(f) The applicant for conditional use approval has the financial and technical capacity to complete the development as proposed and has made adequate legal provision to guarantee the provision and development of any open space and other improvements associated with the proposed development;

(g) The development will adversely affect a known archaeological, historical or cultural resource;

(h) Public access to public beaches and other waterfront areas is preserved as a part of the proposed development; and

(i) The proposed use complies with all additional standards imposed on it by the particular provision of this chapter authorizing such use and by all other applicable requirements of the Monroe County Code.

**WHEREAS,** the Planning Commission has determined that the application meets the standards required in MCC § 9.5-65by the design submitted and by the assignment of the conditions of this resolution; and

**WHEREAS,** the Staff report recommends that any new development on the Kings Pointe site incorporate appropriate noise reduction and protection methods.

**WHEREAS,** after consideration of the testimony and evidence presented, the Planning Commission makes the following findings of Fact and Conclusions of Law:

P21-07
Kings Pointe Marina
Amendment to a Major Conditional Use

Page 3 of 8

CHR000026

Doc# 1652965
Bk# 2308  Pg# 804

1. The 32 ROGO units, including development rights, may be transferred according to the terms of the 380 Agreement from Overseas Redevelopment Company, LLC to the Kings Pointe project according to the terms of that Agreement, which allows transfer after a building permit is issued for the Affordable Units to be built at Overseas Trailer Park. This transfer will provide compliance for MCC §9.5-120 and §9.5-265.

2. Vacation Rental Use is allowed because it is not specifically prohibited as it is in other provisions of the MU zoning regulations, it can be regulated as part of this conditional use process, and is therefore allowed pursuant to other terms and conditions as set forth in the MCC governing vacation rentals.  This finding brings the project into compliance with MCC §9.5-248.

3. The project is in compliance with Minimum Yards (MCC §9.5-281) as  a variance request was approved to reduce the front yard setback from twenty-five (25) feet to twenty (20) feet for 260 feet of the frontage along Peninsular Avenue as stated in Planning Commission Resolution P19-07.

4. The project is in compliance with Parking Standards (MCC §9.5-352) because a variance request was approved reducing the number of off-street parking spaces from 322 spaces to 272 spaces and approving this request as stated in Planning Commission Resolution P20-07 .

5. Pursuant to MCC §9.5-354, the property is required to have two (2) 11' x 55' loading and unloading zones.

6. Affordable housing criteria pursuant to MCC §9.5-266 are met by the terms of the 380 Agreement requiring 49 units of Affordable  Employee Housing to be built at property commonly known as the Overseas Trailer Park, legally described as Lots 1-20, Maloney Subdivision, Stock Island, Monroe County, Florida, having Real Estate Numbers: 00125350.000000 and 00125360.000100, according to the terms of the Agreement, over riding any phasing requirements or simultaneous building at any location including Kings Pointe for purposes of this application..

7. The conditional use does not violate the Interim Development Ordinance concerning working waterfronts because there is no further limitation on use by the public and therefore does not diminish public access nor result in the loss of working waterfront. The restaurant has not been functional for several years, the boat ramp will be accessible by the public, there will be some boat and trailer parking, gating will be done for security after work hours, and repair work may be done on site by mobile repair services.

8. Compliance with the following standards imposed on this conditional use application by the Land Development Regulations pursuant to MCC §9.5-65(i) will be determined by the Building Department upon submittal for a building permit to the Building Department:

Doc# 1652965
Bk# 2308 Pg# 805

CHR000027

1) Floodplain Management (MCC §§9.5-316 & 317) ;
2) Outdoor lighting (MCC §§9.5-391 - 393);
3) Handicap Accessibility (Chapter 11, Florida Building Code);
4) Air Installation Compatible Use Zone (AICUZ) Building Requirements required by the AICUZ applicable at he time of the major conditional use application.

## NOW THEREFORE, BE IT RESOLVED BY THE PLANNING COMMISSION OF MONROE COUNTY, FLORIDA;

**Section 1.** The request by Kings Pointe Marina LLC for an amendment to a major conditional use permit for the following is APPROVED subject to the conditions in Section 2:

1. Removal of an existing maintenance, sales office & tackle shop (2,870 ft²), bath house (1,232 ft²), warehouse (9,600 ft²), dock master building (660 ft²), and dry boat storage building (30,090 ft²).

2. Construction of thirty – two (32) new, attached market rate units for vacation rental use; addition of two (2) new boat barns (53,040 ft²), Eight (8) Wet slips, a retail shop/ dock masters office and bait house including shower facilities (2,625 ft²) intended for use by wet slip owners; an outdoor bar addition (735 ft²), flood proof storage (2,160 ft²) under the existing restaurant and a gated entrance.

**Section 2.** The Approval is SUBJECT TO THE FOLLOWING CONDITIONS:

1. If the site is gated, the following conditions shall be met:
   a. The gate shall be open, at a minimum, one (1) hour prior to sunrise and stay open until (1) hour past sunset to provide for public access;
   b. There shall be a number posted on the outside of the gate providing a number to call if the gate is not open;
   c. The gate shall comply with all standards and requirements of the Fire Marshal and other public safety interests;

2. Prior to issuance of a building permit, a signed and sealed site plan resolving the following issues is required:
   d. The site plan shall show the two (2) 11' X 55' loading and unloading spaces for the nonresidential uses;
   e. The site plan shall conform to the decisions of the Planning Commission with regard to the parking and front yard variances as determined in P19-07 and P20-07;
   f. The following requests of the County's traffic engineer shall be met: to show the design maneuverability through the site and at the project driveway and to show clear site visibility details at the access driveways;

Doc# 1652965
Bk# 2308  Pg# 806

CHR000028

g. A building permit for dwelling units at the Overseas Trailer Park pursuant to the ORC 380 agreement shall be obtained and provided to the Sr. Director of Planning & Environmental Resources before the issuance of building permits for the residential units may be permitted at Kings Pointe;

h. The proposed western access drive and curb cuts shall receive approval from the County Engineer;

i. Compliance by the following agencies and corresponding Sections of Code:

   i. County Engineer shall determine compliance with MCC § 9.5-293;

   ii. The Florida Department of Health and the Key West Resort Utility (KWRU) shall determine compliance with § 9.5-294;

   iii. Fire Marshal shall determine compliance with §9.5-69;

j. Boat Storage Buildings are limited to storage of boats;

k. The portion of boat barn floor area that does not exceed 50% of the site's net buildable area is not governed by NROGO and shall not be eligible for offsite transfer if the boat barn is demolished or removed at a future date unless the floor area meets the criteria of a sender site pursuant to MCC §9.5-124.3(a)(10)a.;

l. The flood plain management standards shall be met;

m. The site plan shall demonstrate that the energy and conservation standards have been met including showing where bicycle racks and scooter spaces will be placed on site;

n. The outdoor lighting and applicable AICUZ standards in effect at the time of the application for major conditional use shall be met.

3. Prior to the issuance of **any** C.O., the marina pump out facility shall be upgraded to comply with current standards.

4. The applicant shall provide a water quality monitoring system for the adjacent water body for a period of five (5) years after the completion of the development per MCC § 9.5-349.

**PASSED AND ADOPTED** by the Planning Commission of Monroe County, Florida, at a regularly meeting held on the 11th day of April, 2007.

CHR000029

Doc# 1652965
Bk# 2308  Pg# 807

| | |
|---|---|
| Chair Cameron | Yes |
| Vice Chair Wall | Yes |
| Commissioner Cates-Deal | Yes |
| Commissioner Popham | No |
| Commissioner Windle | Absent |

PLANNING COMMISSION OF
MONROE COUNTY, FLORIDA

BY _____

James D. Cameron, Chair

Signed this ___9TH___ day of ___May___, 2007

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY

BY _____
                Attorney's Office

P21-07
Kings Pointe Marina
Amendment to a Major Conditional Use

Page 7 of 8

CHR000030

Doc# 1652965
Bk# 2308  Pg# 808

## Attachment A: PLANS REVIEWED

1. Boundary survey by R.E. Reese, dated 2-23-07, revised 3-12-07, received 3-12-07
2. Site plan by WLW/LBR, Sheet S-1, dated 8/21/2006, revised 1-26-07, received 1-31-07, signed & sealed 1-26-07
3. Townhomes Site plan by WLW/LBR, Sheet S-2, dated 8/21/2006, revised 1-26-07 received 1-31-07, signed & sealed 1-26-07
4. Townhomes Site plan by WLW/LBR, Sheet S-3, dated 8/21/2006, revised 1-26-07 received 1-31-07, signed & sealed 1-26-07
5. Building H, Peninsular Townhouses, 16 units, Sheet A-2, Typical Pod Plans, by Peter M. Pike dated 1-24-07
6. Building H, Peninsular Townhouses, 16 units, Sheet A-3, Partial Elevations, by Peter M. Pike dated 1-24-07
7. Building "C" Cove Side South 4 Units, No Sheet Number, by Peter M. Pike dated 1-24-07
8. Building "C" Cove Side East, 4 Units, No Sheet Number, by Peter M. Pike dated 1-24-07
9. Building M, Marina Townhouses, 8 units, No Sheet Number, by Peter M. Pike dated 1-24-07
10. Sailfish Club, Ground Foundation Plan, Sheet A-2, by Peter M. Pike dated 1-22-07
11. Sailfish Club, Electrical Plan, Sheet E-1, by Peter M. Pike dated 1-22-07
12. Barn "A" Floor Plan, Sheet A-2, by Peter M. Pike dated 10-14-06
13. Barn "B" Floor Plan, Sheet A-3, by Peter M. Pike dated 10-14-06
14. Office Floor Plan, Sheet A-4, by Peter M. Pike dated 10-14-06
15. Office Floor Plan, Sheet A-5, by Peter M. Pike dated 10-14-06
16. Office Elevation, Sheet A-6, by Peter M. Pike dated 10-14-06
17. Elevations, Boat Barn A, Sheet A-7, by Peter M. Pike dated 10-14-06
18. Elevations, Boat Barn B, Sheet A-8, by Peter M. Pike dated 10-14-06
19. Entry Site Plan, Sheet S-4, by WLW/LBR, dated 8/21/2006, revised 1-26-07, received 1-31-07
20. Entry Elevation, Sheet S-5, by WLW/LBR, dated 8/21/2006, revised 1-26-07, received 1-31-07
21. Landscape Plan, Sheet L-1, by WLW/LBR, dated 8/21/2006, revised 1-26-07, received 1-31-07

MONROE COUNTY
OFFICIAL RECORDS

# County of Monroe



**Planning & Environmental Resources Department**
2798 Overseas Highway, Suite 410
Marathon, FL 33050
Voice:   (305) 289-2500
FAX:     (305) 289-2536

**Board of County Commissioners**
Mayor George Neugent, Dist. 2
Mayor Pro Tem, David Rice, Dist. 4
Heather Carruthers, Dist. 3
Danny L. Kolhage, Dist. 1
Sylvia J. Murphy, Dist. 5

June 9, 2017

Mr. Robert L. Clark
10510 Moxley Rd.
Damascus, MD 20872

**Subject:**      **Request for an Exemption to a Special Vacation Rental Permit (VRE 17-14)**
                     4 Coral Way, Stock Island, Mile Marker 5, Real Estate number 00124100-000141

Dear Mr. Clark:

The Planning & Environmental Resources Department is in receipt of your application for an Exemption to a Special Vacation Rental Permit. The application is for an exemption pursuant to Section 134-1(b)(1) of the Monroe County Land Development Code (LDC) for properties in which the dwelling unit is located within a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses. Upon review of your application, I must inform you that the Department is unable to approve the application at this time for the following reason:

1. Pursuant to LDC Section 130-88(a)(12), "Vacation rental use of **_detached_** dwelling units is permitted if a special vacation rental permit is obtained under the regulations established in [LDC] Section 134-1." [emphasis added]. Pursuant to LDC Section 101-1, "*Dwelling, attached*," means a dwelling unit developed without open yards on all sides of the dwelling unit. The subject property is an attached dwelling unit, contiguous to two other attached units with RE # 00124100-000142 (6 Coral Way) and 00124100-000143 (8 Coral Way), and therefore does not qualify for vacation rental use.

You may appeal any decision, determination or interpretation made in this letter pursuant to LDC Section 102-185. A notice of appeal must be filed with the County Administrator, 1100 Simonton Street, Gato Building, Key West, FL 33040, within 30 calendar days from the date of this letter. In addition, please submit a copy of your notice of appeal to the Planning Commission Coordinator, Monroe County Planning and Environmental Resources Department, 2798 Overseas Highway, Suite 410, Marathon, Florida 33050.

If you have any questions or if we may be of further assistance, please feel free to contact the Department's office at (305) 289-2500.

Respectfully,

Mayté Santamaria, Senior Director of Planning & Environmental Resources

**EXHIBIT**

3

exhibitsticker.com

## IN THE SIXTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA,
## IN AND FOR MONROE COUNTY

CORAL HAMMOCK RENTAL, LLC, a
Florida limited liability company,

Case No.: CA-K-17-588
Judge: Bonnie J. Helms

      Plaintiff.

v.

MONROE COUNTY, a political
Subdivision of the State of Florida,

      Defendant.

_____/

## PLAINTIFF/COUNTER-DEFENDANT CORAL HAMMOCK RENTAL'S
## ANSWER TO MONROE COUNTY'S COUNTERCLAIM DATED JULY 16, 2018

Plaintiff/Counter-Defendant Coral Hammock Rental, LLC ("Coral Hammock Rental"),

by and through undersigned counsel, answers each numbered paragraph of Defendant/Counter-

Plaintiff, Monroe County's Counterclaim, as restated in their Answer to Coral Hammock

Rental's Amended Complaint as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit that Coral Hammock Rental alleged in paragraph 2 of its original complaint that it

    "owns residential property in the Coral Hammock community on Stock Island, Key West,

    Monroe County, Florida ("Coral Hammock")".

8.  Admit that Coral Hammock Rental alleged in paragraph 2 of its Amended Complaint that it "owns residential units in a planned community on Stock Island, Key West, Monroe County, Florida known as Coral Hammock, a Vacation Home Development ("The Hammock")" in order to precisely identify Coral Hammock Rental's units that are subject to the "DECLARATION OF PROTECTIVE COVENANTS, RESTRICTIONS AND EASEMENTS OF CORAL HAMMOCK, A VACATION RENTAL HOME DEVELOPMENT", which declaration is recorded in Book 1989 at Page 61, of the Official Records of Monroe County, Florida.  Otherwise, deny.

9.  Admit.

10. Admit, because the property did not exist at that time.

11. Admit, because the property did not exist at that time.

12. Admit, because the property did not exist at that time.

13. Admit, because the property did not exist at that time.

14. Admit, because the property did not exist at that time.

15. Admit, because the property did not exist at that time.

16. Admit, because the property did not exist at that time.

17. Admit, because the property did not exist at that time.

18. Admit, because the property did not exist at that time.

19. Deny.

20. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 20 of the Counterclaim; therefore deny.

21. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 21 of the Counterclaim. Therefore deny.

22. Coral Hammock Rental states that the summary of the 1997 Vacation Rental Ordinance in paragraph 22 of the Counterclaim misstates and fails to accurately restate the substance of Exhibit 1 of the Counterclaim. Coral Hammock Rental therefore denies the allegations in this paragraph. Further answering, Coral Hammock Rental states that ordinances and other legislative enactments speak for themselves.

23. Deny that the summary of the 1997 Vacation Rental Ordinance in paragraph 23 of the Counterclaim accurately restates the substance of Exhibit 1 of the Counterclaim. Therefore, deny.

24. Deny that the summary of the 1997 Vacation Rental Ordinance in paragraph 24 of the Counterclaim accurately restates the substance of Exhibit 1 of the Counterclaim. Therefore, deny.

25. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 25 of the Counterclaim.  Therefore deny.

26. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 26 of the Counterclaim.  Therefore deny.

27. The summary of Ordinance 044-200 in paragraph 27 of the Counterclaim misstates and fails to accurately restate the substance of Exhibit 2 of the Counterclaim. Therefore deny. Further answering, Coral Hammock Rental states that the properties at issue here are dwelling units in a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences in the community for which "a vacation rental permit is not required" under the express language of the 2000 Land Use Regulations, Section 9.5-534(b)(1), found at p. 4 of 12 of Ex. 2 attached to the Counterclaim.

28. Deny.

29. Deny.

30. Admit.

31. Admit.

32. Admit.

33. Admit.

34. Admit.

35. Admit.

36. Deny.

37. Deny.

38. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 38 of the Counterclaim.  Therefore deny.

39. Deny with respect to the portion of the allegation in paragraph 39 that addresses 20 Coral Way and 56 Coral Way.   As to the remaining allegations in paragraph 39, Coral Hammock Rental lacks knowledge to affirm or deny the other allegations in paragraph 39 of the Counterclaim.  Therefore deny.

40. Admit that Judy Bringle is a managing member of Coral Hammock Rental.

41. Admit.

42. Admit.

43. Admit.

44. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 44 of the Counterclaim.  Therefore deny.

45. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 45 of the Counterclaim.  Therefore deny.

46. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 46 of the Counterclaim.  Therefore deny.

47. Admit.

48. Admit.

49. Admit.

50. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 50 of the Counterclaim.  Therefore deny.

51. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 51 of the Counterclaim.  Therefore deny.

52. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 52 of the Counterclaim.  Therefore deny.

53. Admit.

54. Admit.

55. Admit.

56. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 56 of the Counterclaim.  Therefore deny.

57. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 57 of the Counterclaim.  Therefore deny.

58. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 58 of the Counterclaim.  Therefore deny.

59. Admit.

60. Admit.

61. Admit.

62. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 62 of the Counterclaim. Therefore deny.

63. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 63 of the Counterclaim. Therefore deny.

64. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 64 of the Counterclaim. Therefore deny.

65. Admit that Coral Hammock Rental has held out for rent and has rented to prospective tenants 43 Coral Way for periods less than 28 days.

66. Admit that Coral Hammock Rental has held out for rent and has rented to prospective tenants 48 Coral Way for periods less than 28 days.

67. Admit that Coral Hammock Rental has held out for rent and has rented to prospective tenants 56 Coral Way for periods less than 28 days.

68. Admit that Coral Hammock Rental has held out for rent and has rented to prospective tenants 20 Coral Way for periods less than 28 days.

69. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 69 of the Counterclaim. Therefore deny.

70. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 70 of the Counterclaim. Therefore deny.

71. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 71 of the Counterclaim. Therefore deny.

72. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 72 of the Counterclaim. Therefore deny.

73. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 73 of the Counterclaim. Therefore deny.

74. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 74 of the Counterclaim. Therefore deny.

75. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 75 of the Counterclaim. Therefore deny.

76. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 76 of the Counterclaim. Therefore deny.

77. Deny.

78. Deny.

79. Deny.

80. Deny.

## <u>COUNT 1 (INJUNCTIVE RELIEF)</u>

81. In response to Paragraph 81 of the Counterclaim, Coral Hammock Rental re-alleges and incorporates its responses, set forth above, to paragraphs 1 through 61, above

82. Admit.

83. Admit.

84. Deny.

85. Coral Hammock Rental admits that Monroe County may adopt ordinances and seek to enforce them insofar as the County acts within the bounds of all applicable local, state, constitutional, and common law, and insofar as the County does not violate the vested rights of property owners without due process. Otherwise deny.

86. This paragraph states a legal conclusion as to which no response is required, but to the extent a response is required, Coral Hammock denies same.

87. This paragraph states a legal conclusion as to which no response is required, but to the extent a response is required, Coral Hammock denies same.

88. Deny.

## AFFIRMATIVE DEFENSES

For all of its affirmative defenses to the Counterclaim by Monroe County set forth below, Coral Hammock Rental hereby incorporates and re-alleges the allegations of fact in paragraphs 1 through 27 of its First Amended Complaint together with its responses herein to paragraphs 1 through 88 of Monroe County's Counterclaim above.

## FIRST DEFENSE – STATE LAW PREEMPTION

1. The County's Counterclaim, its request for injunctive relief, rests upon an interpretation of property owner rights under County ordinances that was adopted for the first time after June 1, 2011. The interpretation is inconsistent with the County's publicly announced and disseminated interpretation prior to June 1, 2011. As such, the County's interpretation is pre-empted by Fla. Stat. 509.032(7)(b).

## SECOND DEFENSE – NON-CONFORMING USE

1. The County's Counterclaim is barred by the doctrine of non-conforming use.

2. "A nonconforming use is a '[l]and use that is impermissible under current zoning restrictions but that is allowed because the use existed lawfully before the restrictions took effect.'" Rollison v. City of Key West, 875 So.2d 659, 660 (Fla. 3d DCA 2004) (quoting Black's Law Dictionary 1540 (7th ed. 1999)).

3.   The doctrine of nonconforming use bars Defendant's counterclaim for injunctive relief because no local law, ordinance, or regulation of Monroe County adopted on or before June 1, 2011, prohibited vacation rentals.   In fact, for many years prior to and after June 1, 2011, Defendant/Counter-Plaintiff interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners of attached dwelling units in Mixed-Use districts like Coral Hammock to use their homes as vacation rentals. Because Defendant/Counter-Plaintiff previously allowed owners of attached dwelling units in Mixed-Use districts to use their homes as vacation rentals, Defendant/Counter-Plaintiff is now prohibited from reinterpreting the Monroe County Code to prohibit such uses.

4.   Further, the properties at issue in this case are dwelling units in a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences in the community for which 'a vacation rental permit is not required' under the express language of the 2000 Land Use Regulations, Section 9.5-534(b)(1), found at p. 4 of 12 of Ex. 2 attached to the Counterclaim. The doctrine of nonconforming use prohibits Defendant/Counter-Plaintiff from seeking an injunction to require that Coral Hammock obtain vacation rental permits because the Monroe County Code exempts homeowner's associations like the one at issue in this case from the permit requirement.

### THIRD DEFENSE – EQUITABLE ESTOPPEL

1.   The County's Counterclaim is barred by the doctrines of equitable estoppel and detrimental reliance.

2.   "'The doctrine of equitable estoppel will preclude a municipality from exercising its zoning power where a property owner (1) in good faith (2) relying upon some act or omission of the government (3) has made such a substantial change in position or has incurred such extensive

obligations and expenses that it would be highly inequitable and unjust to destroy the right he acquired.'" Coral Springs St. Sys. v. City of Sunrise, 371 F.3d 1320, 1334-1335 (11th Cir.2004) (quoting Bloomingdale Dev., LLC v. Hernando Cty., M.D.Fla. No. 8:07-cv-575-T-30MAP, 2009 U.S. Dist. LEXIS 14128, at *21 (Feb. 11, 2009) (applying Florida law). Stated another way, "'[o]ne party will not be permitted to invite another onto a welcome mat and then be permitted to snatch the mat away to the detriment of the party induced or permitted to stand thereon. A citizen is entitled to rely on the assurances or commitments of a zoning authority and if he does, the zoning authority is bound by its representations, whether they be in the form of words or deeds . . . .'" Id. (quoting Town of Largo v. Imperial Homes Corp., 309 So. 2d 571, 573 (Fla. Dist. Ct. App. 1975)).

3.   Prior to June 1, 2011, Defendant/Counter-Plaintiff distributed forms to the public which stated that property owners of attached dwelling units in Mixed Use Districts were eligible to use their dwellings for vacation rentals. Property owners, including Plaintiff/Counter-Defendant, relied on Defendant/Counter-Plaintiff's representation as to the permissibility of vacation rentals of attached dwelling units to plan their affairs and decide whether to purchase the properties at issue here. Homeowner's associations like the one where Coral Hammock's properties are located were exempted from any requirement that owners obtain permits before renting to vacationers. Plaintiff/Counter-Defendant made substantial changes in its position and incurred substantial obligations in reliance on this exemption.

4.   Now, after Defendant/Counter-Plaintiff made public representations that induced reliance by property owners including Coral Hammock, Defendant/Counter-Plaintiff is trying to snatch the welcome mat away. Sometime after June 1, 2011, Defendant/Counter-Plaintiff began to

interpret existing local law, specifically Monroe County Code Section 130-88(a)(12), so as to prohibit vacation rentals of attached units in Coral Hammock and other Mixed Use districts.

5.    Defendant's request for injunctive relief, rests upon an interpretation of property owner rights that is inconsistent with the County's publicly announced and disseminated interpretation prior to June 1, 2011. It would be highly inequitable and unjust to allow Defendant/Counter-Plaintiff to now enjoin conduct that it invited by telling the public it was permissible.

## FOURTH DEFENSE – UNCLEAN HANDS

1.    Monroe County is not entitled to relief pursuant to the doctrine of unclean hands.

2.    The defense of unclean hands is a flexible doctrine which recognizes that a court may deny equitable relief to a party that is at fault for the underlying claim. "'[U]nclean hands' really just means that in equity as in law the plaintiff's fault, like the defendant's, may be relevant to the question of what if any remedy the plaintiff is entitled to. Congress Park Office II, LLC v. First-Citizens Bank & Trust Co., 105 So.3d 602, 609 (Fla. 4th DCA 2013), fn. 6 (quoting Shondel v. McDermott, 775 F.2d 859, 868 (7th Cir. 1985)).

3.    All of the reasons why Defendant/Counter-Plaintiff's counterclaim is barred by the doctrines of equitable estoppel and detrimental reliance support a finding also that Defendant/Counter-Plaintiff has come to Court with unclean hands. Having induced reliance on Defendant/Counter-Plaintiff's prior interpretation of the Monroe County Code, Defendant/Counter-Plaintiff cannot equitably ask this Court to prohibit conduct that Defendant/Counter-Plaintiff itself led property owners to believe was lawful.

## FIFTH DEFENSE – STATUTE OF LIMITATIONS

1.    Monroe County's claims are barred by the statute of limitations.  Further, Monroe County is not entitled to relief pursuant to the doctrine of laches.

2.   Defendant's counterclaim is subject to a four-year statute of limitations, pursuant to Fla. Stat. §95.11. That statute commands that "[a]ctions other than for recovery of real property shall be commenced . . . (3) Within four years. – [for] (f) An action founded on a statutory liability," and "(p) Any action not specifically provided for in these statutes." If an action is barred by the statute of limitations, it is also barred by the doctrine of laches. "Laches shall bar any action unless it is commenced within the time provided for legal actions concerning the same subject matter . . . ." Fla. Stat. §95.11(6). Laches may bar an action even earlier. *Id.* ("This subsection shall not affect application of laches at an earlier time in accordance with law.").

3.   Except for prohibitions that were adopted on or before June 1, 2011, Florida state law preempts local prohibitions against vacation rentals.  The last day that Defendant/Counter-Plaintiff could have barred vacation rentals of attached dwellings in Mixed-Use Districts was June 1, 2011. But Defendant/Counter-Plaintiff did not decide to re-interpret the Monroe County Code until after that date. In fact, for many years prior to and after June 1, 2011, Defendant/Counter-Plaintiff interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners of attached dwelling units in Mixed-Use districts like Coral Hammock to use their homes as vacation rentals.  Even if Defendant/Counter-Plaintiff had timely enacted the prohibition it now seeks to impose, that enactment would have been more than four years ago and would result in Defendant's claim being time-barred as a matter of law.

4.   Defendant's claim is barred as a matter of equity as well. Defendant/Counter-Plaintiff told the public that owners of attached dwelling units in Mixed Use Districts were eligible to use their dwellings for vacation rentals.  Property owners, including Plaintiff, relied on Defendant's representation as to the permissibility of vacation rentals of attached dwelling units to plan their affairs and decide whether to purchase property in Monroe County.  Laches bars Defendant's

counterclaim because Coral Hammock is being prejudiced for having relied on the County's own representations. That is inequitable.

## SIXTH DEFENSE – WAIVER AND ACQUIESCENCE

1. Monroe County is not entitled to relief pursuant to the doctrines of waiver and acquiescence.

2. Like the statute of limitations and laches defenses, the doctrines of waiver and acquiescence are related. "'[W]aiver is the intentional or voluntary relinquishment of a known right.'" *Rodriguez v. Ocean Bank*, 208 So.3d 221, 225 (Fla. 3d DCA.2016) (quoting *Popular Bank of Fla. v. R.C. Asesores Financieros, C.A.*, 797 So. 2d 614, 619 (Fla. 3d DCA 2001)). "[W]aiver encompasses . . . also conduct that warrants an inference of the relinquishment of a known right." *Singer v. Singer*, 442 So.2d 1020, 1022 (Fla. 3d DCA1983) (citing *Arbogast v. Bryan*, 393 So.2d 606 (Fla. 4th DCA 1981)). Similarly, "'acquiescence' means passive compliance, or assent inferred from silence." *Stepanek v. Rinker Materials Corp.*, 697 So.2d 200, 202 (Fla. 1st DCA1997) (citing Black's Law Dictionary 580, 24 (6th ed. 1990)).

3. Defendant/Counter-Plaintiff years ago waived any right it might have had to enforce its recent re-interpretation of the Monroe County Code.  For many years prior to and after June 1, 2011, Defendant/Counter-Plaintiff interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners of attached dwelling units in Mixed-Use districts like Coral Hammock to use their homes as vacation rentals. Defendant/Counter-Plaintiff distributed forms to the public which stated that attached dwelling units in Mixed Use Districts were eligible for use as vacation rentals. Coral Hammock relied on those representations. By

telling the public that vacation rental uses of attached dwellings was allowed, Defendant/Counter-Plaintiff waived the right now to enjoin noncompliance.

4.  Even if Defendant/Counter-Plaintiff had never publically represented the permissibility of the vacation rentals, Defendant/Counter-Plaintiff's silent assent would still constitute waiver and acquiescence.

**WHEREFORE,** having fully answered, Coral Hammock Rental prays that the Court enter judgment for Coral Hammock Rental on the Counterclaim and award Coral Hammock Rental its costs in this matter.

Respectfully submitted,

/s/ Joseph Thacker
Joseph P. Thacker (Fla. Bar No. 271039)
THACKER ROBINSON ZINZ LPA
1415 Panther Ln, Ste 138
Naples, FL 34109
(239) 591-6685 – phone
(419) 931-6181 – fax
jthacker@trzlaw.com
*Counsel for Coral Hammock Rental, LLC*


/s/ Wayne LaRue Smith
WAYNE LaRUE SMITH
Florida Bar No. 0031410
BRETT TYLER SMITH
Florida Bar No. 0085412
THE SMITH LAW FIRM,
a professional association
Co-Counsel for Coral Hammock Rental, LLC
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 17, 2018, a true and correct copy of the foregoing was served on all parties who have appeared in this action or their counsel of record by e-mail via the Florida Courts eFiling Portal (pursuant to Rule 2.516, Florida Rules of Judicial Administration and Administration Order SC13-49), as listed on the Service List below as indicated.

### <u>SERVICE LIST</u>

*Coral Hammock Rental, LLC vs. Monroe County*
*Case No. CA-K-17-588*

*Counsel for Defendant Monroe County*
*(Service via eFiling Portal)*

Steven T. Williams, Esq.
Derek V. Howard, Esq.
Monroe County Attorney's Office
1111 12th Street, Suite 408
Key West, FL 33040
T: (305) 292-3470
Williams-steve@monroecounty-fl.gov
Carnago-Jaclyn@monroecounty-fl.gov
Dastugue-Laurie@monroecounty-fl.gov
Howard-Derek@monroecounty-fl.gov

*Counsel for Plaintiff (Service via eFiling Portal)*

**Joseph P. Thacker, Esq.**
**Brouse McDowell LPA**
1415 Panther Ln. Suite 138
Naples, FL 34109
T: (239) 591-6685
F: (419) 931-6181
jthacker@brouse.com

_____/S/_____
WAYNE LaRUE SMITH
Florida Bar No. 0031410
BRETT TYLER SMITH
Florida Bar No. 0085412
THE SMITH LAW FIRM,
a professional association
Co- Counsel for Coral Hammock Rental, LLC
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

Z:\1890\02\2018-08-17 Answer to Monroe County's Restated Counterclaim.docx

## IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
## IN AND FOR MONROE COUNTY, FLORIDA

CORAL HAMMOCK RENTAL, LLC, a
Florida-Limited Liability Company

         CASE NO.:  CA-K-17-588

    Plaintiff,

         JUDGE BONNIE J. HELMS

v.

MONROE COUNTY, FLORIDA,
a political subdivision of the State of Florida,

    Defendant.

_____/

## MONROE COUNTY'S ANSWER TO FIRST AMENDED COMPLAINT
## AND COUNTERCLAIM

    Defendant, MONROE COUNTY, by and through undersigned counsel, hereby answers Plaintiff's First Amended Complaint as follows:

    1.    As to paragraph 1, Defendant admits that Plaintiff's action is for Declaratory Judgment pursuant to Chapter 86, Florida Statutes, but denies that there is a statutory basis for the declaratory relief that Plaintiff seeks.

    2.    Defendant is without sufficient knowledge to admit or deny paragraph 2, and therefore it is denied.

    3.    Defendant admits paragraph 3 while noting that the State of Florida also exercises oversight over land development in Monroe County pursuant to the County's Area of Critical State Concern designation.

    4.    Defendant denies paragraph 4.

    5.    Defendant is without sufficient knowledge to admit or deny paragraph 5, and therefore it is denied.

6.      Defendant is without sufficient knowledge to admit or deny paragraph 6, and therefore it is denied.

7.      Defendant admits paragraph 7.

8.      Defendant is without sufficient knowledge to admit or deny paragraph 8, and therefore it is denied.

9.      Defendant denies paragraph 9, noting Fla. Stat. 509.242(1)(c) defines "vacation rental" as "any unit or group of units in a condominium or cooperative or any individually or collectively owned single-family, two-family, three-family, or four-family house or dwelling unit that is also a transient public lodging establishment but that is not a timeshare project."

10.      Defendant admits paragraph 10.

11.      Defendant denies paragraph 11.

12.      Defendant denies paragraph 12.

13.      Defendant admits paragraph 13.

14.      Defendant admits that Fla. Stat. 509.013(4)(a) states a "public lodging establishment" includes a "transient public lodging establishment," which means "any unit, group of units, dwelling, building, or other group of buildings within a single complex of building which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests."  Defendant denies the remainder of paragraph 14.

15.      Defendant denies paragraph 15, noting that Fla. Stat. 509.032(7)(a) states in its entirety as follows:  "The regulation of public lodging establishments and public

food service establishments, including, but not limited to, sanitation standards, inspections, training and testing of personnel, and matters related to the nutritional content and marketing of foods offered in such establishments, is preempted to the state. This paragraph does not preempt the authority of a local government or local enforcement district to conduct inspections of public lodging and public food service establishments for compliance with the Florida Building Code and the Florida Fire Prevention Code, pursuant to ss. 553.80 and 633.206."

16.     Defendant denies paragraph 16.

17.     Defendant denies paragraph 17.

18.     Defendant admits that its older form titled "Request for a Special Vacation Rental Permit," dated 02/2009 states that unit owners or their agents are "required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under the Monroe County Code" and that "Vacation rental means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than 28 days duration," but denies the remainder of paragraph 18.

19.     Defendant denies paragraph 19, noting that Page 2 of Exhibit 1 states in pertinent part:

> Vacation rental use of any detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential – Limited (SR-L), Improved Subdivision – Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), Mixed Use (MU) & Maritime Industries (MI).

3

> Vacation rental use of non-conforming detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts:   Urban Commercial (UC) & Sub Urban Commercial (SC).
>
> Vacation rental use of a dwelling unit in existence as of January 1, 2000 may be permitted in the following Land Use District:  Offshore Island (OS).

20.    Defendant admits paragraph 20.

21.    Defendant is without sufficient knowledge to admit or deny paragraph 21 and therefore it is denied.

22.    Defendant denies paragraph 22, noting that Monroe County has always interpreted Ordinance 004-1997 and 044-2000 to prohibit vacation rentals of attached units in The Hammock and other Mixed Use districts.

23.    Defendant denies paragraph 23.

24.    Defendant is without sufficient knowledge to admit or deny paragraph 24, and therefore it is denied.

25.    Defendant denies paragraph 25.

26.    Defendant denies paragraph 26.

27.    Defendant denies paragraph 27.

## COUNT 1

### (Declaratory Judgment Regarding Defendant's Alleged Preempted Reinterpretation of Local Law)

28.    Defendant restates its respective responses to the paragraphs adopted and re-alleged at paragraph 28.

29.     Defendant admits that Plaintiff's action is for "declaratory relief pursuant to Chapter 86, Florida Statutes, but denies that Plaintiff is entitled to such relief.

30.     Defendant denies paragraph 30.

31.     Defendant denies paragraph 31.

32.     Defendant denies paragraph 32.

33.     Defendant denies paragraph 33.

34.     Defendant denies paragraph 34.

35.     Defendant denies paragraph 35.

36.     Defendant denies paragraph 36.

37.     Defendant admits that "Plaintiff seeks a declaration that the prohibition by Defendant of vacation rentals in attached dwelling units in Mixed Use districts is preempted by Fla. Stat. 509.032(7)(b)" but denies that Plaintiff is entitled to such a declaration.

## COUNT 2

**(Declaratory Judgment of Alleged Exempted Status of Homeowner's Association)**

38.     Defendant restates its respective responses to the paragraphs adopted and re-alleged at paragraph 38.

39.     Defendant admits that Plaintiff's action is for "declaratory relief pursuant to Chapter 86, Florida Statutes," but denies that Plaintiff is entitled to such relief.

40.     Defendant admits paragraph 40.

41.     Defendant denies paragraph 41.

42.     Defendant denies paragraph 42.

43.     Defendant admits that Monroe County Code Section 134-1(b) provides that a vacation rental permit is not required for "[a] vacation rental of a dwelling unit located within a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses" but denies the remainder of paragraph 43.

44.     Defendant is without sufficient knowledge to admit or deny paragraph 44, and therefore it is denied.

45.     Defendant denies paragraph 45.

46.     Defendant denies paragraph 46.

47.     Defendant denies paragraph 47.

48.     Defendant denies paragraph 48.

49.     Defendant denies paragraph 49.

50.     Defendant denies paragraph 50.

51.     Defendant admits that "Coral Hammock seeks a declaration that the requirement in Monroe County Code Section 134-1(b) for an exemption from the Monroe County Planning & Environmental Resources Department applies to subpart (2) of that section, not subpart (1)," but denies that Plaintiff is entitled to such a declaration.

## COUNT 3

### (Declaratory Judgment of Alleged Nonconforming Use)

52.     Defendant restates its respective responses to the paragraphs adopted and re-alleged at paragraph 52.

53.     Defendant admits that Plaintiff's action is for "declaratory relief pursuant to Chapter 86, Florida Statutes," but denies that Plaintiff is entitled to such relief.

6

54.     Defendant denies paragraph 54.

55.     Defendant denies paragraph 55.

56.     Defendant denies paragraph 56, noting that Defendant has always contended since the adoption of Ordinance 004-1997 that Plaintiff's attached dwellings cannot lawfully be used as vacation rentals under its zoning restrictions.

57.     Defendant denies paragraph 57.

58.     Defendant denies paragraph 58.

59.     Defendant denies paragraph 59.

60.     Defendant denies paragraph 60.

61.     Defendant denies paragraph 61.

62.     Defendant admits that "Plaintiff seeks that the doctrine of nonconforming use protects its use of attached dwellings in The Hammock as vacation rentals," but denies that Plaintiff is entitled to such relief.

## COUNT 4

### (Equitable Estoppel – Injunctive Relief)

63.     Defendant restates its respective responses to the paragraphs adopted and re-alleged at paragraph 63.

64.     Defendant admits that Plaintiff's action is "for temporary and permanent injunctive relief," but denies that Plaintiff is entitled to such relief.

65.     Defendant denies paragraph 65.

66.     Defendant denies paragraph 66.

67.     Defendant denies paragraph 67.

68.     Defendant denies paragraph 68.

7

69.     Defendant denies paragraph 69.

70.     Defendant denies paragraph 70.

71.     Defendant denies paragraph 71.

72.     Defendant denies paragraph 72.

73.     Defendant denies paragraph 73.

74.     Any paragraph not responded to above is denied.

## AFFIRMATIVE DEFENSES

75.     Plaintiff's claims are barred by the four (4) year statute of limitations.

   a.      Ordinance 004-1997 was passed by the Board of County
           Commissioners of Monroe County on February 3, 1997, and
           became effective on December 4, 1998.

   b.      Ordinance 004-1997 clarified the existing prohibition on short term
           rental (less than 28 days) of single family homes within improved
           subdivisions and other residential districts and provided a process
           whereby vacation rentals could be allowed in some land use
           districts.

   c.      Ordinance 004-1997 prohibited vacation rental use in the Mixed
           Use District without a special vacation rental permit.

   d.      Ordinance 044-2000 was adopted by the Board of County
           Commissioners of Monroe County on August 16, 2000.

   e.      With certain exceptions that do not apply to Plaintiff, Ordinance
           044-2000 requires in part that an owner or agent obtain an annual

special vacation rental permit for each dwelling unit prior to
renting the unit as a vacation rental.

76.     The State of Florida waived any preemption over the regulation of
vacation rentals as to Monroe County or otherwise delegated its preemption authority to
Monroe County when it approved Ordinances 004-1997 and 044-2000.

        a.     On December 4, 2008, the Department of Community Affairs
          (now the Department of Economic Opportunity) approved of
          Ordinance 004-1997 by Final Order.

        b.     In 2000, the Department of Community Affairs approved of
          Ordinance 044-2000 and the Department's Final Order was
          recorded on October 16, 2000.

77.     Plaintiff's claims are barred by Plaintiff's failure to apply for or obtain a
final decision from the County on the permissible uses of the subject property, including
the failure to apply for an Exemption to a Special Vacation Rental Permit pursuant to
Section 134-1(b)(1) of the Monroe County Code.

78.     Plaintiff's claims are barred by the availability of other legal and
administrative remedies.

        a.     Plaintiff could have applied for an Exemption to a Special
          Vacation Rental Permit pursuant to Section 102-185 of the Monroe
          County Code, but failed to do so.

        b.     Decisions, determinations, or interpretations rendered by the
          Planning & Environmental Resources Department in response to
          applications for annual special vacation rental permits or

exemptions to special vacation rental permits may be appealed pursuant to Section 102-185 of the Monroe County Land Development Code.

c.      Plaintiff has not utilized any of the appeal procedures available to it pursuant to Section 102-185 of the Monroe County Land Development Code.

79.   Plaintiff's claims are barred by the doctrine of laches.

a.      After purchasing the Owned Units (as defined at Paragraph 8 of the First Amended Complaint), Plaintiff delayed for an unreasonable amount of time to either (a) seek approval to rent the units as "vacation units" (as that term is defined at Section 101-1 of the Monroe County Land Development Code) or (b) ascertain the County's position on whether use of attached units as "vacation units" (as that term is defined at Section 101-1 of the Monroe County Land Development Code) in the Mixed Use districts is prohibited.

b.      Plaintiff failed to exercise due diligence in the purchase or planning for the use of the Owned Units.

c.      Plaintiff's delay in exercising its alleged rights to utilize the Owned Units as "vacation units" (as that term is defined at Section 101-1 of the Monroe County Land Development Code) prejudiced the County in the County's effort to plan for and provide for the health, safety or welfare of the public.

80.    Plaintiff's claims are barred by the doctrine of unclean hands.

    a.    Ordinance 044-2000 requires in part that an owner or agent obtain an annual special vacation rental permit for each dwelling unit prior to renting the unit as a vacation rental.

    b.    Plaintiff has rented the Owned Units as vacation rental units without applying for or obtaining either (a) an annual special vacation rental permit or (b) exemption to a special vacation rental permit pursuant to Section 134-1(b)(1) of the Monroe County Land Development Code.

    c.    Even after Plaintiff learned of the County's position that vacation rental use of attached units in Mixed Use districts is prohibited, Plaintiff advertised some or all of its attached Owned Units for such vacation rental use.

    d.    Even after Plaintiff learned of the County's position that vacation rental use of attached units in Mixed Use districts is prohibited, Plaintiff actually rented some or all of its attached Owned Units for such vacation rental use.

    e.    Monroe County Code Enforcement currently has active files opened for some or all of the Owned Units due to alleged unlawful vacation rental use of the units.

    f.    Plaintiff's action is intended to avoid or circumvent Code Enforcement action against Plaintiff's unlawful vacation rental use of some or all of the Owned Units.

g.    Plaintiff has used the subject property in a manner that constitutes a public nuisance.

## COUNTERCLAIM

Defendant/Counter-Plaintiff    Monroe    County    ("COUNTY")    sues Plaintiff/Counter-Defendant Coral Hammock Rental, LLC ("CORAL HAMMOCK RENTAL"), alleging and seeking the following:

1.   The COUNTY is a political subdivision of the State of Florida.

2.   CORAL HAMMOCK RENTAL is a Florida Limited Liability Company that has its principal address in Key West, Monroe County, Florida.

3.   CORAL HAMMOCK RENTAL is the owner of property located at 43 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000122 ("43 Coral Way").

4.   CORAL HAMMOCK RENTAL is the owner of property located at 48 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000136 ("48 Coral Way").

5.   CORAL HAMMOCK RENTAL is the owner of property located at 56 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000140 ("56 Coral Way").

6.   CORAL HAMMOCK RENTAL is the owner of property located at 20 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000149 ("20 Coral Way").

7.    As of July 25, 2017, CORAL HAMMOCK RENTAL characterized the subject property as "residential property in the Coral Hammock community on Stock Island, Key West, Monroe County, Florida ("Coral Hammock")."

8.    In 2018, CORAL HAMMOCK RENTAL rebranded the residential community of Coral Hammock for purposes of the above-captioned litigation as "a planned vacation home community" known as "The Hammock."

9.    Section 101-1 of the Monroe County Land Development Code defines "vacation rental" as "an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than 28 days duration."

10.    Prior to December 4, 1998, CORAL HAMMOCK RENTAL did not rent, lease or assign 43 Coral Way for tenancies of less than 28 days duration.

11.    Prior to December 4, 1998, CORAL HAMMOCK RENTAL did not rent, lease or assign 48 Coral Way for tenancies of less than 28 days duration.

12.    Prior to December 4, 1998, CORAL HAMMOCK RENTAL did not rent, lease or assign 56 Coral Way for tenancies of less than 28 days duration.

13.    Prior to December 4, 1998, CORAL HAMMOCK RENTAL did not rent, lease or assign 20 Coral Way for tenancies of less than 28 days duration.

14.    Prior to December 31, 2000, CORAL HAMMOCK RENTAL did not rent, lease or assign 43 Coral Way for tenancies of less than 28 days duration.

15.    Prior to December 31, 2000, CORAL HAMMOCK RENTAL did not rent, lease or assign 48 Coral Way for tenancies of less than 28 days duration.

16.    Prior to December 31, 2000, CORAL HAMMOCK RENTAL did not rent, lease or assign 56 Coral Way for tenancies of less than 28 days duration.

17.     Prior to December 31, 2000, CORAL HAMMOCK RENTAL did not rent, lease or assign 20 Coral Way for tenancies of less than 28 days duration.

18.     After January 1, 2000, CORAL HAMMOCK RENTAL rented, leased or assigned some or all of its units located in The Hammock for tenancies of less than 28 days duration.

19.     43 Coral Way, 48 Coral Way, 56 Coral Way and 20 Coral Way are attached dwelling units in the Mixed-Use District.

20.     Ordinance 004-1997 was passed by the Board of County Commissioners of Monroe County on February 3, 1997 (hereinafter "1997 Vacation Rental Ordinance"), and became effective on December 4, 1998.

21.     A true and correct copy of Ordinance 004-1997 is attached hereto as Defendant's Exhibit 1.

22.     The 1997 Vacation Rental Ordinance clarified the existing prohibition on short term rental of single-family homes within the improved subdivisions and other residential districts and provided a process whereby vacation rentals could be allowed in some land use districts.

23.     The 1997 Vacation Rental Ordinance prohibited the renting, leasing, or assigning of tenancies of less than 28 days duration for attached dwelling units in the Mixed Use District.

24.     The 1997 Vacation Rental Ordinance only permitted vacation rental use of detached dwelling units if a special vacation rental permit is obtained.

25.     Ordinance 044-2000 (hereinafter "2000 Vacation Rental Ordinance") was adopted by the Board of County Commissioners of Monroe County on August 16, 2000.

26.     A true and correct copy of Ordinance 044-2000 is attached hereto as Defendant's Exhibit 2.

27.     The 2000 Vacation Rental Ordinance requires in part that an owner or agent obtain an annual special vacation rental permit for each dwelling unit prior to renting, leasing, or assigning the unit for tenancies of less than 28 days duration.

28.     Monroe County has always interpreted the 1997 Vacation Rental Ordinance and the 2000 Vacation Rental Ordinance as prohibiting "vacation rental use" (defined as the renting, leasing or assigning of tenancies of less than 28 days duration) of attached dwelling units in the Mixed Use District.

29.     Monroe County has never interpreted or reinterpreted the 1997 Vacation Rental Ordinance or the 2000 Vacation Rental Ordinance as allowing vacation rental use of attached dwelling units in the Mixed Use District.

30.     CORAL HAMMOCK RENTAL has never held a special vacation rental permit from the County for its 43 Coral Way property.

31.     CORAL HAMMOCK RENTAL has never held a special vacation rental permit from the County for its 48 Coral Way property.

32.     CORAL HAMMOCK RENTAL has never held a special vacation rental permit from the County for its 56 Coral Way property.

33.     CORAL HAMMOCK RENTAL has never held a vacation rental permit from the County for its 20 Coral Way property.

34.     CORAL HAMMOCK RENTAL has never held or applied for an Exemption to a Special Vacation Rental Permit pursuant to Section 134-1(b)(1) of the Monroe County Land Development Code for its 43 Coral Way property.

35. CORAL HAMMOCK RENTAL has never held or applied for an Exemption to a Special Vacation Rental Permit pursuant to Section 134-1(b)(1) for its 48 Coral Way property.

36. CORAL HAMMOCK RENTAL has never held or applied for an Exemption to a Special Vacation Rental Permit pursuant to Section 134-1(b)(1) for its 56 Coral Way property.

37. CORAL HAMMOCK RENTAL has never held or applied for an Exemption to a Special Vacation Rental Permit pursuant to Section 134-1(b)(1) for its 20 Coral Way property.

38. On July 10, 2018, Circuit Judge Timothy J. Koenig, sitting in his appellate capacity, entered an Order Affirming in Part and Reversing in Part in *Bechert v. Monroe County* (Case No.: 17-AP-2-M) which held that the requirement in Monroe County Code Section 134-1(b) for an exemption from the Monroe County Planning & Environmental Resources Department applies to subpart(1), as well as subpart (2), stating: "MCC 134-1(b)(2) states that to obtain an 'exemption under the provisions of this section,' one must apply for one with the planning department. MCC 134-1(b)(2) is a subsection, which is a smaller division within MCC 134-1. As such, the requirement that one must apply to the planning department plainly cannot be limited to that subsection, because it states 'under the provisions of this section.' The phrase 'this section' refers to all of MCC 134-1, including MCC 134-1(b)(1) notwithstanding the word 'or.' "

39. Monroe County would not approve an application for an exemption for 56 Coral Way, 20 Coral Way, 43 Coral Way, or 48 Coral Way under MCC Section 134-1(b) because vacation rental use of attached units in Mixed Use districts is prohibited.

40.     Judy Bringle is an authorized agent or representative of CORAL HAMMOCK RENTAL.

41.     Within the past two years, CORAL HAMMOCK RENTAL, or an authorized agent, has advertised on the internet the availability of 43 Coral Way as a rental for a period of less than 28 days.

42.     43 Coral Way has been listed as available for rental for a period of less than 28 days on VRBO.com.

43.     43 Coral Way is designated as Property #499539 on VRBO.com.

44.     Defendant's Exhibit 3 is a true and correct copy of the listing for 43 Coral Way found at www.vrbo.com/499539.

45.     43 Coral Way has over 139 reviews on VRBO.com from renters that have stayed on the property; said reviews form a part of Defendant's Exhibit 3.

46.     One review of 43 Coral Way on VRBO.com was submitted by Alexis S. on May 11, 2018 and states in part: "This property is perfect for two couples looking for accommodations close to the action of Duval Street! We just returned from a 4 night stay two days ago and already wish we were back in beautiful Key West!"

47.     Within the past two years, CORAL HAMMOCK RENTAL, or an authorized agent, has advertised on the internet the availability of 48 Coral Way as a rental for a period of less than 28 days.

48.     48 Coral Way has been listed as available for rental for a period of less than 28 days on VRBO.com.

49.     48 Coral Way is designated as Property #577846 on VRBO.com.

50. Defendant's Exhibit 4 is a true and correct copy of the listing for 48 Coral Way found at www.vrbo.com/577846.

51. 48 Coral Way has over 128 reviews on VRBO.com from renters that have stayed on the property; these reviews form a part of Defendant's Exhibit 4.

52. One review of 48 Coral Way on VRBO.com was submitted by Robert P. on April 1, 2018 and states in part: "We stayed a week and enjoyed all the amenities Judy's condo offered."

53. Within the past two years, CORAL HAMMOCK RENTAL, or an authorized agent, has advertised on the internet the availability of 56 Coral Way as a rental for a period of less than 28 days.

54. 56 Coral Way has been listed as available for rental for a period of less than 28 days on VRBO.com.

55. 56 Coral Way is designated as Property #586290 on VRBO.com.

56. Defendant's Exhibit 5 is a true and correct copy of the listing for 56 Coral Way found at www.vrbo.com/586290.

57. 56 Coral Way has over 166 reviews on VRBO.com from renters that have stayed on the property; said reviews form a part of Defendant's Exhibit 5.

58. One review of 56 Coral Way on VRBO.com was submitted by April R. on May 29, 2018 and states in part: "This house was perfect for us. We had three couples stay for an extended weekend and we could not have been more pleased with the property."

59.     Within the past two years, CORAL HAMMOCK RENTAL, or an authorized agent, has advertised on the internet the availability of 20 Coral Way as a rental for a period of less than 28 days.

60.     20 Coral Way has been listed as available for rental for a period of less than 28 days on VRBO.com.

61.     20 Coral Way is designated as Property #1015919 on VRBO.com.

62.     Defendant's Exhibit 6 is a true and correct copy of the listing for 20 Coral Way found at www.vrbo.com/1015919.

63.     20 Coral Way has over 40 reviews on VRBO.com from renters that have stayed on the property; said reviews form a part of Defendant's Exhibit 6.

64.     One review of 20 Coral Way on VRBO.com was submitted by Patti B. on January 16, 2018, and states in part: "My family (7 adults and 1 child) spent 6 days over New Years."

65.     Since the adoption of the 1997 Vacation Rental Ordinance, CORAL HAMMOCK RENTAL or an authorized agent has rented or is renting 43 Coral Way for a period of less than 28 days.

66.     Since the adoption of the 1997 Vacation Rental Ordinance, CORAL HAMMOCK RENTAL or an authorized agent has rented or is renting 48 Coral Way for a period of less than 28 days.

67.     Since the adoption of the 1997 Vacation Rental Ordinance, CORAL HAMMOCK RENTAL or an authorized agent has rented or is renting 56 Coral Way for a period of less than 28 days.

68.     Since the adoption of the 1997 Vacation Rental Ordinance, CORAL HAMMOCK RENTAL or an authorized agent has rented or is renting 20 Coral Way for a period of less than 28 days.

69.     Neighbors of 43 Coral Way have called Monroe County Code Enforcement to complain about the rental of the unit for a period of less than 28 days.

70.     Monroe County Code Enforcement currently has an active file opened on 43 Coral Way due to unlawful vacation rentals at the address.

71.     Neighbors of 48 Coral Way have called Monroe County Code Enforcement to complain about the rental of the unit for a period of less than 28 days.

72.     Monroe County Code Enforcement currently has an active file opened on 48 Coral Way due to unlawful vacation rental at the address.

73.     Neighbors of 56 Coral Way have called Monroe County Code Enforcement to complain about the rental of the unit for a period of less than 28 days.

74.     Monroe County Code Enforcement currently has an active file opened on 56 Coral Way due to unlawful vacation rentals at the address.

75.     Neighbors of 20 Coral Way have called Monroe County Code Enforcement to complain about the rental of the unit for a period of less than 28 days.

76.     Monroe County Code Enforcement currently has an active file opened on 20 Coral Way due to unlawful vacation rentals at the address.

77.     Monroe County has never directly or indirectly authorized the renting, leasing or assignment of 43 Coral Way, 48 Coral Way, 56 Coral Way or 20 Coral Way for tenancies of less than 28 days duration.

78.    After December 4, 1998, Monroe County never informed or otherwise represented to the public that vacation rentals of attached dwelling units in the Mixed Use District were allowed.

79.    At the time that CORAL HAMMOCK RENTAL acquired its units located in The Hammock, Monroe County prohibited the use of the units as "vacation units" as that term is defined at Section 101-1 of the Monroe County Land Development Code.

80.    Ordinances 004-1997 and 044-2000 are not preempted by Fla. Stat. 509.032(7)(b) because the ordinances were adopted prior to June 1, 2011.

## COUNT 1 (INJUNCTIVE RELIEF)

81.    The COUNTY re-alleges the factual allegations set forth in paragraphs 1 through 61 above.

82.    This is an action for temporary and permanent injunctive relief over which this Court has subject matter jurisdiction.

83.    CORAL HAMMOCK RENTAL is, or is intending to, rent one or more of its units at 43 Coral Way, 48 Coral Way, 56 Coral Way, or 20 Coral Way for a period of less than 28 days.

84.    The rental of 43 Coral Way, 48 Coral Way, 56 Coral Way, or 20 Coral Way for a period of less than 28 days is in violation of the Monroe County Code.

85.    Pursuant to Florida Statutes Chapter 162, the COUNTY is authorized to adopt ordinances and code provisions and to seek injunctive relief to enforce them.

86.    The request for injunctive relief set forth herein constitutes a valid exercise of the County's police power as authorized by law.

87.     Where a governmental entity seeks an injunction in order to enforce its

police powers, any alternative legal remedy is ignored and irreparable harm is presumed.

88.     All conditions precedent to the filing of this counterclaim have been

performed, have occurred or have been waived.

**WHEREFORE**, the COUNTY demands judgment against CORAL HAMMOCK

RENTAL as follows:

A.   For a temporary and permanent injunction, without bond, restraining CORAL

HAMMOCK WAY from renting 43 Coral Way, 48 Coral Way, 56 Coral

Way, or 20 Coral Way for vacation rental use.

B.   For such other and further relief as the Court provides, including but not

limited to, attorneys' fees and costs.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via U.S. Mail and email to Joseph P. Thacker, Esq., jthacker@trzlaw.com, Thacker Robinson Zinz LPA, 1415 Panther Lane, Ste. 138, Naples, FL 34109 and Wayne LaRue Smith, Esq., Court-Filings@thesmithlawfirm.com, The Smith Law Firm, 509 Whitehead Street, Key West, FL on this **16th** day of July, 2018.

_____ */s/ Derek V. Howard* _____
Derek V. Howard
Assistant Monroe County Attorney
FBN: 667641
Howard-Derek@monroecounty-fl.gov
Monroe County Attorney's Office
Counsel for Defendant
1111 12th Street, Suite 408
Key West FL 33040
Telephone:  305-292-3470
Telefax:  305-292-3516

ORDINANCE NO. 004-1997

AN ORDINANCE MODIFYING THE EXISTING PROHIBITION ON TOURIST HOUSING USE, INCLUDING VACATION RENTAL USE IN RESIDENTIAL DISTRICTS; AMENDING CODE SECTION 9.5-4 (T-3) TO DEFINE TOURIST HOUSING USE OR UNIT TO INCLUDE PUBLIC LODGING ESTABLISHMENTS, ROOMING HOUSES AND DWELLING UNITS COMMONLY KNOWN AS VACATION RENTALS WHICH ARE RENTED FOR TENANCIES OF LESS THAN 28 DAYS; AND CREATING 9.5-4(V-.5) DEFINING VACATION RENTAL USE AS AN ATTACHED OR DETACHED DWELLING UNIT RENTED FOR TENANCIES OF LESS THAN TWENTY-EIGHT (28) DAYS; AMENDING 9.5-4 (C-11) TO CLARIFY THAT COMMERCIAL APARTMENTS MUST MEET AFFORDABLE HOUSING CRITERIA AND EXPRESSLY PROHIBITING THE TOURIST HOUSING USE OF COMMERCIAL APARTMENTS AND INSTITUTIONAL RESIDENTIAL DWELLING UNITS; AMENDING 9.5-4(D-8) TO DEFINE DEVELOPMENT TO INCLUDE TOURIST HOUSING USE AND VACATION RENTAL USE; AMENDING 9.5-204 TO ADD VACATION RENTAL USE TO THE PURPOSE OF THE URBAN RESIDENTIAL DISTRICT; AMENDING THE FOLLOWING CODE SECTIONS TO EXPRESSLY PROHIBIT ALL TOURIST HOUSING USES INCLUDING VACATION RENTALS: 9.5-234 (URBAN RESIDENTIAL - MOBILE HOME DISTRICT), 9.5-235.1 (URBAN RESIDENTIAL MOBILE HOME- LIMITED), 9.5-238 (SPARSELY SETTLED RESIDENTIAL DISTRICT), 9.5-239 (NATIVE AREA DISTRICT), 9.5-240 (MAINLAND NATIVE AREA), 9.5-255 (COMMERCIAL FISHING RESIDENTIAL); AND 9.5-242 (IMPROVED SUBDIVISION DISTRICT), EXCEPT IN GATED COMMUNITIES WITHIN IS, URM AND URM-L THAT HAVE CONTROLLED ACCESS AND HOMEOWNER'S OR PROPERTY OWNER'S ASSOCIATIONS THAT REGULATE VACATION RENTAL USES; AMENDING THE FOLLOWING CODE SECTIONS TO ALLOW VACATION RENTAL USE AS OF RIGHT SUBJECT TO CERTAIN CONDITIONS: 9.5-236 (SUB URBAN RESIDENTIAL DISTRICT), 9.5-237 (SUB URBAN RESIDENTIAL DISTRICT [LIMITED]), SECTION 9.5-250 (MARITIME INDUSTRIES),  SECTION 9.5-243 (DESTINATION RESORT), SECTION 9.5-248 (MIXED USE), SECTION 9.5-235 (SUBURBAN COMMERCIAL) SECTION 9.5-232 (URBAN COMMERCIAL); 9.5-233 (URBAN RESIDENTIAL DISTRICT); CLARIFYING OCCUPANCY TERMS FOR RENTAL OF RECREATIONAL VEHICLE SPACES IN SECTION 9.5-244 (RECREATIONAL VEHICLES); AMENDING CHAPTER 9.5 TO CREATE A NEW CODE SECTION 9.5-242.5 (IMPROVED SUBDIVISION TOURIST HOUSING SUBINDICATOR DISTRICT) ALLOWING VACATION RENTAL USES AND CREATING REQUIREMENTS FOR APPROVAL OF IS-T REZONINGS, INCLUDING TRAFFIC IMPACTS AND COMPATIBILITY WITH THE SURROUNDING AREA, REBUTTABLE PRESUMPTIONS CONCERNING SPOT ZONING AND BUFFERYARDS; AMENDING SECTION 9.5-241 (OFFSHORE ISLAND DISTRICT); GRANDFATHERING EXISTING VACATION RENTAL USES AND PROHIBITING MARINAS AND CAMPGROUNDS ON OFFSHORE ISLANDS; CREATING NEW SECTION 9.5-534 ESTABLISHING A SPECIAL VACATION RENTAL PERMIT AND ESTABLISHING ANNUAL PERMIT FEE BY SEPARATE RESOLUTION; CREATING REGULATIONS FOR VACATION RENTALS AND ISSUANCE OF A SPECIAL

VACATION RENTAL PERMIT INCLUDING MINIMUM BUFFERYARDS, MAXIMUM NUMBER OF WATERCRAFT, OFF-STREET VEHICLE AND BOAT TRAILER PARKING, MAINTENANCE OF GUEST AND VEHICLES REGISTER, OBTAINING STATE LICENSES, COMPLIANCE WITH SANITARY WASTEWATER REGULATIONS CONTAINED IN DOH AND DEP REGULATIONS, COMPLIANCE WITH NFPA LIFE SAFETY CODE 101; PROHIBITING TRANSFER OF SPECIAL PERMITS; PROHIBITING LIVE-ABOARDS; RESTRICTING AMPLIFIED SOUND TO PROPERTY BOUNDARIES; REQUIRING TRASH CONTAINERS AND NOTICE OF TRASH AND RECYCLING COLLECTION; NAME AND PHONE NUMBER OF CONTACT PERSON AUTHORIZING INSPECTION BY CODE ENFORCEMENT; OCCUPANCY LIMITS; INCORPORATION IN LEASE TERMS; AND PROOF OF NOTICE OF THE APPLICATION AND RESTRICTIVE COVENANT DISCLAIMER; REQUIRING FEDERAL AND STATE TAX ID; PROVIDING FOR REVOCATION; PROHIBITING TOURIST HOUSING USE OF DWELLING UNITS  BY LANDOWNERS OR AGENTS IN ANY DISTRICT(S) WHERE TOURIST HOUSING USE IS PROHIBITED, PROHIBITING THE ADVERTISING OF DWELLING UNITS FOR TOURIST HOUSING USE IF THE DWELLING UNITS ARE LOCATED IN A DISTRICT(S) WHERE TOURIST HOUSING USE IS PROHIBITED, PROVIDING THAT EACH  LEASE OF LESS THAN 28 DAYS SHALL CONSTITUTE A NEW VIOLATION, PROVIDING THAT VACATION RENTAL LEASES IN DISTRICTS WHICH PROHIBIT VACATION RENTAL USES SHALL NOT BE ENTERED INTO OR RENEWED AFTER THE EFFECTIVE DATE OF THE ORDINANCE, PROVIDING THAT NON-CONFORMING USE PROVISIONS SET FORTH IN SECTIONS 9.5-141 THROUGH 9.5-146 SHALL  NOT APPLY TO ANY PARTICULAR TOURIST HOUSING OR VACATION RENTAL USES, PROVIDING THAT PRE-EXISTING USES THAT WERE ESTABLISHED UNDER ANY CODE PROVISION EXPRESSLY ALLOWING VACATION RENTAL USES THAT WERE IN EFFECT PRIOR TO SEPTEMBER 15, 1986 MAY REMAIN SUBJECT TO NON-CONFORMING USE PROVISIONS, PROVIDING THAT THE PROVISIONS OF SECTION 9.5-2(c) ("DEEMER PROVISION") SHALL NOT APPLY TO TOURIST HOUSING OR VACATION RENTAL USE, PROVIDING THAT THE CODE ENFORCEMENT FOUR-YEAR STATUTE OF LIMITATIONS SET FORTH IN SECTION 6.3-13 SHALL NOT APPLY TO NEW VACATION RENTAL LEASES OR VIOLATIONS OF THE PROHIBITION ON VACATION RENTAL USES; PROVIDING PENALTIES FOR VIOLATION OF THE PROHIBITION ON VACATION RENTAL USE; ENABLING CITIZENS TO SEEK INJUNCTIVE JUDICIAL RELIEF AND PROVIDING FOR AN AWARD OF DISCRETIONARY ATTORNEY'S FEES; AMENDING CODE SECTIONS 6.3-13 (STATUTE OF LIMITATIONS), 9.5-2 (DEEMER PROVISION), 9.5-143 (NON-CONFORMING USES) AND 9.5-184 (VESTED RIGHTS) TO PROHIBIT RENEWAL OF LEASES, SUBLEASES OR ASSIGNMENTS OF LESS THAN 28 DAYS IN DISTRICTS THAT PROHIBIT VACATION RENTAL USES OR LEASES, SUBLEASES AND ASSIGNMENTS OF RV SPACES FOR GREATER THAN 6 MONTHS; AMENDING 9.5-490.1 TO INCLUDE TOURIST HOUSING UNITS AS DEFINED IN 9.5-4(T-3); PROVIDING FOR SEVERABILITY, CONFLICT, INCORPORATION IN THE CODE, AN EFFECTIVE DATE, TRANSMITTAL TO DCA AND THE SECRETARY OF STATE.

WHEREAS, Monroe County desires to amend the Land Development Regulation to expressly clarify the existing prohibition on short term rental (less than 28 days) of single family homes within Improved Subdivisions and other residential districts; and

WHEREAS, Monroe County proposes that such vacation rental uses be allowed in all land use districts except Mobile Home (URM), Mobile Home Limited (URM-L), Native Area (NA), Mainland Native (MN), and Improved Subdivisions, unless IS districts obtain a rezoning to a tourist housing subindicator district (IS-T):

NOW THEREFORE, BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF MONROE COUNTY, FLORIDA, that:

**Section 1.**   Purpose.  The purpose of this ordinance is to further and expressly clarify the existing prohibition on short-term transient rental of dwelling units for less than twenty-eight (28) days in duration in Improved Subdivisions, mobile home districts (which provide affordable housing) and native areas, and to allow tourist housing uses in all other districts and in improved subdivision districts with a newly-created tourist housing subindicator (IS-T).

**Section 2.**   Monroe County Code §9.5-4 is hereby amended to read as follows:

**Sec. 9.5-4 - Definitions**

(D-8) *Development* means the carrying out of any building activity, the making of any material change in the use or appearance of any structure or land or water, or the subdividing of land into two (2) or more parcels.

(a)    Except as provided in subsection (c) hereof, for the purposes of this chapter, the following activities or uses shall be taken to involve "development":

(1)    A reconstruction, alteration of the size, or material change in the external appearance of a structure on land or water.

(2)    A change in the intensity of use of land, such as an increase in the number of dwelling units in a structure or on land or a material increase in the number of businesses, manufacturing establishments, offices or dwelling units in a structure or on land.

(3)    Alteration of a shore or bank of a seacoast, lake, pond or canal, including any work or activity which is likely to have a material physical effect on

3

existing coastal conditions or natural shore and inlet processes.

(4)  Commencement of drilling (except to obtain soil samples), mining or excavation on a parcel of land.

(5)  Demolition of a structure.

(6)  Clearing of land, including clearing or removal of vegetation and, including significant disturbance of vegetation or substrate (soil) manipulation, including the trimming of mangroves to the extent allowed by law. (Ord. No. 19-1989, § 1(PD11))

(7)  Deposit of refuse, solid or liquid waste, or fill on a parcel of land.

(b)  "Development" includes all other activity customarily associated with it. When appropriate to the context, "development" refers to the act of developing or to the result of development.  Reference to any specific operation is not intended to mean that the operation or activity, when part of other operations or activities, is not development.  Reference to particular operations is not intended to limit the generality of this definition.

(c)  For the purpose of this chapter, the following operations or uses shall not be taken to involve "development:"

(1)  Work involving the maintenance, renewal, improvement or alteration of any structure, if the work affects only the color or decoration of the exterior of the structure or interior alterations that do not change the use for which the structure was constructed.

(2)  Work involving the maintenance of existing landscaped areas and existing rights-of-way such as yards and other non-natural planting areas.

(3)  A change in use of land or structure from a use within a specified category of use to another use in the same category unless the change involves a change from a use permitted as of right to one permitted as a minor or major conditional use or from a minor to a major conditional use.

(4)  A change in the ownership or form of ownership of any parcel or structure.

(5)  The creation or termination of rights of access, riparian rights, easements, covenants concerning development of land, or other rights in land unless otherwise specifically required by law.

(6)  The clearing of survey cuts or other paths of less than four (4) feet in width and the mowing of vacant lots in improved subdivisions and areas that have been continuously maintained in a mowed state prior to the effective date of the plan, the trimming of trees and shrubs and gardening in areas of developed parcels that are not required open space and the maintenance of public rights-of-way and private accessways existing on the effective date of this chapter or approved private rights-or-way.

4

    <u>(d)</u>    <u>Development also means the tourist housing use or vacation rental use of a dwelling unit, or a change to such a use (i.e., conversion of existing dwelling units to vacation rental use). Vacation rental use of a dwelling unit requires building permits, inspection(s) and a certificate of occupancy.</u>

(T-3) <u>Tourist housing use or</u> unit means a dwelling unit used as transient housing <u>for tenancies of less than twenty-eight (28) days duration,</u> such as a hotel or motel, <u>public lodging establishment, rooming house, vacation rental</u>, room, or space for parking a recreational vehicle or travel trailer <u>or units that are advertised and held out to the public for such use. Tourist housing use shall include the rental, lease, sublease, or assignment of existing dwelling units for tenancies of less than 28 days duration.</u>

<u>(V-.5) Vacation rental use or unit means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than twenty-eight (28) days duration and is not within a multifamily building with 24 hour on-site management supervision. Vacation rental use does not include hotels, motels, and RV spaces, which are specifically addressed in each district.</u>

(C-11) Commercial apartment means a residential dwelling unit that is developed in conjunction with a non-residential use and is intended to serve the housing needs of persons who are gainfully employed in Monroe County. <u>All commercial apartments must comply with the affordable housing criteria set forth in Section 9.5-4(A-5) and Section 9.5-266. Tourist housing use or vacation rental use of commercial apartments is prohibited.</u>

**Section 3.**  Monroe County Code §9.5-204 is hereby amended to read as follows:

### Sec. 9.5-204 Purpose of Urban Residential District

The purpose of the UR District is to provide areas appropriate for high-density residential uses designed and intended for occupancy by persons gainfully employed in the Florida Keys <u>and to create areas to provide for vacation rental use of detached dwellings, duplexes, and multi-family dwellings.</u> This district should be established at or near employment centers.

**Section 4.**  Monroe County Code §9.5-232 is hereby amended to read as follows:

### Sec. 9.5-232. Urban Commercial District.

    (a)    The following uses are permitted as of right in the Urban Commercial District:

        (1)    Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than five thousand (5,000) square feet of floor area;

        (2)    Commercial retail uses of high intensity of less than twenty-five

hundred (2,500) square feet of floor area;

(3)    Institutional residential uses involving less than twenty (20) dwelling units or rooms;

(4)    Commercial apartments involving less than six (6) dwelling units in conjunction with a permitted commercial use;

(5)    Commercial recreational uses limited to:

        a.    Bowling alleys;
        b.    Tennis and racquet ball courts;
        c.    Miniature golf and driving ranges;
        d.    Theaters;
        e.    Health clubs;
        f.    Swimming pools;

(6)    Institutional uses;

(7)    Public buildings and uses;

(8)    Accessory uses.

(9)    Vacation rental use of non-conforming detached and attached dwelling units if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)    The following uses are permitted as minor conditional uses in the Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

(1)    Commercial retail of low- and medium-intensity and office uses or any combination thereof of greater than five thousand (5,000) but less than twenty thousand (20,000) square feet of floor area, provided that access to U.S. 1 is by way of:

        a.    An existing curb cut;
        b.    A signalized intersection; or
        c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)    Commercial retail uses of high intensity of greater than twenty-five hundred (2,500) but less than ten thousand (10,000) square feet of floor

area, provided that [access to U.S. 1 is by way of]:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)    Institutional residential uses involving twenty (20) or more dwelling units or rooms, provided that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development;

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial apartments involving more than six (6) dwelling units in conjunction with a permitted commercial use, provided that:

    a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>    <u>Tourist housing uses, including vacation rental use, of commercial apartments is prohibited.</u>

(5)    Hotels of fewer than fifty (50) rooms, provided that:

    a.    The use is compatible with established land uses in the immediate vicinity;

    b.    One (1) or more of the following amenities are available to guests:

       (i)     Swimming pools;

       (ii)    Marina; or

       (iii)   Tennis courts;

  c.    Access to U.S. 1 is by way of:

       (i)     An existing curb cut;

       (ii)    A signalized intersection; or

       (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

  <u>(6)</u>    Parks and community parks.

(c)    The following uses are permitted as major conditional uses in the Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

  (1)    Commercial retail of medium- and low-intensity and office uses, or any combination thereof, of greater than twenty thousand (20,000) square feet in floor area, provided that access to U.S. 1 is by way of:

       a.    An existing curb cut;

       b.    A signalized intersection; or

       c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

  (2)    Commercial retail uses of high intensity of greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

       a.    An existing curb cut;

       b.    A signalized intersection; or

       c.    A curb cut that is separated from any other curb cut on

            the same side of U.S. 1 by at least four hundred (400) feet;

  (3)    Hotels providing fifty (50) or more rooms, provided that:

       a.    The hotel has restaurant facilities on or adjacent to the premises; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Marinas, provided that:

    a.    The parcel proposed for development has access to water of at least four (4) feet below mean sea level at mean low tide;

    b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height.

    d.    Any commercial fishing activities are limited to the landing of catch, mooring and docking of boats and storage of traps and other fishing equipment;

(5)    Amusement or sea life parks and drive-in theaters, provided that:

    a.    The parcel of land has an area of at least two (2) acres;

    b.    The parcel is separated from any residential district or established residential use by at least a class E buffer; and

    c.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(6)    Heliports or seaplane ports, provided that:

    a.    The heliport is associated with a governmental services facility, a law enforcement element or a medical services facility;

    b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility.

    c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;

    d.    If there are established uses within five hundred (500) feet of the parcel proposed for development, the hours of operation

shall be limited to daylight; and

e.   The use is fenced or otherwise secured from any entry by
unauthorized persons.

**Section 5.**   Monroe County Code §9.5-233 is hereby amended to read as follows:

### Sec. 9.5-233.  Urban Residential District.

(a)   The following uses are permitted as of right in the Urban Residential District:

(1)   Detached residential dwellings;

(2)   Public buildings and uses;

(3)   Home occupations-Special use permit requiring a public hearing;

(4)   Accessory uses;

(5)   Vacation rental use if a special vacation rental permit is obtained
under the regulations established in Code §9.5-534.

(b)   The following uses are permitted as minor conditional uses in the Urban
Residential District, subject to the standards and procedures set forth in article
III, division 3:

(1)   Attached residential dwelling units, provided that:

a.   Sufficient common areas for recreation are provided to serve the
number of dwelling units proposed to be developed;

b.   All entryways are designed and lighted to allow safe and secure
access to all structures from walks and parking areas; and

c.   Access to U.S. 1 is by way of:

(i)   An existing curb cut;
(ii)   A signalized intersection; or
(iii)   A curb cut that is separated from any other curb cut on
the same side of U.S. 1 by at least four hundred (400)
feet;

(2)   Institutional and institutional-residential uses, provided that access to
U.S. 1 is by way of:

10

a.   An existing curb cut;

b.   A signalized intersection; or

c.   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)   Parks and community parks.

(c)   The following uses are permitted as major conditional uses in the Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)   Marinas, provided that:

a.   The parcel provided for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.   The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

c.   All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

d.   Vessels docked or stored shall not be used for live-aboard purposes;

(2)   Time-share estates, including uses accessory thereto, provided that:

a.   The use is compatible with established land uses in the immediate vicinity;

b.   Access to U.S. 1 is by way of:

(i)   An existing curb cut;

(ii)   A signalized intersection; or

(iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

c.   The parcel proposed for development is separated from any established residential use by a class C bufferyard;

d.   Time-share units shall have a minimum living area of nine hundred fifty (950) square feet;

e.   The parcel proposed for development shall have a minimum size of four (4) acres;

f.   The density does not exceed four (4) dwelling units per acre; and

11

g.   The time share units comply with the requirements of the Florida Real Estate Time-Sharing Act [F.S. § 721.01 et seq.].

**Section 6.** Monroe County Code §9.5-234 is hereby amended to read as follows:

**Sec. 9.5-234. Urban Residential- Mobile Home District.**

(a)   The following uses are permitted, as of right in the Urban Residential - Mobile Home District:

   (1)   Mobile homes;

   (2)   Detached residential dwellings;

   (3)   Recreational vehicles as provided in chapter 513, Florida Statutes;

   (4)   Home occupations—Special use permit requiring a public hearing;

   (5)   Accessory uses; and

   (6)   Tourist housing uses, including vacation rental uses, are prohibited except in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

(b)   The following uses are permitted as major conditional uses in the Urban Residential Mobile Home District, subject to the standards and procedures set forth in article III, division 3:

   (1)   Marinas, provided that:

      a.   The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;
      b.   The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;
      c.   Vessels docked or stored shall not be used for live-aboard purposes; and
      d.   All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

   (2)   Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

      a.   The parcel of land on which the commercial retail use is to be

12

located abuts the right-of-way of U.S. 1;

b.    The structure must be located within two hundred (200) feet of the centerline of U.S. 1;

c.    The commercial retail use does not involve the sale of petroleum products;

d.    The commercial retail use does not involve the outside storage or display of goods or merchandise;

e.    There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f.    The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

g.    The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

h.    No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1;

(3)  Parks and community parks.

**Section 7.**   Monroe County Code §9.5-235 is hereby amended to read as follows:

**Sec. 9.5-235. Sub Urban Commercial District.**

(a)    The following uses are permitted as of right in the Sub Urban Commercial District:

(1)    Commercial retail, low and medium intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area;

(2)    Institutional residential uses, involving less than ten (10) dwelling units or rooms;

(3)    Commercial apartments involving less than six (6) dwelling units in conjunction with a permitted commercial use;

(4)    Commercial recreational uses limited to:

13

    a.      Bowling alleys;

    b.      Tennis and racquet ball courts;

    c.      Miniature golf and driving ranges;

    d.      Theaters;

    e.      Health clubs;

    f.      Swimming pools;

(5)     Institutional uses;

(6)     Public buildings and uses;

(7)     Accessory uses;

(8)     Storage areas, provided that the area does not exceed twenty-five (25) percent of the gross area of the parcel proposed for development; if such areas exceed twenty-five (25) percent, than approval must be obtained pursuant to subsection (b)(8).

(9)     <u>Vacation rental use of non-conforming detached and attached dwelling units, if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.</u>

(b)     The following uses are permitted as minor conditional uses in the Sub Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

(1)     Commercial retail of low and medium intensity and office uses or any combination thereof of greater than twenty-five hundred (2,500) but less than ten thousand (10,000) square feet of floor area, provided that access to U.S. 1 is by way of:

    a.      An existing curb cut;

    b.      A signalized intersection; or

    c.      A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)     Commercial retail uses of high intensity of less than twenty-five hundred (2,500) square feet in floor area; provided that access to U.S. 1 is by way of:

    a.      An existing curb cut;

    b.      A signalized intersection; or

    c.      A curb cut that is separated from any other curb cut on the same

side of U.S. 1 by at least four hundred (400) feet;

(3)   Institutional residential uses involving ten (10) to twenty (20) dwelling units or rooms, provided that:

    a.   The use is compatible with land use established in the immediate vicinity of the parcel proposed for development;

    b.   Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from another curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)   Commercial apartments involving more than six (6) dwelling units in conjunction with a permitted commercial use, provided that:

    a.   The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

    b.   Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>   <u>Tourist housing uses, including vacation rental uses, of commercial apartments are prohibited.</u>

(5)   Hotels of fewer than twenty-five (25) rooms, provided that:

    a.   The use is compatible with established land uses in the immediate vicinity; and

    b.   One (1) or more of the following amenities are available to guests:

        (i)     Swimming pool;

        (ii)    Marina; or

        (iii)   Tennis courts;

<u>(6)</u>   Campgrounds, provided that:

a.   The parcel proposed for development has an area of at least five (5) acres;

b.   The operator of the campground is the holder of a valid Monroe County occupational license;

c.   If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square feet and is designed to serve the needs of the campground; and

d.   The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(7)   Light industrial uses, provided that:

a.   The parcel proposed for development does not have an area of greater than two (2) acres;

b.   The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

c.   All outside storage areas are screened from adjacent use by a solid fence, wall or hedge at least six (6) feet in height;

(8)   Parks and community parks.

(c)   The following uses are permitted as major conditional uses in the Sub Urban Commercial District subject to the standards and procedures set forth in Article III, division 3:

(1)   Commercial retail of low- and medium-intensity and office uses or any combination thereof greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

a.   An existing curb cut;

b.   A signalized intersection; or

c.   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)   Commercial retail uses of high intensity greater than twenty-five hundred (2,500) square feet in floor area provided that access to U.S. 1 is by way of:

a.   An existing curt cut;

b.   A signalized intersection; or

c.   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

16

(3)    Institutional residential uses involving twenty (20) or more dwelling units or rooms; provided that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development; and

    b.    Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    c.    Tourist housing uses, including vacation rental uses, of institutional residential units are prohibited.

(4)    Hotels providing twenty-five (25) or more rooms, provided that:

    a.    The hotel has restaurant facilities on or adjacent to the premises; and

    b.    Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet.

(5) Marinas, provided that:

    a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

    b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and

    c.    All outside storage areas are screened from adjacent uses by a fence, wall or hedge of at least six (6) feet in height;

    d.    Any commercial fishing activities are limited to the landing of catch, mooring and docking of boats and storage of traps and other fishing equipment;

(6)    Mariculture, provided that:

    a.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

    b.    The parcel proposed for development is separated from any

17

established residential use by at least a class C bufferyard; and

   c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

(7)    Heliports or seaplane ports, provided that:

   a.    The helicopter is associated with a government service facility, a law enforcement element or a medical services facility;

   b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility;

   c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;

   d.    If there are established residential uses within five hundred (500) feet of the parcel proposed for development, the hours of operation and nonemergency aircraft shall be limited to daylight; and

   e.    The use is fenced or otherwise secured from entry by unauthorized persons.

**Section 8.** Monroe County §9.5-235.1 is hereby amended to read as follows:

### Sec. 9.5-235.1.  URM-L District.

(a)    The following uses are permitted as of right in the URM-L district:

(1)    Mobile homes;

(2)    Recreational vehicles, as provided in Florida Statutes chapter 513;

(3)    Home occupations by special use permit requiring a public hearing;

(4)    Accessory uses; and

(5)    Tourist housing uses, including vacation rental uses, are prohibited except in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

(b)    The following uses are permitted as major conditional uses in the URM-L district subject to the standards and procedures set forth in article VII, division 4:

(1)    Marinas, provided that:

18

a.  The marina is primarily intended and designed to serve the residents of the district in which it is located;

b.  The parcel proposed for development has access to water of at least four (4) feet below mean sea level at mean low tide;

c.  The sale of goods and services is limited to fuel, food, boating and diving and sport fishing products;

d.  Vessels docked or stored shall not be used for live-aboard purposes; and

e.  All outside storage area are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

(2)  Commercial retail of low intensity of less than twenty-five hundred (2,500) square feet of floor area, provided that:

a.  The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1;

b.  The primary structure must be located within two hundred (200) feet of the center line of U.S. 1;

c.  The commercial retail use does not involve the sale of petroleum products;

d.  The commercial retail use does not involve the outside storage of merchandise;

e.  There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f.  The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

g.  The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

h.  No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way of U.S. 1.

**Section 9.**  Monroe County Code §9.5-236 is hereby amended to read as follows:

**Sec. 9.5-236. Sub Urban Residential District.**

(a)  The following uses are permitted as of right in the Sub Urban Residential District:

19

    (1)    Detached residential dwellings;

    (2)    Community parks;

    (3)    Beekeeping;

    (4)    Home occupations—Special use permit requiring a public hearing;

    (5)    Accessory uses; <u>and</u>

    <u>(6)</u>    <u>Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534</u>.

(b)    The following uses are permitted as minor conditional uses in the Sub Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

    (1)    Attached residential dwelling units, provided that:

        a.    The total number of units does not exceed four (4) per building;
        b.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and
        c.    The parcel proposed for development is separated from any established detached residential use by a class C bufferyard.

    (2)    Public or private community tennis courts and swimming pools, provided that:

        a.    The parcel of land proposed for development does not exceed five (5) acres;
        b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
        c.    All outside lighting is designed and located so that light does not shine directly on any established residential use;

    (3)    Public buildings and uses, provided that:

        a.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
        b.    Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial retail of low- and medium-intensity or office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

    a.     The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1, or a dedicated right-of-way to serve as a frontage road for U.S. 1;

    b.     The structure must be located within two hundred (200) feet of the centerline of U.S. 1;

    c.     The commercial retail use does not involve the sale of petroleum products;

    d.     The commercial retail use does not involve the outside storage or display of goods or merchandise with the exception that outside sales and display for nurseries may be permitted with the stipulation that required open space and required bufferyards may not be used for display and sales;

    e.     There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

    f.     The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

    g.     The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

    h.     No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1;

(5)    Parks and community parks;

(6)    Institutional uses provided that:

    a.     The parcel proposed for development is separated from any established residential uses by a class C buffer-yard; and

    b.     Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(7)    Churches, synagogues, and houses of worships provided that:

    a.    The parcel proposed for development is separated from any established residential uses by a class C buffer-yard; and

    b.    Access to U.S. 1 is by way of:

        (i)     An existing curb cut; or

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet.

(c)    The following uses are permitted as major conditional uses in the Sub Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)    Attached residential dwelling units, provided that:

    a.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

(2)    Institutional residential uses, provided that:

    a.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

    c.    Access to U.S. 1 is by way of:

        (i)     An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)   A curb cut that is separated from any other curb cut on

the same side of U.S. 1 by at least four hundred (400) feet;

(3)     Marinas, provided that:

a.      The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.      The use does not involve the sale of goods and services other than private clubs, sport fishing charters, boat dockage and storage;

c.      All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

d.      Vessels docked or stored shall not be used for live-aboard purposes;

e.      All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

f.      The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(4)     Agricultural uses, provided that:

a.      The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

b.      The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

c.      All outside storage areas are screened from adjacent uses by solid fence, wall or hedge at least six (6) feet in height;

(5)     Campgrounds, provided that:

a.      The parcel proposed for development has an area of at least five (5) acres;

b.      The operator of the campground is the holder of a valid Monroe County occupational license;

c.      If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square feet and is designed to serve the needs of the campground; and

d.      The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(6)     Hotels of fewer than twelve (12) rooms, provided that:

23

     a.     The parcel proposed for development has an area of at least <u>two (2)</u> acre<u>s</u>;

     b.     All signage is limited to that permitted for a residential use;

     c.     The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

     d.     The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

(7)     Clubhouse or meeting facilities for educational and public interest purposes, provided that:

     a.     The use does not exceed five thousand (5,000) square feet of floor area; and

     b.     The parcel proposed for development is separated from all adjacent residential uses by a class C bufferyard;

(8)     Communication towers, provided that:

     a.     The parcel proposed is at least one (1) acre; and

     b.     The tower is set back from the property line a distance equal to the height of the tower and any guy supports are set back twenty (20) feet from any property line.

**Section 10.**    Monroe County Code §9.5-237 is hereby amended to read as follows:

**Sec. 9.5-237. Sub Urban Residential District (Limited).**

The following uses are permitted as of right in the Sub Urban Residential District (Limited):

(1)     Detached residential dwellings;

(2)     Community parks;

(3)     Beekeeping;

(4)     Home occupations—Special use permit requiring a public hearing;

(5)     Accessory uses; <u>and</u>

<u>(6)</u>     <u>Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.</u>

24

**Section 11.**   Monroe County Code §9.5-238 is hereby amended to read as follows:

**Sec. 9.5-238. Sparsely Settled Residential District.**

(a)   The following uses are permitted as of right in the Sparsely Settled Residential District:

   (1)   Detached residential dwellings;

   (2)   Beekeeping;

   (3)   Home occupations—Special use permit requiring a public hearing;

   (4)   Accessory uses; and

   (5)   Tourist housing uses, including vacation rental uses are prohibited.

(b)   The following uses are permitted as minor conditional uses in the Sparsely Settled Residential District, subject to the standards and procedures set forth in Article III, division 3:

   (1)   Attached residential dwelling units, provided that:

      a.   The total number of units does not exceed four (4); and
      b.   The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development.

   (2)   Public or private community tennis courts and swimming pools, provided that:

      a.   The parcel of land proposed for development does not exceed five (5) acres;
      b.   The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
      c.   All outside lighting is designed and located so that light does not shine directly on any established residential use;

   (3)   Public buildings and uses, provided that:

      a.   The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

25

     b.     The parcel of land proposed for development is at least two (2) acres;

(4)     Parks and community parks.

(c)     The following uses are permitted as major conditional uses in the Sparsely Settled Residential District, subject to the standards and procedures set forth in Article III, division 3:

     (1)     Attached residential dwelling units, provided that:

          a.     The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

          b.     The parcel proposed for development is separated from any established residential use by a class C bufferyard.

     (2)     Marinas, provided that:

          a.     The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

          b.     The use does not involve the sale of goods or services other than sport fishing charters, boat dockage and storage;

          c.     All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

          d.     Vessels docked or stored shall not be used for live-aboard purposes;

          e.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

          f.     The parcel proposed for development is separated from any established residential use by a class C bufferyard;

     (3)     Agricultural uses, provided that:

          a.     The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

          b.     The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard; and

          c.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

    <u>(4)</u>    Solid waste facility, provided that:

        a.    The parcel of land proposed for development is at least forty (40) acres;

        b.    All landfill activity occurs no closer than one hundred fifty (150) feet to any property line and at least a class F buffer is provided within this setback;

        c.    No fill shall exceed -five (35) feet in height from the original grade of the property;

        d.    Such operations comply with section 403.701 et seq., Florida Statutes;

        e.    A future reclamation plan for the landfill site is presented;

        f.    The incinerator is located so that its operations do not adversely affect surrounding properties;

        g.    Road access to the site from U.S. 1 is limited to traffic serving the landfill; and

        h.    Three (3) alternative feasible sites are presented as part of the conditional use application;

    <u>(5)</u>    Communications towers, provided that the parcel proposed is at least one (1) acre.

**Section 12.**  Monroe County Code §9.5-239 is hereby amended to read as follows:

### Sec. 9.5-239.  Native Area District.

    (a)    The following uses are permitted as a right in the Native Area District:

        (1)    Detached residential dwellings;

        (2)    Beekeeping;

        (3)    Home occupations - Special use permit requiring a public hearing;

        (4)    Accessory uses; and

        <u>(5)</u>    <u>Tourist housing uses, including vacation rental uses, are prohibited.</u>

    (b)    The following uses are permitted as minor conditional uses in the Native Area District, subject to the Standards and procedures set forth in article III, division 3:

        (1)    Attached residential dwelling units, provided that:

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 102 of
531
102 of 393 of 531                                           DEFENDANT'S EXH 1 (61 PGS TOTAL)

   a. The total number of units does not exceed four (4); and

   b. The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development;

 (2) Public buildings and uses, provided that:

   a. The parcel proposed for development is separated from any established residential use by a class bufferyard; and

   b. The parcel proposed for development is at least two (2) acres;

 (3) Agricultural uses, provided that:

   a. The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

   b. The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard;

   c. All outside storage areas are screened from adjacent uses by a solid fence, wall of hedge of at least sex (6) feet in height; and

 (4) Radio, television and telephone communication systems, provided that the applicant demonstrates compliance with the standards in section 9.5-345:

(c) The following uses are permitted as major conditional uses in the Native Area District, subject to the standards and procedures set forth in article III, division 3:

 (1) Attached residential dwelling units, provided that:

   a. The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development.

   b. The parcel proposed for development is separated from any established residential use by a class C bufferyard.

 (2) Marinas, provided that:

   a. The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

   b. The use does not involve the sale of goods or services other than boat dockage and storage;

28

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 103 of
531
103 of 393 of 531                                            DEFENDANT'S EXH 1 (61 PGS TOTAL)

c. All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

d. Vessels docked or stored shall not be used for live-aboard purposes;

e. All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

f. The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(3) Solid waste facility, provided that:

a. The parcel of land proposed for development is at least forty (40) acres;

b. All landfill activity occurs no closer than one hundred fifty (150) feet to any property line and at least a class F buffer is provided within this setback;

c. No fill shall exceed -five (35) feet in height from the original grade of the property;

d. Such operations fully comply with section 403.701 et seq., Florida Statutes;

e. A future reclamation plan for the landfill site is presented;

f. The incinerator is located so that its operations do not adversely affect surrounding properties; and

g. Road access to the side from U.S. 1 is limited to traffic serving the landfill;

(4) Communications towers, provided that:

a. The parcel proposed is at least one (1) acre; and

b. The tower is set back from the property line a distance equal to the height of the tower, and any guy supports are set back twenty (20) feed from any property line.

**Section 13.** Monroe County Code §9.5-240 is hereby amended to read as follows:

**Sec. 9.5-240. Mainland Native Area District.**

All development permitted in the Mainland Native Area District shall comply with applicable rules and regulations of the Big Cypress National Preserve.

(a) The following uses are permitted as of right in the Mainland Native Area

29

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 104 of
531
104 of 393 of 531                                        DEFENDANT'S EXH 1 (61 PGS TOTAL)

District:

    (1)    Detached residential dwellings;

    (2)    Beekeeping;

    (3)    Accessory uses;

    (4)    Home occupations - Special use permit requiring a public hearing; and

    (5)    <u>Tourist housing uses, including vacation rental uses, are prohibited.</u>

(b)    The following use is permitted as a minor conditional use subject to the standards and procedures set forth in article III, division 3:

    (1)    Educational and research centers, including campground spaces, provided that:

        a.    No more than two (2) camping spaces are provided per acre;

        b.    No development of any kind is permitted in wetlands, except unenclosed, elevated structures on pilings or poles;

        c.    No buildings are permitted, enclosed or otherwise except for buildings devoted to educational, research or sanitary purposes no more than one thousand (1,000) square feet per acre and not more than ten thousand (10,000) square feet in any single campground; and

        d.    The site proposed for the center is at least five (5) acres.

**Section 14.**    Monroe County Code §9.5-241 is hereby amended to read as follows:

## Sec. 9.5-241. Offshore Island District

(a)    The following uses are permitted as of right in the Offshore Island District:

    (1)    Detached residential dwellings;

    (2)    Camping, for the personal use of the owner of the property on a temporary basis;

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 105 of
531
105 of 393 of 531                                         DEFENDANT'S EXH 1 (61 PGS TOTAL)

(3)      Beekeeping;

(4)      Accessory uses;

(5)      Home occupations—Special use permit requiring a public hearing; <u>and</u>

<u>(6)      Tourist housing uses, including vacation rental uses, which
were established (and held valid state public lodging establishment
licenses) prior to January 1, 1996.</u>

~~(b)      The following uses are permitted as major conditional uses in the Offshore
Island District, subject to the standards and procedures set forth in article III, division 3:~~

~~(1)      Marinas provided that:~~

~~a.      The parcel proposed for development has access to water at least
four (4) feet below mean sea level at mean low tide;~~
~~b.      The sale of goods and services is limited to fuel, food, boating,
diving and sport fishing products;~~
~~c.      All boat storage is limited to surface storage on trailers or skids
and no boats or other equipment is stored on any elevated rack,
frame or structure;~~
~~d.      All outside storage areas are screened from adjacent uses by a
solid fence, wall or hedge at least six (6) feet in height; and~~
~~e.      The parcel proposed for development is separated from any
established residential use by a class C bufferyard;~~

~~(2)  Campgrounds, provided that:~~

~~a.      The operator of the campground is the holder of a valid Monroe
County occupational license;~~
~~b.      The parcel proposed for development has an area of at least five
(5) acres; and~~
~~c.      The use does not involve the sale of goods and services other
than the rental of camping sites, recreational vehicle parking
spaces or the sale of goods and services limited to the needs of
campers.~~

**Section 15.**   Monroe County Code §9.5-242 is hereby amended to read as follows:

## Sec. 9.5-242 Improved Subdivision District.

(a)      The following uses are permitted as of right in the Improved Subdivision

31

District:

(1)     In those Improved Subdivision Districts with no subdistrict indicator, detached dwellings of all types;

(2)     In those Improved Subdivision Districts with an M subdistrict indicator, only detached dwellings of masonry construction;

(3)     In those Improved Subdivision District with a D subdistrict indicator:
a.     Detached dwellings;
b.     Duplexes;

(4)     Home occupations-Special use permit requiring a public hearing;

(5)     Accessory uses;

(b)     Vacation rental use is prohibited in all IS Districts and Subdistricts, except in (i) IS-T districts (as set forth in Code §9.5-242.5), and (ii) in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

(c)     The following uses are permitted as minor conditional uses in the Improved Subdivision District, subject to the standards and procedures set forth in article II, division 3:

(1)     Parks and community parks;

(2)     Public parks;

(3)     Schools.

(e) (d)     The following uses are permitted as major conditional uses in the Improved Subdivision district, subject to the standards and procedures set forth in article III, division 3:

(1)     Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

a.     The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1, or a dedicated right-of-way to serve as a frontage road for U.S. 1;
b.     The structure must be located within two hundred (200) feet of

32

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 107 of
531
107 of 393 of 531                                                          DEFENDANT'S EXH 1 (61 PGS TOTAL)

the centerline of U.S. 1;

c. The commercial retail use does not involve the sale of petroleum products;

d. The commercial retail use does not involve the outside storage or display of goods or merchandise;

e. There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f. The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a Class C bufferyard;

g. The structure in which the commercial retail use is to be located is separated from any existing residential structure by a Class C bufferyard; and

h. No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1.

**Section 16.** Monroe County Code §9.5-242.5 is hereby created to read as follows:

### Sec. 9.5-242.5 Improved Subdivision District -Tourist Housing District.

In addition to the as of right and conditional uses listed above in 9.5-242, vacation rental uses are allowed as of right (subject to the regulations established in Code §9.5-534) in those Improved Subdivision - Tourist Housing Districts with the subindicator T (Tourist Housing).

A map amendment designating a contiguous parcel as IS-T may be approved, provided that the map amendment application (and subsequent building permit applications and special vacation rental permit applications) meet the following standards, criteria and conditions:

(a). The IS-T designation is consistent with the 2010 Comprehensive Plan and there is no legitimate public purpose for maintaining the existing designation.

(b). The IS-T designation allowing vacation rental use does not create additional trips or other adverse traffic impacts within the remainder of the subdivision or within any adjacent IS district;

(c). The parcel to be designated IS-T must contain sufficient area to prevent spot zoning of individual parcels (i.e., rezonings should not result in spot-zoned IS-T districts or result in spot-zoned IS districts that are surrounded by IS-T

33

districts).  Unless the parcel to be rezoned contains the entire subdivision, there will be a rebuttable presumption that spot-zoning exists, but the Board of County Commissioners may rebut this presumption by making specific findings supported by competent, substantial evidence that:

 i) the designation preserves, promotes and maintains the integrity of surrounding residential districts and overall zoning scheme or comprehensive plan for the future use of surrounding lands;

 ii) does not result in a small area of IS-T within a district that prohibits vacation rentals;

 iii) the lots or parcels to be designated IS-T are all physically contiguous and adjacent to one another and do not result in a narrow strip or isolate pockets or spots of land that are not designated IS-T, or which prohibit vacation rentals; and

 iv) the IS-T designation is not placed in a vacuum or a spot on a lot-by-lot basis without regard to neighboring properties, but is a part of an overall area that allows vacation rentals or similar compatible uses.

(d). In addition to the requirements contained in Code §9.5-377 (District Boundaries), an IS-T district shall be separated from any established residential district that does not allow tourist housing or vacation rental uses by no less than a class C bufferyard;

(e). Vacation rental use is compatible with established land uses in the immediate vicinity of the parcel to be designated IS-T; and

(f). Unless a map amendment is staff-generated (i.e., initiated by Monroe County), an application for a map amendment to IS-T shall be authorized by the property owner(s) of all lots (or parcels) included within the area of the proposed map amendment.

**Section 17.** Monroe County Code §9.5-243 is hereby amended to read as follows:

**Sec. 9.5-243.  Destination Resort District.**

 (a) The following uses are permitted as of right in the Destination Resort District:

  (1) Single-family detached dwellings, provided that:

   a. The lot has sufficient land area and dimensions to meet the

Case 4:19-cv-10165-JEM Document 1-2 Entered on FLSD Docket 09/18/2019 Page 109 of
531
109 of 393 of 531                                    DEFENDANT'S EXH 1 (61 PGS TOTAL)

requirements of chapter 10D-6, Florida Administrative Code; and

    (2)    Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)    The following uses are permitted as minor conditional uses in the Destination Resort District, subject to the standards and procedures set forth in article III, division 3:

    (1)    One (1) or more resort hotels provided that:

        a.    The hotel has restaurant facilities on or adjacent to the premises that will accommodate no less than one-third of all hotel guests at maximum occupancy at a single serving; and

        b.    There are at least two (2) satellite eating and drinking facilities, each accommodating at least twenty-five (25) persons; and

        c.    A separate meeting/conference and entertainment area which can also function as a banquet facility; and

        d.    A lobby which provides twenty-four-hour telephone and reservation service; and

        e.    Active and passive recreation land-based activities are available, with a minimum of tennis courts or racquetball courts, or a spa/exercise room, provided at the standards given below and at least two (2) additional active and one (1) additional passive recreational facility, including, but not limited to the following:

*Active Recreational Facilities*

Tennis court, @ 1/25 units
Racquetball court, @ 1/25 units
Spa/exercise room, of no less than 500 square feet, @ 1/150 units
Observation area, @ 1/hotel
Dance floor, @ 1/hotel
Playfield/playground, @ 1/150 units
Miniature golf course, @ 1/hotel
Golf course, @ 1/hotel
Shuffleboard court, or other court games, @ 2/50 units
Fitness course, @ 1/hotel

*Passive Recreational Facilities*

35

Nature trail walk, @ 1/hotel
Game room, @ 1/150 units
Garden area, @ 1/hotel

Other uses may be substituted for these with the written
approval of the director of planning stating the standards utilized
and the manner in which guests will be served by such facilities.
The director of planning shall base his decision on generally
accepted industry standards for comparable destination resorts;

f.    Active and passive water-oriented recreational facilities are
available, a minimum of a swimming pool, or swimming areas,
at the rate of seven (7) square feet of water surface (excluding
hot tubs and Jacuzzi) per hotel room (this requirement may be
converted to linear feet of shoreline swimming area at a ratio
of one (1) linear foot of beach per seven (7) square feet of
required water surface);

g.    Access to U.S. 1 is by way of:

(i)    An existing curb cut;

(ii)    A signalized intersection; or

(iii)    A curb cut that is separated from any other curb cut on
the same side of U. S. 1 by at least four hundred (400)
feet;

h.    Each hotel establishes and maintains shuttle transport services
to airports and tourist attractions to accommodate ten (10)
percent of the approved floor area in guest rooms; and such
housing shall be of any of the following types - dormitory,
studio, one (1) bedroom, two (2) bedrooms - and shall be in
addition to the approved hotel density and shall be used
exclusively by employees qualifying under the employee housing
provisions elsewhere in this chapter;

i.    On-site employee housing living space is provided in an amount
equal to ten (10) percent of the approved floor area in guest
rooms; and such housing shall be of any of the following types -
dormitory, studio, one (1) bedroom, two (2) bedrooms - and
shall be in addition to the approved hotel density and shall be
used exclusively by employees qualifying under the employee
housing provisions elsewhere in this chapter;

j.    Commercial retail is provided at a minimum of two hundred
(200) square feet to include convenience retail, food sales and
gifts in one (1) or more sites, excluding restaurants as required
by section (1)b, and in addition one and three-tenths (1.3) square
feet commercial retail per each guest room greater than one
hundred fifty (150) rooms.  Additional commercial retail may

36

be provided subject to the floor area ratio limitations of this chapter.  Commercial retail may consist of dive shops, boat rentals, gift shops, barber/beauty services, travel agencies, provided that there is no extension signage advertising these amenities to the general public.  Water-related services and activities shall be located immediately proximate to the water unless otherwise prohibited.

(c)     The following uses are permitted as major conditional uses in the Destination Resort District when they are accessory to a destination resort, subject to the standards and procedures set forth in article III, division 3:

(1)     Marinas, provided that:

a.     There are a minimum of seven (7) boat slips, but the total number of boats stored on-site or elsewhere for guests or employees shall be no greater than one (1) per hotel room;

b.     The parcel for development has access to water at least four (4) feet below mean sea level at mean low tide;

c.     The sale of goods and services is limited to fuel, food, boating, and sport fishing products;

d.     All boat storage shall be confined to wet slips or enclosed dry storage;

e.     All storage areas are screened from adjacent uses by a solid fence, wall, or hedge of at least six (6) feet in height; and elevated racks, frames, or structures shall be enclosed on at least three (3) sides from the ground to the highest point of the roof;

f.     The parcel proposed for development is separated from any established residential use by a class D buffer-yard;

g.     Live-aboard vessels are prohibited;

(2)     Employee dwelling units, provided that:

a.     They are built for and occupied by employees of the destination resort facilities; and

b.     The total area is no less than ten (10) percent of the approved floor area in guest rooms of the resort/hotel(s) within the development; and

c.     The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

d.     The parcel proposed for development is separated from any

37

established residential use by a class C buffer-yard.

    (3)    Attached residential dwelling units, provided that the lot has sufficient land area and dimensions to meet the requirements of chapter 10D-6, Florida Administrative Code, for the installation of on-site wastewater treatment systems.

**Section 18.**  Monroe County Code §9.5-244 is hereby amended to read as follows:

### Sec. 9.5-244.  Recreational Vehicle District.

(a)    The following uses are permitted as of right in the Recreational Vehicle District:

    (1)    Recreational vehicle spaces. RV spaces are intended for use by traveling recreational vehicles.  RV spaces may be leased, rented or occupied by a specific, individual recreational vehicle, for a term of less than twenty-eight (28) days, but placement of a specific, individual Recreational Vehicle (regardless of vehicle type or size) within a particular RV park for occupancies or tenancies of 6 months or more is prohibited. Recreational Vehicles may be stored, but not occupied, for periods of 6 months or greater only in an approved RV storage area (designated on a site plan approved by the Director of Planning) or in another appropriate district that allows storage of recreational vehicles.  RV storage areas must meet all land development regulations, floodplain management regulations and building code requirements for storage of recreational vehicles.

    (2)    Commercial retail uses of less than twenty-five hundred (2,500) square feet of floor area; and

    (3)    Accessory uses, including permanent owner/employee residential dwelling units.  No more than one (1) permanent residential unit per three (3) RV spaces up to ten (10) percent of total spaces allowed or in existence.

(b)    The following use is permitted as a minor conditional use in the Recreational Vehicle District, subject to the standards and procedures set forth in article III, division 3:

    (1)    Hotels providing less than fifty (50) rooms, provided that:

      a.    The use is compatible with established land uses in the immediate vicinity; and

      b.    One (1) or more of the following amenities are available to guests;

            (i)     Swimming pool;
            (ii)    Marina; and
            (iii)   Tennis court; and

  (2)    Parks and community parks.

(c)    The following use is permitted as a major conditional use in the Recreational Vehicle District, subject tot he standards and procedures set forth in article III, division 3:

  (1)    Hotels providing fifty (50) or more rooms, provided that:

      a.    The hotel has restaurant facilities on or adjacent to the premises; and

      b.    Access to U.S. 1 is by way of:
            (I)     An existing curb cut;
            (ii)    A signalized intersection; or
            (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

  (2)    Marinas, provided that:

      a.    The parcel proposed for development has access to water at least four (4) feet below mean seas level at mean low tide;

      b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

      c.    Vessels docked or stored shall not be used for live-aboard purposes;

      d.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

      e.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 114 of
531
114 of 393 of 531                                          DEFENDANT'S EXH 1 (61 PGS TOTAL)

**Section 19.**  Monroe County Code §9.5-255 is hereby amended to read as follows:

**Sec. 9.5-255  Commercial Fishing Residential**

Notwithstanding the use restrictions set forth in this division, any parcel of land may be used for commercial fishing purposes, provided that:

(a)  The parcel of land was used for commercial fishing purposes on July 17, 1985, by that resident or a member of his immediate family;

(b)  The commercial fishing activity is operated by a resident of the parcel of land or the resident of a contiguous parcel of land;

(c)  The commercial fishing activity is limited to:

    (1)  The operation of commercial fishing vessels owned by a resident of the property;

    (2)  The nonmechanical off-loading of catch;

    (3)  The storage of not more that ten (10) traps, provided that the traps are screened from any adjacent residential use;

    (4)  The seasonal loading and off-loading of fishing equipment and traps during a period of fifteen (15) days prior to and three (3) weeks after the opening and closing of any fishing season;

(d)  All fishing vessels are docked parallel to the shoreline within the property lines of the parcel used for commercial fishing purposes;

(e)  Sport fishing charter boat and sport diving charter or activities are not conducted in the district;

(f)  The operator is the holder of a valid occupational license from Monroe County; ~~and~~

(g)  A sworn application was submitted to the board of county commissioners by an individual, not a corporation, for a certification as a valid commercial fishing use within ninety (90) days after the effective date of the Monroe County Comprehensive Plan.  Any person who submits a false application and certification shall be ineligible for certification as a commercial use, and the parcel of and subject to the application shall not be used for commercial fishing purposes; <u>and</u>

(h)  <u>Tourist housing uses, including vacation rentals, are prohibited</u>.


**Section 20.**  Monroe County Code §9.5-248 is hereby amended to read as follows:

**Sec. 9.5- 248  Mixed Use District.**

(a)  The following uses are permitted as of right in the Mixed Use District:

    (1)  Detached residential dwellings;

(2)    Commercial retail, low- and medium-intensity and office uses, or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area;

(3)    Institutional residential uses, involving less than ten (10) dwelling units or rooms;

(4)    Commercial apartments involving less than six (6) dwelling units, but, tourist housing use, including vacation rental use, of commercial apartments is prohibited.

(5)    Commercial recreational uses limited to:

        a.    Bowling alleys;
        b.    Tennis and racquet ball courts;
        c.    Miniature golf and driving ranges;
        d.    Theaters;
        e.    Health clubs;
        f.    Swimming pools;

(6)    Commercial fishing;

(7)    Manufacture, assembly, repair, maintenance and storage of traps, nets and other fishing equipment;

(8)    Institutional uses and accessory residential uses involving less than ten (10) dwelling units or rooms;

(9)    Public buildings and uses;

(10)    Home occupations--Special use permit requiring a public hearing;

(11)    Community parks;

(12)    Accessory uses;

(13)    Vacation rental use of detached dwelling units is permitted if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)    The following uses are permitted as minor conditional uses in the Mixed Use District, subject to the standards and procedures set forth in article III, division

41

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 116 of
531
116 of 393 of 531                                          DEFENDANT'S EXH 1 (61 PGS TOTAL)

3:

(1)     Attached residential dwelling units, provided that:

      a.     The total number of units does not exceed four (4); and

      b.     The structures are designed and located so that they are visually
         compatible with established residential development within two
         hundred fifty (250) feet of the parcel proposed for development.

(2)     Commercial recreational uses, provided that:

      a.     The parcel of land proposed for development does not exceed
         five (5) acres;

      b.     The parcel proposed for development is separated from any
         established residential use by a class C bufferyard; and

      c.     All outside lighting is designed and located so that light does
         not shine directly on any established residential use;

(3)     Commercial retail, low- and medium-intensity and office uses or any
      combination thereof of greater than twenty-give hundred (2,500) but
      less than ten thousand (10,000) square feet of floor area, provided
      that access to U.S. 1 by way of:

      a.     An existing curb cut;

      b.     A signalized intersection; or

      c.     A curb cut that is separated from any other curb cut on the
         same side of U.S. 1 by at least four hundred (400) feet;

(4)     Commercial retail, high-intensity uses, and office uses or any
      combination thereof of less than twenty-five hundred (2,500) square
      feet of floor area provided that access to U.S. 1 is by way of:

      a.     An existing curb cut;

      b.     A signalized intersection; or

      c.     A curb cut that is separated from any other curb cut on the
         same side of U.S. 1 by at least four hundred (400) feet;

(5)     Commercial apartments involving more than six (6) dwelling units,
      provided that:

      a.     The hours of operation of the commercial uses proposed in
         conjunction with the apartments are compatible with residential
         uses; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;
        (ii)   A signalized intersection; or
        (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>    <u>Tourist housing uses, including vacation rental uses, of commercial apartments are prohibited.</u>

(6)    Institutional residential uses involving ten (10) or more dwelling units or rooms, providing that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development; and
    b.    Access to U.S. 1 is by way of:
        (i)    An existing curb cut;
        (ii)   A signalized intersection; or
        (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;
    <u>c.</u>    <u>Tours housing uses, including vacation rental use, of institutional residential dwelling units is prohibited.</u>

(7)    Hotels of fewer than fifty (50) rooms  provided that:

    a.    The use is compatible with established land uses in the immediate vicinity; and
    b.    One (1) or more of the following amenities are available to guests:
        (i)    Swimming pool;
        (ii)   Marina; and
        (iii)  Tennis courts;

<u>(8)</u>    Campgrounds, provided that:

    a.    The parcel proposed for development has an area of at least five (5) acres;
    b.    The operator of the campground is the holder of a valid Monroe County occupational license;
    c.    If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square

feet and is designed to serve the needs of the campground; and

    d.    The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(9)    Light industrial uses, provided that;

    a.    The parcel proposed for development is less than two (2) acres;

    b.    The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

(10)    Parks and community parks.

(c)    The following uses are permitted as major conditional uses in the Mixed Use District subject to the standards and procedures set forth in article III, division 3:

(1)    Commercial retail, low- and medium-intensity uses, and office uses or any combination thereof of greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)    Commercial retail, high-intensity uses, and office uses or any combination thereof of greater than twenty-five hundred (2,500) square feet in floor area provided that access to U.S. 1 is by way of:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)    Attached residential dwelling units, provided that:

    a.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development;

and

b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

(4)    Marinas, provided that:

a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

d.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(5)    Hotels providing fifty (50) or more rooms, provided that:

a.    The hotel has restaurant facilities on or adjacent to the premises;

b.    Access to U.S. 1 is by way of:

(i)    An existing curb cut;
(ii)    A signalized intersection; or
(iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet; and

c.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(6)    Heliports or seaplane ports, provided that:

a.    The helicopter is associated with a governmental service facility, a law enforcement element or a medical services facility;

b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility;

c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;

d.    If there are established residential uses within five hundred (500) feet of the parcel proposed for development, the hours of operation shall be limited to daylight; and

e.    The use if fenced or otherwise secured from entry by unauthorized persons;

45

(7) Light industrial uses, provided that:

    a.    The parcel proposed for development is greater than two (2) acres;

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

    c.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

(8)    Boat building or repair in conjunction with a marina or commercial fishing use provided that:

    a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

    b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

    d.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(9)    Mariculture.

**Section 21.**  Monroe County Code §9.5-250 is hereby amended to read as follows:

**Sec. 9.5- 250  Maritime Industries District.**

(a)    The following uses are permitted as of right in the Maritime Industries District:

(1)    Boat building, repair and storage;

(2)    Commercial retail uses of less than five thousand (5,000) square feet of floor area;

(3)    Office uses of less than five thousand (5,000) square feet of floor area;

(4)    Light and heavy industrial uses;

(5)    Commercial apartments involving less than six (6) dwelling units, but tourist housing uses, vacation rental use, of commercial apartments is prohibited;

(6)    Commercial fishing;

46

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 121 of
531
121 of 393 of 531                                              DEFENDANT'S EXH 1 (61 PGS TOTAL)

(7)    Manufacture, assembly, repair, maintenance and storage of traps, nets and other fishing equipment;

(8)    Institutional uses;

(9)    Public buildings and uses;

(10)    Accessory uses; and

(11)    <u>Vacation rental use of any non-conforming dwelling units if a special vacation rental permit is obtained under the regulations established in Code §9.5-534</u>.

(b)    The following uses are permitted as minor conditional uses in the Maritime Industries District, subject to the standards and procedures set forth in article III, division 3:

    (1)    Commercial apartments involving more than six (6) dwelling units, provided that:

        a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

        b.    Access to U.S. 1 is by way of:

            (i)    An existing curb cut;
            (ii)    A signalized intersection; or
            (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

        <u>c.</u>    <u>Tourist housing uses, including vacation rental use of commercial apartments is prohibited.</u>

    (2)    Hotels of fewer than fifty (50) rooms, provided that:

        a.    The use is compatible with established land uses in the immediate vicinity; and

        b.    One (1) or more of the following amenities are available to guests:

            (i)    Swimming pool;

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 122 of
531
122 of 393 of 531                                                                 DEFENDANT'S EXH 1 (61 PGS TOTAL)

         (ii)     Marina; and

         (iii)   Tennis courts.

(c)     The following uses are permitted as major conditional uses in the Maritime Industries District, subject to the standards and procedures set forth in article III, division 3:

    (1)    Hotels providing fifty (50) or more rooms, provided that:

         a.     The hotel has restaurant facilities on or adjacent to the premises; and

         b.     Access to U.S. 1 is by way of:

             (i)     An existing curb cut;

             (ii)    A signalized intersection; or

             (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    (2)    Marinas, provided that:

         a.     The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

         b.     The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and

         c.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

    (3)    Mariculture, provided that:

         a.     The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

         b.     The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard; and

         c.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height.

**Section 22.**  Monroe County Code §9.5-534 is hereby created to read as follows:

**Sec. 9.5-534. Tourist Housing and Vacation Rental Uses.**

    (A)    Special Vacation Rental Permit. An owner or agent must obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental, as defined in Code 9.5-4 (V-.5). Except that, vacation rental of a dwelling unit within a controlled-access, gated-community

48

or within a multifamily building which has 24 hour on-site management or 24 hour on-site supervision does not require a special vacation rental permit.

**(B)**   Permits and Fees.

1.   Special vacation rental permits will be issued by the Planning Director, or a designee, upon payment of a fee and submittal of a complete application meeting the criteria set forth below.

2.   The annual fee for the special vacation rental permit shall be established by Resolution of the Board of County Commissioners.

3.   A decision to approve or deny a special vacation rental permit can be appealed to the Planning Commission within 30 days pursuant to Code §9.5-521.

**(C)**   Regulations. All special vacation rental permit applications and all vacation rental units must comply with the following regulations at all times:

1.   A class C bufferyard must separate any vacation rental use from any established residential district that does not allow vacation rental uses.

2.   No more than one motorized watercraft, including a jet ski or wave runner, shall be allowed at each vacation rental unit.  The watercraft may be moored at either an existing on-site docking facility or stored on a trailer in an approved parking space.

3.   Vehicles, watercraft and trailers must not be placed on the street or in yards. All vehicles, watercraft and boat trailers must be parked or stored off-street in parking spaces specifically designated and approved in the special vacation rental permit,  and may not exceed a maximum of one vehicle per bedroom or efficiency unit and one boat trailer per vacation rental unit.

4.   The owner or agent must maintain a guest and vehicle register listing all vacation rental occupants' names, home addresses, phone numbers, vehicle license plate and watercraft registration numbers.

5.   Vacation rental units must be registered, licensed and meet all applicable state requirements contained in Florida Statutes Chapter 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments) as implemented by the Florida Administrative Code, as may be amended.

6.     For any special vacation rental use permit, or conversion of existing dwelling units to vacation rental use, an applicant must demonstrate compliance with all applicable and relevant state and local regulations, as may be amended, and submit an inspection report from the:

       (i)     State of Florida, Department of Health (DOH) verifying compliance of the existing septic tank or on-site sewage disposal system with DOH regulations, as may be amended from time to time and which are hereby incorporated by reference; and

       (ii)    State of Florida, Department of Environmental Protection (DEP) verifying compliance of the existing package plant or advanced wastewater system with DEP regulations, as may be amended from time to time and which are hereby incorporated by reference; and

7.     The applicant must submit an approved inspection report from the Fire Marshall verifying compliance with NFPA Life Safety Code 101, as may be amended, which is hereby incorporated by reference.

8.     No special vacation rental permit may be transferred from one owner or manager to another, or one residential dwelling unit to another. In the event ownership or management of a licensed residential unit is changed, the previous vacation rental license holder must notify the County of such change, and the new owner or manager must obtain a new vacation rental license for the residential dwelling unit.

9.     No boat docked at a vacation rental property shall be chartered to person other that registered guests of the vacation rental unit or used for live-aboards, sleeping or overnight accommodation. In addition, recreational vehicles shall not be used for sleeping or overnight accommodations at the vacation rental unit.

10.    Amplified sound which is audible on private property beyond the real property boundaries of the vacation rental property is prohibited.

11.    All trash and debris on vacation rental property must be kept in covered trash containers. Each vacation rental unit must be equipped with at least four (4) covered trash containers for such purpose. Owners must post, and occupants must comply with, all trash and recycling schedules and requirements applicable to the vacation rental unit. Trash containers must not be placed by the street for pick-up

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 125 of
531
125 of 393 of 531                                                         DEFENDANT'S EXH 1 (61 PGS TOTAL)

until 6:00 p.m. the night before pick-up and must be removed from the area by the street by 6:00 p.m. the next day.

12.   The applicant shall provide the name, address, and telephone number of a contact person who resides in that section of the County (upper, middle or lower keys) who must be available twenty-four hours per day, seven days a week for the purpose of promptly responding to complaints regarding the conduct or behavior of vacation rental occupants or alleged violations of this Ordinance.

13.   The applicant must grant authorization to Monroe County Code Enforcement to inspect the premises of the vacation rental unit prior to the issuance of the special vacation rental permit and at any other time after issuance of such permit, concerning compliance with Monroe County Code Chapter 9.5 (i.e., the Land Development Regulations).

14.   Occupancy of vacation rental unit(s) shall be limited to no more than two (2) individuals per bedroom, or no more than two (2) individuals per efficiency unit, when rented as a vacation rental unit subject to the provisions of this Ordinance.

15.   Tenant(s)'s agreement to the foregoing rules and regulations must be made a part of each and every lease under Florida Statutes §509.01, for any vacation rental unit subject to the provisions of this Ordinance. These vacation rental regulations must be prominently posted within each dwelling unit subject to the provisions of this Ordinance along with the warning that violations of any of the vacation rental regulations constitutes a violation of Monroe County Code punishable as a second degree misdemeanor and is also grounds for immediate termination of the lease and eviction from the leased premises and criminal penalties under Florida Statutes §509.151 ("Defrauding an Innkeeper"), §509.141 ("Ejection of Undesirable Guests"), §509.142 ("Conduct on Premises) or §509.143 (Disorderly Conduct on Premises, Arrest").

16.   The vacation rental use must be compatible with land uses established in the immediate vicinity of the parcel proposed for development.

(D)   A complete special vacation rental permit application must include the following information:

    (1)   The complete legal description, street address, RE number and location of the vacation rental unit.

51

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 126 of
531
126 of 393 of 531                                                DEFENDANT'S EXH 1 (61 PGS TOTAL)

(2)     Proof of ownership and the name, address and telephone number of each
and every person or entity with an ownership interest in the dwelling
unit.

(3)     An approved DOH or DEP inspection or certification of the adequacy of
the sewage disposal system for use as a vacation rental unit. The
applicant must submit an approved inspection report from the Fire
Marshall verifying compliance with NFPA Life Safety Code 101, as may
be amended, which is incorporated herein by reference.

(4)     The gross square footage of the dwelling unit, location and number
of rooms, bedrooms, bathrooms, kitchens, apartments, parking spaces
and any other information required to determine compliance with
vacation rental requirements.

(5)     Proof that a "Notice of Vacation Rental Use Application" was sent by
certified return mail to all property owners located within 300 feet of the
dwelling unit which is the subject of the special vacation rental permit
application not less than thirty (30) days prior to the date of approval of
the application. The Notice of Application shall be in a form prescribed
by the County Administrator or his designee and shall clearly state the
name, address and day/evening telephone numbers of each and every
manager, agent, caretaker and owner of the dwelling unit. Notice to the
adjacent property owners must include the following statement:

"You have the right to appeal a decision to approve or deny this special
vacation rental permit to the Planning Commission within 30 days under
Code §9.5-521. You may have other rights that Monroe County cannot
enforce. Review of a special vacation rental permit application by
Monroe County will not consider the existence of valid private deed
restrictions, restrictive covenants or other restrictions of record, which
may prohibit the use of the dwelling unit for vacation rental purposes.
You may wish to consult an attorney concerning these private rights."

(6)     A valid and current federal employer tax identification number (or social
security number) for the owners of the vacation rental property to be
licensed under the provisions of this Ordinance.

(7)     A valid and current Florida Department of Revenue sales tax
identification number under Florida Statutes, Chapter 212 (Florida Tax
and Revenue Act), Florida Statutes and a valid and current permit,
license or approval under Florida Statutes, Chapter 509 (Public Lodging
Establishments).

(8)    The application shall bear the signature of all owner(s), all authorized agent(s) and authorized manager(s) of the owner(s).

(9)    Any additional information required to determine compliance with the provisions of this Ordinance.

(E)    Upon approval and issuance, the special vacation rental permit, and 24 hour contact person's name and phone number, must be mailed by certified return mail to all surrounding property owners within 300 feet.

(F)    A special vacation rental permit shall be revoked by the Planning Commission, Code Enforcement Special Master or a court of competent jurisdiction  after a finding of two or more violations of this Ordinance, the special vacation rental permit or permit conditions or any material misrepresentation on the permit application, after the owner(s) is given notice and a hearing is held by the Planning Commission, Code Enforcement Special Master or a court of competent jurisdiction.

(G)    It shall be unlawful for any landowner, tenant, realtor, agent or other representative of a landowner to rent, lease, advertise or hold out for rent any dwelling unit for tourist housing use or vacation rental use in any district where tourist housing use or vacation rental use is prohibited.

(H)    After the effective date of this Ordinance, leases, subleases, assignments or any other occupancy agreement for compensation for less than 28 days in duration:

        (1)    shall not be entered into or renewed once expired or terminated in any district in which tourist housing use is prohibited or in any district in which vacation rental use is allowed unless a special vacation rental permit, building permit, inspection and certificate of occupancy for the vacation rental use (or conversion of an existing dwelling unit to a vacation rental use) are first obtained; and

        (2)    pre-existing vacation rental uses shall not be considered a non-conforming use under Section 9.5-143 and must be discontinued in districts that prohibit vacation rental uses no later than 30 days after the effective date of this Ordinance. Except that a vacation rental use that was established, and obtained all required state and local permits and licenses, (a) prior to September 15, 1986 (b) under code provisions that expressly allowed vacation rental uses may remain in accordance with Code §9.5-143.

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 128 of
531
128 of 393 of 531                                              DEFENDANT'S EXH 1 (61 PGS TOTAL)

(I)     Monroe County Code Section 6.3-13 shall not bar code enforcement for new vacation rental violations occurring after the effective date of this Ordinance.

(J)     Prima facie evidence of tourist housing or vacation rental use of a dwelling unit shall include (i) registration or licensing for short-term or transient rental use by the state under Florida Statutes, Chapters 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments), (ii) advertizing or holding out a dwelling unit for tourist housing or vacation rental use, (iii) reservations, booking arrangements or more than one signed lease, sublease, assignment, or any other occupancy agreement for compensation, trade, or other legal consideration addressing or overlapping any period of 28 days or less, or (iv) use of an agent or other third person to make reservations or booking arrangements.

(K)     A violation of Section 9.5-534 shall be punishable as a second degree misdemeanor and by a fine of up to Five Hundred dollars ($500.00) per day, per unit, per violation.  Code enforcement may also enforce the terms of this ordinance by bringing the case to a Special Master pursuant to Code §6.3-14 or by citation under Code §6.3-11, Florida Statutes §162.21 (as may be amended), and 76-435 Laws of Florida (as may be amended).  If a code enforcement citation is issued, the fine shall be $250.00 for a first offense and $500.00 for a second offense.  In addition, the special vacation rental permit shall be revoked by the Planning Commission, Code Enforcement Special Master or court of competent jurisdiction upon a finding of two or more violations of the vacation rental ordinance, vacation rental regulations or special vacation rental permit or permit conditions.

(L)     In addition to any other remedy available to Monroe County (including code enforcement pursuant to Florida Statutes Chapter 162), Monroe County or any or other adversely affected party may enforce the terms of this ordinance in law or equity.  Any citizen of Monroe County may seek injunctive relief in a court of competent jurisdiction to prevent a violation of Section 9.5-534 or revoke a special vacation rental permit, as set forth above.  Attorney's fees and costs incurred in an action to enforce these regulations concerning vacation rental use(s) may be awarded to a substantially prevailing party in the discretion of the court.

**Section 23.**  Monroe County Code §6.3-13 is hereby amended to include additional language as follows:

(a) All prosecutions before the Board shall be initiated within (4) years of the occurrence of the event complained of or be forever barred.  For the purpose of this section, "initiated" shall mean the filing of a notice of violation by the code enforcement department.

Except however, that this section shall not bar the initiation of a prosecution before the board based on the unlawful constriction of a structure below the base flood elevation level established by the Federal Emergency Management Agency.

(b) After the effective date of this Ordinance, any violation of this Ordinance, the vacation rental regulations, a special vacation rental permit or permit conditions, shall be considered a new violation. Previous vacation rental leases or uses, or the failure to bring enforcement against vacation rental violations pre-dating this Ordinance, shall not act as laches or a bar to enforcement actions brought for new violations occurring after the effective date of this Ordinance.

(c) Occupancy agreements for RV spaces for a period of 6 months or more in duration by an individual RV within a particular RV park, other than in a designated storage area, shall be discontinued and shall not be entered into or renewed after the effective date of this Ordinance. Each lease, sublease, assignment or other occupancy agreement for RV spaces of 6 months or more in duration in a particular RV park, other than in a designated storage area, shall be considered a new violation. Previous leases or agreement for occupancy or storage of recreation vehicles on RV spaces within a particular RV park, other than for storage in a designated storage area, shall be discontinued and not be renewed, extended or act as laches or bar enforcement actions brought for new violations occurring after the effective date of this Ordinance.

**Section 24.** Monroe County Code §9.5-2 is hereby amended to include additional new subsection 9.5-2(d) to read as follows:

\*\*\*

(d) *Vacation Rental Use:* Previous vacation rental uses shall be discontinued in any district that prohibits vacation rental uses, after the effective date of this Ordinance. All vacation rental uses shall obtain annual special rental permits regardless of when the use was first established. Leases, subleases, or other occupancy agreements for RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 25.** Monroe County Code §9.5-143(a) is hereby amended to add the following language:

(a) *Authority to Continue:* Nonconforming uses of land or structures may continue in accordance with the provisions of this section. Notwithstanding any provision of this Section 9.5-143 or of Chapter 9.5 of this Code:

(1) Leases, subleases, assignments or other occupancy agreements for compensation for less than 28 days in duration shall be discontinued and shall not be renewed, extended or entered into, in any district that prohibits vacation rental uses after the effective date of this Ordinance unless a vacation rental use was established and obtained all required state and local permit and licenses prior to September 15, 1986 under previous Code provisions expressly allowing vacation rental uses; and

(2) Leases, subleases, assignments or other occupancy agreements for compensation of RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 26.**  Monroe County Code §9.5-143(f)(1) is hereby amended to read as follows:

(f)*Termination:*

(1) *Abandonment or discontinuance:* Where a nonconforming use of land or structure is discontinued or abandoned for six (6) consecutive months or one (1) year in the case of stored lobster traps, then such use may not be reestablished or resumed, and any subsequent use must conform to the provisions of this chapter.  Leases, subleases, assignment or other occupancy agreement for compensation for less than 28 days in duration shall be discontinued and shall not be renewed, extended or entered into, in any district that prohibits vacation rental use after the effective date of this Ordinance.  Leases, subleases, assignments or other occupancy agreements for compensation of RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 27.**  Monroe County Code §9.5-184 is hereby amended to create additional subsection (c) to read as follows:

\*\*\*

(c)      Vacation rental use of dwelling units in any district that prohibits vacation rental use shall not qualify for vested rights unless it can be further shown that the dwelling unit cannot be used for any other purpose, i.e., as a permanent residence, or for a long-term lease of greater than 28 days. Leases, subleases, assignments or other occupancy agreements for RV spaces for 6 months or greater withing a particular RV park shall not qualify for vested rights, unless it can be further shown that the RV space cannot legally be rented leased for a period of less than 6 months.

**Section 28.**  The last sentence of Monroe County Code §9.5-490.1 defining Transient Residential Development is hereby amended to read as follows:

56

\*\*\*

~~Transient residential~~ _Tourist housing_ development means and refers to the development of ~~transient residential~~ tourist housing units as that term is defined in section 9.5-4(T-3).

**Section 29.**  If any section, subsection, sentence, clause or provision of this Ordinance is held invalid, the remainder of this Ordinance shall not be affected by such invalidity.

**Section 30.**  All ordinances or parts of ordinances in conflict with this Ordinance are hereby repealed to the extent of said conflict.

**Section 31.**  The provisions of this Ordinance shall be included and incorporated in the Code of Ordinances of the County of Monroe, Florida, as an addition or amendment thereto.

**Section 32.**  Effective Date.

This Ordinance shall take effect immediately upon receipt of official notice from the Office of the Secretary of State of the State of Florida that this Ordinance has been filed with said office.

**Section 33.**  The Clerk of the Board is hereby directed to transmit a certified copy of this Ordinance to the Florida Department of Community Affairs.

**Section 34.**  The Clerk of the Board is hereby directed to transmit a certified copy of this Ordinance to the Secretary of State of the State of Florida.

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 132 of
531
132 of 393 of 531                                    DEFENDANT'S EXH 1 (61 PGS TOTAL)

PASSED AND ADOPTED by the Board of County Commissioners of Monroe
County, Florida, at a meeting of the Board held on the ·3rd day of February_____, A.D.,
1997.

| Mayor Douglass | YES |
| Mayor Pro Tem London | YES |
| Commissioner Harvey | NO |
| Commissioner Freeman | YES |
| Commissioner Reich | NO |



(SEAL)

BOARD OF COUNTY COMMISSIONERS
OF MONROE COUNTY, FLORIDA

BY: _____
    MAYOR/CHAIRMAN

ATTEST:  DANNY L. KOLHAGE, CLERK

_____
DEPUTY CLERK

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY

BY: _____

58

DEFENDANT'S EXH 1 (61 PGS TOTAL)



# Danny L. Kolhage

| | | |
|---|---|---|
| BRANCH OFFICE | **CLERK OF THE CIRCUIT COURT** | BRANCH OFFICE |
| 3117 OVERSEAS HIGHWAY | MONROE COUNTY | 88820 OVERSEAS HIGHWAY |
| MARATHON, FLORIDA 33050 | 500 WHITEHEAD STREET | PLANTATION KEY, FLORIDA 33070 |
| TEL. (305) 289-6027 | KEY WEST, FLORIDA 33040 | TEL. (305) 852-7145 |
| FAX (305) 289-1745 | TEL. (305) 292-3550 | FAX (305) 852-7146 |
| | FAX (305) 295-3660 | |

## February 14, 1997

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
The Elliott Building
401 South Monroe Street
Tallahassee, FL  32399-0250

Dear Mrs. Cloud:

Enclosed please find a certified copy of Ordinance No. 004-1997, modifying the existing prohibition on Tourist Housing Use, including Vacation Rental Use in Residential Districts; etc.

This Ordinance was adopted by the Monroe County Board of County Commissioners at a Special Meeting in formal session on February 3, 1997. Please file for record.

Danny L. Kolhage
Clerk of Circuit Court
and ex officio Clerk to the
Board of County Commissioners

By:  Isabel C. DeSantis

Deputy Clerk

cc:  **Department of Community Affairs**        **Monroe County Sheriff's Office**
**County Administrator**                       **Community Services Director**
**County Attorney**                            **Monroe County Tax Collector**
**Growth Management Director**                 ✓**File**
**Monroe County Property Appraiser**



DEFENDANT'S EXH 1 (61 PGS TOTAL)

**DIVISIONS OF FLORIDA DEPARTMENT OF STATE**
Office of the Secretary
Office of International Relations
Division of Administrative Services
Division of Corporations
Division of Cultural Affairs
Division of Elections
Division of Historical Resources
Division of Library and Information Services
Division of Licensing



**MEMBER OF THE FLORIDA CABINET**
Historic Florida Keys Preservation Board
Historic Palm Beach County Preservation Board
Historic Pensacola Preservation Board
Historic St. Augustine Preservation Board
Historic Tallahassee Preservation Board
Historic Tampa/Hillsborough County
Preservation Board
Ringling Museum of Art

**FLORIDA DEPARTMENT OF STATE**
**Sandra B. Mortham**
Secretary of State
DIVISION OF ELECTIONS

February 19, 1997

Honorable Danny L. Kolhage
Clerk to Board of County Commissioners
Monroe County
500 Whitehead Street
Key West, Florida 33040

Attention:  Isabel C. DeSantis, Deputy Clerk

Dear Mr. Kolhage:

Pursuant to the provisions of Section 125.66, Florida Statutes, this will acknowledge your
letter dated February 14, 1997, and certified copy of Monroe County Ordinance No.
97-04, which was filed in this office on February 18, 1997.

Sincerely,

Liz Cloud, Chief
Bureau of Administrative Code

LC/mw

Case 4:19-cv-10165-JEM Document 1-2 Entered on FLSD Docket 09/18/2019 Page 136 of
531
136 of 393 of 531                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

## ORDINANCE No.044    - 00

AN ORDINANCE BY THE MONROE COUNTY BOARD OF
COUNTY COMMISSIONERS APPROVING THE REQUEST
FILED BY THE PLANNING DEPARTMENT TO AMEND
THE MONROE COUNTY LAND DEVELOPMENT
REGULATIONS, SEC. 9.5-4, DEFINITIONS; SEC 9.5-241,
OFFSHORE ISLAND DISTRICT; SEC. 9.5-242.5 IMPROVED
SUBDIVISION-TOURIST HOUSING; AND SEC.9.5-534
VACATION RENTAL USES. THESE CHANGES CLARIFY
WHERE AND HOW VACATION RENTALS MAY BE
PERMITTED, REQUIRE A LICENSED VACATION RENTAL
MANAGER FOR EACH UNIT, AND PROVIDE FOR
ENHANCED ENFORCEMENT; PROVIDING FOR
SEVERABILITY; PROVIDING FOR THE REPEAL OF ALL
ORDINANCES INCONSISTENT HEREWITH; PROVIDING
FOR INCORPORATION INTO THE MONROE COUNTY
CODE; AND DIRECTING THE CLERK OF THE BOARD TO
FORWARD A CERTIFIED COPY OF THIS ORDINANCE TO
THE FLORIDA DEPARTMENT OF COMMUNITY AFFAIRS.

**WHEREAS,** the Monroe County Board of Commissioners held a public hearing
on June 14, 2000, conducted a review and consideration of the request filed by the
Planning Department to amend the Monroe County Land Development Regulations, Sec.
95-4, Definitions; Sec.5-241, Offshore Island District; Sec. 9.5-242.5 Improved
Subdivision Tourist Housing; and Sec.9.5-534 Vacation Rental Uses, and finds that the
amendments will provide improvements for the implementation of the vacation rental
regulations while continuing to offer protection to single family neighborhoods; and

**WHEREAS,** the Monroe County Board of County Commissioners on February
3, 1997 adopted Ordinance no. 004-1997, Vacation Rentals, which clarified the existing
prohibition on short term rentals (less than 28 days) of single family homes within
improved subdivisions and other residential districts and provided a process whereby
vacation rentals could be allowed in some land use districts; and

**WHEREAS,** the Vacation Rental Ordinance became effective on December 4,
1998 after the DCA Final Order was issued; and

**WHEREAS,** the Board of County Commissioners requested the Planning
Commission to review and recommend changes to the vacation rental requirements in
the Land Development Regulations (LDR) in response to concerns raised at a November
1999 Commission meeting; and

**WHEREAS,** The Monroe County Planning Commission met on December 15,
1999, considered changes to the existing regulations based on responses to their request

for written public comments; and directed the planning department to prepare amendments to the Land Development Regulations; and

 **WHEREAS,** the Planning Commission, during special meetings on March 1 and April 4, 2000 conducted public hearings in Marathon and Key Largo on the proposed amendments; and

 **WHEREAS,** the Monroe County Planning Commission held a public hearing on April 12, 2000 and recommends the approval of the request.

### NOW THEREFORE, BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF MONROE COUNTY, FLORIDA, THAT:

<u>**Section 1.**</u>  **Section 09.5-4** of the Land Development Regulations shall read as follows:

### Sec. 9.5-4. Definitions.

(V-5) V*acation rental or unit* means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than twenty-eight (28) days duration. Vacation rental use does not include hotels, motels, and RV spaces, which are specifically addressed in each district.

<u>**Section 2.**</u>  **Section 9.5-241** of the Land Development Regulations shall read as follows:

### Sec. 9.5-241. Offshore Island District.

 (a) The following uses are permitted as of right in the Offshore Island District:

  (1) Detached residential dwellings;

  (2) Camping, for the personal use of the owner of the property on a temporary basis;

  (3) Beekeeping;

  (4) Accessory uses; and

  (5) Home occupations--Special use permit requiring a public hearing.

  (6) Tourist housing uses which were established (and held valid state public lodging establishment licenses) prior to January 1, 1996. Vacation rental use, of a dwelling unit in existence as of January 1, 2000, if a special vacation rental permit is obtained under the regulations established in Sec. 9.5-534.

<u>**Section 3.**</u>  **Section 9.5-242.5** of the Land Development regulations shall read as follows:

### Sec. 9.5-242.5  Improved Subdivision District – Vacation Rental District

In addition to the as of right and conditional uses listed above in 9.5-242, vacation rental uses are allowed as of right (subject to the regulations established in Code §9.5-534) in those Improved Subdivision – Vacation Rental Districts with the sub-indicator V (Vacation Rental).

A map amendment designating a contiguous parcel as IS-V may be approved, provided that the map amendment application (and subsequent building permit applications and special vacation rental permit applications) meet the following standards, criteria and conditions:

(a)     The IS-V designation is consistent with the 2010 Comprehensive Plan and there is no legitimate public purpose for maintaining the existing designation.

(b)     The IS-V designation allowing vacation rental use does not create additional trips or other adverse traffic impacts within the remainder of the subdivision or within any adjacent IS district;

(c)     The parcel to be designated IS-V must contain sufficient area to prevent spot-zoning of individual parcels (i.e., rezonings should not result in spot-zoned IS-V districts or result in spot-zoned IS districts that are surrounded by IS-V districts). Unless the parcel to be rezoned contains the entire subdivision there will be a rebuttable presumption that spot-zoning exists, but the Board of County Commissioners may rebut this presumption by making specific findings supported by competent, substantial evidence that:

      i)     the designation preserves, promotes and maintains the integrity of surrounding residential districts and overall zoning scheme or comprehensive plan for the future use of surrounding lands;

      ii)    does not result in a small area of IS-V within a district that prohibits vacation rentals;

      iii)   the lots or parcels to be designated IS-V are all physically contiguous and adjacent to one another and do not result in a narrow strip or isolate pockets or spots of land that are not designated IS-V, or which prohibit vacation rentals; and

      iv)    The IS-V designation is not placed in a vacuum or a spot on a lot-by-lot basis without regard to neighboring properties, but is a part of an overall area that allows vacation rentals or similar compatible uses.

Case 4:19-cv-10165-JEM  Document 1-2  Entered on FLSD Docket 09/18/2019  Page 139 of
531
139 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

(d)      In addition to the requirements contained in Code §9-.5-377 (District Boundaries), an IS-V district shall be separated from any established residential district that does not allow tourist housing or vacation rental uses by no less than a class C bufferyard;

(e)      Vacation rental use is compatible with established land uses in the immediate vicinity of the parcel to be designated IS-V; and

(f)      Unless a map amendment is staff generated (i.e., initiated by Monroe County), an application for a map amendment to IS-V shall be authorized by the property owner(s) of all lots (or parcels) included within the area of the proposed map amendment.

**Section 4.** **Section 9.5-534** of the Land Development regulations shall read as follows:

## Sec. 9.5-534 Vacation rental uses.

(a)      *Special vacation rental permit.* An owner or agent is required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental, as defined in Code § 9.5-4 (V-5), except as provided for under Section 9.5-534(b). A special vacation rental permit is nontransferable between owners. A change of ownership of the vacation rental unit shall require the new owner or his agent to obtain a new vacation rental permit for the residential dwelling unit.

(b)      *Exemptions.* A vacation rental permit is not required for the following:

(1)      A vacation rental of a dwelling unit located within a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses; or

(2)      A vacation rental of a dwelling unit within a multifamily building located within a multi-family district, which has 24 hour on-site management or 24 hour on site supervision that has received an exemption from the planning director. To meet these site management or supervision requirements, a designated individual or individuals must be physically located within the building or within 300 feet of the subject building and must be available at all times to respond to tenants' and neighbors' complaints. To obtain an exemption under the provisions of this section, the owner or agent must submit an application to the planning department in a form prescribed by the planning director.

(c)      *Vacation rental manager license.* A vacation rental manager license is required from the county planning department for an individual to be a vacation rental manager under the provisions of this section. The vacation rental manager shall be: (i) the designated contact for responding to complaints made by neighbors

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 140 of
531
140 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

against vacation rental tenants; and (ii) responsible for maintaining the guest register, leases, and official complaint response records for a vacation rental unit as required by this section.

(d)     *Permit, license and fees.*

   (1)     Special vacation rental permits will be issued by the planning director, or designee, upon payment of a nonrefundable fee and submittal of a complete application in a form prescribed by the planning director in accordance with Section 9.5-534 (f).

   (2)     Vacation rental manager licenses will be issued by the planning director, or designee, upon payment of a nonrefundable fee and submittal of a complete application to the planning department in a form prescribed by the planning director.

   (3)     The annual fees for the special vacation rental permit and vacation rental manager license shall be established by resolution of the board of county commissioners.

   (4)     A decision to approve or deny a special vacation rental permit can be appealed to the planning commission within (30) days pursuant to Code section 9.5-521.

(e)     *Regulations.* All special vacation rental units, requiring a special vacation rental permit shall comply with the following regulations at all times:

   (1)     No more than one motorized watercraft, including a jet ski or wave runner, shall be allowed at each vacation rental unit. The watercraft may be moored at either an existing on-site docking facility or stored on a trailer in an approved parking space.

   (2)     Vehicles, watercraft and trailers shall not be placed on the street or in yards. All vehicles, watercraft and boat trailers must be parked or stored off-street in parking spaces specifically designated and approved in the special vacation rental permit. One vehicle parking space shall be required per bedroom or efficiency unit and one boat trailer space per vacation rental unit.

   (3)     No boat docked at a vacation rental property shall be chartered to a person other that registered guests of the vacation rental unit or used for live-aboards, sleeping or overnight accommodations. In addition, recreation vehicles shall not be used for sleeping or overnight accommodations at the vacation rental unit.

(4)     Occupants shall be prohibited from making excessive or boisterous noise in or about any residential dwelling unit at all times.  Noise, which is audible beyond the boundaries of the residential dwelling unit, shall be prohibited between the hours of 10:00 p.m. and 8:00 a.m. week days and 11:00 p.m. and 9:00 a.m. on weekends.

(5)     All trash and debris on the vacation rental property must be kept in covered trash containers. Each vacation rental unit must be equipped with at least four (4) covered trash containers for such purpose. Owners must post, and occupants must comply with, all trash and recycling schedules and requirements applicable to the vacation rental unit. Trash containers must not be placed by the street for pick-up until 6:00 p.m. the night before pick-up and must be removed from the area by the street by 6:00 p.m. the next day.

(6)     A Tenant(s) 's agreement to the forgoing rules and regulations must made a be part of each and every lease under Florida Statutes §509.01 for any vacation rental unit subject to the provisions of this section. These vacation rental regulations governing tenant conduct and use of the vacation rental unit shall be prominently posted within each dwelling unit subject to the provisions of this section  along with the warning that violations of any of the vacation rental regulations constitutes a violation of Monroe County Code subject to fines or punishable as a second degree misdemeanor and is also grounds for immediate termination of the lease and eviction from the leased premises and criminal penalties under F.S. § 509.151 ("Defrauding an Innkeeper"), F.S. § 509.141 ("Ejection of Undesirable Guests"), F.S. § 509.142 ("Conduct on Premises") or F.S. § 509.143 (Disorderly Conduct on Premises, Arrest").

(7)     The owner or agent shall require a lease to be executed with each vacation rental use of the property and maintain a guest and vehicle register listing all vacation rental occupants' names, home addresses, telephone numbers, vehicle license plate and watercraft registration numbers. Each lease and this register shall be kept by the vacation rental manager and available for inspection by Monroe County code enforcement personnel during business hours.

(8)     Vacation rental units must be registered, licensed and meet all applicable state requirements contained in Florida Statutes Chapter 212 (Florida Tax & Revenue Act) and 509 (Public Lodging Establishments) as implemented by the Florida Administrative Code, as may be amended.

(9)     The vacation rental use must comply with all State of Florida Department of Health and State of Florida Department of Environmental Protection standards for wastewater treatment and disposal.

(10)      All vacation rental units shall have a vacation rental manager or managers, who has been issued a vacation rental manager license by the planning department as provided for in Section 9.5-534 (h). The vacation rental manager shall reside within and be licensed for that section of the County (upper, middle, and lower keys) where the vacation rental unit is located and be available twenty-four (24) hours per day, seven (7) days a week for the purpose of promptly responding to complaints regarding conduct or behavior of vacation rental occupants or alleged violations of this section. Any change in the vacation rental manager shall require written notification to the planning department and notification by certified return mail to property owners within three hundred (300) feet of the subject dwelling.

(11)      Complaints to the vacation rental manager concerning violations by occupants of vacation rental units to this ordinance shall be responded to within one hour. The neighbor who made the complaint shall be contacted by telephone or in person and informed as to the results of the actions taken by the manager. A record shall be kept of the complaint and the manager's response for a period of at least three months after the incident, which shall be available for inspection by the Monroe County Code Enforcement Department during business hours.

(12)      The name, address, and telephone number of the vacation rental manager(s), the telephone number of County code enforcement department and the number of the special vacation rental permit shall be posted and visible from the front property line of the vacation rental unit.

(13)      The Tenants Agreement with the rules of conduct shall be posted in a conspicuous location in each vacation rental unit.

(f)      *Special vacation rental permit application.* A complete special vacation rental permit application shall include the following:

(1)      The complete legal description, street address, RE number and location of the vacation rental unit.

(2)      Proof of ownership and the name, address and telephone number of each and every person or entity with an ownership interest in the dwelling unit.

(3)      An approved Florida State Department of Health or Florida State Department of Environmental Protection inspection or certification of the adequacy of the sewage disposal system for use as a vacation rental unit.

(4)      The gross square footage of the dwelling unit, location and number of rooms, bedrooms, bathrooms, kitchens, apartments, parking spaces and

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 143 of
531
143 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

any other information required to determine compliance with vacation rental requirements and compliance with this chapter.

(5)     A valid and current Florida Department of Revenue sales tax identification number under Florida Statutes Chapter 212 ( Florida Tax and Revenue Act) and a valid and current permit, license or approval under Florida Statutes Chapter 509 ( Public Lodging Establishments).

(6)     The name, address, and telephone number of the vacation rental manager, including the vacation rental manager's license number.

(7)     The applicant shall sign a written statement granting authorization to Monroe County code enforcement department to inspect the premises of the vacation rental unit prior to the issuance of the special vacation rental permit and at any other time after issuance of such permit, concerning compliance with the Monroe County Code Chapter 9.5 (i.e. the Land Development Regulations).

(8)     The application shall bear the signature of all owner(s), all authorized agent(s) and authorized manager(s) of the owner(s).

(9)     Any additional information required to determine compliance with the provisions of this section.

(g)     *Notification to adjacent neighbors and permit, approval, issuance and appeal.*

(1)     The applicant or agent shall send a "Notice of Vacation Rental Use Application" by certified return mail to all property owners located within three hundred (300) feet of the dwelling unit which is the subject of the special vacation rental permit application, not less than thirty (30) days prior to the date of approval of the application. The notice of application shall be in a form prescribed by the planning director or his designee and shall clearly state the name, address and day/evening telephone numbers of each and every vacation rental manager, agent, caretaker and owner of the dwelling unit; the number of the Monroe County code enforcement department; and a copy of the Tenants Agreement. Notice to the adjacent property owners must include the following statement:

"You have the right to appeal a decision to approve or deny this special vacation rental permit to the planning commission within thirty (30) days under Code section 9.5-521. You may have other rights that Monroe County cannot enforce. Review of a special vacation rental permit application by Monroe County will consider the existence of valid private deed restrictions, restrictive covenants or other restrictions of record which may prohibit the use of the dwelling unit for vacation rental

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 144 of
531
144 of 393 of 531                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

purposes. You may wish to consult an attorney concerning these private rights."

    (2)    The applicant or agent shall provide proof to the planning department of submitting the "Notice of Vacation Rental Use Application." The special vacation rental permit shall not be issued until proof of this notification is provided and the special vacation rental permit has been approved by the planning director after completion of an on-site inspection of the subject dwelling unit by the code enforcement department. When approved by the planning director, the special vacation rental permit shall not be issued until thirty (30) days after the notices of application were sent to all property owners located within three-hundred (300) feet of the dwelling unit that is the subject of the permit.

(h)    *Fines or revocation of special vacation rental use permit.* A special vacation rental permit shall be revoked by the planning commission and/or fines levied by the code enforcement special master or a court of competent jurisdiction after a finding of a violation by the permit holder of this section, the special vacation rental permit or permit conditions or any material misrepresentation on the permit application, after the owner(s) is given notice and a hearing is held by the planning commission, code enforcement special master or a court of competent jurisdiction.

(i)    *Duration and renewal of special vacation rental use permit.* Special vacation rental use permits shall expire one (1) year after the date of their issuance, unless renewed within thirty days of their expiration date. Renewal of a special vacation use permit requires the owner or agent to submit an application in a form prescribed by the planning director to the planning department and payment of a nonrefundable fee, including proof of a current license and registration under Chapter 509 and Chapter 212, Florida Statutes.

(j)    *Vacation rental manager license application, issuance, renewal, fines, and revocation.*

    (1)    An individual shall submit an application for a vacation rental manager license in a form prescribed by the planning director accompanied with a payment of a nonrefundable fee. The license shall be issued for a period of one (1) year and renewable annually. The license shall be for only one specific section of the County (upper, middle, or lower keys) and no individual shall apply for or be issued more than one vacation rental manager license at a time.

    (2)    After notice is given to the vacation rental manager and a public hearing is held, a vacation rental manager license shall be revoked by the planning commission and/or fines levied by the code enforcement special master or court of competent jurisdiction upon a finding of: a total of two

or more "no responses" to complaints registered by the public concerning tenants not following the terms of the Tenants Agreement, during any single year of the vacation rental manager's license; or two or more violations of this section which are pertinent to the duties and responsibilities of a vacation rental manager. A vacation rental manager license shall be revoked if the license holder is found in violation of any of the regulations in section 9.5-534(k)(1) through section 9.5-534(k)(3).

(3)    An individual who has had his license revoked shall not be eligible to resubmit an application for obtaining a new vacation rental manager license until two years after the date of revocation of his license.

(k)    *Prohibitions, enforcement, and penalties.*

(1)    It shall be unlawful for any landlord, tenant, agent or other representative of a landowner to rent, lease, advertise or hold out for rent any dwelling unit for vacation rental use in any district where a vacation rental use is prohibited, except as otherwise exempted under this section.

(2)    It shall be unlawful for any landlord, tenant, agent or other representative of a landlord to rent, lease, advertise or hold out for rent any dwelling unit for a vacation rental use without a special vacation rental permit, except as otherwise exempted under this section.

(3)    After the effective date of this section, leases, subleases, assignments or any other occupancy agreements, for compensation for less than twenty-eight (28) days in duration:

(i)    Shall not be entered into or renewed once they have expired or have terminated in any district in which tourist housing use is prohibited or in any district in which a vacation rental use is allowed unless a special vacation rental permit, building permit, inspection and certificate of occupancy for the vacation rental use (or for the conversion of an existing dwelling unit to vacation rental use) are first obtained; and

(ii)    Any pre-existing vacation rental uses shall not be considered a lawful non-conforming use under section 9.5-143 and must be discontinued in any land use districts that prohibit vacation rental uses no later than thirty (30) days after the effective date of this section (May 12, 1999). Except that a vacation rental use that was established, and had obtained all of the required state and local permits and licenses, (a) prior to September 15, 1986 (b) or under any Code provisions that expressly allowed vacation retail uses, may remain pursuant to Code section 9.5-143.

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 146 of
531
146 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

(4)     Monroe Count code section 6.3-13 shall not bar code enforcement for new vacation rental violations occurring after the effective date of this section.

(5)     Prima facie evidence of vacation rental uses of a dwelling unit shall include (i) registration or licensing for short-term rental or transient rental use by the state under F.S. Chapters 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments), (ii) advertising or holding out a dwelling unit for vacation rental use, (iii) reservations, booking arrangements or more than one signed lease, sublease, assignment, or any other occupancy or agreement for compensation, trade, or other legal consideration addressing or overlapping any period of 28 days or less, or (iv) the use of an agent or other third person to make reservations or booking arrangements.

(6)     A violation of any of the regulations in section 9.5-534(k)(1) through section 9.5-534(k)(3) shall be punishable as a second degree misdemeanor and by a fine of up to five hundred dollars ($500.00) per day, per unit, per violation. The Code enforcement department may also enforce the terms of this section by bringing a case before the special master pursuant to Code section 6.3-14, or by citation under Code section 6.3-11,. F.S. § 162.21 (as may be amended), or 76-435 Laws of Florida (as may be amended). If a code enforcement citation is issued, the fine shall be two hundred fifty dollars ($250) for the first offense and five hundred dollars ($500.00) for each subsequent offense.

(7)     In addition to any other remedies available to Monroe County (including code enforcement pursuant to F.S. Chapter 162). Monroe County or any or other adversely affected party may enforce the terms of this section in law or equity. Any citizen of Monroe County may seek injunctive relief in a court of competent jurisdiction to prevent a violation of section 9.5-534 or to revoke a special vacation rental permit or vacation rental manager license, as set forth above. Attorney's fees and costs incurred in an action to enforce these regulations concerning vacation rental use(s) may be awarded to a substantially prevailing party at the discretion of the court.

**Section 5.** If any section, subsection, sentence, clause, item, change or provision of this ordinance is held invalid, the remainder of this ordinance shall not be affected by such invalidity.

**Section 6.** All ordinances or parts of ordinances in conflict with this ordinance are hereby repealed to the extent of the said conflict.

**Section 7.** This ordinance is hereby transmitted to the state land planning agency to be reviewed for consistency with Chapter 163, Florida Statutes.

**Section 8.**  This ordinance shall be filed in the Office of the Secretary of State, of the State of Florida, but shall not become effective until a notice is issued by the Department of Community Affairs or Administrative Commission finding the amendment consistent with Chapter 380 of the Florida Statutes.

**PASSED AND ADOPTED** by the Board of County Commissioners of Monroe County, Florida, at a regular meeting held on the ___16th___ day of ___August___, A.D., 2000.

| | |
|---|---|
| Mayor Shirley Freeman | yes |
| Mayor Pro Tem George Nugent | yes |
| Commissioner Wilhelmina Harvey | yes |
| Commissioner Mary Kay Reich | no |
| Commissioner Nora Williams | yes |

BOARD OF COUNTY COMMISSIONERS
OF MONROE COUNTY, FLORIDA

BY _Shirley Freeman_
Mayor/Chairperson

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY
BY _____
Attorney's Office



ATTEST:  DANNY K. KOLHAGE, CLERK

_Pamela Hancock_
DEPUTY CLERK

DEFENDANT'S EXH 2 (23 PGS TOTAL)



THE **REPORTER**
*Your Upper Keys Connection*

P.O. Box 1197 • Tavernier, Florida 33070-1197
(305) 852-3216   Fax: (305) 852-8240

# PROOF OF PUBLICATION

**STATE OF FLORIDA**
**COUNTY OF MONROE**

**Before the undersigned authority personally appeared JACKLYN HARDER who on oath, says that she is ASSOCIATE PUBLISHER of THE REPORTER, a weekly newspaper entitled to publish legal advertising published at Tavernier, Monroe County, Florida: that the attached copy of advertisement, being a LEGAL NOTICE in said newspaper in the issue of:**

**August 3, 2000**

**Affiant further says that THE REPORTER is a newspaper published at Tavernier, in said Monroe County, Florida, and that the said newspaper has heretofore been continuously published in the said Monroe County, Florida, each week (on Thursday), and has been entered as second class mail matter at the Post Office in Tavernier, in said County of Monroe, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any firm, person, or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper and that The Reporter is in full compliance with Chapter 50 of the Florida State Statutes on Legal and Official Advertisements.**

Sworn to and subscribed before me this 10th day of August, 2000.

(SEAL)

Anna M Hines
My Commission CC715804
Expires March 31, 2002

**Notary**

NO: 5181600
NOTICE OF INTENTION TO CONSIDER ADOPTION OF COUNTY ORDINANCE NOTICE IS HEREBY GIVEN TO WHOM IT MAY CONCERN that on Wednesday, August 16, 2000, at 3:00 PM at the Key Largo Library, Tradewinds Shopping Center, Key Largo, Monroe County, Florida, the Board of County Commissioners of Monroe County, Florida, intends to consider the adoption of the following County ordinance: **AN ORDINANCE ABOLISHING THE DIVISION OF SOLID WASTE MANAGEMENT AND ASSIGNING ITS DUTIES AND FUNCTIONS TO THE DIVISION OF PUBLIC WORKS AND COMBINING THE DEPARTMENTS OF HUMAN RESOURCES AND OFFICE OF MANAGEMENT AND BUDGET INTO A NEW DEPARTMENT OF ADMINISTRATIVE SERVICES IN THE DIVISION OF MANAGEMENT SERVICES; PROVIDING FOR SEVERABILITY; PROVIDING FOR THE REPEAL OF ALL ORDINANCES INCONSISTENT HEREWITH; PROVIDING FOR INCORPORATION INTO THE MONROE COUNTY CODE OF ORDINANCES; AND PROVIDING AN EFFECTIVE DATE** Pursuant to Section 286.0105, Florida Statutes, notice is given that if a person decided to appeal any decision made by the Board with respect to any matter considered at such hearings or meetings, he will need a record of the proceedings, and that, for such purpose, he may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based. Copies of the above-referenced ordinance are available for review at the various public libraries in Monroe County, Florida. Dated at Key West, Florida, this 31st day of July, 2000
DANNY L. KOLHAGE, Clerk of the Circuit Court and ex officio Clerk of the Board of County Commissioners of Monroe County, Florida.
PUBLISH: 8/3/00
The Reporter
Tavernier, FL 33070

FILED FOR RECORD
00 SEP 13 PM 2:22
DANNY L. KOLHAGE
MONROE CIRCUIT CT



# 𝕯𝖆𝖓𝖓𝖞 𝕷. 𝕶𝖔𝖑𝖍𝖆𝖌𝖊

**CLERK OF THE CIRCUIT COURT**
MONROE COUNTY
500 WHITEHEAD STREET
KEY WEST, FLORIDA 33040
TEL. (305) 292-3550
FAX (305) 295-3660

BRANCH OFFICE
3117 OVERSEAS HIGHWAY
MARATHON, FLORIDA 33050
TEL. (305) 289-6027
FAX (305) 289-1745

BRANCH OFFICE
88820 OVERSEAS HIGHWAY
PLANTATION KEY, FLORIDA 33070
TEL. (305) 852-7145
FAX (305) 852-7146

August 30, 2000

Mrs. Liz Cloud, Chief
Bureau of Administrative Code & Laws
The Elliott Building
401 S Monroe Street
Tallahassee FL 32399-0250

Dear Mrs. Cloud,

Enclosed please find a certified copies of the following Ordinances:

**Ordinance No. 040-2000** amending Monroe County Code Sec. 13.5-5(d); in order to amend the park hours of Friendship Park; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 041-2000** amending Sec. 2-1.1(a), Monroe County Code, in order to provide that the hearing officer may have served as counsel to the Planning Commission; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 042-2000** in order to delete the parks in the municipality of Islamorada, Village of Islands from the Monroe County Code; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 043-2000** abolishing the Division of Solid Waste Management and assigning its duties and functions to the Division of Public Works and combining the Departments of Human Resources and Office of Management and Budget into a new Department of Administrative Services in the Division of Management Services; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 150 of
531
150 of 393 of 531                                                        DEFENDANT'S EXH 2 (23 PGS TOTAL)

**Ordinance No. 044-2000** approving the request filed by the Planning Department to amend the Monroe County Land Development Regulations, Sec. 9.5-4, definitions; Sec. 9.5-241, Offshore Island District; Sec. 9.5-242.5 Improved Subdivision-Tourist Housing; and Sec. 9.5-534 Vacation Rental Uses. These changes clarify where and how vacation rentals may be permitted, require a licensed vacation rental manager for each unit, and provide for enhanced enforcement; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code; and directing the Clerk of the Board to forward a certified copy of this Ordinance to the Florida Department of Community Affairs.

These Ordinances were adopted by the Monroe County Board of County Commissioners at a Regular Meeting in formal session on August 16, 2000. Please file for record.

Danny L. Kolhage
Clerk to Circuit Court
and ex officio Clerk to the
Board of County Commissioners

by:     Pamela G. Hancock

Deputy Clerk

Cc:     Board of County Commissioners          County Attorney
        County Administrator 043-2000          Municipal Code 040 to 043-2000
        Growth Management 041 & 044-2000       Public Works 040, 042 & 043-2000
        Administrative Services 043-2000       File

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 151 of
531
151 of 393 of 531                                       DEFENDANT'S EXH 2 (23 PGS TOTAL)

**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To: *Ordinances* 040 - 044 - 2000

| | | |
|---|---|---|
| Postage | $ | 143 |
| Certified Fee | | 140 |
| Return Receipt Fee (Endorsement Required) | | 125 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 408 |

KEY WEST
AUG
30
2000
Postmark Here

Name (Please Print Clearly) (to be completed by mailer)
Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
Street, Apt. No.; or PO Box No.
The Elliott Building
City, State, Zip+4
401 South Monroe Street
Tallahassee, FL 32399-0250

7099 3400 0005 9118 7876

---

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
The Elliott Building
401 South Monroe Street
Tallahassee, FL 32399-0250

4a. Article Number
7099 3400 0005 9118
4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD
7. Date of Delivery
SEP 1 2000

*Ordinances 040 - 044 - 2000*

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

rn Receipt

DEFENDANT'S EXH 2 (23 PGS TOTAL)

DIVISIONS OF FLORIDA DEPARTMENT OF STATE
Office of the Secretary
Division of Administrative Services
Division of Corporations
Division of Cultural Affairs
Division of Elections
Division of Historical Resources
Division of Library and Information Services
Division of Licensing

**MEMBER OF THE FLORIDA CABINET**

HISTORIC PRESERVATION BOARDS
Historic Florida Keys Preservation Board
Historic Palm Beach County Preservation Board
Historic Pensacola Preservation Board
Historic St. Augustine Preservation Board
Historic Tallahassee Preservation Board
Historic Tampa/Hillsborough County
Preservation Board

**RINGLING MUSEUM OF ART**



## FLORIDA DEPARTMENT OF STATE
**Katherine Harris**
Secretary of State
DIVISION OF ELECTIONS

September 5, 2000

Honorable Danny L. Kolhage
Clerk of the Circuit Court
Monroe County
500 Whitehead Street
Key West, Florida 33040

Attention: Pam Hancock, Deputy Clerk

Dear Mr. Kolhage:

Pursuant to the provisions of Section 125.66, Florida Statutes, this will acknowledge
receipt of your letter dated August 30, 2000 and certified copies of Monroe County
Ordinance Nos. 040-2000 through 044-2000, which were filed in this office on
September 1, 2000.

Sincerely,

Liz Cloud

Liz Cloud, Chief
Bureau of Administrative Code

LC/mp

FILED FOR RECORD
00 SEP -8 PM 2: 11
DANNY L. KOLHAGE
CLK. CIR. CT.
MONROE COUNTY, FLA.

DEFENDANT'S EXH 2 (23 PGS TOTAL)

DCA Final Order No. DCA00-OR-294

STATE OF FLORIDA
DEPARTMENT OF COMMUNITY AFFAIRS

In re:  MONROE COUNTY LAND DEVELOPMENT
REGULATIONS ADOPTED BY
MONROE COUNTY ORDINANCE NO. 044-2000

FILED FOR RECORD
00 OCT 16 PM 2: 23
DANNY L. KOLHAGE
CLK. CIR. C.
MONROE COUNTY, FL.

### FINAL ORDER

The Department of Community Affairs (the "Department") hereby issues its Final Order,

pursuant to §§ 380.05(6) and (11), *Fla. Stat.*, and § 380.0552(9), *Fla. Stat.* (1999), which require the

Department to enter a final order approving or rejecting land development regulations adopted by

Monroe County.  This Final Order approves Monroe County Ordinance No. 044-2000 as set forth

below.

### FINDINGS OF FACT

1.     The Florida Keys Area is a statutorily designated area of critical state concern, and

Monroe County is a unit of government within the Florida Keys Area.

2.     On September 5, 2000, the Department received for review Monroe County

Ordinance No. 044-2000 which was adopted by the Monroe County Board of County

Commissioners on August 16, 2000 ( "Ord. 044-2000").  Ord. 044-2000 pertains to vacation rentals

amending Secs. 9.5-4, 9-5.241, 9-5.242.5 and 9.5-534 of the Monroe County Code ("Code").

3.     Section 1 of Ord. 044-2000 amends Code Sec. 9.5-4 creating definition "(V-5)

Vacation rental or unit."  Section 2 of Ord. 044-2000 amends Code Sec. 9.5-241 allowing vacation

rentals in the Offshore Island District (OS) if a special permit is obtained.   Section 3 of Ord. 044-

2000 creates Code Sec. 9-5.242.5 and sets forth conditions for allowing vacation rentals in the

Improved Subdivision District - Vacation Rental District (IS-V). Section 4 of Ord. 044-2000 adds

Code Sec. 9-534 entitled 'Vacation rental uses' and establishes application procedures, sets forth

permitting and licensing requirements, establishes regulations and fees, establishes a duration period,

and provides for prohibitions, enforcement and penalties. Section 5 of Ord. 044-2000 contains a

severability provision; Section 6 contains a conflict provision; Section 7 requires transmittal of the

ordinance to the Department for review; and Section 8 requires filing with the Florida Secretary of

State Office.

4.      Ord. 044-2000 is consistent with the County's 2010 Comprehensive Plan.

## CONCLUSIONS OF LAW

1.      The Department is required to approve or reject any and all land development

regulations that are enacted, amended or rescinded by any unit of government in the Florida Keys

Area of Critical State Concern within 60 days of receipt by the Department. §§ 380.05(6) and (11),

*Fla. Stat.*, and § 380.0552(9), *Fla. Stat.* (1999).

2.      Monroe County is a unit of government within the Florida Keys Area of Critical State

Concern. § 380.0552, *Fla. Stat.* (1999) and Rule 28-29.002 (superseding Chapter 27F-8, *Fla.*

*Admin. Code*) and Chapter 28-30, *Fla. Admin. Code*.

3.      "Land development regulations" include local zoning, subdivision, building and other

regulations controlling the development of land. § 380.031(8), *Fla. Stat.* (1999). The regulations

adopted by Ord. 044-2000 are land development regulations, as defined by statute.

4.      All land development regulations enacted, amended or rescinded by Monroe County

2

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 155 of
531
155 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

**DCA Final Order No. DCA00-OR-294**

must be consistent with the Principles for Guiding Development (the "Principles"). § 380.0552(7),

*Fla. Stat.; see Rathkamp v. Department of Community Affairs,* 21 F.A.L.R. 1902 (Dec. 4, 1998),

*aff'd,* 740 So. 2d 1209 (Fla. 3d DCA 1999). In reviewing the land development regulations for

consistency, the Principles shall be construed as a whole and no specific provision shall be construed

or applied in isolation from the other provisions. § 380.0552(7), *Fla. Stat.* (1999).

     5.    The Department has reviewed all provisions of Ord. 044-2000 for consistency with

the Principles and has determined that Ord. 044-2000 is consistent with the Principles as a whole.

Ord. 044-2000 establishes stricter regulations regarding the siting and operation of vacation rentals

and is in furtherance of paragraphs (a), (d), and (l) of the Principles. §§ 380.0552(7) (a), (d), and (l),

*Fla. Stat.* (1999).

    WHEREFORE, IT IS ORDERED that Ord. 044-2000 is found to be consistent with the

Principles found at § 380.0552(7), *Fla. Stat.* (1999), as a whole, and is hereby <u>APPROVED</u>.

    This Order becomes effective 21 days after publication in the Florida Administrative Weekly

unless a petition is filed as described below.

    DONE AND ORDERED in Tallahassee, Florida.

J. THOMAS BECK, DIRECTOR
Division of Community Planning
Department of Community Affairs
2555 Shumard Oak Boulevard
Tallahassee, Florida 32399-2100

<u>**NOTICE OF ADMINISTRATIVE RIGHTS**</u>

ANY PERSON WHOSE SUBSTANTIAL INTERESTS ARE AFFECTED BY THIS

3

**DCA Final Order No. DCA00-OR-294**

ORDER HAS THE OPPORTUNITY FOR AN ADMINISTRATIVE PROCEEDING PURSUANT TO SECTION 120.569, FLORIDA STATUTES, REGARDING THE AGENCY'S ACTION. DEPENDING UPON WHETHER YOU ALLEGE ANY DISPUTED ISSUE OF MATERIAL FACT IN YOUR PETITION REQUESTING AN ADMINISTRATIVE PROCEEDING, YOU ARE ENTITLED TO EITHER AN INFORMAL PROCEEDING OR A FORMAL HEARING.

IF YOUR PETITION FOR HEARING DOES NOT ALLEGE ANY DISPUTED ISSUE OF MATERIAL FACT CONTAINED IN THE DEPARTMENT'S ACTION, THEN THE ADMINISTRATIVE PROCEEDING WILL BE AN INFORMAL ONE, CONDUCTED PURSUANT TO SECTIONS 120.569 AND 120.57(2) FLORIDA STATUTES, AND CHAPTER 28-106, PARTS I AND III, FLORIDA ADMINISTRATIVE CODE. IN AN INFORMAL ADMINISTRATIVE PROCEEDING, YOU MAY BE REPRESENTED BY COUNSEL OR BY A QUALIFIED REPRESENTATIVE, AND YOU MAY PRESENT WRITTEN OR ORAL EVIDENCE IN OPPOSITION TO THE DEPARTMENT'S ACTION OR REFUSAL TO ACT; OR YOU MAY EXERCISE THE OPTION TO PRESENT A WRITTEN STATEMENT CHALLENGING THE GROUNDS UPON WHICH THE DEPARTMENT HAS CHOSEN TO JUSTIFY ITS ACTION OR INACTION.

IF YOU DISPUTE ANY ISSUE OF MATERIAL FACT STATED IN THE AGENCY ACTION, THEN YOU MAY FILE A PETITION REQUESTING A FORMAL ADMINISTRATIVE HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE OF THE DIVISION OF ADMINISTRATIVE HEARINGS, PURSUANT TO SECTIONS 120.569 AND 120.57(1), FLORIDA STATUTES, AND CHAPTER 28-106, PARTS I AND II, FLORIDA ADMINISTRATIVE CODE. AT A FORMAL ADMINISTRATIVE HEARING, YOU MAY BE REPRESENTED BY COUNSEL OR OTHER QUALIFIED REPRESENTATIVE, AND YOU WILL HAVE THE OPPORTUNITY TO PRESENT EVIDENCE AND ARGUMENT ON ALL THE ISSUES INVOLVED, TO CONDUCT CROSS-EXAMINATION AND SUBMIT REBUTTAL EVIDENCE, TO SUBMIT PROPOSED FINDINGS OF FACT AND ORDERS, AND TO FILE EXCEPTIONS TO ANY RECOMMENDED ORDER.

IF YOU DESIRE EITHER AN INFORMAL PROCEEDING OR A FORMAL HEARING, YOU MUST FILE WITH THE AGENCY CLERK OF THE DEPARTMENT OF COMMUNITY AFFAIRS A WRITTEN PLEADING ENTITLED, "PETITION FOR ADMINISTRATIVE PROCEEDINGS" WITHIN 21 CALENDAR DAYS OF PUBLICATION OF THIS NOTICE. A PETITION IS FILED WHEN IT IS RECEIVED BY THE AGENCY CLERK, IN THE DEPARTMENT'S OFFICE OF GENERAL COUNSEL, 2555 SHUMARD OAK BOULEVARD, TALLAHASSEE, FLORIDA 32399-2100.

THE PETITION MUST MEET THE FILING REQUIREMENTS IN RULE 28-106.104(2), FLORIDA ADMINISTRATIVE CODE. IF AN INFORMAL PROCEEDING IS REQUESTED,

4

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 157 of
531
157 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

**DCA Final Order No. DCA00-OR-294**

THEN THE PETITION SHALL BE SUBMITTED IN ACCORDANCE WITH RULE 28-106.301, FLORIDA ADMINISTRATIVE CODE. IF A FORMAL HEARING IS REQUESTED, THEN THE PETITION SHALL BE SUBMITTED IN ACCORDANCE WITH RULE 28-106.201(2), FLORIDA ADMINISTRATIVE CODE.

A PERSON WHO HAS FILED A PETITION MAY REQUEST MEDIATION. A REQUEST FOR MEDIATION MUST INCLUDE THE INFORMATION REQUIRED BY RULE 28-106.402, FLORIDA ADMINISTRATIVE CODE. CHOOSING MEDIATION DOES NOT AFFECT THE RIGHT TO AN ADMINISTRATIVE HEARING.

**YOU WAIVE THE RIGHT TO AN INFORMAL ADMINISTRATIVE PROCEEDING OR A FORMAL HEARING IF YOU DO NOT FILE A PETITION WITH THE AGENCY CLERK WITHIN 21 DAYS OF PUBLICATION OF THIS FINAL ORDER.**

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 158 of
531
158 of 393 of 531                                                    DEFENDANT'S EXH 2 (23 PGS TOTAL)

DCA Final Order No. DCA00-OR-294

CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that the original of the foregoing Final Order has been filed with the undersigned designated Agency Clerk, and that true and correct copies have been furnished to the persons listed below by the method indicated this ___ day of October, 2000.

Paula Ford, Agency Clerk

By U.S. Mail:

Honorable Shirley Freeman
Mayor of Monroe County
500 Whitehead Street
Key West, Florida 33040

Danny L. Kolhage
Clerk to the Board of County Commissioners
500 Whitehead Street
Key West, Florida 33040

Timothy J. McGarry, AICP
Director, Growth Management Division
2798 Overseas Highway, Suite 400
Marathon, Florida 33050

By Hand Delivery or Interagency Mail:

Michael McDaniel, Growth Management Administrator, DCA Tallahassee
Rebecca Jetton, DCA Florida Keys Field Office
Geoffrey T. Kirk, Assistant General Counsel, DCA Tallahassee

6

DEFENDANT'S EXH 3 (65 PGS TOTAL)



| Overview | Amenities | Reviews | Map | Rates & Availability |



1 / 29



### Casa Coral Relaxing Key West Townhome In Gated Community, Sleeps 6



Stock Island, Key West, FL, USA

DEFENDANT'S EXH 3 (65 PGS TOTAL)

7/6/2018    160 of 393 of 531              Casa Coral Relaxing Key West Townhome In Ga... - VRBO

| Overview | Amenities | Reviews | Map | Rates & Availability |
|----------|-----------|---------|-----|----------------------|

| Townhome 1100 sq. ft. | Bedrooms 2 | Sleeps 6 |
|---|---|---|

| Bathrooms 2 | Half Baths 1 | Minimum Stay 3 - 4 nights |
|---|---|---|

## 2 Bedroom, 2.5 Bathroom, Fully Remolded Home With Tasteful, Tropical Furnishings

Fully remodeled 2 bedroom, 2.5 bathroom, 2 level Key West townhome to be your home away from home! No detail has been overlooked in the bright and airy vacation rental. Located in one

View more

## Owner

### Judy

Casa Coral Relaxing Key West Townhome In Ga... - VRBO

| Overview | Amenities | Reviews | Map | Rates & Availability |

Since 2013

| Response rate: | Response time: |
| --- | --- |
| **100%** | **Within A Few Hours** |

| Speaks: | Calendar last updated: |
| --- | --- |
| **English, Spanish** | **Jul 6, 2018** |

## Amenities

| Swimming pool | TV | Kids Welcome | Heater |
| --- | --- | --- | --- |
| Internet | Satellite or Cable | Parking | |
| Air Conditioning | Washer & Dryer | No Smoking | |

## Bedrooms

*2 Bedrooms, Sleeps 6*

**Bedroom 1**
1 queen, 1 baby crib, Baby crib (pack and play sleeper) available upon request

**Bedroom 2**
1 queen

Queen size beds
Pillow top mattresses
600 Thread count linens
Night stands
Custom closet systems
Private baths stocked with fresh linens
32" TV

**B**

| Overview | Amenities | Reviews | Map | Rates & Availability |

*2 Bathrooms, 1 Half Bath*

| **Bathroom 1** | **Bathroom 2** | **Bathroom 3** |
| toilet, combination tub/shower | toilet, combination tub/shower | toilet |

Baths stocked with fresh linens
Beach towels

## Location Type

Golf
Course
View
Right across
the street
from Key
West's only
public golf
course!

## Theme

| Romantic | Away From It All | Sports & Activities | Tourist Attractions | Adventure |
| Family | | | | |
| | Historic | | | |

## Meals

Guests
provide
their own
meals

## General

| Garage | Linens Provided | Parking | Internet | Hair Dryer | Living Room |
| 1 car garage | Luxurious 600 thread count linens provided for bedding. | 1 car garage Street parking for extra vehicles Remote parking avaiable to accommodate boat/ski/motorcycle trailers | Free WiFi | | Entertainment center with 42" flat screen TV Brand new sleeper sofa with matching accent chair, perfect for lounging with your favorite book Clean, |
| Telephone | | | Towels Provided | | |
| Free local and long distance | | | Bath towels, washcloths, beach towels | | |
| Heating | Washing Machine | | Fitness Room / Equipment | | |
| | Clothes Dryer | Air Conditioni | Iron & | | |

| Overview | Amenities | Reviews | Map | Rates & Availability |

## Kitchen

| | | | | |
|---|---|---|---|---|
| **Dishwasher** Brand new! | **Oven** Brand new! | **Pantry Items** Stocked with spices, coffee, creamer - just enough to get you going with the necessities! | **Dishes & Utensils** Serves 8 | **Kitchen** New cabinets and counter tops Fully stocked with flat ware, dinner ware, cups, mugs, utensils, pots and pans Coffee Pot Blender Toaster oven |
| **Refrigerator** Brand new! Stocked with usual condiments | **Microwave** Brand new! | | | |
| | **Coffee Maker** Brand new! | | | |
| **Stove** Brand new! Glass top | **Toaster** Brand new! | | | |

## Dining

| | | |
|---|---|---|
| **Dining Area** | **Dining** Beautiful Tommy Bahama dining set seats 6 Breakfast bar seats 3 Childs highchair available upon request | **comfy seating for 6 people** |
| **Child's Highchair** | | |

## Entertainment

| | | | | |
|---|---|---|---|---|
| **Television** Free basic cable and WiFi | **Satellite / Cable** Free basic cable and WiFi | **DVD Player** In living area **Books** | **Games** | **Video Library** Movies for the whole family to enjoy |

## Outside

| | | |
|---|---|---|
| **Lawn / Garden** Tropical landscaping throughout | **Bicycles** 6 Key West beach cruiser bicycles available complimentary for your use | **Outdoor Grill** Grill placed in the garage for guest use |
| | | **Deck / Patio** Private patio off living area and upstairs bedroom |

## Suitability

DEFENDANT'S EXH 3 (65 PGS TOTAL)

| Overview | Amenities | Reviews | Map | Rates & Availability |

## Pool / Spa

| Heated Pool | Communal Pool |
| | Large heated pool |

## Attractions

| museums | duty free shops | playground | synagogues |
| botanical garden | library | recreation center | health/beauty spa |
| cinemas | marina | restaurants | |
| | churches | | |

## Leisure Activities

| sight seeing | bird watching | eco tourism | shelling |
| walking | luaus | scenic drives | shopping |
| beachcombing | paddle boating | boating | wildlife viewing |

## Local Services & Businesses

| ATM/bank | groceries | massage therapist |
| fitness center | hospital | medical services |
| | laundromat | |

## Sports & Adventure Activities

| fly fishing | paragliding | pier fishing | basketball court |
| swimming | roller blading | snorkeling | kayaking |
| sailing | | | parasailing |

DEFENDANT'S EXH 3 (65 PGS TOTAL)

| Overview | Amenities | Reviews | Map | Rates & Availability |
|----------|-----------|---------|-----|----------------------|

| golf | g | tubing | snorkelin |
|------|---|--------|-----------|
| wind-surfing | deepsea fishing | golf privileges optional | g/diving |
| water skiing | tennis | | |
| | jet skiing | | |

## House Rules

**Check-in:** 4:00 PM    **Check-out:** 11:00 AM

## Cancellation Policy

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

DEFENDANT'S EXH 2 465 PGS TOTAL)

7/6/2018    166 of 393 of 531                 Casa Coral Relaxing Key West Townhome In Ga... - VRBO

## Amenities

| | | | |
|---|---|---|---|
| Swimming pool | TV | Kids Welcome | Heater |
| Internet | Satellite or Cable | Parking | |
| Air Conditioning | Washer & Dryer | No Smoking | |

## Bedrooms

*2 Bedrooms, Sleeps 6*

**Bedroom 1**
1 queen, 1 baby crib, Baby crib (pack and play sleeper) available upon request

**Bedroom 2**
1 queen

Queen size beds
Pillow top mattresses
600 Thread count linens
Night stands
Custom closet systems
Private baths stocked with fresh linens
32" TV

Baths stocked with fresh linens
Beach towels

## Bathrooms

*2 Bathrooms, 1 Half Bath*

| **Bathroom 1** | **Bathroom 2** | **Bathroom 3** |
|---|---|---|
| toilet, combination tub/shower | toilet, combination tub/shower | toilet |

## Location Type

Golf Course View
Right across the street from Key West's only public golf course

## Theme

| | | | | |
|---|---|---|---|---|
| Romantic | Away From It All | Sports & Activities | Tourist Attractions | Adventure |
| Family | | | | |
| | Historic | | | |

## Meals

Guests provide their own meals

## General

| Garage | Linens Provided | Parking | Air Conditioning | Fitness Room / Equipment | Living Room |
|---|---|---|---|---|---|
| 1 car garage | Luxurious 600 thread count linens provided for bedding. | 1 car garage Street parking for extra vehicles Remote | Internet Free WiFi | Iron & Board | Entertainment center with 42" flat screen TV Brand new |
| Telephone Free local and long | | | Towels | | |

| distance | Washing Machine | parking available to accommodate boat/ski/motorcycle trailers | Towels Provided Bath towels, washcloths, beach towels | Hair Dryer | sleeper sofa with matching accent chair, perfect for lounging with your favorite book Clean, tropical décor setting the mood for island life! |
|---|---|---|---|---|---|
| Heating | Clothes Dryer | | | | |

## Kitchen

| Dishwasher Brand new! | Oven Brand new! | Pantry Items Stocked with spices, coffee, creamer – just enough to get you going with the necessities! | Dishes & Utensils Serves 8 | Kitchen New cabinets and counter tops Fully stocked with flat ware, dinner ware, cups, mugs, utensils, pots and pans Coffee Pot Blender Toaster oven |
|---|---|---|---|---|
| Refrigerator Brand new! Stocked with usual condiments | Microwave Brand new! | | | |
| | Coffee Maker Brand new! | | | |
| Stove Brand new! Glass top | Toaster Brand new! | | | |

## Dining

| Dining Area | Dining Beautiful Tommy Bahama dining set seats 6 Breakfast bar seats 3 Childs highchair available upon request | comfy seating for 6 people |
|---|---|---|
| Child's Highchair | | |

## Entertainment

| Television Free basic cable and WiFi | Satellite / Cable Free basic cable and WiFi | DVD Player In living area | Games | Video Library Movies for the whole family to enjoy |
|---|---|---|---|---|
| | | Books | | |

## Outside

| Lawn / Garden Tropical landscaping throughout | Bicycles 6 Key West beach cruiser bicycles available complimentary for your use | Outdoor Grill Grill placed in the garage for guest use | Deck / Patio Private patio off living area and upstairs bedroom |
|---|---|---|---|

## Suitability

wheelchair inaccessible

## Pool / Spa

| Heated Pool | Commun al Pool |
|---|---|
| | Large heated pool |

## Attractions

| museums | duty free shops | playground | synagogues |
|---|---|---|---|
| botanical garden | library | recreation center | health/beauty spa |
| cinemas | marina | restaurants | |
| | churches | | |

## Leisure Activities

| sight seeing | bird watching | eco tourism | shelling |
|---|---|---|---|
| walking | luaus | scenic drives | shopping |
| beachcombing | paddle boating | boating | wildlife viewing |

## Local Services & Businesses

| ATM/bank | groceries | massage therapist |
|---|---|---|
| fitness center | hospital | medical services |
| | laundromat | |

## Sports & Adventure Activities

| fly fishing | paragliding | pier fishing | basketball court |
|---|---|---|---|
| swimming | roller blading | snorkeling | kayaking |
| sailing | scuba diving or snorkeling | sound/bay fishing | parasailing |
| cycling | | water tubing | racquetball |
| fishing | deepsea fishing | golf privileges optional | snorkeling/diving |
| golf | tennis | | |
| wind-surfing | jet skiing | | |
| water skiing | | | |

## House Rules

**Check-in:** 4:00 PM                                    **Check-out:** 11:00 AM

## Cancellation Policy

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**1 - 6** of 146Next page of reviews

## Clean and Perfectly Stocked
5/5
Stayed Jan 2018
**Carol M.**

This was the perfect townhouse for our stay in Key West. The property is super clean, well-decorated, and it has all the "extras" you need to feel like you are at home. Coffee maker, iron, blow-dryers, soft towels, bikes, etc. You just need to bring your own clothes and personal toiletries. We came to run the Key West 1/2 marathon and would happily stay here again!

Judy, the owner, was also very helpful and provided plenty of tourism brochures in the house. She keeps you informed without being overwhelming. I would definitely stay here anytime I am back in paradise! Staying 5 miles from Duval Street was worth it to have the space and comfort provided by Casa Coral! It was great to come in and spread out and relax!

Submitted Jan 18, 2018
**Owner's Response:**
Thank you so much! I'm so glad you enjoyed your stay and I hope to have you back again in the future!

## They thought of everything!
5/5
Stayed Jun 2018
**Dina G.**

We rented Casa Coral very last minute as a spontaneous family get away and could not have been happier with our decision to stay here, or more comfortable and welcomed. The owners are very quick to respond to any questions and were just a phone call away. The home is lovely, well furnished, and the decor is adorable and comforting, right down to the essential oil diffuser. The owners really thought of everything that one may need during a stay here.

Submitted Jul 5, 2018

## Amazing
5/5
Stayed Jun 2018
**Stephanie M.**

Place was amazing and in close proximity to everything we wanted to do!! Owners answered whenever I had questions and house was well stocked for everything we

needed. Pool was amazing to relax in and loved having bikes to ride around on. HIGHLY RECOMMEND!

Submitted Jul 4, 2018

**Great Hosts and Condo**
4/5
Stayed Jun 2018
**Sarah M.**

You could get no better hosts for a vacation rental than Judy and her husband! They stock the condo with everything you need and want: from laundry detergent to toiletries to board games to coffee to restaurant suggestions - and more! And, they are always available by text or phone. The house was immaculate, the beds, comfy, and the beach decor, charming. The swimming pool in the complex is a minute away; I went for a dip every day and it was truly a relaxing spot. Old Key West is about a 15 minute drive, a Publix grocery store is maybe 5 minutes by car, and there's a really good pizza and Italian restaurant within walking distance. The reason I gave this four stars and not five is because the condo backs onto US1 and a bus stop. The rubber tree does provide visual privacy but when sitting on the deck you do hear traffic and bus noises. Some people might not mind that at all, but it kept me from sitting outside. Aside from that everything else is a definite five stars!

Submitted Jun 28, 2018

**Perfect Rental for 2 Couples - Highly Recommend!**
5/5
Stayed Jun 2018
**Alaina D.**

Let me preface this review by saying that I've been labelled as long winded before - and it's true. So if you're simply looking for an overall pulse, then I'll summarize and say "book it - you won't regret it!"

Now, if you want more details, please continue to read on;

We recently stayed at Casa Coral (June 3rd to June 7th) - myself and my fiance and another couple. The condo is so perfectly set up for two couples with two comfortable 'master suites' of sorts - each with its own en suite bathroom. The condo is very well decorated - bright and with all the key west vibes. The bed was very comfortable (and I'm picky about beds).

The pool in the center of the condo is a welcomed bit of heaven each day! We found ourselves out exploring the city, and towards 3-4PM when the sun was the hottest, we'd find ourselves relaxing in the pool. The water was as warm as bath water - it was divine! The other folks in the complex keep to themselves at the pool, but are very friendly and will engage in conversation with you if you initiate.

There's a CVS directly across the street which comes in handy! And at the top of the street is a great little restaurant called 'Roostica' - their food... wow! We went there twice in the few days we stayed, so that tells you something!

Location was pretty good too! You're not right in the heart of the action, but you can rent scooters or golf carts and utilize all the way to the condo. Most rental places say you cannot leave Key West, and technically this condo is on Stock Island, but based on speed limit, they allow it.

The condo does back onto the main road, but the Banyan tree directly behind makes for good noise blocking. We found ourselves sitting out on the patio many times, relaxing, and observing some of the iguanas and roosters that hang out.

Judy (the condo owner) was very quick to respond to messages. We couldn't find replacement garbage bags, so we messaged Judy to inquire. She offered to send her husband over with some, but we said it was no big deal, we'd be happy to scoot over to CVS and grab some. About 20 mins later, as we left the condo to walk to CVS, we opened the door to find a few sitting there - she had her husband scoot over anyways! Now that's great service!

Overall, if I found myself in Key West again, with another couple or just us, I'd definitely book the condo again.

Submitted Jun 19, 2018

**Island Oasis**

5/5
Stayed Jun 2018
**eilbeck k.**

The accommodations were fantastic, clean and comfortable. The host was available to answer any questions and had great response time. We all had an amazing time and we plan on coming back.

Submitted Jun 19, 2018

Previous page of reviews**1 - 6** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**7 - 12** of 146Next page of reviews

## Perfect!
5/5
Stayed Jun 2018
**Dena C.**

Awesome stay! We took Judy's advice and went to Geiger Key Marina to eat.... fun atmosphere, fantastic smoked fish dip!! Perfect location, just far enough to be quiet, but maybe 10 min drive to anything in Key West!

Submitted Jun 12, 2018
**Owner's Response:**
Hi Dena,

So glad you had a nice stay at Casa Coral!

Thank you and have a great day! Judy

**Perfect Key West Getaway! Clean and ideal location!**
5/5
Stayed May 2018
**Gregory S.**

Judy's place was an absolute dream. We traveled down to Key West for a wedding and could not be more thrilled with her rental location. The price point compared to the keywest hotels is unbeatable and the location is fantastic. We were just a 15 minute drive to Duval street. But enjoyed the local restaurants in our area, especially Hogfish. Judy truly thought of everything, their were toiletries in every bathroom, extra towels and extra pillows and even an essential oil diffuser which was a really nice touch. The kitchen was fully stocked and the place was spacious and spotless. I have already recommended the place for family and friends to stay. It was raining during our stay, so we were sad that we could not use the bikes or the pool but they would be a nice treat on a sunny day. Judy was kind enough to provide fans for noise cancellation, but luckily we had no trouble with that and slept beautifully. Perfect place to stay and an incredibly accommodating host. We will be back!

Submitted May 28, 2018
**Owner's Response:**
Hi Gregory!

Thank you for the great review! I'm happy you enjoyed everything in the house and found the good restaurants in the area!

Hope to see you again in the future and that the weather is better!

Have a great day! Judy

**Great and CLEAN house!**
4/5
Stayed May 2018
**Katie G.**

We recently took a girls trip and stayed at Judy's House. We had a great stay, however the one thing I will point out, was that we did voice to her that we will be there in the morning (since we were driving over night) the housekeepers were still there and did not

speak a lick of English (they were Russian) we had to translate Siri into Russian and talk back and forth. We were exhausted and just wanted to sleep at this point. I will say that Judy offered to us to check out at a later time, which was very nice of her! Overall, the stay was very nice!

Submitted May 23, 2018
**Owner's Response:**
Hi Katie

So glad you enjoyed your stay and sorry for the confusion about getting in early. I didn't know you would be in at 9 in the morning I must have missed the conversation where you were driving all night. The cleaner had gotten there at 7:30 am as I told them you would be checking in early but again I didn't remember that conversation so at least she was almost finished!

Hope to see you again in the future! Judy

**Lovely townhome close to Key West**
5/5
Stayed May 2018
**Linda B.**Richmond, Virginia USA

Beautifully decorated and equipped with all your needs. There are steps but manageable (outside and inside). Worked perfectly for a 4 day stay close to Key West.

Submitted May 13, 2018
**Owner's Response:**
Hi Linda

So glad you enjoyed your stay! Hope to have you back in the future! Judy

**Comfortable property in great location!**
5/5
Stayed May 2018
**Alexis S.**

This property is perfect for two couples looking for accommodations close to the action of Duval Street! We just returned from a 4 night stay two days ago and already wish we were back in beautiful Key West! The property is cute, clean, comfortable and well appointed. There are some great restaurant options within a few blocks of the property as well as stores for supplies. Duval Street is only about a 10 min drive away and Uber only takes about 2 min to pick up no matter what time you request, very convenient. The property owners were very nice and easy to work with, it was a very simple rental process. We recommend this property and will definitely stay again!

Submitted May 11, 2018
**Owner's Response:**
Hi Alexis,

So glad you enjoyed your stay at the condo and found the good restaurants close by and the convenience of stores close by also.

Nice to know about Uber also!

Have a great day and am looking forward to having you back!

Judy

**This place is wonderful !**
5/5
Stayed Apr 2018
**Dawn M.**

We stayed at Casa Coral, unit #43 and the place was clean, roomy and well appointed. The pool is very nice and the property well kept. It's a short drive to all the action and beaches, and we enjoyed the peaceful area away from the hustle and bustle of downtown Key West. Would definitely recommend this place and return if we go back !!

Submitted Apr 30, 2018
**Owner's Response:**
Hi Dawn,

Thank you so much! I'm glad you enjoyed your stay at the condo and enjoyed the pool and the peaceful community of Coral Hammock.

Hope to see you again in the future! Have a great day! Judy

Previous page of reviews**7 - 12** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**13 - 18** of 146Next page of reviews

**We loved the ocean theme through out the house.**
5/5
Stayed Apr 2018
**Julio R.**

The ocean theme through out the house was amazing. We enjoyed the pool and having our own parking space. Very nice community. We were a little upset at first because there was a tiny miscommunication between house keeping and one of the owners as we arrived early one of the bedrooms wasn't cleaned and neither was the bathroom. I was happy that Judy kept in contact with me and as soon as I called her and told her about the situation, house keeping came right over and cleaned. We thank you for you hospitality and the rapid service and my family and I will definitely love to come back. Thank you again.

Submitted Apr 24, 2018

**Owner's Response:**
Hi Julio,

Thank you for the nice review! I'm so glad you enjoyed everything in the condo and I'm glad that you had the opportunity to check in early even though the cleaners were not finished and I'm glad you found everything satisfactory.

Have a great day and hope to see you again in the future! Judy

**Great Two Bedroom Townhouse**
5/5
Stayed Apr 2018
**Thomas W.**

This townhouse was the perfect location for our stay in the Key West area. We attended a wedding at the nearby marina, making this the ideal location. The community is gated, and has some nice amenities. We took advantage of the pool as well as the exercise room on a few occasions. It is about a 15 minute Uber ride to downtown.

The space itself is well furnished. The beds were comfortable and the kitchen was stocked with all the basics. The house has six bikes available that we used to ride down to the beach one morning. It's about a 3 mile ride to Smather's Beach. Judy was very communicative throughout the process and repeatedly made sure everything was in order.

Overall, we enjoyed our stay and would definitely recommend this location for anyone staying in the Key West area!

Submitted Apr 17, 2018
**Owner's Response:**
Hi Thomas,

I'm so glad you enjoyed your stay and thank you for all of the information for other guests!

Have a great day and hope to see you again in the future! Judy

**Casa Coral was GREAT!**
5/5
Stayed Apr 2018
**Mark K.**

Casa Coral was Great! Judy was really responsive with any questions or suggestions. The place has allot of extras you don't think about traveling with. My family loved the early morning pool time and was off the beaten path. We used Uber on our late night ventures to Duvall and was great as no parking headaches. We all had a great stay!

Submitted Apr 10, 2018
**Owner's Response:**

Hi Mark,

Thank you! I'm so glad you enjoyed your stay and found the condo well stocked and enjoyed the pool!

Have a great day! Judy

**Clean, well organized with a perfect layout**
5/5
Stayed Mar 2018
**Loren T.**

2 couples shared this two bedroom, 3 bath condo. It was very well laid out and had all the little things included. Beds were very comfortable, plenty of room to stretch out and a nice balcony to enjoy the outside weather! I would highly recommend this property. Judy was very nice to work with and made sure we had everything we needed. Thank you!!! We had a wonderful time in Key West.

Submitted Apr 7, 2018
**Owner's Response:**
Hi Loren,

I'm glad you had a nice time and enjoyed all the extras that I like to provide in the condo.

Hope to see you again! Have a great day! Judy

**Great Property in Key West**
5/5
Stayed Mar 2018
**Pat S.**

This was our third stay with Judy, we love her property, it is clean, in a gated community and not far from the hubbub of Duval St. Judy will greet you by text to make sure you have arrived and all is ok. The townhouse includes everything you might need, coffee, sugar, creamer and all other necessary kitchen condiments. And the bathrooms are loaded with anything you might need, hair dryers and band aids

I would recommend this to anyone looking for a quiet retreat in the sunshine.

Pat

Minnesota

Submitted Mar 28, 2018
**Owner's Response:**
Hi Pat,

I'm so glad you enjoyed your stay for the 3rd time! It's nice to hear that you appreciate everything that is in the condo, I try to make it a home away from home!

Look forward to seeing you in the future! Judy

**Comfortable and spacious, everything was great!**

5/5
Stayed Mar 2018
**Kevin W.**

We stayed for 3 nights and the amenities were spot on. The layout was perfect for a vacation stay. We had a guys weekend - myself and 2 grown sons (HS and college). Bedrooms were large and comfortable and the 3 bathrooms were very nice. My youngest son used the sleeper sofa and said it was comfortable too.

Parking was covered. Would highly recommend.

Submitted Mar 28, 2018
**Owner's Response:**
Hi Kevin,

Thank you. So glad you enjoyed the condo and happy that your fishing trip went well with your sons!

Have a great day and hope to see you again in the future! Judy

Previous page of reviews**13 - 18** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**19 - 24** of 146Next page of reviews

**Thought of everything!!**

5/5
Stayed Mar 2018
**Kara C.**

A big thank you to Judy for letting us stay at her wonderful condo! I have stayed at many HomeAway properties but none as stocked at this one! Judy thought of everything right down to condiment packets. Very clean and spacious. The condo is tastefully decorated. I would have loved to have my breakfast on the back porch, but unfortunately the weather was a little chilly the week we were there. The communal pool is very clean with plenty of lounge chairs. This condo is off the beaten path but close enough to the action of Duval St. We walked across the street to Roostica our first night and loved the food and reasonably priced. After a day of deep sea fishing, take your catch to Hogfish and they will cook it for you. We tried Hurricane Hole down the street, great atmosphere and good food. My all time favorite though would be Caroline's on Duval. I would absolutely recommend this rental and hope I get to visit again in the near future!!

Submitted Mar 20, 2018
**Owner's Response:**

DEFENDANT'S EXH 2 (65 PGS TOTAL)

Thank you Kara,

I'm happy you enjoyed everything in the condo and found so many good restaurants. This review will help others!

Have a great day and hope to see you in the future! Judy

**We loved our stay at Cass Coral! We relaxed with all amenities of home, and enjoyed every day there**

5/5
Stayed Feb 2018
**Amy L.**

Everything one can expect from the rental ad and more! Perfect location to get to Key West fast... only 2 mins away.

We loved the condo. Owner was helpful when we had questions.

Decor was great too! If you're thinking about renting Cass Coral, you won't be disappointed.

Amy, Minnesota

Submitted Mar 5, 2018
**Owner's Response:**
Hi Amy,

Thank you! I'm so glad you enjoyed your stay and found the the condo had everything you needed. Hope to see you again in the future! Judy

**Great place !**

5/5
Stayed Feb 2018
**Gary C.**

We loved staying at this condo. It was fully stocked and then some. It was very clean and quiet. Yes we would recommend this place to all of our friends and we would come back.

Submitted Feb 18, 2018
**Owner's Response:**
Hi, I'm so glad that everything was clean and well stocked and that you found it quiet also. The gated community is very quiet and laid back with no one to bother you. Everyone around there is friendly.

And thank you for recommending my place to all of your friends and hope to see you again in the future!

Kind regards,

Judy

**Very clean and nice. The area was very safe and the house had a lot of the items supplied.**
5/5
Stayed Jan 2018
**Terry W.**

We liked it very much. The pool area was really nice and it was not crowded at all. The thing we had to get used to was the traffic from Highway 1. When we sat out on the balcony, the traffic was heavy at times. The front bedroom to the house was a little noisy until about midnight. I used ear plugs after the first night to help with the noise. I am a light sleeper but the ear plugs did the trick. We enjoyed hearing the roosters crowing in the mornings. We found it very funny that the chickens just run wild in the Keys. The property is not far from the action down on Duval street, about 10-15 minute drive depending on traffic. Overall, the house was a very nice location.

Submitted Feb 4, 2018
**Owner's Response:**
Hi, so glad you had a nice stay at Casa Coral!

This time of the year there is a lot more traffic as it is the height of season so sorry about the noise but I'm glad you still had a nice time!

I have provided floor fans in the condo for "white noise" because sometimes the roosters do wake you up in the morning! But there are roosters and chickens all over Key West, especially downtown! The HOA in Coral Hammock trys to catch them to control how many there are in the community. They also have an iguana control company come by every week!

Hope to see you again in the future! Judy

**Great place**
5/5
Stayed Jan 2018
**Rod**Wisconsin Rapids, Wisconsin

Nice place everything we needed was there.

Submitted Jan 28, 2018
**Owner's Response:**
Thank you! Glad you enjoyed your stay. Hope to see you again! Judy

**Awesome stay**
5/5
Stayed Jan 2018
**Thomas D.**

We stayed the week and it was wonderful. The property had everything we needed. The weather was cool during our stay, but we took advantage of the pool and bikes. We thoroughly enjoyed our time at this very cute property.

Submitted Jan 19, 2018
**Owner's Response:**
Hi, thank you! So glad you enjoyed the heated pool as it was cool when you were here. Happy you used the bikes also!

Have a great day and hope to see you again! Judy

Previous page of reviews**19 - 24** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**25 - 30** of 146Next page of reviews

### I agree with every 5 star review...

5/5
Stayed Dec 2017
**Alex B.**London

Thrilled to have experienced Casa Coral. Our family Christmas and New Year's two week getaway was made perfect. Great house beautiful inside and out. First I was concerned about noise from the highway but after day 1 you hardly noticed it. It's very peaceful and secure. We even walked outside the gated area to either the CVS or Roostica during the day or very late at night and the surrounding neighbourhood was completely safe with some excellent eateries that were quirky, rustic and full of character if you like that stuff. Though we ventured into Marathon and frequented Duval and KW, Stock Island has charm and you will discover some intetesting gems if you explore by car or bike. Would go back in a heartbeat. Thanks to Judy her communication throughout was great!

Submitted Jan 10, 2018
**Owner's Response:**
Thank you so much! You were the perfect guests! Have a great day!

### Lovely, clean, GREAT LOCATION!♥

5/5
Stayed Nov 2017
**Colleen W.**Venice, FL , USA

This home was extremely clean, comfortable and delightfully decorated. Minutes to Key West hustle and bustle. The pool is large and heated. We highly recommend this home.

Submitted Nov 25, 2017

### This place was great! It instantly felt like home.

5/5

Stayed Oct 2017
**Teresa J.Lincoln**

Overall I would definitely come back and stay at this property. The only downside is it not close to all of the action on Duval. There are some great restaurants close by! The owner has all of your basic needs met with all of the extra amenities that she provides.

Submitted Oct 14, 2017

**Fantastic!!!!**
5/5
Stayed Aug 2017
Close and convenient to everything! Judy thought of everything you would need before you knew you needed it. Highly recommend!

Submitted Aug 15, 2017

**3 night 4 day stay**
4/5
Stayed Aug 2017
**Stephen S.**

Very nice place. Everything is already there for you, only needed personal hygiene items. Incredible experience. Loved it!!!

Submitted Aug 15, 2017

**Beautiful townhouse**
5/5
Stayed Aug 2017
**Candis M.**

Casa Coral was great! Very family friendly. The house was very clean and smelled amazing when you walked in the front door. They really thought of everything from condiments to toiletries to baby gear!

Judy was always very easy to get a hold of before and during our stay.

Submitted Aug 7, 2017

Previous page of reviews**25 - 30** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**31 - 36** of 146Next page of reviews

**Very very clean has everything you need and more!**
5/5
Stayed Jul 2017
**Chris H.**

The Casa Coral condo was amazing the lockable downstairs storage worked out great for all of our dive gear and fishing equipment. The condo is very well equipped we cooked for up to six people multiple times over the course of the week and never had to search far for anything. The bikes worked out great. It was the perfect place for our group. The gated community was great everything was safe and the property is perfect. The owner is wonderful provides outstanding hospitality.

Submitted Jul 31, 2017

**Great property**
5/5
Stayed Jul 2017
**Michelle C.**

Nice property, area...had everything we needed

Submitted Jul 30, 2017

**Great space!**
5/5
Stayed Jul 2017
**Airy Q.**

Judy is amazing, provided quick and effortless communication. The space is beautiful and ample, super clean and with little amenities that show thoughtfulness and undoubtedly experience. We had a wonderful stay! Thank you for everything, definitely recommend staying here while in Key West.

Submitted Jul 12, 2017

**Great location and property description is accurate**
5/5
Stayed Jun 2017
**John B.**Melbourne

We had a very nice stay at Casa Coral. The location was perfect, just a bike ride away from Smather's Beach for an active person. Close enough to all the local opportunities in Key West but far enough to not be bothered by the night life noise. We had everything we needed plus more for our stay at Casa Coral. Well maintained and added personal touches that showed us they really care about your time there. I would definitely recommend to my friends and family and hope to return someday.

My only recommendation would be that the pull-out couch could use an update (the bed is more than slightly slanted) and a couple of the bikes need tune-ups. But this place still gets 5 stars from us!

Submitted Jul 6, 2017

**Vacation home in Key West**
5/5

Stayed Jun 2017

**Nittaya E.**

The location is on US1on Stock Island which is north of Key West. It's a gated community which means security to me. It's very easy to get to and Close to town. The owner is very nice. She gave me all informations and easy instructions. She even texted me to see if we get there okay and need anything. There are four people in my party including myself. We were very impressed, it's very clean and we were comfortable just like home. There're extra towels, toiletry in all bathrooms. The kitchen is well equipped. I saw a little sewing kit in a drawer. We were very pleased and will go back again. You can go to town or do other activities and come back and relax at the condo. They sent me the deposit right away. It was a pleasant stay.

Submitted Jun 24, 2017

**Convenient to all things Key West has to offer and nicely removed from the hustle and bustle.**

5/5

Stayed Jun 2017

**Derek D.**

Lovely accomadations. Very comfortable and spotlessly clean, equipped with everything you could hope for.

Submitted Jun 18, 2017

Previous page of reviews**31 - 36** of 146Next page of reviews

# 146 Reviews

*Wonderful4.9/5*

Previous page of reviews**37 - 42** of 146Next page of reviews

**Perfect getaway!**

5/5

Stayed Jun 2017

**Blair I.**

We stayed in this unit for our annual father -daughter trip! Judy was so kind and helpful! The condo is immaculate and was very comfortable! We rented a golf cart and drove down to Duval street which was about 4 miles away. The pool was relaxing and quiet. We would definitely recommend this unit to anyone wanting a clean and relaxing stay in Key West!

Submitted Jun 12, 2017

**Cute and cozy!**

5/5

Stayed May 2017

**Beatriz R.**Jacksonville

Spacious and very clean! Cute decor and good amenities. Was stocked with everything we needed. Only con was the AC was super super cold and didn't seem to change even when we adjusted the thermostat. Other than that we loved it!

Submitted May 29, 2017

### Perfect!
5/5
Stayed May 2017
**charlene c.**

The location was convenient, the condo was immaculate, and the kitchen was truly fully equipped - we had several nice meals and didn't have to worry about there not being a corkscrew for the wine or enough pans and utensils. We even used the grill one day. It's close to Key West action, but not in the middle of it - it was a great place to relax. We went for a bike ride one day - there is a very nice bike path across the street from the unit. The pool area was very clean and had a good combination of sun and shade and it was never crowded - there were plenty of chairs and even a couple of iguanas who were fun to watch. There were beach towels in the unit in addition to plenty of bath towels. We used the pool a lot as the beaches aren't awful, but they're not great either and it was HOT. The workout room in the clubhouse also had good equipment. Judy was wonderful to deal with - very responsive and helpful - I would definitely recommend staying here.

Submitted May 24, 2017

### Casa Coral
5/5
Stayed May 2017
**Martha B.**Horseheads, NY

Excellent! Clean, quiet, relaxing. Short drive to Key West.

Submitted May 16, 2017

### Very clean well appointed and the little extras were very much appreciated.
5/5
Stayed May 2017
**David H.**Collingwood

Very clean, extras such as hair shampoo, towels first aid equipment etc were very much appreciated. Would recomend to others who do not want to stay in Key West. Also the restaurants near by were excellent.

Submitted May 8, 2017

### Very nice clean property
5/5
Stayed Apr 2017
**Elizabeth P.**

Had a great time everything you need for a vacation is here!! Close to restaurants and fresh fish store!! Great pool

Submitted May 5, 2017

Previous page of reviews**37 - 42** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**43 - 48** of 146Next page of reviews

### Has everything you need
4/5
Stayed Apr 2017
**Suzy M.**Cleveland, Ohio

Wonderful condo that met our every need when traveling with a little one. We didn't need a crib, high chair or raft with a canopy for the pool. Condo was very nice, very clean, with a great patio, grill and was just minutes away from the airport and Duval Street. Thank you Judy for everything! We'd definitely come back.

Submitted May 4, 2017

### Great place to stay!!!!!
5/5
Stayed Apr 2017
**Amy A.**

The condo was absolutely impeccable. The owners are super nice to deal with. I would definitely stay here again!!! It exceeded all our expectations.

Submitted Apr 21, 2017

### Well kept, clean and located close drive to downtown Key West.
5/5
Stayed Apr 2017
**Deb M.**Massillon ohio

Owner supplied a high chair, pack and play and bicycles, all items were appreciated.

Submitted Apr 18, 2017

### Amazing Property
4/5
Stayed Mar 2017
**Mark K.**

We just arrived home after a three week stay at Casa Coral. We were so impressed with this lovely property and how clean it was on our arrival. We assumed we would have to purchase many items, i.e. hand soap, trash bags, toilet paper, paper

DEFENDANT'S EXH 3 (65 PGS TOTAL)

towels....but the condo was so well stocked with so many everyday items we really didn't have to run right off to the grocery store. We did replace what we used so the next tenant could enjoy also. We definitely would stay again! Judy even contacted us a couple of times to see if we needed anything and also to see how we were doing.

Submitted Apr 4, 2017

**Everything was awesome! Highly recommended!**

5/5
Stayed Mar 2017
**Geoffrey J.**

The place was awesome. The fitness room, and pool were great additions. Close to the Hogfish Bar, which has great food! Everything is exactly as advertised, and even better in person!

Submitted Mar 15, 2017

**Relaxing Vacation**

5/5
Stayed Feb 2017
**Cheryl G.-**

Casa Coral is the perfect Key West vacation rental - close to Old Town but located in a peaceful nook on Stock Island. Judy is an exceptional owner. She provided us with brochures before our stay to help in planning our activities. She made the arrival procedure easy and continued to stay in touch when needed during our stay. The home had all the amenities required and was very clean and comfortable. We shared this rental with another couple and both enjoyed complete privacy. The home would also work well for a family vacation. I highly recommend this rental for your Key West getaway.

Submitted Mar 5, 2017

Previous page of reviews**43 - 48** of 146Next page of reviews

# 146 Reviews

*Wonderful4.9/5*

Previous page of reviews**49 - 54** of 146Next page of reviews

**Great condo for 2 couples**

5/5
Stayed Feb 2017
**Kathy L.-**

we shared this lovely condo with another couple and had all the privacy we needed. The place is nicely furnished and very comfortable. Kitchen is fully equipped and stocked with condiments and other convenience items which is a real plus. Bathrooms were

spacious and toiletries provided. We enjoyed the screened porch for our morning coffee and evening cocktails. The pool is beautiful and never crowded. A lovely stay!

Submitted Mar 5, 2017

**Another Great Trip**
5/5
Stayed Feb 2017
**Pat S.**

This is the second time we have stayed at Casa Coral on Stock Island in Key West. We had a great time, the townhouse is immaculate and stocked to the hilt. The unit is in a secure gated community.

Hopefully we will be returning again next year and staying with Judy again

Pat

Submitted Feb 23, 2017

**Superbowl 51 Stay**
5/5
Stayed Feb 2017
**Bill B.**

House was in exceptional condition and extremely well supplied with necessities. Convenient to downtown Key West and near some great restaurants. Very large TV made for great Superbowl viewing. Highly recommend this property.

Submitted Feb 7, 2017

**Beautiful and Private**
4/5
Stayed Jan 2017
**Bridget S.**

We had a wonderful stay at Judy's place. She was a generous and gracious hostess who also quickly changed the batteries in the smoke alarms, when needed. Thank you-- beautiful and private!

Submitted Feb 2, 2017

**All the comforts of home**
4/5
Stayed Jan 2017
**Mindy**Melbourne, FL

Very nicely appointed. Good location for going in & out of Key West. Very clean. Beds comfortable. Good covered parking. We enjoyed our stay!

Submitted Jan 24, 2017

## Wonderful Place

5/5
Stayed Jan 2017
**Tom B.**

Casa Coral is a wonderful place with all the amenities expected plus more. The small details that are provided make the stay even more pleasurable. Items such as washing powder for the washer, shampoo and conditioner in the showers (not hotel stuff but big bottles) condiments in the refrigerator are all there from the minute you open the door, things you don't have to spend time running out to get and can be replaced at your leisure. In addition, the back porch sitting area is very comfortable and well decorated and is a great place to start the day or wind down in the evening.

With all that being said, the best part is dealing with owner Judy. She is by far the best "landlord" I have dealt with. She is informative, cooperative and will make sure that your stay is as good as it can be.

You won't be disappointed with your stay at Casa Coral. Away from the hustle and bustle of Key West, but close enough to be there in minutes or quick access to Hwy 1 and the rest of the Lower Keys.

Submitted Jan 22, 2017

Previous page of reviews**49 - 54** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**55 - 60** of 146Next page of reviews

## Comfortable and Convenient

5/5
Stayed Dec 2016
**Marge K.**New Jersey

The pictures in the listing and the actual property were exactly the same. The property was clean, comfortable and nicely appointed. We stayed over New Years Eve and had a great time. Easy access to taxi's for safety. Casa Coral is close to all the excitement of Old Town but far enough away that it's quiet and relaxing. The pool is great and close to the unit. The bikes, helmets and beach chairs are an added bonus. Judy is great to work with and answers all your questions quickly. All in all a great place to stay!

Submitted Jan 7, 2017

## 5 STAR

5/5
Stayed Dec 2016
**Tammy R.**

This house and owner were amazing...everything was extremely clean, there was a lot of start up items there till we got to the store to replace and leave behind ourselves laundry detergent, etc. I would definitely stay at this home again without a thought. Pool area was outstanding gated community was very safe. I left an expensive pair of sunglasses on a table at the pool didn't realize it till 9 at night which at that point the sunglasses had been there since 3 in the afternoon, my husband said there is no way they will still be there. We went over just to check and they were at the same spot that I left them at 3. Again just another reason why I would stay at this house in this community. Thanks again Judy for providing such a beautiful home.

Submitted Jan 2, 2017

**Luxury apartment**
5/5
Stayed Dec 2016
**Holly S.**

It was a very well decorated and stocked apartment. Loved the use of the gym, pool and bikes. It was great having laundry and 3 bathrooms. I would stay there again in a heartbeat. It was perfectly located away from the bustle of key west but within a quick drive.

Submitted Dec 28, 2016

**Great Place!**
5/5
Stayed Dec 2016
**Jay B.**

Property was very nice and conveniently located close to Key West. Loved the outdoor pool. Property was clean and as described. I would recommend this property to friends and family. I would definitely rent this home again.

Submitted Dec 27, 2016

**A great place to stay for your Key West vacation!**
5/5
Stayed Nov 2016
**Laura L.**Harrington Park

Kudos to Judy for the wonderful condo she had for us at Coral Hammock! The lovely and beautifully decorated 2 story condo was clean as a whistle and had all on the comforts and amenities we needed. There were bikes to ride, a beautiful pool and club house gym and a festival going on nearby for the weekend. The bedrooms were great and 2 1/2 baths were perfect. The Wi-Fi was a God send as we all were needing email for business. Thank you Judy for this great place to stay and I have already recommended it to my friends.

Submitted Dec 1, 2016

**Very nice home and great location**
5/5
Stayed Oct 2016
**Sandra B.**

The house was really nice and well done. We had 6 people and did not feel crowded at all. We liked that it was in a gated community. It was very convenient for shopping and minutes from downtown Key West. We all had a great time and would definitely use this property again.

Submitted Oct 17, 2016

Previous page of reviews**55 - 60** of 146Next page of reviews

# 146 Reviews

*Wonderful4.9/5*

Previous page of reviews**61 - 66** of 146Next page of reviews

**Great place to stay**
4/5
Stayed Sep 2016
**Tina W.**

Enjoyed our stay. Nice quiet community. Great pool. Very clean and well furnished. Had everything we needed.

Submitted Oct 3, 2016

**Best Key West Option**
5/5
Stayed Sep 2016
**Alan S.**

I go to the Keys often and generally stay in a Hotel. But now that I have found Judy's townhome I will never stay in a Key West Hotel again! The condo is as clean as you could ever want. Everything worked and we had no issues at all! The Beds are very comfortable and the bathrooms are quite large. In fact, the Townhome is very spacious! Just to be clear, this property is not on Key West but on Stock Island. But you are only a short cab ride (no Uber of Lyft in the Keys) to Key West. The cost of a cab ride was $6.50 per person. You must try the "Hog Fish Grill" which is about 1.5 miles from the property (on Stock Island). This really is the best option for lodging when visiting Key West!

Submitted Sep 15, 2016

**Perfect piece of the Keys!**
5/5
Stayed Jul 2016
**Danielle R.**St. Augustine

We will definitely be revisiting this place. Great location and VERY clean home. Absolutely perfect. Any amenity you could want and the owners are SO sweet! Thank you again!

Submitted Aug 1, 2016

### Great home for a family with children

5/5
Stayed Jul 2016
We stayed at the house with my in-laws and 2 young boys. It was excellent and accomodated all of our needs. There were nice extras like beach towels, a beach bag, floaties, bikes, board games and movies. We were very happy with the house and would go again.

Submitted Jul 26, 2016

### Very clean, nicely appointed, even necessary items for babies available.

5/5
Stayed Jul 2016
**Aimee K.**

Both condos rented by our family were very clean & had all of the comforts of home. We enjoyed being able to walk between the two especially since we had a 2 year old with us & had caregivers at both homes. She provides a pack & play, high chair, safety gate for the stairs, even a bumbo if you have a younger child traveling. Judy was quick to respond to any questions we had & very prompt with closing out our account after our stay. She has thought of everything including providing small packets of common condiments to avoid buying an entire bottle of ketchup for one meal. We will definitely rent again in the future if we return to Key West.

Submitted Jul 24, 2016

### The owners thought of everything! Great condo with plenty of space

5/5
Stayed Jun 2016
**Tonya A.**

We loves our stay at Casa Coral! Key West was not what we expected. We pictured a beach vacation, so when we arrived and found almost no beaches we were disappointed. But we quickly learned that's it's so much more! From the quaintness of downtown Key West to the beautiful sunrises and sunsets! There is something for everyone. And this condo is a great place to stay for the price. The condo was immaculately clean. It was well stocked with everything you need. And it has a beautiful pool which we enjoyed. My kids never like public pools, but this one was so clean and well kept that even they enjoyed it. Would definitely stay here again!

Submitted Jul 16, 2016

Previous page of reviews**61 - 66** of 146Next page of reviews

# 146 Reviews
*Wonderful 4.9/5*

Previous page of reviews **67 - 72** of 146 Next page of reviews

## Beautiful rental property
5/5
Stayed Jul 2016
**Amanda W.**

This was by far he best vrbo experience I have had!! Judy was wonderful to work with and the property was lovely. If you are looking to stay in Key West and not be in the craziness of Duvall Street but close enough to get to Duval, this place is perfect. We went to several different places around Key West and all of them were easy to get to and within 20 mins. The property is super clean and well taken care of and had everything we needed. I definitely recommend this place!!

Submitted Jul 7, 2016

## Awesome stay, great rental, would come back again ASAP!
5/5
Stayed Jun 2016
**Lisa S.**

This is a very well-equipped, well-organized home away from home. Judy the owner has this rental thing down pat! The condo is two-story: first floor is living room with sleeper couch, half bathroom, kitchen, and patio out back; second floor is two bedrooms (queen bed in each) each with attached bathrooms. It's on Stock Island, which is 10 minute drive from Key West Duval Street area. IMO, this is a great location because it's a quick drive (or bus ride) to downtown Key West but you are away from all the noise/craziness. There's lots to do in Key West, and this condo offers nice, quiet, comfortable accommodations after a busy day. This condo has well-equipped kitchen, beach supplies, bikes, wifi, board games, tourist brochures, toiletries - honestly all you need is a toothbrush! Judy is super responsive. I rented this with 3 teenagers and even they were impressed, saying "wow, this owner has it together." Couldn't agree more, great place, great owner, thanks Judy!!

Submitted Jun 28, 2016

## Had a blast at Coral Hammock in Key West!
5/5
Stayed Jun 2016
**Shannon M.**

My husband and my two sons and I rented this condo from Judy and it was more amazing than the internet or she could have even described. Everything we needed was there and ready. Air was on, pool key hanging by the door, and bicycles ready to ride downstairs. The condo was sparkling clean and anything you could think of that you needed was provided. I would not only highly recommend this place, but you are going

to have to arm wrestle me for the next time we are ready to stay there again. :) Make sure you go across the street to Roostica and have dinner. We went several times and it was amazing! Super great place to stay. I would give 10 stars if I could!!!

Submitted Jun 21, 2016

**Excellent**

5/5
Stayed May 2016
**Christine F.**

Everything was great

Just one small detail would be nice, if you could get some nicer hangers for clothing.

Submitted Jun 9, 2016
**Owner's Response:**
Thank you for the great review. I will definitely get new hangers!

Have a nice day! Judy

**Excellent stay in Key West!**

5/5
Stayed Jun 2016
**Brandon L.**

My family had a great stay at Casa Coral! The property was very nice & kept very clean. Judy always responds quickly if you need anything. The unit is stocked with everything you will need while in Key West. The bikes were a great addition, we took them out for a ride during our stay. The neighborhood is gated & very safe. The pool was very nice & wasn't busy at all during our stay.Great location, about 10 minutes from all of the Key West attractions. I would love to stay again the next time I go back to Key West!

Submitted Jun 6, 2016

**Nice !!!**

4/5
Stayed May 2016
Very clean and comfortable. Interior is lovely and inviting after a long day of activities. The pool and workout room were wonderful and we made use of both daily. Easy access to all of Key West. The owner, Ms. Pringle, is very nice and accommodating.

A few things needing to be mentioned are:

.... No toaster in the kitchen. There is a small toaster oven appliance but it doesn't work well with egg-os, bagels, etc.

.... Light switch for the grilling area/parking should be marked. We had to call the owner for this information after not ever being able to locate it.

.... The balcony appears in the photos as if it is somewhat secluded and looking at lush landscape when in reality you are looking at a major 4 lane street with heavy traffic and noise. People are constantly walking by on the sidewalk. We actually only sat out there one morning due to competing with the noise to visit.

That being said our group would stay here again, however, we felt that one should be aware of the balcony's proximity to the street.

Submitted May 23, 2016

Previous page of reviews**67 - 72** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**73 - 78** of 146Next page of reviews

### Very nice property!
5/5
Stayed Apr 2016
**Penny F.**Vancouver, WA

We had a lovely time staying at Casa Coral. The house is beautifully decorated and the owners have made sure it is stocked with everything you need for a great beach vacation., even books, videos, and games. We would definitely stay there again!

Submitted May 10, 2016

### One of the best properties we've ever experienced!
5/5
Stayed Apr 2016
**Heather M.**

We have used several VRBO properties throughout our travels, and this Key West one is one of our absolute favorites. Not only did we feel safe in the gated community, but the place was nicely decorated, updated, comfortable and clean. And the kids LOVED the pool. We felt like we were in a hotel!

I also loved the owner's professionalism and responsiveness. When we booked, for example, we were left without a place for one night, so Judy accommodated us for the same rate at another of her properties in the same community. She made the transition for that last night so easy that we hardly felt displaced. And you can tell Judy has carefully considered her customers, stocking closets with sun hats, baseball caps, beach towels and beach bags for use during the stay. She also fills the refrigerator with to-go-size condiments and the coffee area with creamers so we didn't have to go buy our own. And she provides recommendations for some of her favorite restaurants, as well as the closest grocery store. Those little extras made us feel special.

Finally, although the property is situated on Stock Island, just a few miles from the waterfront/Duval St./Mallory Square area, where all the "action" takes place, it wasn't a

hassle to be away from the touristy area. In fact, with kids, it was nice to be away from the party scene each night.

Without question, we would stay there again and again! I would also recommend Judy's properties to any friends or families traveling to Key West in the future.

Submitted Apr 11, 2016

### Home away from home!
5/5
Stayed Mar 2016
Lisa D.

We were very impressed. The home was beautiful, clean, and even stocked with necessities! When I go to Key West, I will be staying here again. Judy was so nice too, even sending me info about activites and festivals going on!

Submitted Apr 6, 2016

### Beautifully decorated with amenities galore !
5/5
Stayed Mar 2016
Sharon L.

Great condo located on Stock Island with drugstore, deli and restaurants within walking distance. Owner was a pleasure to work with and answered our questions without hesitation. Definitely recommend this unit to those looking for a place away from the Duval action. We took the Key West Express so we did not have a car so taxi fare added to our daily journeys.

Submitted Mar 12, 2016

### A great place to stay
4/5
Stayed Mar 2016
Linda D.

This property is located just across the bridge to key west (about a mile) and backs up to the main highway. The owners had absolutely everything we could have possibly needed for comfort and convenience. I've stayed in many VRBOs but never had such care to detail for our enjoyment. Games, books, night lights, condiments in the fridge, lotions, shampoos, make-up remover wipes, a grill and utensils right beside our unit, fans for white noise (we did not need) washer dryer, iron and the list goes on and on. The home was spotless and the pool was perfect. The home has two masters, each with attached bath. Just outside the complex was a Walgreens that proved very convenient. The four of us had a wonderful 3 nights there.

Submitted Mar 12, 2016

### Casa coral

5/5
Stayed Mar 2016
**Barbara B.**Venice, FL

Beautiful property, very well taken care off and nicely equipped. Judy was easy to reach and responded quickly on every inquiry we had. ovetall a great place to stay. We will be back. Barbara and Gerd

Submitted Mar 10, 2016

Previous page of reviews**73 - 78** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**79 - 84** of 146Next page of reviews

### Could not ask for anything better!!
5/5
Stayed Feb 2016
**Neal H.**Barron, WI

This is the second time we've stayed here and will be booking for next year! Very quiet, clean and safe property. I'm from a small town and don't bother locking my doors where I live and never once looked my doors while staying at this property. Very relaxing atmosphere, can't wait to go back again!! Highly highly recommend!!

Submitted Mar 5, 2016

### The most perfect rental
5/5
Stayed Feb 2016
**Pat S.**

This property was so accurately discribed by owner that it was a dream come true. The property was immaculately clean. The kitchen and bathroom were very well stocked, shampoo, CR, brush combs, lotion, condiments, oil, spices, coffee, creamer and sugar, all those things that you don't want to pack or pay for small amount were there. Since the location was on Stock Island it was away from all the ruckus of downtown, but a convenient, short drive away. Judy was very attentive to anything we needed or questions we had. I would rent this property again and recommend it to anyone I know who we're going to the Keys.

Submitted Feb 26, 2016

### Key West
5/5
Stayed Feb 2016
**Terry W.**

DEFENDANTS EXH 3 (65 PGS TOTAL)

Great place to stay. They have thought of everything! Very convenient to all sight seeing
. just an excellent place to stay.

Submitted Feb 15, 2016

**Great place and Fantastic time!**
5/5
Stayed Feb 2016
**cynthia b.**

We stayed at Casa Coral and the place was perfect! This is a private gated community
that is very clean and quite. We traveled with another couple and we all had our privacy
with separate full bathrooms in each bedroom at opposite ends of the house.

The place was exceptionally clean and well appointed with everything needed from
towels to coffee machine. Satellite TV's are in each room but we didn't spend any time
watching them.

The community pool is a short 3 minute walk and is also very clean and heated as well.

There's a CVS located across the street and food shopping options within a 5 minute
drive.

Local cabs service was excellent to and from the Duval Street area making it possible
for all of us to enjoy our evening without having to drive.

We did have a couple questions and texted Judy who was very quick and helpful with
her replies.

We would definitely recommend this property.

Submitted Feb 15, 2016

**Well equipped Condo close to attractions**
4/5
Stayed Jan 2016
**Jane W.**

We stayed at Casa Coral last week on our trip to Key West. The condo was clean and
very well equipped with everything you could possibly want. The beds were good which
is really an important feature. Judy was always accessible and very easy to deal with. .
We took the bus in to the main part of Key West which was great as we did not want to
take our car. Take the blue bus in and the green bus out. The bus stops are just outside
the property. Judy if you can put a bus schedule in the condo that would be an added
bonus.

Our security deposit was credited back to our account almost immediately after we left.
Thank you.

We visited the following sites...started with the City Trolley Tour, Hemmingway's Home, Margaritaville, Turtle Kraal, The Little White House, Audobon House, Mel Fishers Maritime Museum, Butterfly and Nature Conservatory and the Florida Keys Eco Centre. We also visited The History of Diving and the Turtle Hospital on the way down. Don't miss taking some photo's at the Seven Mile Bridge.

Submitted Feb 3, 2016

**Great place to stay**

4/5
Stayed Jan 2016
**Chantal R.**

The place is great... The house is nice and the property was beautiful. The owners were awesome... They made sure we had everything we needed for our stay. We didn't mind being a bit further from the main area. It does back onto the highway, and since we had a baby we did have to stay in a lot, we thought we could hang out on the balcony, and although it is nice, it is so loud that it was hard to hear each other. If you aren't housebound you can hang out by the pool... It is much quieter and relaxing there.

Submitted Jan 23, 2016

Previous page of reviews**79 - 84** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**85 - 90** of 146Next page of reviews

**Wonderful !**

5/5
Stayed Jan 2016
**Melanie H.**

Recently we stayed five nights at this wonderful condo in a gated complex. It was very clean and has all the amenities. Great location just outside of Key West. There is a great restaurant across the street "Roostica" we ate at three times. Also the Hogfish Grill is very close and the Fish Camp MM10 both had great food.

The owner Judy, pays attention to detail and is very accommodating. I would definitely recommended this condo.

Submitted Jan 17, 2016

**Wish I could live here!**

5/5
Stayed Jan 2016
**Ella G.**

Fabulous property with every little detail covered. Wish my family could spend so much longer here! Judy has thought of everything you'll need and the house is impeccable! Can't wait to come back.

Submitted Jan 11, 2016

**Beautiful Condo**

5/5
Stayed Dec 2015
**Sherri G.**Collingswood, NJ

Had a wonderful time. The condo is beautiful! Would definately rent again. Love that Judy provided shampoo and little stuff like that...was so much easier!

Submitted Jan 3, 2016

**Perfect Get Away**

5/5
Stayed Dec 2015
**Jen S.**

My family of five adults rented this condo for our first traveling Christmas vacation. From the moment we booked, I knew we were in good hands. Judy was very easy to get a hold of and sent a packet of information well ahead of time to help us plan our stay.

Her condo is beautiful and very clean! We had plenty of space to cook, eat, play cards, visit, etc. We enjoyed coffee on the balcony each morning. I really liked the living room area had a folding partition we could put up giving the person sleeping on the pull out extra privacy. Note: I did not sleep on the pull out, but was told it was very comfortable.

Each of the bedrooms upstairs had their own bathroom, which was an added plus. The condo had three bathrooms in total!

We all really liked the location. We had a rental car and it was easy for us to drive to Duval, the beach and various other activities we had planned throughout our stay. It was also walking distance from a CVS which was handy for last minute needs. We liked that we were away from the crowds. It just seemed more relaxing. Note: the beach was only a short 3.5 mile run from the condo.

I would definitely stay here again and would also consider Judy's other properties if they fit my travel needs.

Submitted Jan 2, 2016

**A total fun time and great place to stsy**

5/5
Stayed Dec 2015
**don b.-**

Location away from busy area but easy short travel. Very clean and all available. Will stay again. First visit to kw and will be back!

Submitted Dec 24, 2015

**Great condo**

5/5
Stayed Dec 2015
**Thomas M.**

My wife, I and two friends stayed for five nights at this fabulous condo. Judy has done an excellent job of ensuring that all details for your arrival and stay are on site and plentiful. The decor, amenities and comfort were top notch and Judy even stopped by with her maintenance guy to replace a ceiling light bulb. A perfect place to spend vacation time.

Submitted Dec 15, 2015

Previous page of reviews**85 - 90** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**91 - 96** of 146Next page of reviews

**Everything anyone could need!**

5/5
Stayed Sep 2015
**CorkyGirl**Tualatin, OR

We arrived to a beautifully clean and stocked home! Attention to detail in every corner with all possible needs thought out from coffee and real creamer to oil and spices, extra toilet paper, shampoo/rinse, soap, face wipes...you name it, we had it! Our condo home for the week was so clean and comfortable with lovely island decor as well as in the perfect location for exploring the area. We enjoyed cooking in and also enjoyed the nice Italian restaurant on the corner. Be sure to visit the Geiger Key Marina for a fun lunch and possibly a paddle and we also thouroughly enjoyed our visit to Keys Fishery Market and Marina in Marathon. So fun! Watching the iguanas and geckos in the rain was a highlight. Thank you so much for the great stay!

Submitted Nov 11, 2015

**Best Stay Ever!**

5/5
Stayed Oct 2015
**Lisa F.**

This comfy home has all the amenities you need whether if be a girls trip or a family get away. Loved my stay! I look forward to renting this home again next year.

Submitted Nov 4, 2015

**Relaxing family weekend!**

5/5

Stayed Oct 2015

Casa Coral is a beautiful and comfortable place to stay. We enjoyed the property, including the pool and clubhouse very much. The close proximity to all Key West has to offer was very convenient. We can't wait for the opportunity to return.

Submitted Oct 27, 2015

**Great Time with Family!**

5/5

Stayed Oct 2015

**Darlene D.**

We had a wonderful time in Key West and the Condo made it even more enjoyable.

Very well kept and the decor was very relaxing. I over packed for sure this trip. Everything

I needed was already provided and then more. Did not have to worry about forgetting and

leaving anything at home. Thanks for everything we had a great stay!

Submitted Oct 12, 2015

**Owner's Response:**

Glad you found everything you needed. Thank you for your stay, and review!

**Wonderful stay!**

5/5

Stayed Jul 2015

**Cathy C.**

We had a great time during our visit to Key West with our family. The condo was more than we expected and then some. Everything we could possibly need was provided. We loved the furnishing and the beds were great. Sitting out on the balcony at night was very relaxing. We will never stay in a hotel again when we visit and Judy will be the first one I check with. The air conditioner works great, we kept it on 75 and was very comfortable. We absolutely loved it. The only downside was the neighbor in the adjoining condo was doing construction so there was no sleeping in which in a way was good because it got us up early enough to enjoy more time at the pool. Thanks for everything and we hope to see you again!

Submitted Aug 2, 2015

**Owner's Response:**

Thanks very much for your review!

**Wonderful stay with my family**

5/5

Stayed Jul 2015
**Sabrina M.**

The property is well located, in rare beautiful condo, with a wonderful pool area. Judy is sweet and provided all the details to make us fell happy. She provided extra bikes and every little detail, as toilet paper or trash bags. Everything was provided by the homeowners, and this avoided us going to buy stuff that would be more than we needed. Even shampoo for each bathroom was provided! Beach towels and towels were clean, new. Beds were very confortable. Bathrooms were super clean and with extra tooth brushes and consumer itens. The house is very well decorated and has a very good space in living room and balcony! I cannot imagine returning to Key West and having a better experience than staying there! Hope all my Brazilian friends can go also and have the same experience!

Submitted Jul 27, 2015
**Owner's Response:**
We are happy to read that you enjoyed your stay. Thanks for taking the time to leave a review!

Previous page of reviews**91 - 96** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**97 - 102** of 146Next page of reviews

**Clean & very charming place!**
4/5
Stayed Jul 2015
**Doreen B.**Champaign,IL

Had a pleasant stay @ Casa Coral after July 4th weekend. The property had a security gate made us feel secure & I love the key box feature that gave us peace of mind the we were not gonna misplace the house keys as go out of the house. The house was clean & we had most everything important things we needed for our stay. The owner were informative & easy to contact for questions. The house decor was lovely!

Submitted Jul 23, 2015

**The Graybill fam bam**
5/5
Stayed Jul 2015
**LaChé G.**

Everyone was so impressed with the condo and accommodations!!!! The place was very clean and we wanted for nothing. Judy is sweet and pleasant. My brother lives in Key West and looked at other Cobdos before we decided on Casa Coral, he was impressed. The pictures on the website do it no justice.

Thank you Judy for your hospitality.

Kindest regards,

LaChè Milo

Submitted Jul 18, 2015

### Great place to stay in KW

5/5
Stayed Jul 2015
**Kapil M.**

My wife and I stayed here with our two 14 year old daughters. The place was very clean
and comfortable. The AC was working great. That's very important when you come
home from a hot sightseeing trip. Judy pays a lot of attention to detail and we had every
little thing from shampoo and conditioner to towels, coffee, and citronella candles. The
property is close enough to all the action (Duval St., watersports, restaurants, etc) and
just far enough so you don't see the craziness from your home. It worked out really well
for us especially with the kids. I highly recommend it to a family with kids.

Submitted Jul 10, 2015

### Excellent Stay

5/5
Stayed Jun 2015
**Cara K.**

My friends and I stayed here four nights. The townhome was super clean and decorated
very nicely. Six of us slept here very comfortably. The pool area was nice and clean,
too. Judy was an excellent hostess. Anything we could have needed was in the
townhome. She even dropped off bikes and a cooler for us to use.

Submitted Jun 18, 2015

### Wonderful stay!

5/5
Stayed Jun 2015
**Angela R.**

Even before we arrived Judy was very helpful and mailed us brochures, coupons, and
information about Key West. When we arrived, the home was exactly as in the pictures
and absolutely beautiful. We had 6 people from our family staying at the house and we
all fit comfortably. The kitchen and bathrooms had all of the nice touches for things you
needed but didn't think to bring yourself! We highly recommend Casa Coral to anyone
and we will definitely be coming back!!! Thank you for a great stay!

Submitted Jun 16, 2015

### Memorial Day Getaway

5/5
Stayed May 2015

Gretchen L.

We enjoyed restful & relaxing days and fun filled nights in beautiful Casa Coral! The condo had more than everything we needed, was beautifully decorated and was as comfortable as our own home! The location was perfect, close enough for sight seeing and experiencing the night life of Key West, yet far away enough to feel as if you were in a quiet tropical paradise. The pool was amazing and the bikes came in handy for a quick trek into town! Judy and Steve were welcoming and though we were in need of nothing, were attentive throughout our stay. Hope to return again soon!!

Submitted May 31, 2015
**Owner's Response:**
Thank you for your review, and your stay with us!

Previous page of reviews**97 - 102** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**103 - 108** of 146Next page of reviews

### Perfect Getaway
5/5
Stayed May 2015
**Jacquelyn C.**

This condo was absolutely perfect! Judy has thought of everything (right down to the fans in the rooms for white noise). Very nice property, didn't want to leave!

Submitted May 17, 2015
**Owner's Response:**
Thank you for your review, and for choosing our property for your stay in Key West!

### Excellent townhouse
5/5
Stayed May 2015
**Diana D.**North Arlington, NJ, USA

Really enjoyed our week stay at Casa Coral. It was very clean and Judy's attention to detail was much appreciated. The house is comfortable, cozy, quiet and has everything needed to make you feel right at home. The pool area is quiet and provides a good area to relax and get some sun. It's a 15 min drive to all the main attractions on Key West (Duval St). Would definately recommend. Thank you Judy!

Submitted May 11, 2015
**Owner's Response:**
Thank you for your stay with us, and for taking the time to leave a nice review!

### Excellent Choice
5/5

Stayed Apr 2015
**Gary D.**

Stayed here 3 nights of a 6 day visit to the FL Keys, wish we stayed at this property the entire trip. Plenty of room, all the amenities of home, comfortable, great location, and convenient to all key west has to offer without the hustle and bustle during downtime. Will definitely consider staying again and highly recommend to family and friends. Booking was quick, easy, and Judy was friendly and always helpful.

Submitted May 5, 2015
**Owner's Response:**
Glad you stayed with us for part of your trip, and that you enjoyed it! Hope to have you again. Thanks!

**Homey & comfortable**
5/5
Stayed Apr 2015
**S.D.**Colorado

We had a lovely girls week at Casa Coral. It is located about a 15 drive from Duvall Street so you can get away from the hustle & bustle of Key West. Judy has great attention to detail from bikes to beach towels. The kitchen is fully stocked for creating nice meals as well. The pool is lovely and warm. Great fish market 3 short blocks away (Rusty Anchor), delicious & amazingly friendly people at the Cuban restaurant El Mocho also 3 blocks away. I would definitely recommend this wonderful condo.

The only disappointing thing was the location directly backing to very busy (& loud) Highway 1. The lovely deck is rendered completely useless due to the road noise. As a person who enjoys outdoor living as much as indoor this was the only drawback of this particular unit.

Submitted Apr 26, 2015
**Owner's Response:**
Thank you for your review! We are glad that you enjoyed the stay, in spite of the highway; Key West has become so popular that the road noise is nearly unavoidable!

**Condo**
5/5
Stayed Apr 2015
**Peggy M.**Thornton

We had a wonderful stay in this condo for a week. It is very clean and comfortable. It was nice that we had use of bikes, pool towels, (with nice pool) straw hats, all kitchen amenities, and a 3rd bathroom on the main level. We really had a good time. Judy , the owner was very nice, available and helpful. It was my 1st time in Key West and really enjoyed it. I came for a presurgery vaca and I will be back!

Submitted Apr 23, 2015
**Owner's Response:**

We look forward to having you back! Hope your surgery went well. Thanks!

**Beautiful Townhome, Great Place to Stay**
5/5
Stayed Mar 2015
**Mark H.**

We had a very nice 4-night, 5-day vacation in the Keys. The townhome was exceptionally clean, in a convenient location. The furnishings were top notch and the pool was great. We walked to several nearby restaurants and took short taxi rides into town. Judy was very gracious and wonderful to deal with and she provided everything we needed in the condo. I would highly recommend 'Casa Coral' to couples or families visiting Key West.

Submitted Apr 17, 2015
**Owner's Response:**
Thank you for your review!

Previous page of reviews**103 - 108** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**109 - 114** of 146Next page of reviews

**Jane C**
5/5
Stayed Apr 2015
**#3702304609**Virginia Beach

The gated condo community was beautiful. Private parking close to the building was provided with additional parking available for a second vechicle. Our condo included two full bedrooms with two private full bathrooms with tub and shower. A small bathroom on first floor as provided. Fully equipped kitchen with all amenities. The condo was furnished with Tommy Bahamas furniture which was comfortable as well as beautiful. Each room had a television and with Dish Network with multile channels for viewing. Wireless network was available for computer and tablet access. Unit was centrally locate off Rt. 1 with easy access to Key West attractions. Fully gated pool with lounge chairs and tables open morning till 10 PM. Club room had access to restrooms at poolside. If you are looking for that special home away from home Coral Hammock is perfect ! Great place for the family to stay and enjoy! Bike were provided for morning rides. Judy provided us with everything we did not think to bring. The condo was stocked with everything we needed. She also had mailed us brochures and books so we had plenty of time to plan our adventures. We are so pleased we rented with Judy. Thank you for everything!

Submitted Apr 12, 2015
**Owner's Response:**

Thank you so much for taking the time to leave such a thorough and nice review. We appreciate your choosing Casa Coral for your stay!

**Fantastic!**

5/5
Stayed Mar 2015
**Kim**Oscoda Michigan

Absolutely beautiful property and spotless. We stayed for 3 nights and wish we would have stayed longer. We loved the location, close enough to the action but a nice distance from all the noise and traffic of Duval street. We enjoyed the pool and rented mopeds one day. We named ne of the the chickens "Little Jerry" and looked forward to seeing him off of the balcony. Judy has everything you need and I highly recommend Casa Coral. We will be back and stay longer next time!

Submitted Apr 5, 2015
**Owner's Response:**
Thank you for your great review! We are so happy you enjoyed your stay.

**Great place to make the most of your Key West visit**

5/5
Stayed Mar 2015
**Allan**Ottawa

Our family of five people thoroughly enjoyed staying at the Casa Coral condo. The condo is immaculately kept and very well stocked with all of the personal amenities (kitchen supplies, bathroom supplies, linens...) we could have asked for. The condo is just outside of the core city but a very short drive to downtown and other points of interest. The pool area is well kept and large enough to thoroughly enjoy. Shopping is also close by. I would have no hesitation in recommending this property.

Submitted Apr 4, 2015
**Owner's Response:**
Happy to read that you had everything you needed for the perfect stay. Thanks for your review!

**Casa Coral Key West**

4/5
Stayed Mar 2015
**Wayne S.**Vancouver

We enjoyed our stay at Casa Coral very close to everything. We flew into Fort Lauderdale and rented a car and drove down. Very close to downtown Key West maybe 10 minutes away. The accommodations are excellent for two couples. The only complaint was that the air conditioning didn't work very well. You must have dinner at the Hogfish Restaurant which is close by. Key West is also a fun place to visit. We did the Hop on Hop off bus tour. I would return to Casa Coral as we really enjoyed our time in Key West.

Submitted Mar 20, 2015

**Owner's Response:**
We are sorry about the AC problems you experienced. Units work nonstop down here in the keys and need to be replaced often. We have now replaced this unit and its ready for your next visit with us!

**A nice get away.**
4/5
Stayed Mar 2015
**Oly**Townville, SC

We were there three days with 80+ weather. The town home was like the pictures on the web. We did have an a/c problem but Judy came to the rescue with temporary units for all the rooms. It made the stay a pleasant adventure. Judy's communication is spot on. You never have to worry about where you stand. We really enjoyed our stay.

Submitted Mar 16, 2015
**Owner's Response:**
Thank you for your nice review. I am glad we were able to get cool air in the townhome for you quickly!

**Outstanding Key West Vacation!!!**
5/5
Stayed Mar 2015
**marlyn s.**Milwaukee, Wisconsin

We spent 5 days in Paradise! Coming from below zero temps in Wisconsin to 80 gorgeous degrees all 5 days was heaven!!! We wanted to rent a condo, I went on VRBO and came across a 2 bedroom gated community condo. I liked the opportunity to be able to pay for my vacation stay in installments. Communication with Judy (owner) was easy - anytime I had a question or needed something while there - she was quick to respond. The condo itself was beyond anything I had imagined - it was pristeen! Everything we needed - Judy had thought of was available for our use - towels - beach and regular, full kitchen, bikes, pool stuff, movies to watch on DVD, books to read. The pool was awesome as well! Never overcrowded. All the people at the complex were extremely friendly. Some were residents and others were on vacation but it didn't matter - everyone was very nice. Also, easy to access the city bus - we used that quite a bit to get around. We did not rent a car. I would DEFINITELY rent from Judy again and again and again!

Submitted Mar 7, 2015
**Owner's Response:**
I am so happy to read your review! You deserve a great stay away from all that cold in WI! Please come back again, we would love to have you!

Previous page of reviews**109 - 114** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**115 - 120** of 146Next page of reviews

## Perfect Vacation

5/5
Stayed Jan 2015
**Jeffrey H.**Rochester, MN

We stayed at Casa Coral from Jan.26th-30th 2015. The owner Judy was very quick to respond when we contact her. Even though we had an issue with our schedule she was able to change our reservation with no issue. The townhome was perfect and exactly as described. Everything we needed we found was provided from the blender to the coffee marker to the Grill, we never had to purchase anything but food. The location was perfect just a short distance from Smathers beach and downtown key West was just a few minutes away. We enjoyed the Pool and exercise room just across the street. This really was just a wonderful, peaceful vacation and we could not have asked for more!

Submitted Mar 6, 2015
**Owner's Response:**
Thank you, we are happy to read that you thoroughly enjoyed your stay!

## Lovely Property

4/5
Stayed Feb 2015
**Dotty**Somerset, NJ

This condo is comfortable and well appointed. We had everything we needed when we arrived, from a well stocked kitchen to toiletry items in the bathroom. Any minor issues we had were taken care of immediately by Judy. We especially liked the pool which was located just across the street from our unit. All in all, we were happy and had a wonderful vacation.

Submitted Mar 3, 2015
**Owner's Response:**
Thank you for your review!

## amazing property

5/5
Stayed Jan 2015
**Barb T.**

awesome property, the bikes were great we rode to key west everyday. the privacy screen was very useful next to the pull out couch in the living room. enjoyed the stay! very happy with everything

Submitted Jan 21, 2015
**Owner's Response:**
Great! Thank you for your review!

## Excellent!

5/5

DEFENDANT'S EXH 3 (65 PGS TOTAL)

Stayed Dec 2014
**Christine J.**

My husband, and another couple stayed at Judy's condo unit for a NYE wedding. The condo is well decorated, extremely clean, and perfectly located. It isn't in the main downtown area of Key West - which is nice if you want a break from the revelry. Judy was lovely to work with and always in touch. I highly recommend Judy's condo - we really enjoyed our vacation and staying at her property. Judy provided bikes which was a nice touch! There are two master bedrooms with en suite bathrooms which is a nice luxury!

Submitted Jan 12, 2015
**Owner's Response:**
Thank you for you review on Casa Coral! We are glad you enjoyed your stay.

**Great stay!**
5/5
Stayed Jan 2015
**Lyn M.**

Our stay at Casa Coral was ideal for two couples who wanted easy access to all Key West has to offer but not the craziness or in-season expense that is Duval Street. The condo offers everything you need for a comfortable stay. Beds are comfortable and the owner provides just about everything you might need for your stay and many little extras that make life easier. For example, we needed scotch tape and, voila!, there it was as was an espresso maker and cafe Bustelo which was a definite bonus for one of us. We can highly recommend the restaurant Roostica at the corner behind the condo. Awesome pizza and a decent breakfast can be had quickly at the Dolphin Deli next store. The owner of this property is very responsive. Our security deposit was refunded the day after we left, quickest ever!

Submitted Jan 12, 2015
**Owner's Response:**
Everyone needs scotch tape! :) Glad you found Casa Coral to be the perfect stay for your Key West vacation!

**Brittany**
4/5
Stayed Nov 2014
**Brittany**Polk County, Florida, USA

Me and my family went here as a get away and my dad retiring from his job. There were things there we actually brought (toilet paper, paper towels, ect.) that they had already thought of and had there. Having a two year old was a little complicated with stairs but the owners did have a pack and play for our daughter along with baby gates which was very helpful since we did forget ours. The neighborhood was wonderful and wasn't too far from anything we wanted to do. Would love to go back and stay here when we have another opportunity to go down to key west!!!!!

Submitted Nov 24, 2014
**Owner's Response:**
Thank you for reviewing our property. I am glad you had a nice time, and would look forward to having you again.

Previous page of reviews**115 - 120** of 146Next page of reviews

## 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**121 - 126** of 146Next page of reviews

### 5STARS
5/5
Stayed Sep 2014
**Dee**New york

I was so happy and pleased with my stay! It was better than the PARROT KEY RESORT WHICH I LEFT AFTER 1 night stay to stay at casa coral everything you could possibly think of was at your fingertips provided by the host I would like to thank Judy and her family for all they did to make our trip the best!!!! I would love to come back

Submitted Sep 27, 2014
**Owner's Response:**
So great to read that you found Casa Coral to have everything you needed to make the perfect trip in Key West. I will certainly look forward to having you again on your next visit!

### Family vacation
5/5
Stayed Aug 2014
**Susan**Florida

Our stay at Casa Coral could not have been better. It was exactly as described- clean, stocked with whatever you needed that you forgot, and pool floats if you wanted them.

Local restaurant coupons that you could help yourself to! Games and DVDs as well. Judy could not have been nicer!!

It was easy access in and out and also very friendly neighbors.

Our plan is to return next year with some extended family.

You need to do the Fury Ultimate Excursion while there. Great adventure for the money and the staff are extremely helpful and a lot of fun!

Submitted Aug 16, 2014
**Owner's Response:**

Thank you for taking the time to leave such a nice review! I am happy to read that you enjoyed your stay at Casa Coral. Please do reach out to me the next time you are planning your visit to the keys!

**Virginia Family**
5/5
Stayed Jul 2014
**Crystal**Virginia, USA

I would highly recommend this property for a visit to Key West. The townhome was in excellent condition as well as being very comfortable and clean. There wasn't anything Judy forgot, as there were lots of extras including coffee and makeup removing wipes! She truly makes the stay as comfortable as possible! I really liked the location, as we were just a few minutes away from just about everything. I will certainly stay here again when we return to Key West!

Submitted Jul 24, 2014
**Owner's Response:**
Thank you for your review! It is great to read that you found use of all of my extras - that is just what I have them there for! I know there is always something I forget when vacationing, so I try to think of everything for my guests. I will look forward to having you again on your next trip!

**Enjoyable and relaxing!**
5/5
Stayed Jul 2014
**Kristen H.**

We had a great stay here on our first trip to Key West. Judy was extremely accommodating and easily reachable with any questions we had. We traveled with our children and appreciated the children's sand toys and DVDs that were available. We loved the decorating style and the fact that there were many items available in the house incase we forgot something. We enjoyed our stay!

Submitted Jul 23, 2014
**Owner's Response:**
Thank you for taking the time to review Casa Coral. I am happy to read you found it to be so accommodating, especially for your children!

**Awesome Vacay Rental**
5/5
Stayed Jul 2014
**Nekeisha**Miami

We stayed here during our girls trip to Key West, our expectations were met and exceeded. Firstly, the decor was very tropical and modern, and the entire home was sparklingly clean. Everything you could think of was available for our use, board games, novels you can take home, sunscreen, toothbrushes for people like me who always forget to pack something, plus more. Judy really thought of every single detail. The

property also comes with bikes, which allowed us to check out the surroundings and excercise all at once.

What stuck with me most was the above and beyond service and hospitality Judy extended. Being me, I forgot some of my clothes in the closet as well as a single foot of shoe. Judy was nice enough to look for my shoe, and ship all my stuff home to me. I contacted her to arrange payment for her trouble and to cover shipping cost, she messaged me back to say I didnt need to send her any money, she would take care of everything free of cost. How awesome is that!

I love the Keys, so I will definately be back to this property.

Submitted Jul 22, 2014
**Owner's Response:**
Thank you for such a kind review! It was my pleasure to make your stay as comfortable as possible - just like a vacation should be! I will look forward to having you again!

**June 2014 stay**
5/5
Stayed Jun 2014
**Sureshchandra D.**Port Saint Lucie, FL

Clean, Well furnished, two bedroom -two full baths attached to bed rooms, additional powder room on first floor. Kitchen was fully furnished with all the essentials. Owner lives close by and was readily available for any questions or concerns and was helpful.

Submitted Jul 20, 2014
**Owner's Response:**
Thank you for your review. I am happy to read that you found Casa Coral to meet your expectations!

Previous page of reviews**121 - 126** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**127 - 132** of 146Next page of reviews

**Keys Trip**
5/5
Stayed Jul 2014
**Brett**Boca Raton Florida

Judy could not have given us better service. Right from the beginning she was so helpful. The townhouse was perfect and we enjoyed the use of the bikes. The whole stay couldn't have been any better and we will be back.

Submitted Jul 14, 2014
**Owner's Response:**

DEFENDANT'S EXH 3 465 PGS TOTAL

Thank you for taking time to leave me a review. I always strive to be as accommodating as possible to my guests, to ensure you have the best vacation possible. We know planning a trip can be costly and hectic, so I try to give you a 5 star experience worth remembering!

**Perfect vacation spot**

5/5
Stayed Jun 2014
**Aleksandra Z.**Miami, FL, USA and Poland

We arrived at the condo on Sunday evening and everything was in perfect order. Very clean, super comfortable and beautifully decorated. The swimming pool is wonderful and not crowded at all. The condo is conveniently located and we even biked to Key West. Condo comes with everything you need for a vacation stay and complimentary bikes are great. Judy is super nice and she even bought extra toddler bike seat when I mentioned that we will be travelling with a 3 year old girl and we would like to use bikes.

We have been to Keys many times but staying at Casa Coral made our vacation a wonderful experience. Thank you Judy for everything and we are looking forward to staying at Casa Coral again :-)

Submitted Jul 7, 2014
**Owner's Response:**
Thank you for choosing Casa Coral for your Key West stay! I am so happy to hear that it met your needs perfectly. I will look forward to having you again on your next visit!

**Get away to the keys**

5/5
Stayed Jun 2014
**kim s.**Tampa, FL

The accommodation was excellent! The owners thought if everything right down to spare hats in the closet. The condo was well kept and lovely. Thank you for making our family trip so easy!

Submitted Jul 3, 2014
**Owner's Response:**
Thank you for your stay with us, and also for taking the time to leave us a review. Glad you found the condo to have everything you needed for a worry free vacation; that is exactly what I have in mind when preparing the condo for our guests. Thanks!

**Great Vacation Home**

5/5
Stayed May 2014
**Justin M.**Waterford, MI, United States

Our stay in Casa Coral was perfect! The condo was kept immaculate inside and we had everything we needed. It was spacious and very modern; we would highly recommend

staying here. The pool was very relaxing and enjoyable too. Can't wait to come back again soon!

Submitted Jun 9, 2014
**Owner's Response:**
We are so happy to read your review! Thank you for taking the time to share your experience at Casa Coral; I am so pleased that you enjoyed your stay. We look forward to having you again!

**Walt and Mo**
4/5
Stayed May 2014
**Brendan**Calgary, AB, Canada

Our stay at Casa Coral was exactly what we were looking for. A quiet condo complex that was convenient to access a marina we were fishing out of for five days. It's location was approximately 10mins from the heart of downtown Key West so getting in and out was a breeze. Casa Coral had all the amenities of home and was in excellent condition. The pool at the complex was great and there was even a small space to get a workout in. We really like the close proximity to the Hurricane Hole restaurant!

Thank you Judy for making our stay very enjoyable and hassle free.

Submitted Jun 2, 2014
**Owner's Response:**
Thank you for choosing Casa Coral for you Key West vacation. I am happy to read that you found it to be everything you needed for the perfect stay. I truly enjoy paying attention to all the details for my guests, to make their vacation lodging comfortable and convenient. We hope to have you again soon!

**Ditto Review!**
5/5
Stayed Mar 2014
**Roxanne H.**Otsego, MN

No use rewriting what has been written already. We'd have to agree with the other 5 Star reviews. The information & photos Judy lists are true to her word. We (2 couples) had an awesome time and are hoping to return in 2 years. Thank you Judy for letting us enjoy your home!

Submitted Jun 2, 2014
**Owner's Response:**
Thank you for taking a moment to leave a review for Casa Coral! I am so glad to hear that you enjoyed your stay with us. I will look forward to having you again on your next Key West vacation!

Previous page of reviews**127 - 132** of 146Next page of reviews

# 146 Reviews

*Wonderful4.9/5*

Previous page of reviews**133 - 138** of 146Next page of reviews

### Family Wedding

5/5
Stayed Feb 2014
**Kathryn L.**Naperville, IL

My husband and I traveled to Key West for his cousin's wedding. We had an awesome time in Judy's townhouse. It was perfect for us and another couple. The other couple had a 1 year old and Judy went out of her way to make sure we had everything we needed. Excellent location! (We were closer to the wedding than people staying at hotels on Key West.) So nice to have a full kitchen on vacation. Plenty of space. Beautiful grounds and pool! We would stay again.

Submitted May 30, 2014
**Owner's Response:**
Thanks for taking the time to leave a review! I am so happy to hear that you found my townhome to be comfortable and accommodating. I have grandchildren of my own and know how stressful travel can be with little ones, and I like to take that worry away from my guests and provide everything you need for them!

### Another Day in Paradise

5/5
Stayed May 2014
**Jeanne**Leland, NC

This was a girl's getaway and we both had a wonderful time. The weather was perfect and each day we said "another day in Paradise". We loved the pool and the close proximity to the beaches. We found some really great restaurants,especially Tavern N Town at the Marriott and Square One in Duval Square.

The condo was very comfortable and clean and there was nothing that Judy didn't think of to make our stay pleasant. After the first day we felt we did need to rent a car. Thanks again Judy for the ride to the airport. A great way to tour Key West is to drive over to the Welcome Center across from the Marriott and take the Old Time Trolley shuttle down to MALLORY Square to take their trolley tour. Parking at the Welcome Center is free and the ticket for the tour was good for 2 days. You can hop on and off the trolley at any of their many stops.

Thanks again,Judy. It was great meeting you. Jean and Susan

Submitted May 13, 2014
**Owner's Response:**
Thanks to you both for choosing my property to stay in during your girls getaway! I am so happy that you had a great time on our little island, and enjoyed the property. It really is Paradise!

### Excellent Owner !

5/5
Stayed Apr 2014
**Ashish T.**

We planned to stay at the 'Casa Coral' after going through the reviews this Spring. However, at the last minute had to cancel the stay as the other family traveling with us had to cancel due to a health emergency. When I contacted Judy, she was very kind and understanding of the situation. Even though we were within the 30 days of the stay, she refunded the amount we paid. Thanks Judy and I look forward to getting an opportunity to stay at the 'Casa Coral' in the near future.

Submitted Apr 23, 2014
**Owner's Response:**
Hello Ashish,

Thank you for your review. It was my pleasure to provide a refund given your situation. I do hope your friends family is doing well. Please let me know how I can assist in re-planning your trip to Key West!

All my best,

Judy

## VISIT SISTER
5/5
Stayed Mar 2014
**chooch**Syracuse , New York

A GREAT PLACE TO STAY VERY CLEAN AND UP TO DATE APPLIANCES , modern .ALL OUR NEEDES WERE MET .

Submitted Apr 20, 2014
**Owner's Response:**
Hi Joe,

Thank you for the nice review. I'm happy that you liked everything. Hope to see you in the future! Judy

### Our 1st Key West Visit
5/5
Stayed Apr 2014
**Gen S.**Davidsin, North Carolina

We absolutely loved this town home! Judy and her Family thought of every need and really made our stay a wonderful one. This town home is spacious, well appointed and nicely decorated. It is a close bike ride/drive to the main strip of Key West. Would definitely stay here again on our next visit to the Keys!

Submitted Apr 19, 2014
**Owner's Response:**

Hi Gen,

I am so glad that you loved Casa Coral. We try hard to be very accomodating to our guests, I'm glad that you found it spacious and nicely decorated. I am also glad that you got to use the bikes that we provide to our guests. Would love to have you back on your next trip to the Keys! Judy

### Nice Alternative to pricey Key West

4/5
Stayed Mar 2014
**David R.-**

A gated community less than a 10 minute drive from downtown Key West. Clean, well equipped in every way. Owner very accommodating. A lovely community pool, but no usable outdoor space, as the small terrace backs on the noisy main drag. We found a terrific Italian Restaurant right across the street.

Very well priced. Two couples were comfortable in every way.

Submitted Apr 19, 2014
**Owner's Response:**
Hi Joanne,

I'm so glad that you liked my condo and found it well equiped and accommodating. I strive to please my guests. The pool is very lovely with a lot of space to sit around. We also have two units that are poolside on the opposite side of the property called Casa Caribe and Casa Cay West. Would certainly like to have you stay with us again sometime. Casa Coral has thermal windows and door glass to mitigate any traffic noise but of corse when you are outside on the deck you get the traffic noise but we do have very mature rubber tree and ficus tree right behind us that blocks off the view of the road. Hope you consider us again if you ever travel back to the Keys. Again thank you for the great review!

Previous page of reviews**133 - 138** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**139 - 144** of 146Next page of reviews

### My 60th

5/5
Stayed Apr 2014
**Laura M.**

Two families enjoyed staying at this condo. While out of the busy-ness of Duval Street scene, it is still close to all the areas activities. The condo is well decorated and welcoming. It was so nice to have breakfast and drink coffe on the back porch. Even the pull out couch was comfortable! Would definitely stay here again.

Submitted Apr 18, 2014
**Owner's Response:**
Hi Laura, It was a pleasure having you stay with us. Thank you for the great review. I
love to hear about how you enjoyed your trip to Key West and at Casa Coral. I strive to
give the best accomadations for my guests. Have a nice day and I hope you will
consider us again if you come to Key West in the future. Judy Bringle

**Great location**
5/5
Stayed Feb 2014
**Colin M.**Akron, ohio

We had a great time. Great location. Worked great as a getaway for two couples.
Definitely recommend. Totally up to date and beautiful.

Submitted Apr 17, 2014
**Owner's Response:**
I'm glad you had a nice stay at Casa Coral. Thank you for taking the time out of your
busy day to write this. Have a nice day and hope to hear from you in the furture. Judy

**Beautiful Place to Stay in Key West!**
5/5
Stayed Feb 2014
**Sue T.**Ashaway, RI

We enjoyed a few days in Key West to escape the harsh New England winter and
"Casa Coral" was perfect! We had 6 in our party and the townhome was plenty roomy
for all of us, although my teenage daughter and her cousin would have preferred a
separate bedroom for themselves (instead of sleeping on the pull-out sofa) - note to self
for next time!

The home is beautifully decorated, very clean, and had all the amenities we needed
(much more than expected!). Having coffee/creamer/tea already there for our use was
totally unexpected and very much appreciated. And as others have mentioned, basic
condiments are available too! We didn't eat in much, as we were only there a few days
and took advantage of some restaurant recommendations we had received from locals
(including Judy), but certainly everything would have been fine had we wanted to cook.

The beds were extremely comfortable and cozy, and the linens are top notch! The deck,
although on the side of the main drag, is shaded nicely by the trees and private. The
pool area is beautiful. We also took advantage of using the bikes as well!

Judy was super great to deal with and always responded timely to emails, questions,
etc. Even when we thought a souvenier might have been left behind, Judy offered to
find the same item downtown and ship it to us! She is very knowledgeable about the
area since she is living there! We took advantage of using a couple of the coupons she
left for us on the counter when we arrived.

We would definitely recommend this property for a family or group of friends (4-6 people)! The location is close to everything "Key West" and is easy to find. The pictures posted on this site are "spot on" and the place has a true tropical feel! It's beautiful - You'll love it! We'd come back for sure!

Submitted Feb 28, 2014
**Owner's Response:**
Thank you so much for taking time to leave such a nice review! I am thrilled to read about your stay with us, and that you found the vacation rental to have all you needed for a great stay. I hope that I will get the opportunity to host your next Key West vacation!

**Vacation**

5/5
Stayed Feb 2014
**Anne M.**

We had a marvellous time at this home. It is beautiful inside with large eating/dining/living area. Upstairs with two nice size bedrooms and 2 large bathrooms. Gated community was easily accessible ( note: leave instructions on how to exit if you are walking ). Judy let us use her bikes which was fabulous to tour the island. Swimming area was very nice and never crowded. I cannot think of a negative to say about this property. Location is a few minutes drive from stores/shops but we did not mind at all. Very clean and well kept. We loved it. I think most people would enjoy themselves here. As stairs are involved, those with limited mobility would find it a challenge

Submitted Feb 27, 2014
**Owner's Response:**
Hi,

Thank you for the nice review. I am so glad you had a good time on your vacation.

Hope to hear from you again! Judy

**Townhouse is even more beautiful in person!**

5/5
Stayed Dec 2013
**Happy Islanders** San Diego, CA

My family and I spent our winter vacation in the fabulous FL Keys, and were lucky enough to find this gem to stay in! The pictures don't do it justice. It is clean, bright and fresh; tastefully decorated with tropical furnishings. Really made us feel like we were in a beach retreat! We brought our baby girl and the townhome's owner, Judy had a nice little crib set up for her upon our arrival! All the amenities are really included - even down to condiments in the refrigerator. Judy had fresh linens, beach towels, bath products (even cotton balls and q-tips!), spices in the kitchen, coffee creamer and tea all waiting for us to enjoy. This made grocery shopping economical as we only had to buy our food and didn't have to worry about spending more on condiments that would only

be used a few times. Even though the townhome backs up to the highway, there is a huge shade tree blocking the view of the traffic (really, blocks the full view of the highway) and actually made for a great morning coffee setting on the back patio. It felt very tropical and relaxing.

We made great use of the bikes that came with the rental. The townhome is in a great location, where we rode to restaurants, shopping and most importantly, to the main beach in Key West. Judy had coupon clippings left on the counter for nearby restaurants and bars, which I thought was a very thoughtful touch. It was nice that she actually lives on the island, and gave us some great tips on where the locals go.

We would recommend Judy and her lovely, comfortable townhome, over and over again to anyone looking for a relaxing, beautiful place to stay in Key West. We plan on coming back again next year too! What a treat!

Submitted Feb 6, 2014
**Owner's Response:**
Thank you for the nice review. I am so glad that you had a nice stay and I hope to see you again in the future.

**Winter get away**
5/5
Stayed Jan 2014
**Fiona D.**

Wonderful condo, fully equipped. Very nice pool and gym facilities. Short drive to beach and downtown. Bikes available to ride. Owner extremely helpful. Will be back again soon since our weather wasn't the best.

Submitted Jan 19, 2014
**Owner's Response:**
Hi,

Thank you for the nice review. I'm glad you enjoyed my condo. Sorry the weather wasn't the best! Have a nice day and hope to see you again in the future! Judy

Previous page of reviews**139 - 144** of 146Next page of reviews

# 146 Reviews
*Wonderful4.9/5*

Previous page of reviews**145 - 146** of 146Next page of reviews

**Much more than expected!!**
5/5
Stayed Nov 2013
**Gabrielle C.**

The place was immaculate. Everything you could possibly need/want was provided. Judy responded to all of our questions in a timely manner. Our group of 8 had an awesome time!! Would definitely come back.

Ps- most people would cringe at the thought of sleeping on a sofa bed but the sofa bed here was exceptionally comfortable :)

Submitted Nov 16, 2013
**Owner's Response:**
Hi

Thank you for the great review! I'm so glad you enjoyed the stay at Casa Coral. Also thank you for leaving the place in such good shape. I would love to rent to you again sometime and would like to give you a discount next time you stay with us. Have a nice day ! Judy

**Sehr gemütlich und sauber**
5/5
Stayed Feb 2017
**Sinje H.**

Perfekt

Submitted Feb 11, 2017

Previous page of reviews**145 - 146** of 146Next page of reviews



| Overview | Amenities | Reviews | Map | Rates & Availability |



1 / 25



**Casa Caribe Tropical Key West Townhome in Gated Community, Sleeps 6**



Stock Island, Key West, FL, USA

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 225 of
531
7/6/2018   225 of 393 of 531          Casa Caribe Tropical Key West Townhome in G... - VRBO
DEFENDANTS EXH. 1 461 PGS TOTAL

Overview      Amenities      Reviews      Map      Rates & Availability

| Townhome 1133 sq. ft. | Bedrooms 2 | Sleeps 6 |
|---|---|---|
| Bathrooms 2 | Half Baths 1 | Minimum Stay 3 - 4 nights |

## 2 Bedroom, 2.5 Bathroom, Pool view home With Comfortable, Tropical Furnishings

Tropical 2 bedroom, 2.5 bathroom, 2 level Key West townhome to be your home away from home! No detail has been overlooked in this comfortably decorated vacation rental. Located in

View more

## Owner

### Judy

Overview     Amenities     Reviews     Map     Rates & Availability

Since 2013

Response rate:          Response time:
**100%**                **Within One Hour**

Speaks:                 Calendar last
**English, Spanish**    updated:
                        **Jul 6, 2018**

View more about Judy Bringle

## Amenities

Swimmin      TV            Kids          Heater
g pool                     Welcome
             Satellite
Internet     or Cable      Parking

Air          Washer &      No
Conditioni   Dryer         Smoking
ng

## Bedrooms

*2 Bedrooms, Sleeps 6*                    **Bedroom     Bedroom
                                          1             2**
                                          1 queen,      2 twin/
                                          1 baby        single
                                          crib, Baby
                                          crib (pack
                                          and play
                                          sleeper)
Queen size bed in 1st bedroom             available
Two twin size beds in 2nd bedroom         upon
Pillow top mattresses                     request
600 Thread count linens
Night stands
Private baths stocked with fresh linens
TVs with free cable

B

| Overview | Amenities | Reviews | Map | Rates & Availability |
|----------|-----------|---------|-----|----------------------|

*2 Bathrooms, 1 Hall Bath*

| | Bathroom 1 | Bathroom 2 | Bathroom 3 |
|---|---|---|---|
| | toilet, combination tub/shower | toilet, shower | toilet |

Baths stocked with fresh linens
Beach towels

## Location Type

| Golf Course View | Water View | | |
|---|---|---|---|
| Right across the street from Key West's only public golf course! | Amazing view of Coral Hammock's beautiful swimming pool surrounded by lush landscaping right outside the living room and master suite bedroom! | | |

## Theme

| Romantic | Away From It All | Sports & Activities | Tourist Attractions | Adventure |
|---|---|---|---|---|
| Family | Historic | | | |

## Meals

Guests provide their own meals

## General

| Garage | Linens Provided | Parking | Internet | Hair Dryer | Living Room |
|---|---|---|---|---|---|
| 2 car garage | Luxurious 600 thread count linens provided for bedding. | 2 car garage Street parking for extra vehicles Remote parking avaiable to accommodate boat/ski/motorcycle trailers | Free WiFi | | TV with free cable Comfortable chocolate brown microfiber sleeper sofa with matching love seat, perfect for |
| Telephone | | | Towels Provided | | |
| Free local and long distance | | | Bath towels, washcloths, beach towels | | |
| Heating | Washing Machine | | Fitness Room / Equipment | | |
| | Clothes Dryer | | | | |

| Overview | Amenities | Reviews | Map | Rates & Availability |

Comfortable tropical décor setting the mood for island life

## Kitchen

| Dishwasher | Oven | Pantry Items | Dishes & Utensils | Kitchen |
|---|---|---|---|---|
| Refrigerator Stocked with usual condiments | Microwave | Stocked with spices, coffee, creamer - just enough to get you going with the necessities! | Serves 8 | Fresh white cabinets and counter tops Fully stocked with flat ware, dinner ware, cups, mugs, utensils, pots and pans Coffee Pot Blender Toaster oven |
| Stove Glass top | Coffee Maker | | | |
| | Toaster | | | |

## Dining

| Dining Area | Dining | comfy seating for 6 people |
|---|---|---|
| Child's Highchair | Beautiful dark solid wood dining set seats 6 Breakfast bar seats 2 Childs highchair available upon request | |

## Entertainment

| Television | Satellite / Cable | DVD Player | Games | Video Library |
|---|---|---|---|---|
| Free basic cable and WiFi | Free basic cable and WiFi | In living area Books | | Movies for the whole family to enjoy |

## Outside

| Lawn / Garden | Bicycles | Outdoor Grill | Deck / Patio |
|---|---|---|---|
| Tropical landscaping throughout | 4 Key West bicycles available complimentary for your use | Grill placed in the garage for guest use | Private patio off ground level, living area and upstairs bedroom |

**S**

Overview      Amenities      Reviews      Map      Rates & Availability

wheelchai
r
inaccessi
ble

## Pool / Spa

| Heated Pool | Communal Pool |
| --- | --- |
| | Large heated pool |

## Attractions

| marina | duty free shops | playground | synagogues |
| --- | --- | --- | --- |
| botanical garden | library | recreation center | health/beauty spa |
| cinemas | churches | restaurants | |

## Leisure Activities

| sight seeing | bird watching | eco tourism | shelling |
| --- | --- | --- | --- |
| walking | luaus | scenic drives | shopping |
| beachcombing | paddle boating | boating | wildlife viewing |

## Local Services & Businesses

| ATM/bank | groceries | massage therapist |
| --- | --- | --- |
| fitness center | hospital | medical services |
| | laundromat | |

## Sports & Adventure Activities

| fly fishing | paragliding | pier fishing | basketball court |
| --- | --- | --- | --- |
| swimming | | | |

| Overview | Amenities | Reviews | Map | Rates & Availability |
|---|---|---|---|---|

| fishing | diving or snorkeling | y fishing | racquetball |
| golf | | water tubing | |
| wind-surfing | deepsea fishing | | snorkeling/diving |
| water skiing | tennis | golf privileges optional | |
| | jet skiing | | |

## House Rules

**Check-in:** 4:00 PM      **Check-out:** 11:00 AM



No parties/events

No smoking

No pets

DEFENDANTS EXH. 4 (61 PGS TOTAL)

Overview        Amenities        Reviews        Map        Rates & Availability



Children allowed

Minimum age of primary
renter:  25

Max occupancy:  6

## Cancellation Policy

100% refund if canceled at least 60 days
before arrival date. 50% refund if canceled at
least 30 days before arrival date. You must
contact the owner directly to request
cancellation.

# 130 Reviews

*Wonderful  4.9/5*

## Amenities

| | | | |
|---|---|---|---|
| Swimming pool | TV | Kids Welcome | Heater |
| Internet | Satellite or Cable | Parking | |
| Air Conditioning | Washer & Dryer | No Smoking | |

## Bedrooms

*2 Bedrooms, Sleeps 6*

| Bedroom 1 | Bedroom 2 |
|---|---|
| 1 queen, 1 baby crib, Baby crib (pack and play sleeper) available upon request | 2 twin/ single |

Queen size bed in 1st bedroom
Two twin size beds in 2nd bedroom
Pillow top mattresses
600 Thread count linens
Night stands
Private baths stocked with fresh linens
TVs with free cable

Baths stocked with fresh linens
Beach towels

## Bathrooms

*2 Bathrooms, 1 Half Bath*

| Bathroom 1 | Bathroom 2 | Bathroom 3 |
|---|---|---|
| toilet, combination tub/shower | toilet, shower | toilet |

## Location Type

| Golf Course View | Water View |
|---|---|
| Right across the street from Key West's only public golf course! | Amazing view of Coral Hammock's beautiful swimming pool surrounded by lush landscaping right outside the living room and master suite bedroom! |

## Theme

| Romantic | Away From It All | Sports & Activities | Tourist Attractions |
|---|---|---|---|
| Family | Historic | | |

## Meals

Guests provide their own meals

## General

| Garage | Linens Provided | Parking | Air Conditioning | Fitness Room / Equipment | Living Room |
|---|---|---|---|---|---|
| 2 car garage | Luxurious 600 thread | 2 car garage Street parking for | Internet | | TV with free cable |
| Telephon | | | | | |

DEFENDANTS EXH. 1 (61 PGS TOTAL)

7/6/2018    233 of 393 of 531    Casa Caribe Tropical Key West Townhome in G... - VRBO

| e | count linens | extra | Internet | Iron & | Comfortable |
| Free local | provided for | vehicles | Free WiFi | Board | chocolate |
| and long | bedding. | Remote | | | brown |
| distance | | parking | Towels | | microfiber |
| | Washing | avaliable to | Provided | Hair | sleeper sofa |
| Heating | Machine | accommodat | Bath towels, | Dryer | with |
| | | e | washcloths, | | matching |
| | Clothes | boat/ski/moto | beach towels | | love seat, |
| | Dryer | rcycle trailers | | | perfect for |
| | | | | | lounging with |
| | | | | | your favorite |
| | | | | | book |
| | | | | | Comfortable |
| | | | | | tropical |
| | | | | | décor setting |
| | | | | | the mood for |
| | | | | | island life |

## Kitchen

| Dishwash | Oven | Pantry | Dishes & | Kitchen |
| er | | Items | Utensils | Fresh white |
| | Microwav | Stocked with | Serves 8 | cabinets and |
| Refrigerat | e | spices, | | counter tops |
| or | | coffee, | | Fully stocked |
| Stocked with | Coffee | creamer - | | with flat |
| usual | Maker | just enough | | ware, dinner |
| condiments | | to get you | | ware, cups, |
| | Toaster | going with | | mugs, |
| Stove | | the | | utensils, pots |
| Glass top | | necessities! | | and pans |
| | | | | Coffee Pot |
| | | | | Blender |
| | | | | Toaster oven |

## Dining

| Dining | Dining | comfy |
| Area | Beautiful | seating |
| | dark solid | for 6 |
| Child's | wood dining | people |
| Highchair | set seats 6 | |
| | Breakfast bar | |
| | seats 2 | |
| | Childs | |
| | highchair | |

## Entertainment available upon request

| Television | Satellite / | DVD | Games | Video |
| Free basic | Cable | Player | | Library |
| cable and | Free basic | In living area | | Movies for |
| WiFi | cable and | | | the whole |
| | WiFi | Books | | family to |
| | | | | enjoy |

## Outside

| Lawn / | Bicycles | Outdoor | Deck / |
| Garden | 4 Key West | Grill | Patio |
| Tropical | bicycles | Grill placed | Private patio |
| landscaping | available | in the garage | off ground |
| throughout | complimenta | for guest use | level, living |
| | ry for your | | area and |
| | use | | upstairs |
| | | | bedroom |

## Suitability

wheelchai
r

## Pool / Spa

ble

| Heated Pool | Communal Pool |
|---|---|
| | Large heated pool |

## Attractions

| marina | duty free shops | playground | synagogues |
|---|---|---|---|
| botanical garden | library | recreation center | health/beauty spa |
| cinemas | churches | restaurants | |

## Leisure Activities

| sight seeing | bird watching | eco tourism | shelling |
|---|---|---|---|
| walking | luaus | scenic drives | shopping |
| beachcombing | paddle boating | boating | wildlife viewing |

## Local Services & Businesses

| ATM/bank | groceries | massage therapist |
|---|---|---|
| fitness center | hospital | |
| | laundromat | medical services |

## Sports & Adventure Activities

| fly fishing | paragliding | pier fishing | basketball court |
|---|---|---|---|
| swimming | roller blading | snorkeling | kayaking |
| sailing | | | |
| cycling | scuba diving or snorkeling | sound/bay fishing | parasailing |
| fishing | | water tubing | racquetball |
| golf | deepsea fishing | golf privileges optional | snorkeling/diving |
| wind-surfing | tennis | | |
| water skiing | jet skiing | | |

## House Rules

DEFENDANTS EXH. 1 (61 PGS TOTAL)

7/6/2018    235 of 393 of 531    Casa Caribe Tropical Key West Townhome in G... - VRBO

**Check-in:** 4:00 PM                                                    **Check-out:** 11:00 AM



No parties/events

No smoking

No pets

Children allowed

Minimum age of primary renter: **25**

Max occupancy: **6**

## Cancellation Policy

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**1 - 6** of 130Next page of reviews

**Wonderful!**
5/5
Stayed Jun 2018
**Barbara B.**

The condo was beautiful! Judy Bringle was so organized and welcoming. I would highly recommend Cada Caribe. We have been staying at different condos in the Keys for many years. I would say this is one of the nicest ones we've stayed at. It overlooks the pool with easy access. I enjoyed coffee every morning on the covered patio. What a treat!

Submitted Jul 1, 2018

**Best rental ever!!**
5/5
Stayed Jun 2018
**Eric P.**

My wife and I got engaged here 16 or so years ago and wanted to come back....we were NOT disappointed with this place at all. She had EVERYTHING we needed and more. Judy stayed in touch prior to visit and made sure we had info on check-in day that included restaurants and places to see while there and after to make sure we made it home too. We have rented several times in a few cities and states and this is by far the best experience we have had. Thank you both so much for making our 15 year Anniversary as amazing as it was.

Submitted Jun 14, 2018

**Loved our family's stay!**
5/5
Stayed May 2018
**Cortney K.**

Everything we needed! Great outdoor spaces, super clean and cool! Kids loved the pool in between outings! We went for a snorkel/dolphin trip from the marina just 5 min away! And loved eating at Hogfish Grill!

Submitted Jun 8, 2018
**Owner's Response:**
Hi Cortney,

So glad you enjoyed you stay! The gated community is a great space for the kids to roam around and ride bikes, swim in the pool, etc. Glad you found the good restaurants near by also!

Hope to see you again in the future! Judy

**Perfect Location, Perfect for a family**
5/5
Stayed May 2018
**Evelyn S.**

We absolutely enjoyed our stay at Casa Caribe! Perfect location to Key West - just far enough away, but close enough to get to. Very private setting, unit was clean and even had beach towels for us to use. Pool was awesome! Loved the owners communication also, they were great! Overall, this was a great place to stay while visiting the Keys. Highly recommended!!!

Submitted Jun 5, 2018
**Owner's Response:**
Hi Evelyn,

So glad you enjoyed your stay at Casa Caribe! Glad you found the condo to be close to everything in Key West and enjoyed the pool!

Hope to see you again in the future! Judy

**Very nice property**
5/5
Stayed May 2018
**Tracy G.**

Very clean and nice home! Owner was very reachable and always responsive regarding any questions you have! Really enjoyed our stay

Submitted Jun 1, 2018
**Owner's Response:**
Hi Terry

So glad you enjoyed your stay with your family! Have a great day and hope to see you again in the future! Judy

**Very welcoming condo**
5/5
Stayed May 2018
**Joe L.**Bozeman Montana

Casa Caribe is a very nice condo, with lots of extra amenities. Judy was very helpful with answering questions about the condo prior to arrival. The house was very clean, and welcoming. We were fishing in Key West for our vacation, and wanted something that wasn't right in the middle of all of the action that KW has. This is in a great location, a quick ride to grocery stores, restaurants, and is within walking distance of many places. I would recommend this property to anyone, especially those who do not want to be surrounded by people the whole time in KW, this is a nice quite condo community!

5/5 for many reasons, above all else, Judy is great to work with, and she made the entire process very seamless and effortless from day one.

Submitted May 17, 2018
**Owner's Response:**
Hi Joe,

Thanks for the great review! I'm so glad you enjoyed your stay! I'm glad you found the condo to be a nice retreat away from the hustle and bustle of downtown and that it is not to far away from it all!

Have a great day and hope to see you again in the future! Judy

Previous page of reviews**1 - 6** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**7 - 12** of 130Next page of reviews

**Great Place. I would use it again.**
5/5
Stayed Apr 2018
**Donald K.**New Freedom, Pennsylvania

Would recommend to others.

Submitted May 4, 2018
**Owner's Response:**
Hi, I'm glad you enjoyed your stay at Casa Caribe!

Hope to see you again in the future!

Judy

**Beautiful property with wonderful amenities!**
5/5
Stayed Apr 2018
**Terri L.**Newark, Delaware

Very clean, great location and property owners are so very very nice people. Everything you needed from bikes, toiletries , condiments! Surely will return ! Thank you!

Submitted Apr 25, 2018
**Owner's Response:**
Hi Terri,

I'm glad you enjoyed your stay at the condo!

And that you enjoyed the bikes, and appreciated all the extras!

Have a great day and hope to see you again in the future! Judy

**Wonderful condo!**

5/5
Stayed Apr 2018
**Amy B.**

We loved Casa Caribe!! Four of us came to Key West to celebrate "milestone" birthdays. While we loved Key West and all that we saw and did, the best part was having this amazing condo to come "home" to at the end of each day. The condo is decorated beautifully. It is so cozy and comfortable. In addition, the owners have provided a list of nearby restaurants, Key West attractions and a basket full of brochures on things to do. The gated community is such a nice secure feeling. The pool (and all of the grounds) is beautiful. We actually loved being a few minutes outside of Key West and away from the hustle and bustle of Duvall St - but it is a super easy and close drive over to the action.

Thank you Judy, for sharing your beautiful condo!

Submitted Apr 23, 2018
**Owner's Response:**
Hi Amy,

So glad you enjoyed your stay and had a great birthday!

The condo is in a nice location away from Duval St. but not to far away!

Have a great day! Judy

**Great stay in a lovely home**

5/5
Stayed Apr 2018
**Hank**Sarasota, Florida

Loved the house ! Great location, a few minutes from downtown Key West. Plenty of room for 2 couples in a spacious and very clean home. Went to a number of good restaurants in close proximity to the rental. The pool is the perfect tropical setting. It was an enjoyable stay for all of us.

Submitted Apr 16, 2018
**Owner's Response:**
Hi, thank you, I'm so glad you enjoyed your stay and found that there was plenty of room for you and your friends! Have a great day and hope to see you again! Judy

**Great Coral Hammock Unit**

5/5
Stayed Mar 2018
**Robert P.**Ann Arbor, Michigan

We stayed a week and enjoyed all the amenities Judy's condo offered. Very nice to have coffee, toiletries, beach towels and other extras we didn't have to bring or purchase. Beds are comfortable and outdoor spaces relaxing. Used the pool everyday and rode bikes all over Key West. Many hooks and hangers for clothes and towels. The only suggestion is less items on tables and nightstands so you can have spots for personal things. Overall greatt space and recommend for couples traveling together.

Submitted Apr 1, 2018
**Owner's Response:**
Hi, thank you for the great review!

I'm glad that you found everything you needed in the condo.

I hope to see you again in the future! Have a great day! Judy

**Outside of the next door neighbor doing remodeling during our stay, everything else was great.**
5/5
Stayed Mar 2018
property was very well kept up, it was beautifully appointed with a tropical thyme.

Submitted Mar 20, 2018
**Owner's Response:**
Hi,

I'm so glad you enjoyed your stay and have booked again for next year!

It was nice to meet you and look forward to seeing you again!

Previous page of reviews**7 - 12** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**13 - 18** of 130Next page of reviews

**Wonderful vacation!**
4/5
Stayed Feb 2018
**Jeanne H.**

Great condo and location by the pool. Owner is super responsive and helpful. About 4 miles from downtown Key West. Lots to do. Highly recommend and ready to book again!

Submitted Mar 3, 2018
**Owner's Response:**
Hi, thank you! So glad you enjoyed your stay. The balconies overlooking the pool are nice, I'm glad you enjoyed them!

Hope to see you again in the future! Judy

**relaxing getaway**

5/5
Stayed Feb 2018
**Sandra K.**

Great location-----able to relax poolside or just a short ride to all the action of Key West.Property spacious and well equiped -----Poolside view offers a place to truly enjoy your morning coffee.Restaurants in walking distance-------a very enjoyable 10 days spent

Submitted Feb 23, 2018
**Owner's Response:**
Thank you! I'm so glad you enjoyed your stay and made good use of the back porch which over looks the pool.

Also glad you found the good restaurants which are very close to the condo.

Hope to see you again in the future!

Have a great day! Judy

**Great place!**

5/5
Stayed Feb 2018
**Lisa P.**

Wonderful condo with lovely decor and everything you could want or need to make your stay enjoyable.

Submitted Feb 16, 2018
**Owner's Response:**
Hi Lisa,

I'm so glad you enjoyed your stay and found the condo stocked with everything you needed!

Hope to see you again in the future! Judy

**Beautiful, well equipped condo!**

5/5
Stayed Jan 2018
**Danae C.**

Loved staying in this home! She had EVERYTHING we needed...towels, bikes, grill, well-equipped kitchen including spices! She stayed in touch prior to visit and made sure we had info on check-in day that included restaurants and places to see while there. We would definitely stay again!!

Submitted Feb 2, 2018
**Owner's Response:**
Thank you Danae!

So happy you enjoyed your stay and made use of the bikes and everything!

Have a great day and hope to see you again in the future!

**Amazing stay!**
5/5
Stayed Jan 2018
**Katie L.**

We loved our stay at this property! Judy was incredibly responsive and so helpful providing information. She really made us feel at home and her house is absolutely lovely!

Thanks for a great vacation!!

Submitted Jan 30, 2018
**Owner's Response:**
Hi Katie,

Thank you for the nice review. I'm happy that you enjoyed all of the extras at the condo, I strive to make it a home away from home feel!

Have a great day and hope to see you again in the future! Judy

**Couldn't Have Been Any Better**
5/5
Stayed Jan 2018
**George B.**

Casa Caribe's overall condition, amenities, location and access to Key West were perfect!! The size of the unit with its multiple balconies, immediate access to the pool and gates, as well as to the CVS and nearby locations was great. The pictures and descriptions on the website don't do Casa Caribe justice. Thank you Judy and Steve for having such a great place available. We will be back!,

Submitted Jan 15, 2018
**Owner's Response:**
Hi George!

So glad you enjoyed you stay at Casa Caribe.

The balconies are great overlooking the pool from the living room and the master bedroom.

Also it is not to far from downtown Key West, thank you for mentioning that!

Have a great day and hope to see you again in the future! Judy

Previous page of reviews**13 - 18** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**19 - 24** of 130Next page of reviews

**Very well thought out rental**
5/5
Stayed Jan 2018
**Diana C.**Portland, Oregon USA

There were just two of us staying here and we thought many, many times what a good deal it would be for a larger family. There was a good deal of attention to detail in the home.

It's often about a 15 minute drive to Duvall when it's busy which was perfect for us.

Submitted Jan 13, 2018
**Owner's Response:**
Thank you! I'm glad you had a nice stay!

**The house was absolutely perfect for our family vacation.**
5/5
Stayed Dec 2017
**Michelle S.**

Judy was an absolute delight to work with. The house was stocked with every imaginable necessity. Both the house and community were beautiful and extremely well maintained. Would go back in a heartbeat!

Submitted Jan 1, 2018
**Owner's Response:**
Thank you for the great review. I'm happy that you enjoyed your stay and you are right it is a great deal for a family to stay with plenty of room in the condo and the 6 bikes that are available make it easy to get around the island.

Have a great day and hope to see you again in the future! Judy

**R &R**
4/5
Stayed Dec 2017
**Angela V.**

The condo was exactly as the photos shown and very clean! Close to many things to do in The Keys. Really appreciated Judy checking in with us if everything was okay and recommendations for restaurants, especially Hogfish Bar and Grill! Delicious, fresh food. My husband would have given a 5 Star review, if there had been a recliner.

Submitted Dec 30, 2017

**Owner's Response:**

Hi, thank you for the great review! So happy you enjoyed all of the amenities and sorry that there wasn't a recliner in there for your husband, maybe I will see about getting one!

Have a nice day and hope to see you again in the future! Judy

**Property is amazing , it has all the amenities , good for families who like pleasant community**

4/5
Stayed Nov 2017
**Krishna A.**

Judy is very friendly and helpful , this house as all amenities , the entire house is an art , it has all amenities, the house is in perfect location, no parking issues , silent community . We all enjoyed the cabin .

Submitted Nov 27, 2017

**Excellent choice! Great accommodations! Would definitely stay here again!**

5/5
Stayed Aug 2017
Thank you Judy for your attention to detail!

Submitted Aug 18, 2017

**Great home near Key West**

5/5
Stayed Jul 2017
**Kevin O.**Germany

We had a great experience as a family of five with young children. The place was immaculate and furnished very thoughtfully. It had everything one would need and also gave a feeling of a real home. We would highly recommend Casa Caribe.

Submitted Aug 9, 2017

Previous page of reviews**19 - 24** of 130Next page of reviews

# 130 Reviews

*Wonderful4.9/5*

Previous page of reviews**25 - 30** of 130Next page of reviews

**Wonderful place to stay and visit Key West!**

5/5
Stayed Jul 2017
**Bethany S.**Houston, Texas

We loved our stay here! My mom, sister, and my two teen daughters were visiting Key West to go see Dry Tortuga NP. This location was perfect because the grounds and pool are lush and beautiful, and it is a very short drive to Key West from Stock Island. Also, there are some great restaurants very near this location, and we took advantage of them. We would definitely stay here again! Our favorite part was being able to sit out on the porches and drink our coffee in the morning--very peaceful!

Submitted Aug 2, 2017

**Quiet and away from the busy streets**
5/5
Stayed Jul 2017
**Sheila S.**

Enjoyable

Submitted Jul 27, 2017

**Great place!**
5/5
Stayed Jul 2017
**Saul M.**

This place has everything you could ask for, and more. We are definitely coming back.

Submitted Jul 10, 2017

**Fantastic family-friendly location in a perfect oasis!**
5/5
Stayed Jun 2017
**heather b.**

Our stay at Casa Caribe was fantastic! The beds were comfortable; everything we could've needed was available to us. The decor and color schemes were very tasteful and attractive. In addition, the place was very clean. The owners have thought of everything,! I loved riding one of the provided bicycles all around Key West; that was such a great bonus!

Submitted Jun 20, 2017

**Beautiful clean comfortable**
4/5
Stayed Jun 2017
**Joyce S.**

Was very nice.

Submitted Jun 11, 2017

**Beautiful place**
5/5

Stayed May 2017
**Monica T.**

We loved everything about the place. Everything was clean and neat. There were movies, board games, and bikes available. My family was able to relax and enjoy things in Key West. This is definitely my favorite place to come with my family.

Submitted May 29, 2017

Previous page of reviews**25 - 30** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**31 - 36** of 130Next page of reviews

### Great Vacation Home Getaway!
4/5
Stayed May 2017
**Dwayne H.**

We really enjoyed our stay and love the tropical theme! The location, setting and layout of the property was very nice and accommodating. I will definitely try to get this place again!

Submitted May 24, 2017

### Wonderful Townhouse with lots of amenities and just outside Key West
5/5
Stayed May 2017
**Forrest P.**Orlando, FL

The owner was extremely nice and the place is as amazing as it looks. They provide everything you need except your clothes, toothbrush, food and of course alcohol. She even has condiments and shampoo available.

House is beautiful, has a great pool, in a nice area, and only a few miles to downtown Key West. With an Uber its about a $17 ride into Key West, however you can't take Uber leaving Key West until July 1st because the city sided with the cabs. A cab is $6.50 per person which isn't bad, but I prefer Uber and escpecially with 4 people.

Overall, it's a great place and I definitely would stay there again.

Submitted May 19, 2017

### Our Stay at Casa Caribe
5/5
Stayed May 2017
**Leo M.**

Everything about this townhouse was perfect. It was well located in a gated community on Stock Island away from the busy Duval Street, but only a short drive to get there. It was convenient to Publix Stores & several seafood restaurants. The unit itself overlooked the pool which was cleaned daily & equipped with a lot of furniture.

We have never stayed in a better equipped house. Everything was supplied: condiments, beach towels, grill, detergents, shampoo and conditioner. The list is endless. Bikes were available too.

Judy was always available for help if needed. All in all we were extremely satisfied & will recommend it to our friends.

Submitted May 17, 2017

**Key West Hideaway!**
5/5
Stayed May 2017
**Joseph M.**

We thoroughly enjoyed staying in the Casa Caribe! The home is located in a safe, gated community. The home is steps away from the pool which was fabulous! We found the entire home to be in great condition, spotlessly clean and very comfortable. It contains everything you would need in the kitchen including a grill. It is located approximately 10 minutes from the Duval Street area and tucked away in a very quiet area to allow for children and adults to rest peacefully! If any item was needed Judy responded very quickly and efficiently!

We fully intend to return to Casa Caribe in the future!

Submitted May 10, 2017

**Wonderful rental!**
5/5
Stayed Apr 2017
**Kathy B.**Warrington

This home is located on stock island next to key west - about a 10 min drive with all the facilities for a nice relaxing time on your doorstep.

Driving took 10 mins to down town and Judy helped us with parking - which did add up a bit I must say in terms of cost.

House itself is truly superb, in a safe gated community with every common area spotless and a great little exercise room that I had sole use of on every visit. Pool isn't done justice on the pictures - our kids loved it and a great vibe round there with no bed hogging.

The house was just perfect, again the pictures don't express the truly tropical feeling in the house, very key west and Judy has fabulous taste - all the lovely ad ons - pictures

and knick knacks. Everything you could want even down to jam and ketchup. Beds v comfortable and more than enough room for larger families if sofa bed sleeping is agreeable. 2 verandas lovely.

The house is beautifully maintained and its clear Judy and co. Keep the place in top shape - couldn't do enough for us when there.

We are desperate to return, we rent in USA at least twice a year and have very high standarda - this is the best home we have ever rented and without question our absolutely favourite renter. First class service - thank you Judy for your hospitality!

Submitted Apr 25, 2017

**Great place for a great price**
4/5
Stayed Apr 2017
**Donald G.**

Very cute, quaint condo, not far from Key West. Easy to get to, clean, and comfortable. Had 5 bikes, helmets, small cooler and lots of small extras including some things we've had to pick up ourselves from other rentals, like soap, shampoo, and toilet paper. Very comfortable chairs on three decks. Beds were amazing. First time my wife didn't wake up with a sore back in years. Didn't get to try out pool due to three days of rain when we visited but it looked really nice. Only downside is condo numbers are hard to see at night. Most owners and renters don't leave front lights on and it took us a while to find our condo in the development. I would definitely consider staying there again. Price is very competitive with nicer resorts.

Submitted Apr 24, 2017

Previous page of reviews**31 - 36** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**37 - 42** of 130Next page of reviews

**Girls Getaway!**
4/5
Stayed Apr 2017
**Christe M.**Bradenton Florida

We had a very nice time but wished we had booked this home for a week instead of just 4 nights. The home was clean and comfortable, and the pool was great. Unfortunately we didn't have time to enjoy the amenities like the BBQ, bikes, and chillin on the decks as there was a lot to see and do in just 3 days. We had a few issues while we were there that obviously happened on previous stays that were not reported to Judy and were left for us to deal with. Other then that, had a wonderful time. Would consider staying here again or maybe one of her other units!

Submitted Apr 8, 2017

**What a Great Place to Stay!**

5/5
Stayed Mar 2017
**Karin J.**Cape Coral FL

This is a great place to stay! Clean, bright, comfortable and very close to everything. We had a wonderful week at this condo. There was a bike path from the condo that we took right to Duval St. Or we took a short Uber into town

We will be back!

Submitted Mar 29, 2017

**A Charming Getaway Convenient to All That is Key West**

5/5
Stayed Mar 2017
**Katherine W.**

The location of this property makes it easy and convenient to enjoy Key West without paying the astronomical prices of in-season lodgings in central Key West. The townhouse is attractive and well maintained, and the owner has thought of everything that might be wanted to make guests comfortable.

Submitted Mar 21, 2017

**Everything we needed**

5/5
Stayed Mar 2017
**Rebecca C.**

This rental was exactly what we were looking for -- a little off the beaten path so we weren't in the midst of noisy downtown Key West, but safe and attractive. Our hosts provided us with all we needed to be comfortable. The only downside was that we were so busy we didn't hang around enough to enjoy the place -- next time we will schedule more down time so we can relax just hanging around by the pool. Thank you for your hospitality.

Submitted Mar 20, 2017

**Great place!**

4/5
Stayed Feb 2017
**Linda W.**Preston, CT

Comfortable, spacious, well equipped, very clean, nice pool. A beautiful home and an excellent experience. Lots of amenities (grill, bicycles, patios). Judy was very easy to communicate with. The location on Stock Island worked very well for us (a couple of good restaurants within walking distance).

Submitted Mar 12, 2017

**Townhouse was very clean and adequately stocked.**

5/5
Stayed Feb 2017
**Barbara L.**

Close to Key West

Submitted Feb 24, 2017

Previous page of reviews**37 - 42** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**43 - 48** of 130Next page of reviews

**Casa caribe at coral hammock stock island**

5/5
Stayed Feb 2017
**Cynthia G.**

Very nice townhouse.modern clean well stocked kitchen.beach towels beach chairs and bikes included.lovely view of pool which is very nice.stay here on stock island for peace and quiet.go to Duval for party time

Submitted Feb 18, 2017

**Amazing!**

5/5
Stayed Feb 2017
**Natalie D.**

Our stay was wonderful! The condo included everything we needed for our stay except for food. It's in the perfect location, and the owners were extremely accommodating. The inside of the condo is beautiful as well as the patios and pool area. We will be staying here again!

Submitted Feb 6, 2017

**Great stay!**

5/5
Stayed Jan 2017
**Nancy B.**

We had a wonderful time at Casa Caribe! The condo was very clean and nicely decorated. Some of our group enjoyed the pool area and fitness room. The owner was very responsive and helpful. We went to Key West a couple of times for shopping and touristy things but mostly we were there to relax and enjoy being with family. We prepared all our meals except the last night. We bought fish and shrimp at Fishbusterz

to grill. We ate at Roostica on the last night. I am Celiac and they offered a gluten free pizza. It was wonderful! We would definitely stay here again and hope to do that. Thanks, Judy!

Submitted Feb 2, 2017

**Absolutly amazing**
5/5
Stayed Jan 2017
**Per D.**

Every thing, from the furniture and rooms inside to the outside space and the pool was to die for - This property has it all. If you plan a visit to Key West this is the place to stay - Me and all of our family just loved it

regards/Per and Marika with family from Sweden

Submitted Jan 30, 2017

**Perfect for Girls Getaway!**
5/5
Stayed Jan 2017
**Kelly R.**

Three of us rented the condo for a long weekend in Key West for the Half Marathon. It was the perfect weekend! Judy made everything so easy for us to arrive in the late afternoon and start enjoying the area. We entered the home and it looked just like the pictures on the website, only better because she has the house stocked full of things that you may have forgotten to bring with you. The kitchen was clean, had plenty of dishes, pots, pans, coffee maker, etc. We were able to make plenty of meals at the house. The dining area is spacious. The living room couches are extremely comfortable. It was so nice to be able to sit out on the balcony overlooking the pool with our morning coffee. The bedrooms were nicely decorated with comfortable linens. Plenty of extra towels and blankets were available in the linen closet. The bathrooms were clean and even had body wash, shampoo and conditioner stocked. Judy has thought of everything to make your stay at Casa Caribe comfortable and relaxing. Free wifi, board games, books to read and bikes to ride are all available. The house is just outside of Key West and it's an easy few minute drive into downtown. We can't thank Judy enough for having such a lovely home for rent. We will definitely be renting Casa Caribe again in the near future!

Submitted Jan 18, 2017

**Great vacation spot!**
5/5
Stayed Jan 2017
**Kristina M.**

We had a great time in Key West! Casa Caribe was a great place to stay. We enjoyed the resort and the pool. The unit was very clean and accommodations as stated. Having

bikes was great as the cost and finding parking on Key West is a bit insane! Our favorite eating places were on Stock Island, Roostica and The Hurricane Hole.

Submitted Jan 9, 2017

Previous page of reviews**43 - 48** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**49 - 54** of 130Next page of reviews

### A little slice of Heaven
5/5
Stayed Nov 2016
**Trish S.**Salt Lake City, Utah USA

Three of us stayed at this wonderful Key West Townhome for 3 days in November. The place was charming, very "Key Westish." The grounds were lovely and the bedrooms and bathrooms were like staying in a nice hotel! They left beach chairs, bikes and beach towels for us! All 3 of us can't wait to go back!

Submitted Nov 17, 2016

### LOVED Casa Caribe #48
5/5
Stayed Oct 2016
**Debra K.**

This unit has everything you could possibly need for a trip to the keys. Beach chairs? Check. Bicycles? Check. A beautiful place to come home to? Check. The location is just outside of Key West - mile marker #5 so its much quieter but close enough to find the fun. The townhouse has 3 levels of outside seating to relax and soak up the beautiful weather. Inside you'll find all the comforts of home - 3 tv's, comfy couches, nice linens and a fully stocked kitchen if you feel like cooking. There's even a BBQ grill on the patio. The complex is gated for security and the pool area is like a tropical oasis where you're sure to meet new friends enjoying the Keys lifestyle. We had a great time with two adults and 2 children but it could easily house a few more - couples or kids. Put this unit at the top of your list!

Submitted Oct 28, 2016

### We loved it and would stay here again in a heartbeat!
5/5
Stayed Oct 2016
**Danni D.**

We highly recommend 48 Coral Way in Casa Caribe - Key West. The owners have taken care of the details in providing a great foundation for a wonderful vacation. The

condo is decorated in an island/beach get-away theme and is clean. The condo included a pool, covered parking and was convenient to the action.

Thank you to the owners for providing such a great getaway.

Submitted Oct 8, 2016

**Great place to stay at in Key West!!!**
5/5
Stayed Sep 2016
**Elizabeth S.**

I have to say that the pictures were not a let down for this beautiful home. Everything was wonderfully decorated with a fun, vibrant beach theme! The home was stocked with everything you could think of, which really made it nice!! Ex. shampoo, conditioner, body wash, facial wipes, hair dryers, laundry detergent, spices, the list really does go on and on. The balcony's really made it wonderful to be able to sit outside and enjoy the warm Key West nights, and if it was too hot you could just take a dip in the pool to cool down. In a perfect location to be able to go enjoy downtown Key West without being too close to all the craziness of the night life. I would definitely recommend this home for anyone looking for the complete package!!

Submitted Oct 3, 2016

**Loved it !!**
5/5
Stayed Sep 2016
**Viviana L.**

We had an amazing time here. The house was beautiful, well kept and very clean. The house had eveything we needed. My family really enjoyed and we are looking forward to a future stay here!

Submitted Sep 6, 2016

**Awesome!**
5/5
Stayed Aug 2016
**Natalie M.**

Everyone loved it and had a great time! Judy is very nice and accommodating!!

Submitted Aug 19, 2016

Previous page of reviews**49 - 54** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**55 - 60** of 130Next page of reviews

**Key West Vacation- Stock Island**

5/5
Stayed Jul 2016
**Patricia F.**

We loved our stay at this property! The townhouse was so comfortable, clean, and inviting. Anything we needed was available and we felt right at home the moment we arrived. The pool, grill and bikes were easily accessable.

We wanted to stay longer!

Thank you for a great vacation experience in Key West.

Submitted Aug 3, 2016

**Amazing**

4/5
Stayed Jul 2016
**Melody W.**

The owners were very accomadating and went out of their way so we could have an early check in, and even earlier pool/bike access due to our long travel. The location is great and the townhome is so nice! Very Well stocked, towels, games, kitchenware, really everything you need! Pull out sofa bed is like any other pullout sofa bed and quite uncomfortable, and A few of the bikes need some attention (no brakes and rusted) but otherwise very happy with our stay! Highly recommended, we will be staying here again!

Submitted Jul 29, 2016

**Key West - Amazing Trip**

5/5
Stayed Jul 2016
**Renee N.**

I would like to personally thank Judy Bringle for her amazing hospitality, beautiful property and immaculate condo that we stayed in last week. My family and I will never forget this trip. The place was perfectly located and had everything you could think of inside. We all immediately felt at home the second we arrived. The pool was gorgeous and the bikes were in great condition to ride into town. I personally loved the chickens and the iguana's that roamed the property. We also felt very safe and secure with the gates. The people surrounding were also very nice and respectful. We will definitely come back and stay again. We miss it already!

Thank you,

The Naglieri's

Michael, Renee, Taylor & Allison.

Submitted Jul 29, 2016

**Loved it!!**
5/5
Stayed Jul 2016
**Sandra C.**

My family of 5 fit perfectly! The townhome is warm and inviting. Especially loved the cleanings of the place. Everything in the home worked fine just as described. Having bikes available was a plus 👍🏽 We had an amazing time...wish we could stay longer!!

Submitted Jul 26, 2016

**Wonderful Vacation Home in Key WEst**
5/5
Stayed Jul 2016
**Aimee K.**

We booked the home for a long weekend in July 2016. The overall location was great as well as the proximity of the house to the pool. We found the house to be well maintained, very clean and extremely comfortable. We appreciated all the amenities of the kitchen including the grill with all the utensils. We loved that salt, pepper and basic supplies were provided. Beds were very comfortable and there were plenty of extra pillows and blankets.

Judy & Steve Bringle were extremely accommodating and answered all questions prior to our stay promptly.

Overall, we found that the description of this home was spot on and then some.

I am sorry this review is so positive. It make it less believable, but we just could not come up with a single complaint.

Submitted Jul 19, 2016

**Beautiful and Well-Kept Property**
5/5
Stayed Jun 2016
**Daryl D.**

This place was very well maintained and clean. Everything was perfect upon our arrival and Judy was very helpful throughout our stay. We rented a car to travel several of the Keys and found the location of this property to be convenient to local restaurants and attractions. I would definitely recommend this property to friends and relatives.

Submitted Jul 9, 2016

Previous page of reviews**55 - 60** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**61 - 66** of 130Next page of reviews

## Nice quiet retreat very close to Key West

5/5
Stayed Jun 2016
**Rebecca S.**

We really enjoyed our stay at Casa Caribe! It is a lovely, nicely decorated condo just a few minutes' drive to Key West and in a quiet neighborhood, so we could relax at home or by the pool after a day of activities. We stayed there with our family of six. It was plenty of room for all of us. The two youngest children slept on the sofa. The place was spotless and nicely air conditioned. Judy was responsive to all of our questions. Thanks for a wonderful stay!

Submitted Jun 23, 2016

## Fabulous condo for a stay at Key West

5/5
Stayed Jun 2016
**Claudia B.**

We had a great experience with Judy and Casa Caribe. She was very quick to reply to questions before our trip. The condo was beautiful and had absolutely everything we could have wanted on our trip. Everything was clean and well organized and beautifully decorated. We spent 4 nights there with our two adult children. We had a car and it was easy to get back and forth to downtown Key West and local restaurants, and it was nice to be out of the crowds when we wanted. We did not get to try out the bikes but will do that on our next trip. We would highly recommend a stay there and hope to go back ourselves.

Submitted Jun 17, 2016

## Very nice property

4/5
Stayed May 2016
**Laurie V.**Purcellville

This was a great property for a girls getaway. Clean and updated with all the necessary amenities. The pool is literally right there. This is a quiet, relaxing atmosphere and about 15 minutes from downtown. It was great to relax after full days doing tourist excursions during the day. Plenty of room for the 5 of us. There are external and internal stairs to use in case that is a concern for any people.

Submitted Jun 9, 2016

## The perfect place for family! Couldn't be happier!

5/5
Stayed Jun 2016
**Aracelly W.**

DEFENDANTS EXH 1 (61 PGS TOTAL)

This rental was better than we could have imagined. My whole family couldn't stop saying how great the place is and how happy we all were. Truly even better than looking at it through pictures. The kitchen was equipped with all you could need for cooking at home, plenty of books, movies and games to choose from, bikes for the family, a nice pool, and more. The small touches of this place and beautiful beach decor made it a perfect stay. One of the best parts about this rental is that it is super CLEAN! Looks clean, feels clean and is clean! On top of all of that, Judy the owner is very sweet and helpful. She even let us stay a little bit pass check out time (since no one was coming after us) since our flight wasn't until late in the day.

Truly no complaints! Thanks so much Judy for letting us stay at your lovely place.

-The Woodall Family

Submitted Jun 8, 2016
**Owner's Response:**
Thank you for the great review! I'm so happy you enjoyed your stay!

**Paradise Found**
5/5
Stayed May 2016
**Susan G.**

We were so impressed with this home. The view of the pool from the balcony was outstanding. The kitchen had everything we needed to cook breakfast (we ate out for other meals). It was even stocked with condiments and spices. The bedrooms were spacious and beds comfortable.

This property was far enough away from the party part of town to allow for some quiet evenings but close enough to enjoy the party if you wanted to. There were still some roosters around to keep it real but still very easy to sleep.

Judy was very attentive and checked in on our needs. I felt she would be receptive if we needed her but the entire week went well so we never did.

We would stay here again and have already recommended to friends.

Submitted May 21, 2016
Owner's Response:
Thank you for the great review! I'm happy that you enjoyed your stay and thank you for recommending Casa Caribe to your friends and family.

Have a nice day! Judy

**Very clean and great location. Has all the amenities you could want for a vacation! Great place!**
5/5
Stayed May 2016
**Dan S.**

I was very impressed with my stay here. Everything from have multiple balconies to sit and relax to the bikes, well stocked kitchen to the grill. We spent 1/5 the amount of money because we could cook our own meals and pack lunches. I would stay there again!

Submitted May 12, 2016

Previous page of reviews**61 - 66** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**67 - 72** of 130Next page of reviews

### Spotless & Comfortable
5/5
Stayed Apr 2016
**Walter B.**

If you don't mind being out of the hubbub, this is the place for you. It is comfortable, clean and has everything you need to have a carefree vacation! The pool and grounds are well maintained. The owners have bicycles available and have thought of everything to make your stay enjoyable. Highly recommend this location!

Submitted May 5, 2016

### So good we didn't want to leave...stayed an extra day!
5/5
Stayed Apr 2016
**Chris V.**

I cannot say enough about how wonderful this location was. From the moment we reserved, Judy made sure that we had everything we needed to plan a great vacation. Upon arrival, the place was in perfect shape, and we pretty much unloaded the car and headed straight to the pool. The pool area is amazing, and honestly you could spend days there lazily reading a book (which we did). The condo had everything you would need for the week. We ended up cooking in many evenings and the kitchen was perfect for that.

We traveled with another couple and it was perfect because we each had our own room and bathroom which gave us some privacy. We had planned to stay 4 nights, and by the 2nd day we knew we wanted to stay longer. The condo was available so we added an extra day.

The location was perfect - close enough to drive or take a cab into the main drag of Key West, but far enough out to enjoy a quiet evening. A couple times we took the bikes out for a ride, which was a nice option to have.

There is no question that if we travel to the Keys again, this is where we would stay.

Submitted May 3, 2016

**Awesome!**
5/5
Stayed Jul 2015
**Kellyn C.**

Nice, clean and neat. Had everything we needed. Owner was awesome. Place was perfect.

Submitted Apr 28, 2016

**Perfect size, nice and quiet...great location!!**
5/5
Stayed Apr 2016
**Lori M.**

My husband and I spent 3 nights at Casa Caribe in April. We had plenty of room to spare and this town home could easily accommodate two couples or a family. We felt very safe and liked that it was far enough from downtown Key West...but not too far. The pool was great and grounds were well kept. Judy checked in with us to make sure we arrived safely and had what we needed. Everything was well equipped, from beach towels to laundry supplies, and even a blender :) We would definitely come back. Highly recommend!!

Submitted Apr 24, 2016

**Perfect vacation home**
5/5
Stayed Apr 2016
**Anna M.**

We had an absolute fabulous time on our vacation. The house was conveniently located five minutes from Key West. The house was immaculate and the owner was very helpful. I have already recommended your property to a friend who may want it this summer! Thanks for everything!!

Submitted Apr 19, 2016

**Great location and ideal for all families**
5/5
Stayed Mar 2016
**Devis M.**

Beautiful property with all the amenities of home. We stayed for a week and had the best of both worlds, we had lot's of space unlike a hotel room and had the advantage of either laying out at the poolside or going into Key West for food and entertainment, clean property and wouldn't hesitate on staying again.

Thanks Judy

Submitted Apr 17, 2016

Previous page of reviews**67 - 72** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**73 - 78** of 130Next page of reviews

### Beautiful home and great location!

5/5
Stayed Mar 2016
**Gary C.**

We shared this property with another couple and it was perfect for the four of us. The decor was true to the area and bright and cheery. The attention to the detail was second to none. We have rented several homes through VRBO in many locations and have never experienced the comforts we did at Casa Caribe.

The location is about 4 miles to downtown Key West, we rode the bikes provided at the villa, it was an easy ride with a bike path the entire way. It was nice to return to villa and away from the activity in town.

A text to Judy resulted in a call from her with great information about the area. There is not one thing that would have made our stay better!! Thank you Judy for a comfortable and memorable stay!

Submitted Apr 4, 2016

### Four Lovely Nights

4/5
Stayed Mar 2016
**Peter P.**

We spent four nights at Casa Caribe at the end of March. The condo was just lovely! We felt like we were visiting friends in their home and not a vacation rental. We were two couples sharing the condo and each had a master bedroom with bath. The condo has several outdoor areas for relaxing and the homeowner provides everything you might need during your stay. Towels, bedding, beach chairs, bikes and a fully stocked kitchen await you. This unit overlooks the pool and tropical foliage.

The location of the condo was perfect for us. We had easy access to Duval Street and other points of interest yet, were able to return to the calmness of Casa Caribe when needed. We appreciated the homeowners suggestions for restaurants and enjoyed the ones we tried. We highly recommend Casa Caribe to anyone visiting the area.

Submitted Apr 2, 2016

### Key West Oasis

5/5

Stayed Mar 2016
**Susan M.**

We had a wonderful time at Casa Caribe! This property was so comfortable, beautiful and felt like our home away from home. The condo was so well appointed that you truly only need to bring your clothes to this vacation home. The owners were very nice, accommodating and very easily accessible. The location was perfect because it was a quiet oasis with a view of the pool just outside of the hustle and bustle, but it took only minutes to get to the beach, restaurants, shopping and all the sites of Key West. The next time we are looking to vacation in Key West we would definitely stay here again and would recommend anyone to make this your choice too!

Submitted Mar 28, 2016
**Owner's Response:**
I'm so happy that you enjoyed your stay at Casa Caribe ! I strive to make your stay enjoyable.

**Great Location in a small, gated community close to Downtown Key West!**
4/5
Stayed Mar 2016
**Sharon W.**

Casa Caribe was warm and inviting with an eclectic decor. Most necessities were provided - which was a plus!

The view of the community pool from the decks was appealing! The convenience of the gas grill in the carport was great!

However; having vacationed in many Home Away properties, we were disappointed in the lack of basic TV channels - to include any ESPN stations, TNT, TBS, BRAVO or HGTV! We understand why there would be a lack of premium channels.

Judy offered to provide us with a pay-per-view movie. Although the gesture was nice, we had no desire for a movie.

Thank goodness for a good book and satellite TVs located in the nearby clubhouse!

Submitted Mar 19, 2016
**Owner's Response:**
I'm glad you enjoyed your stay at Casa Caribe. I'm sorry about the channels that were not available. I will be checking on upgrading the package with the cable company as I didn't realize these channels were not available.

Hope to hear from you again in the future!

**What A Wonderful Place**
5/5
Stayed Feb 2016
**Bill M.**Euless, TX

Once again we were pleasantly surprised by our stay in Key West. This property is absolutely outstanding. All the added little touches made our stays that much better. The home is located a little away from the hustle and noise of old town but still close enough to enjoy. Home is perfect for two couples or a family. We would highly recommend staying here for your vacation needs. For the price of a daily hotel room you can have a home to live in. Thank You Judy so much for everything!!

Submitted Mar 2, 2016

**Wedding trip**

5/5
Stayed Jan 2016
**Anne V.**

Little things mean a lot. Extra toilet paper, bathroom nightlight, many small amenities add up to a comfortable stay. Nice access to the pool, too.

Submitted Feb 7, 2016

Previous page of reviews**73 - 78** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**79 - 84** of 130Next page of reviews

**2 weeks at Casa Caribe**

4/5
Stayed Jan 2016
**Devin A.**

My dad, my girlfriend and drove down to the keys for the last 2 weeks of Jan. When we arrived at the condo we were thrilled! It was a little tight sometimes have a huge truck, but parking was great! Inside the condo was awesome. Lots of fun colors, cool sea life, and a rooster themed kitchen, which we didn't understand until the next morning. If you're not an early riser, you might not like hearing multiple roosters crowing every morning at sunrise. We got used to it though! The bikes underneath the condo were in great condition with full tires and locks for on the go!

They left a list of great places to eat all over the Keys, which was nice when dinning out. We cooked a few meals at the condo and my only complaint was that the knives were all dull with no sharpener and the rest were serrated, as a big home cook that was hard. And we couldn't find a pizza cutter haha. But other than that it was great! Plenty of fridge/freezer space.

It was cold and the weather wasn't the best so we didn't get a chance to get in the pool, but it looked great from our balcony! Not a lot of channels to choose from on the TV, but we rented lots of redboxes since the weather was so bad (just fyi the DVD player isn't bluray). It was nice having a TV in every room. All in all the condo was awesome and suited our needs!

Submitted Feb 2, 2016
**Owner's Response:**
Hi Devin,

I'm so glad you enjoyed your stay at Casa Caribe. Thank you for the nice review! I try to
think of everything to make your stay better but sometimes little things get overlooked.
Thank you for the information about the knives and pizza cutter. I went out today and
bought all new knives, pizza cutter and knife sharpener!

Hope to hear from you again on your next trip to the Keys!

Have a nice day! Judy

**Perfect vacation**
5/5
Stayed Jan 2016
**Judith B.**

Everything was great. Condo is situated n great location. Truly fully stocked. Judy was
wonderful and answered all our questions.

Submitted Jan 26, 2016

**As comfortable as being as home.**
5/5
Stayed Dec 2015
**Donna G.**

I came to Key West for the first time with my adult daughters for Xmas. We had a
wonderful time. Loved the location. We were about 15 minutes from all the hustle and
bustle of all of the restaurants and shops. We went to Mallory Square and Sunset Pier
and went to a couple of restaurants and did lots of walking. Because we didn't go first
thing in the a.m. parking was challenging. Loved that we could prepare meals and relax
around our condo. The pool was great and also liked the decks where we enjoyed
reading. This was our first holiday trip and we all agreed it was a great start to hopefully
many more holiday getaways.

Submitted Jan 5, 2016

**Fantastic! The Condo was outstanding and deserves 10 stars**
5/5
Stayed Dec 2015
**Susanne C.**San Diego

I rarely give 5 stars and if I could I would give 10. This is the best VRBO we have stayed
in.

The Condo is lovely, it felt like being in somebodies home. The kitchen is stocked with
everything from coffee, coffee filters, espresso machine and espresso over enough
silverware and plates to a crockpot and blender. Everything is there. The bedrooms

were very nice decorated and the bathrooms well stocked. The pictures don't do it justice. Everything was super clean.

We liked that the condo was on Stock Island, away from the crowed and with the provided bikes just 30 min away. The best way to beat the traffic and not having to wait for a cab on NYE. However, one cab company has bike racks and gets you home for under $25.

Across the condo is the restaurant Roostica, a must for pizza lovers and a 5 min drive away is the Hog Fish Grill. A fantastic local place to get the best lobster bisque and grilled hog fish.

Key West has a lot to offer. We did a 1/2 day boat trip -with Fury (Island Adventure) - for snorkeling, swimming and kayaking ( lunch and drinks included). It was really good, lot of fun with a great crew. We had luck, with the weather - since it was after Christmas- and could snorkel and swim in the warm ocean.

Other than that, take the bikes, stroll through town, have a drink at The Blue Heaven, eat at LaTeDa ($$$), have Key Lime Pie at the Key Lime Republic, Key Lime Donuts from Glaze Donuts (be there early) and a Rum Runners from Sloppy Joes. There are so many great places! Make reservations, since the good places fill up quickly.

Submitted Jan 4, 2016

**Wonderful Place**
5/5
Stayed Nov 2015
**mark b.**

Wonderful place to stay. Quite and peaceful area just a short walk, bike ride or drive from anything you want to do or need. Will stay here again and will highly recommend to my family and friends.

Mark

Submitted Nov 13, 2015

**Spacious accommodations with superb amenities**
5/5
Stayed Oct 2015
**Johanna H.**

Casa Caribe was even better then the pictures let on. All the spacious rooms had a very paradise-by-the-water type decor and feel. Plenty of room for all 6 of us who stayed, and it was stocked full with everything we could have possibly needed. Towels, toiletries, linens, kitchen/ cooking necessities, gym, pool, bicycles, washer/dryer, information magazines and pamphlets about nearby attractions, free wifi! It's a beautiful condo that did not disappoint. Its a 7 minute drive to the beach and less then 15 minutes from Duval Street in Key West. To top it off... the owners were very helpful with

recommending things to do and economic ways to get around . Very impressed and satisfied with this rental. Would go back in a heartbeat!

Submitted Nov 12, 2015

Previous page of reviews**79 - 84** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**85 - 90** of 130Next page of reviews

### Great stay
5/5
Stayed Oct 2015
**Sandy P.**

Could not have asked for a better home away from home. The house was well maintained and had everything we needed for a enjoyable stay. Also was stocked with lots of things we usually forget to pack. The setting among the trees in view of the pool was beautiful. Thank you for all the work you put into making our time so wonderful.

Submitted Oct 23, 2015

### Great place to stay
5/5
Stayed Oct 2015
**Kim H.**

Unit has everything you need. Very clean,great location. Owner is very responsive, great to work with. Would highly recommend this unit and would definitely rent again.

Submitted Oct 13, 2015

### Long Weekend
5/5
Stayed Sep 2015
**Corey H.**

Had a great time at the condo. Everything was clean and well maintained. It was stocked with everything we needed and more: bikes, cooler, beach chairs, etc. Everytime I thought we needed something I found it already there. Would definitely stay here again.

Submitted Oct 12, 2015

### Michele
5/5
Stayed Aug 2015
**Michele B.**

Would highly recommend this place. It had all the comforts of home. I have stayed in other places (not VRBO) and had to bring certain items, this place has about everything you can think of that you might need. Very centrally located. Pool area was very clean and convenient to unit that we stayed in.

Submitted Aug 25, 2015

**Wonderful house**
5/5
Stayed Aug 2015
**Melissa M.**

Spent 4 days in this home everything was wonderful. House was well stocked. We had a minor problem and Judy was there quickly to fix. Will definitely contact Judy again to stay in one of her properties.

Highly recommend this property!

Submitted Aug 21, 2015

**A quiet little piece of Paradise and Solitude.**
5/5
Stayed Aug 2015
**Jon G.**

Our stay at Casa Caribe was wonderful! If you are looking for a beautiful, peaceful oasis with all the comforts and amenities of home you will find it here. The condo is bright, fun and very clean- as was the pool. Great location with just a short morning bike ride to see the sunrise or venture on the bike trails downtown using the wonderful bikes provided with the suite. The large BBQ, two private outside decks and numerous board games were a treat! Our family loved our stay. Judy is an excellent communicator and you are sure to enjoy your retreat at this quiet complex.

See you next trip to KW!

Submitted Aug 19, 2015

Previous page of reviews**85 - 90** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**91 - 96** of 130Next page of reviews

**summer 2015**
5/5
Stayed Jul 2015
**Kendra A.**Midland, TX

DEFENDANTS EXH. 1 (61 PGS TOTAL)

We absolutely loved our stay in Key West and especially at Case Carine. The house
was lovely, clean and well stocked. The location was good, centrally located to all the
activities we enjoy.

Submitted Jul 27, 2015

### Pool is paradise!
5/5
Stayed Mar 2015
**Elizabeth S.**

Family of 4 stayed for our first time in Key West.. The owner was very helpful and
everything was as described. The pool was probably our favorite part, loved the salt
water pool (not salty though, just right). Very relaxing. There was plenty of sun at the
pool but also shade if you want it. The condo was well equipped. Rugs needed some
updating in kitchen and baths, otherwise very clean. We thought we would use the bikes
but never had time, must go to Roostica across the street, excellent food. Also the State
Park Beach is a must. Thanks for a great family vacation.

Submitted Jul 21, 2015

### Better than advertised!
5/5
Stayed Jun 2015
**Melodee N.**Stayton

This place is awesome. Very well put together, great pool, gated community in a quiet
area, but easy to get to the party if you want to. Judy was a dream to work with - always
quick to respond and go the extra mile. Thanks from Oregon for the wonderful
memories with our two teens!

Submitted Jul 3, 2015

### Wonderful
5/5
Stayed Jun 2015
**Tanya H.**

Lovely town home. Very clean and nicely decorated. Great location. Friendly
community. Responsive and helpful host. Out of the mix of Key West but not too far to
take a taxi in. Loved riding the bikes to several great restaurants nearby.

Submitted Jun 18, 2015

### Outstanding Family Vacation!
5/5
Stayed Jun 2015
**Brian J.**Castle Rock

My wife and I have visited Key West on several occasions, and decided to bring the
family for our summer vacation. The townhouse @ Casa Caribe was perfect for the

family getaway. Pool was refreshing -- great size, too. Home was decorated so well. The beds were so comfortable and kitchen was great for preparing quick meals or complete meals -- stocked well-enough for either.

Communication was outstanding from the owners and would highly recommend. We are already planning our 2016 vacation and hope Judy and Steve will welcome us back!

Submitted Jun 11, 2015
**Owner's Response:**
It would be our pleasure! Thank you for your stay and kind review. Look forward to having you stay again next year!

**Casa Caribe**

5/5
Stayed May 2015
**Charles S.**Fort Myers FL

Well maintained property in excellent condition. Gated community peaceful and quiet. Owner very helpful and responsive. Good location close to Key West.

Submitted Jun 3, 2015

Previous page of reviews**91 - 96** of 130Next page of reviews

## 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**97 - 102** of 130Next page of reviews

**Felt like a VIP!**

5/5
Stayed May 2015
**Kate D.**Wilmington, NC

We had a great time while staying in Casa Caribe. I titled this review "Felt like a VIP" because from the second we booked our stay, Judy made us feel like our vacation was her #1 priority. She went above and beyond to accommodate the two toddlers in our group, providing pack-n-plays, highchairs, children's bike seats and helmets, a baby gate for the stairs, and baby pool tools. Not having to worry about packing all of those things was a huge relief and allowed us to relax and enjoy our vacation. I would highly recommend Casa Caribe whether you have children or not. The pool is right outside the door, with a view of the pool from both balconies. The pool itself is beautiful, with tropical palms and lush landscaping. Throughout parts of the day, different areas around the pool are shaded, if you need a break from the sun. And the shade is also great for the littles ones, too, so you don't worry they're getting sunburned. Around the property, you'll see lizards of all sizes, and the famous wild roosters that Key West is famous for. The kids loved that! From the condo, there are a couple great restaurants nearby that we biked to – Roostica (gourmet pizza) and Hogfish (open-air casual seafood). We rented a van for the week since we had children to transport, but actually

rode bikes into Key West a couple times, too. It wasn't a bad ride; it took about 20 minutes on bike. The bike paths/sidewalks into town are scenic and you're riding right next to the water for the first half. I can't say enough great things about our vacation at Casa Caribe. The house is stocked with coffee, shampoo/conditioner, soap, laundry detergent, beach towels, books, magazines, board games, and one of my husband's favorites -- a gas grill. Again, the VIP treatment. The condo is beautifully decorated and there was room for everyone to hang out as a group in the main living area. We used the pub-height dining table daily for meals and at night to hang out and play board games the house had. This was my first trip to Key West and I am officially in love with it, mostly because of our fantastic experience with Judy and Casa Caribe. We are going to make this an annual tradition. I can't wait to come back next year!

Submitted Jun 1, 2015
**Owner's Response:**
Thank you so much for your stay! We would love to have you back again next year!

### Absolutely beautiful!

5/5
Stayed Apr 2015
**Darlene**State Road,N.C.

This was my first experience renting a condo from a private owner and it couldn't have gone smoother! the condo is decorated in tropical colors and is absolutely beautiful! the condo is immaculate inside and out. I would highly recommend renting this unit. It is a short distance to Key West for night life or any other activities but we enjoyed the quiet and relaxing feel in this condo. Very nice pool just outside the door. I will definitely rent from Judy again!

Submitted May 27, 2015
**Owner's Response:**
I would look forward to having you stay again! Thanks for the nice review!

### Relaxing Place to Stay!

5/5
Stayed Jan 2015
**Caroline**Midwest

I traveled with my husband and another couple, all in our late twenties. We were looking for a place that was near all the action, but still quiet and relaxing. We found the perfect place! Casa Caribe had everything we could ask for and Judy was so accommodating! I would recommend it and we will definitely stay here again whenever we head back to the Keys!

Submitted May 26, 2015

### First time in paradise & can't wait to go back!

5/5
Stayed May 2015
**Charlotte K.**

DEFENDANTS EXH. 1 (61 PGS TOTAL)

This property was AWESOME!! It's on Stock Island so it's super convienet to everything. Judy has worked super hard to make sure you have EVERYTHING you need to be comfortable and at ease during your stay. She went the extra mile to make sure we had a great trip. All of that is in addition to the adorable condo with great poolside balconies! The pool is literally out the door & the beach and city life just minutes away. Be sure to ride bikes, eat lots of food, and watch the sunset! Our only regret is not getting to stay longer, but we will be back & 110% know where we will stay!

Submitted May 23, 2015
**Owner's Response:**
Thank you for your great review! Definitely look forward to having you back.

**Perfect Stay!**
5/5
Stayed Apr 2015
**Paul G.**

Spring break trip with three kids ages 9,11,13. Place was perfect. Condo was fully equipped and very clean!! Kids loved the pool and bike rides. Was very relaxing with friendly neighbors. Can't wait to go back.

Submitted May 19, 2015
**Owner's Response:**
Thanks for your stay and review! We appreciate you!

**This place made our Vacation to Key West!!**
5/5
Stayed May 2015
**Running mom of four kids** Utah

The best thing about this place is that it is so, so clean. I'm always nervous staying at private rentals because everyone's definition of "clean" is different; but, this place was very clean. Judy was awesome and our kids loved all of the games, DVD's, pool toys, bikes, etc. that she had available for us to use. The shared pool within this little gated community is awesome. It was our kids' favorite thing after being in the sun at the beach. I like how this place is close to everything in Key West (about 5 miles) but far enough away that we could get away from the party night life with our young kids. If you stay here, and I highly recommend you do, I would definitely go to Fort Zachary Taylor Historic State Park and bring snorkeling gear. We had a blast there. I would recommend this place to anyone visiting Key West. :)

Submitted May 13, 2015
**Owner's Response:**
We feel the same way about 'clean'! Glad to hear you enjoyed your stay!

Previous page of reviews97 - 102 of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

DEFENDANTS EXH 1 (61 PGS TOTAL)

Previous page of reviews**103 - 108** of 130Next page of reviews

## We all loved it!

5/5
Stayed Apr 2015
**Celeste G.**United States, FL, St Augustine

Every year my 4 sisters and I enjoy a long weekend away and this year it was in Key West. We were very impressed with Casa Caribe! Our rental was immaculate, spacious and Judy made sure to include lots of surprises that made our stay even better. Bikes, beach towels, loads of pillows, games, DVD's, a TV in every room, condiments/coffee, extra bath supplies. Honestly, it was like going to a "best friends" place! It was rather nice to be away from the crowds in downtown Key West; it takes just minutes to get there when you leave the comfort of Casa Caribe. I would 100% recommend any place Judy rents!

Submitted May 1, 2015
**Owner's Response:**
Thank you! Very happy to hear you enjoyed your stay.

## Super clean and **comfortable.**

5/5
Stayed Apr 2015
**Bruce F.**

This is an excellent property for a vacation in key West conveniently located to nearby attractions and restaurants and within a 5 minute drive to everything. We enjoyed our stay at this location and look forward to returning.

Submitted Apr 23, 2015
**Owner's Response:**
Thank you for your stay, and taking the time to leave a review!

## Excellent Stay!

5/5
Stayed Mar 2015
**Sheny S.**

This was my first visit to Key West and I was traveling with my family for a wedding. We chose Casa Caribe so we could all be together in spacious accommodations. Casa Caribe did not disappoint! The home had everything we needed and was only 10-15 minutes from the heart of Key West/Duval Street. The home and pool area were very clean, the beds were comfy, and there was ample parking. Judy was wonderful too. Once we had left the home she alerted me that we may have left something behind, which we did. We made arrangements to pick up the item which was very much appreciated! I highly recommend this place and would stay here again!

Submitted Mar 30, 2015
**Owner's Response:**
Thanks very much for choosing Casa Caribe! We are glad you enjoyed your stay.

**mojow**
5/5
Stayed Mar 2015
**Maura W.**New York, NY

Beautiful, clean, and spacious home! Going to Key West is pretty great in itself, but staying somewhere where you can relax inside or outside on the deck, make coffee in the morning and lounge around, have a parking space, etc. It's a wonderful place to stay and can't recommend it enough.

Submitted Mar 25, 2015
**Owner's Response:**
Thank you for staying at Casa Caribe! We appreciate your review!

**Loved Casa Caribe!!**
5/5
Stayed Mar 2015
**Katie G.**

Casa Caribe is a cozy house in a great location. Only a 10-15 minute drive to all of the attractions in Key West. The house is well decorated, very well maintained, and very clean. Judy has literally thought of everything to make your stay as pleasant as possible - from q-tips, to razors, beach towels and even board games. We would absolutely stay here again!

Submitted Mar 18, 2015
**Owner's Response:**
So glad to read your review! Thanks!

**Superb Place!**
5/5
Stayed Mar 2015
**Lawrence M.**Edina, MN

Comfortable, well appointed, quiet, great pool area. The owner thought of a lot of little extras to make the stay easy, and has kept the home in great shape. Perfect location to stay out of he Key West business but a short way to go to join in. Very nice.

Submitted Mar 15, 2015
**Owner's Response:**
Very happy to read that you enjoyed your visit! Thank you!

Previous page of reviews**103 - 108** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**109 - 114** of 130Next page of reviews

**Best Stay Imaginable**

5/5
Stayed Aug 2014
**Happy Islanders** San Diego, CA

We have stayed in VRBO properties all over the US, and have to say Casa Caribe was beyond the best. The home was beautifully decorated complimenting the "Island Life" of Key West, was stocked with everything we could need from coffee to Q-tips to beach towels, bikes, a grille, a pack and play for our baby - everything! Judy and Steve are such thoughtful owners, who responded quickly to every text/call, had packets with local brochures, things to do, restaurant coupons, etc ready for us upon arrival. If you are planning a Key West vacation, look no further - this is the nicest, worry free, and reasonably priced property you will find!

Submitted Mar 8, 2015
**Owner's Response:**
Thank you for your response!

**A fabulous stay! Would come back!**
5/5
Stayed Feb 2015
**Misty M.** Thompson, Manitoba

We just returned from our two week stay at Casa Caribe and loved very minute of our vacation.

To begin, the unit itself was very clean, brightly decorated and well stocked. Judy literally has everything you need at the unit, there is no need to bring anything besides a few groceries if you plan on cooking. There were two patios to sit and enjoy the sun, read a book or have a coffee, we spend a lot of time outside sitting and relaxing on one of the patios. The unit was steps away from the pool which was very convenient as you didn't have to lug gear any distance. The pool was large and it was never overcrowded. We took our 6 month old son in the pool mostly everyday and sometimes had it to ourselves, although there usually were many people sunbathing on the pool deck.

The location of the unit is a little way from Duvall/Mallory square area, however I liked not being right in the middle of the busy areas, especially with an infant. We easily drove to wherever we wanted to go and parking was never an issue.

The unit had several places to eat within walking distance or a short car ride. We especially enjoyed Hurricane Hole, as they cooked our fresh catch after my husband returned from his fishing trip. Also, many places will deliver to the condo as well.

Finally, Judy was very accommodating and went above and beyond in gathering up gear for our infant. We let her know what we needed and she got what we asked for and then some! She was a fantastic person to rent from and if I ever return to Key West, I would rent from her again.

I would recommend this rental to anyone who wants to relax and enjoy the quiet side of Key West. Anywhere you want to go is just a short cab ride away!

Submitted Mar 7, 2015
**Owner's Response:**
Thank you for your review! I am so happy to hear that you enjoyed your stay, and we were able to get you everything you needed to make your baby comfortable as well. We look forward to having you again!

### Two Thumbs Up!

5/5
Stayed Feb 2015
**Happy Traveler**Indiana

Loved it! Loved it! Loved it! Such a beautiful, clean, well lit place and community. We had absolutely everything we needed for a comfortable & pleasurable stay. I didn't want to leave!

Submitted Feb 17, 2015
**Owner's Response:**
Come back anytime! Thank you for your review, it was nice to have you stay at our property.

### Dave

5/5
Stayed Jan 2015
**David S.**

This was a great property to stay and relax. There is access to everything you need or anywhere u wanna go. This home is very well kept by the owner and she was available to answer our questions through out our stay. We would recommend this to our closest friends and we hope to stay here on our next trip to the keys!

Submitted Jan 31, 2015
**Owner's Response:**
Recommendations are what we strive for! So glad you enjoyed your stay, thank you!

### David

5/5
Stayed Jan 2015
**David S.**

This was an excellent home away from home. Everything we needed was already set up for us and Judy was available to answer our questions anytime we called. I would definitely stay here again!

Submitted Jan 29, 2015
**Owner's Response:**
Thank you for your review!

### The PERFECT place to stay in Key West

5/5
Stayed Nov 2014

**Patty and Bob** Cedar Falls, Iowa USA

We were beyond thrilled with these accommodations! It is the second townhome we have stayed in owned by Steve and Judy at Casa Caribe. They are the perfect hosts!! The townhome is spotless and gorgeous. Judy has such a talent for seeing to every need. She thought of everything in providing amenities, condiments, all the little things that make a stay ultra special. This townhome has a warm, family feel and is beautifully appointed. We did not have nearly enough time to enjoy the gorgeous pool, relax on the porch, select from the video library, books and games provided, ride bikes, make use of the exercise center..... Our choice for the best restaurant in Key West (The Rusty Anchor) is very close. We were thrilled to find all the small appliances that were available in the kitchen. Judy has an eye for interior decorating. We felt like we were treasured guests!! Being natives of Key West, Judy and Steve provided us with all the perfect information we needed on places to go and things to do. HIGHLY HIGHLY RECOMMENDED!!! Can't wait to go back!!

Submitted Jan 16, 2015
**Owner's Response:**
Thank you for your kind review! We look forward to having you on your next Key West getaway!

Previous page of reviews**109 - 114** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**115 - 120** of 130Next page of reviews

## Beautiful and convenient
5/5
Stayed Jan 2015
**Hyun Jin K.**NY, NY

A group of 4 friends stayed in this beautiful and conveniently located condo. The apartment was fully furnished with all the basic amenities and really comfortable sheets. The decorations felt homey. Despite the wonderful restaurants around us, we still managed to cook a decent amount on the grill because of the fresh ingredients, and we had everything we needed to stay in. We biked around the neighborhood and into Key West, and later hung out by the heated pool. We had a great time and really enjoyed the condo - highly recommend.

Submitted Jan 16, 2015
**Owner's Response:**
Thanks for your review on Casa Caribe! We are so happy that you all enjoyed your stay!

## Perfect condo only a couple of miles from the center of Key West
5/5
Stayed Dec 2014
**Josh S.**Mass.

Everything was perfect. I can't think of anything to change. It was quite easy to find, get in etc. The Judy's and Steve's attention to detail in keeping the place ultra-clean with multiple useful amenities made the stay super comfortable. As well, the bikes were a marvelous bonus for getting to Town when we wanted some exercise and no traffic. Shopping was convenient. The pool was great too - perfect for relaxing in between activities.

Submitted Jan 5, 2015
**Owner's Response:**
Thanks for taking time to leave us a review! We are happy you enjoyed your stay.

**You can trust in everything from Casa Caribe**
5/5
Stayed Dec 2014
**Marco Aurélio R.**Sorocaba, SP - Brasil

Parabéns pela hospitalidade e tamanha competência em tudo, casa maravilhosa com todos os itens necessários para usufruir de uma maravilhosa estadia, bom gosto, tranquilidade e muita serventia dos proprietários, atenciosíssimos com os hospedes. Tive o prazer de ser tão bem atendido que fiquei muito feliz pela cordialidade recebida em tudo que pedi à Judy!!! Obrigado. Feliz 2015!!!

This stay was our most important of our lives!!! My family was expecting a simple reception, but we were surprised with so big measure we were received! The House is perfect to families, and we recommend this property for everyone who want to get a happy time! Congratulations to be this perfect rental provider, Judy and family you are impeccable!!

Thank you to made our trip in Key West amazing!

Submitted Jan 1, 2015
**Owner's Response:**
Gracias! We are so happy you enjoyed your stay at Casa Caribe!

**Cozy Christmas**
5/5
Stayed Dec 2014
**Richard G.**Weston Lakes, TX

This was truly a terrific experience for my family. We had everything we needed in the condo and Judy could not have been more accommodating. Everything was very clean and very comfortable. Our 3 children were welcomed with a Christmas tree that Judy so graciously set up for us before our arrival. It was all of the little things that she did that truly made for a wonderful Christmas away from home. Judy also made sure we had all the other necessities you require with small children (baby seats for bikes, playpen, baby gate for the stairs). After a day of fishing, we brought our catch back and cooked out on the grill (also provided), just as we do at home. The view of the pool was very nice and the evenings were extremely quiet in the Coral Hammock. It was so nice at the end of the day to step just outside of Key West and relax at the condo. I hate to say too

many great things or it might be taken the next time we try and stay :). Thank you Judy and have a happy new year!

Submitted Dec 30, 2014
**Owner's Response:**
Happy New Year to you and your family! Thank you for staying with us on such an important hollday, we are so happy you enjoyed Casa Caribe!

**Steve and Donna**
5/5
Stayed Dec 2014
**Steve and Donna**Live Oak, Florida

A beautiful, very clean place. Judy and Steve went over and above what is expected of an owner to make our stay perfect. We even had an opportunity to view two other of Steve and Judy's rentals here in Coral Hammock that are equally beautiful, one even was three bedrooms. Everything we could possibly need from age appropriate games and movies for our child, to a high chair and playpen for the baby, even a baby seat on the back of the bicycle! (Bike paths are everywhere) The location was great, not directly in the business of Key West but right over the bridge not even a half mile. Walking distance to good restaurants, golf course, and even a marina. We have stayed in many places in Florida that did not offer this much. Would love to come again. Perfect stay, and perfect time of the year for us.

Thank you so much, Steve and Judy, for your hospitality.

Steve and Donna

Submitted Dec 19, 2014
**Owner's Response:**
Thank you very much for your kind review! We are so happy you had a great stay in Key West!

**Best Key West Stay EVER!**
5/5
Stayed Dec 2014
I wouldn't want to stay anywhere else!!!!!!!! Beautiful home with comfortable beds and close to all attractions! HIGHLY RECOMMENDED!

Submitted Dec 19, 2014
**Owner's Response:**
Thank you for your review! So glad that you had a great visit!

Previous page of reviews**115 - 120** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**121 - 126** of 130Next page of reviews

DEFENDANTS EXH. 1 (61 PGS TOTAL)

### Fun times in Key West!

5/5
Stayed Aug 2014
**Jenna C.**Toronto, Ontario

We stayed in Judy's lovely townhouse, truly home away from home for us. Easy to find just off main highway getting into Key West. The house is decorated with a great beach style. Judy accommodated with beach chairs, snorkel gear and if we needed anything else I'm sure she would have provided. The place is spacious and cozy, looking out at the pool from your choice of two balconies. Enjoyed the salt water pool, quiet complex, rooster's pizza across the street and way better than staying in a hotel!! Thanks again Judy. Hope to stay in one of your homes in the future.

Submitted Sep 25, 2014
**Owner's Response:**
Thanks for your review! It was lovely to have you, and we will look forward to hosting your next Key West vacation.

### Beautiful home, everything we needed!

5/5
Stayed Aug 2014
**Happy Islanders**San Diego, CA

Wow. Let me sum up our perfect stay at this vacation rental:

1. Comfortable beds!

2. Convenient to everything on the island.

3. Bikes with kids seats included.

4. Beautifully decorated giving a nice tropical feel.

5. Stocked with everything we needed: toiletries, condiments, COFFEE!

6. Super helpful owner, who made sure we had everything we needed for our stay, including a high chair and play pen (with extra linens!) for our baby.

7. Coupons for local restaurants and excellent restaurant recommendations.

8. Steps away from the community pool - which in itself is beautiful!

9. Porches on every room, over looking the landscapes - really felt like we were in paradise!

10. Easy, worry free transaction with the owner. We felt comfortable with this booking before we even arrived, as Judy responded to all our questions promptly and was eager to help. We felt like we were staying with a friend.

Thanks to Judy for helping our first family vacation go off without a hitch. This truly was a home away from home.

Submitted Aug 30, 2014
**Owner's Response:**
Im so glad to hear that your first family vacation was perfect! Please think of us again on your next trip!

### Great Key West Rental

5/5
Stayed Aug 2014
**eric b.**Daytona Beach Florida

We had a fantastic stay at your home. This rental is in new like condition and has everything you need. The bikes were very helpful and are great for sightseeing Key West and going to the beach. I highly recomend this place. Very nice pool also.

Submitted Aug 14, 2014
**Owner's Response:**
Thank you for choosing Casa Caribe as your home-away while in Key West. I am happy to read that you found it to be comfortable with all the amenities you needed. Please think of us again on your next Key West trip!

### Amazing experience

5/5
Stayed Jul 2014
**Matic c.**

We had such a great time! House is amazing. Clean with everything one might need for a wonderful stay. Pool is great as well!

Submitted Aug 8, 2014
**Owner's Response:**
Its great to read you had an amazing experience at Casa Caribe! Thank you for your review!

### Super clean and super cold AC

5/5
Stayed Aug 2014
**Jamie T.**Apollo Beach, FL

The condo was super clean and very large. We had so much room to spare! Judy was helpful with every detail. They thought of everything and had it for you! They had plenty of bikes in good condition, bike locks, pool rafts, towels, condiments, coffee, soap, you name it! Just pack your swim suit and flip flops! Can't wait until next summer when I book here again! Thanks Judy!

Submitted Aug 8, 2014
**Owner's Response:**

I love your headline - cold AC! We definitely make sure to stay on top of the maintenance on the AC system in the unit because you cannot stay in the island heat without a properly working system! Glad you found our home to be the perfect home away for your vacation, and we will definitely look forward to having you again next summer!

**Best.**
5/5
Stayed Jul 2014
**Dabe S.**

If you want to stay in a place that feels like home, but also like vacation stay here! These owners have thought through every detail and they truly go the extra mile to make sure your stay is excellent. The home was furnished well and one of the cleanest rentals we've ever stayed in. We loved the location (just a bike ride away from anything!)

We would stay here before we stayed in the Waldorf! Many memories were made!

Submitted Jul 25, 2014
**Owner's Response:**
Thank you for your review on Casa Caribe! It is great to read that you found the town home to be clean and fit your needs perfectly. I will look forward to having you again!

Previous page of reviews**121 - 126** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**121 - 126** of 130Next page of reviews

**Fun times in Key West!**
5/5
Stayed Aug 2014
**Jenna C.**Toronto, Ontario

We stayed in Judy's lovely townhouse, truly home away from home for us. Easy to find just off main highway getting into Key West. The house is decorated with a great beach style. Judy accommodated with beach chairs, snorkel gear and if we needed anything else I'm sure she would have provided. The place is spacious and cozy, looking out at the pool from your choice of two balconies. Enjoyed the salt water pool, quiet complex, rooster's pizza across the street and way better than staying in a hotel!! Thanks again Judy. Hope to stay in one of your homes in the future.

Submitted Sep 25, 2014
**Owner's Response:**
Thanks for your review! It was lovely to have you, and we will look forward to hosting your next Key West vacation.

**Beautiful home, everything we needed!**

5/5
Stayed Aug 2014
**Happy Islanders**San Diego, CA

Wow. Let me sum up our perfect stay at this vacation rental:

1. Comfortable beds!

2. Convenient to everything on the island.

3. Bikes with kids seats included.

4. Beautifully decorated giving a nice tropical feel.

5. Stocked with everything we needed: toiletries, condiments, COFFEE!

6. Super helpful owner, who made sure we had everything we needed for our stay, including a high chair and play pen (with extra linens!) for our baby.

7. Coupons for local restaurants and excellent restaurant recommendations.

8. Steps away from the community pool - which in itself is beautiful!

9. Porches on every room, over looking the landscapes - really felt like we were in paradise!

10. Easy, worry free transaction with the owner. We felt comfortable with this booking before we even arrived, as Judy responded to all our questions promptly and was eager to help. We felt like we were staying with a friend.

Thanks to Judy for helping our first family vacation go off without a hitch. This truly was a home away from home.

Submitted Aug 30, 2014
**Owner's Response:**
Im so glad to hear that your first family vacation was perfect! Please think of us again on your next trip!

## Great Key West Rental

5/5
Stayed Aug 2014
**eric b.**Daytona Beach Florida

We had a fantastic stay at your home. This rental is in new like condition and has everything you need. The bikes were very helpful and are great for sightseeing Key West and going to the beach. I highly recomend this place. Very nice pool also.

Submitted Aug 14, 2014
**Owner's Response:**

Thank you for choosing Casa Caribe as your home-away while in Key West. I am happy to read that you found it to be comfortable with all the amenities you needed. Please think of us again on your next Key West trip!

**Amazing experience**

5/5
Stayed Jul 2014
**Matic c.**

We had such a great time! House is amazing. Clean with everything one might need for a wonderful stay. Pool is great as well!

Submitted Aug 8, 2014
**Owner's Response:**
Its great to read you had an amazing experience at Casa Caribe! Thank you for your review!

**Super clean and super cold AC**

5/5
Stayed Aug 2014
**Jamie T.**Apollo Beach, FL

The condo was super clean and very large. We had so much room to spare! Judy was helpful with every detail. They thought of everything and had it for you! They had plenty of bikes in good condition, bike locks, pool rafts, towels, condiments, coffee, soap, you name it! Just pack your swim suit and flip flops! Can't wait until next summer when I book here again! Thanks Judy!

Submitted Aug 8, 2014
**Owner's Response:**
I love your headline - cold AC! We definitely make sure to stay on top of the maintenance on the AC system in the unit because you cannot stay in the island heat without a properly working system! Glad you found our home to be the perfect home away for your vacation, and we will definitely look forward to having you again next summer!

**Best.**

5/5
Stayed Jul 2014
**Dabe S.**

If you want to stay in a place that feels like home, but also like vacation stay here! These owners have thought through every detail and they truly go the extra mile to make sure your stay is excellent. The home was furnished well and one of the cleanest rentals we've ever stayed in. We loved the location (just a bike ride away from anything!)

We would stay here before we stayed in the Waldorf! Many memories were made!

Submitted Jul 25, 2014

**Owner's Response:**
Thank you for your review on Casa Caribe! It is great to read that you found the town home to be clean and fit your needs perfectly. I will look forward to having you again!

Previous page of reviews**121 - 126** of 130Next page of reviews

# 130 Reviews
*Wonderful4.9/5*

Previous page of reviews**127 - 130** of 130Next page of reviews

**yani**
5/5
Stayed May 2014
**Yanelin Y.**West Palm Beach, FL USA

I would like to begin by telling you how awesome the owner is! Judy was very helpful and flexible before we even arrived at the property! We arrived late Friday night and had a difficult time finding it (thanks to GPS), however once we did find it it was perfect! It looks just like the pictures that are posted. It is was very clean and had everything that you would need for a perfect weekend! We rode the bikes that came with the property one day down to Duval St and it was a fun adventure! I suggest using the car if you are going to get groceries but there is a conveniece store that you can walk to. I could go on and on!! Overall we had a wonderful experience and we can't wait to do it again!

Submitted Jul 23, 2014
**Owner's Response:**
I am so thrilled to read your review today! It makes me happy to read that you had such a nice stay in our town home. I will look forward to having you again!

**Perfect home away from home!!**
5/5
Stayed Jun 2014
**Kelsey and Chris M.**Fayetteville, AR

This is an amazing place to stay! The house was immaculate. There were plenty of bath towels, beach towels, pool floats, bikes, lots of brochures for things to do in the Keys, movies, books, and board games. We felt like we had everything we needed for a perfect vacation. The owners have great communication and were happy to help out with any questions or concerns we had. The location is great for families or people who like a quieter atmosphere. We were able to get to Duval and downtown very easily but didn't have to listen to the partying when we were ready to go to sleep. It's within walking distance to some really great restaurants and very close to the golf course. We will definitely stay here again when we come back to Key West!!

Submitted Jul 16, 2014
**Owner's Response:**
We are so happy to hear that you found our vacation rental to be perfect for your stay! This is exactly what my goal is; to give our guests everything they need for a relaxing

vacation. Thank you for letting choosing our property and we look forward to having you again.

## Great time, lovely place.

5/5
Stayed May 2014
**Jennifer S.**Dunnellon, Fl

Easy to find, great price for a beautiful town home. Nice gated community with pool, close to the beaches. Close enough to the action yet far enough away for some nice R&R. I definitely recommend Casa Caribe for a nice getaway rental.

Submitted Jun 24, 2014
**Owner's Response:**
Thank you for staying with us! You summed our property up to a T; we are happy to host our guests in one of the most relaxing parts of Key West. Glad you enjoyed your stay and hope to have you again.

## Weekend in Key West

5/5
Stayed May 2014
**KW Trip**

Overall, this is a great unit. It is in a great location on Stock Island and very close to good restaurants. This unit is on the backside of the property so very little road noise from US1 is heard. The unit is clean and the kitchen is fully stocked with necessary utensils. Furnitures and decor are top notch and the view is to the center of the property (pool, vegetation). The bikes are a great add on to the property - enable you to get anywhere on Key West, so we didn't need a rental car. Only recommendation would be to clean the carpet as it appeared a bit matted.

Submitted May 6, 2014
**Owner's Response:**
Hello Bruce,

Thank you for your review. I am so glad to hear that you enjoyed Casa Caribe, and I really look forward to having you again on your next Key West fishing trip! I have enjoyed refinishing this town home after after we recently purchased it, and put a lot of thought into the cleanliness, new paint, furnishings and accessories to make our visitors as comfortable as possible. I appreciate your feedback on the carpets, and wanted to let you know that we are having them professionally cleaned. Because they were not satisfactory for your first stay, I would like to extend a discount on your next bookings. Please reach out to me when you begin planning!

Previous page of reviews**127 - 130** of 130Next page of reviews

DEFENDANT'S EXH 5 481 PGS TOTAL



**VRBO**
Part of the **HomeAway Family**
**(https://www.vrbo.com/)**





25.738

Overview   Amenities   Reviews   Map   Rates & Availability


ogle

### Beautiful Tropical House 3 bedrooms - 2 King Beds! Sleeps 8

◎ Stock Island, Key West, FL, USA

| 🏠 Townhome **1500 sq. ft.** | 🛏 Bedrooms **3** | 👶 Sleeps **8** |
|---|---|---|
| 🛁 Bathrooms **3** | 🚽 Half Baths **0** | 🌙 Minimum Stay **3 - 4 nights** |

### 3 Bedroom, 3 Bathroom, Completely Remodeled Key West Townhome

**$325** avg/night   ♡

★★★★★ 170 Reviews
*Exceptional 5/5*

⊗ Your dates are not available.

| Check In Sep 9 | Check Out Sep 15 |
|---|---|

| Guests | 👥 |
|---|---|

⚡ Instant Confirmation

**Book Now**

*Free Cancellation until 7/10/2018*

Ask Owner a Question

For booking assistance, call **888-640-7927**
Property # 586290

Completely remodeled 3 bedroom, 3 bathroom, 2 level Key West townhome to be your home away from home! No detail has been overlooked in this freshly painted, vibrant vacation rental with brand new furnishings and appliances. Located in one of the islands newest gated community's, Coral Hammock, you are close to all that Key West has to offer. Get ready to relax island style at Casa Cay West!

Upon entrance on the first floor, prepare to be embraced with stunning nautical dining and living room furnishings. Off of the dining area is the spacious kitchen which boasts solid Oak cabinets with golden speckled granite countertops accented with décor of the famous Key West roosters. Brand new appliances compliment any chef, or even the quick and easy meal planners. Ceramic tiles cover the first level, giving you a classic Key West look.

The living area is conveniently equipped with a brand new, comfortable sleeper sofa which sleeps two, a flat screen television with free basic cable, and a selection of movies for the whole family to enjoy. The glass paneled double doors which lead to the back deck overlooking the pool allow for a bright and pleasing view in the living area. Connected to the living area is the first full bathroom, including shower and lavatory, which is shared by the living area and the first bedroom. The first bedroom is tropically furnished in a bright and refreshing sea foam colored bedroom set featuring a queen size bed with brand new pillow top mattresses and 600 thread count linens. This room is also complemented by two large glass paneled double doors leading to the back deck.

Interior walls, tall ceilings and all woodwork have been freshly painted with a neutral, soothing cream color. The decks extending from each area of the house have been stained and are clean and waiting for guests to enjoy a morning cup of coffee while gazing into the lush Key West landscaping which surrounds the pool.

The second floor is dressed with wood laminate flooring throughout the hallway and bedrooms. There are dual masters on either side of the second floor, separated by an in house laundry with washer and dryer, keeping you fresh and lightly packed while on vacation. Both masters have King size beds each with their own bathroom (one with a jacuzzi tub and separate shower and the other with a tub/shower

combo), and tall ceilings which give a free and open space to enjoy. The first master features a large, plush king size bed with a brand new pillow top mattress and matching bedroom set. The second master features a brand new king size bed with a refreshing white bedroom set, accented with tropical décor throughout. Mirroring the first floor, both masters adorn glass paneled double doors leading to the second floor deck, which also looks over lush landscaping and the pool. These doors provide beautiful natural light to enjoy throughout the day, or slat blinds to pull down for those sleepy mornings.

This home is fully stocked and ready to go for your convenience. Pack a few swimsuits and leave your worries at home, we have you covered with all of the amenities you need for your home away from home.

Living Room:

Entertainment center with 46" flat screen TV

Free cable and WiFi Internet access

Brand new sleeper sofa with matching accent chair, perfect for lounging with your favorite book

Clean, tropical décor setting the mood for island life

Kitchen:

New appliances including stove, microwave, refrigerator, and dishwasher

Fully stocked with flat ware, dinner ware, cups, mugs, utensils, pots and pans

Coffee Pot

Blender (perfect for morning smoothies and evening margaritas!)

Basic necessities for your meal prep including spices, condiments, etc

Dining Room:

8-chair dining room table

First Floor Bedroom:

Queen size bed

Pillow top mattress

600 Thread count linens

Night stands

Custom closet system

Private baths stocked with fresh linens

TV with free basic cable

Master Bedrooms:

King size beds in both rooms

Pillow top mattresses

600 Thread count linens

Night stands

Custom closet systems

Private baths stocked with fresh linens

TVs with free basic cable

Decks:

Lush, tropical landscape/pool side views

Bistro sets

Carport:

Covered parking for 1 car

Street parking for additional vehicles

Community Features:

Large heated pool with lounge chairs

Clubroom available for large parties (with a small fee)

Fully equipped fitness center

Lush tropical landscaped grounds perfect for evening walks

Gated community

Surrounding amenities:

Casa Cay West is just north of the island, about 4 miles from famous Duval Street. This puts you just far enough away from the infamous Key West nightlife that you can enjoy an evening out, and come home to your relaxing and quite tropical get away.

For your daytime adventures, the community sits directly across the street from the islands only public golf course, is on the next block up from a public boat ramp, is lined by a bike path to take you around the whole island, and is next to some of the best local dining where you can enjoy fresh seafood, Cuban cuisine and more!

Jump on a bike and ride along South Roosevelt Blvd to enjoy the spectacular views along Smathers Beach, or take your car for a ride along North Roosevelt where all the islands shopping is just minutes away. Close to several water activities including jet ski rentals, catamaran adventures, glass bottom boat tours, historic old town Key West tours, and so much more.

Casa Cay West is owned and rented by Key West natives, who grew up and have now raised their family on the island. They are the perfect couple to give you advise on the best of the local spots for dining, dancing, shopping, sight seeing and activities! This townhome retreat is truly your ideal vacation package, and we can't wait to welcome you!

View less

## Owner

**Judy Bringle**
Member Since 2013

Ask Owner a Question

Response rate:
**100%**

Response time:
**Within One Hour**

Speaks:
**English, Spanish**

Calendar last updated:
**Jul 6, 2018**

## Amenities

| Swimming pool | Air Conditioning | Satellite or Cable | Kids Welcome | Heater |
|---|---|---|---|---|
| Internet | TV | Washer & | Parking | |

Dryer                                          No Smoking

## Bedrooms

*3 Bedrooms, Sleeps 8*

| Bedroom 1 | Master 1 | Master 2 |
|---|---|---|
| 1 queen, Baby crib (pack and play sleeper) available | 1 king | 1 king |

King size beds in master bedrooms
Pillow top mattresses
600 Thread count linens
Night stands
Custom closet systems
Private baths stocked with fresh linens
32" TVs

## Bathrooms

*3 Bathrooms*

| Bathroom 1 | Bathroom 2 | Bathroom 3 |
|---|---|---|
| toilet, shower, Shared with bedroom #1 and living room | toilet, tub, shower, Connected to master #1 | toilet, tub, Connected to master #2 |

Baths stocked with fresh linens
Beach towels

## Location Type

| Golf Course View | Water View |
|---|---|
| Right across the street from Key West's only public golf course! | Pool view from first and second level porches! |

## Theme

| Romantic | Away From It All | Sports & Activities | Tourist Attractions |
|---|---|---|---|
| Family | Historic | | Adventure |

## Meals

Guests
provide their
own meals

## General

| Garage
1 car garage | Washing
Machine | Air
Conditioning | Iron & Board | Living Room
Entertainment
center with 46"
flat screen TV
Brand new sleeper
sofa with
matching accent
chair, perfect for
lounging with your
favorite book
Clean, tropical
décor setting the
mood for island
life! |
| Telephone
Free local and long
distance | Clothes
Dryer | Internet
Free WiFi | Hair Dryer | |
| Heating | Parking
1 car garage
Street parking for
extra vehicles
Remote parking
avaiable to
accommodate
boat/ski/motorcyc
le trailers | Towels
Provided
Bath towels,
washcloths, beach
towels | | |
| Linens
Provided
Luxurious 600
thread count
linens provided for
bedding. | | Fitness Room
/ Equipment | | |

## Kitchen

| Dishwasher
Brand new! | Oven
Brand new! | Pantry Items
Stocked with
spices, coffee,
creamer - just
enough to get you
going with the
necessities! | Kitchen
Wood kitchen
cabinets and
granite counter
tops
Fully stocked with
flat ware, dinner
ware, cups, mugs,
utensils, pots and
pans
Coffee Pot
Blender
Toaster oven |
| Refrigerator
Brand new!
Stocked with usual
condiments | Microwave
Brand new!

Coffee Maker
Brand new! | | |
| Stove
Brand new!
Glass top | Toaster
Brand new! | Dishes &
Utensils
Serves 8 | |

## Dining

| Dining Area | Child's
Highchair | Dining
Beautiful Tommy
Bahama dining set
seats 8
Childs highchair
available upon
request | comfy seating
for 8 people |

## Entertainment

| Television
Free basic cable
and WiFi | Satellite /
Cable
Free basic cable
and WiFi | DVD Player
In living area

Books | Games | Video Library
Movies for the
whole family to
enjoy |

## Outside

| Lawn / Garden | Outdoor Grill | Deck / Patio |
|---|---|---|
| Tropical landscaping throughout | Grill placed in the garage for guest use | Private patio off living area and all bedrooms |

## Suitability

wheelchair inaccessible

## Pool / Spa

| Heated Pool | Communal Pool |
|---|---|
| | Large heated pool |

## Attractions

| | | | |
|---|---|---|---|
| museums | duty free shops | churches | restaurants |
| botanical garden | library | playground | synagogues |
| cinemas | marina | recreation center | health/beauty spa |

## Leisure Activities

| | | | |
|---|---|---|---|
| sight seeing | bird watching | eco tourism | shopping |
| walking | luaus | scenic drives | wildlife viewing |
| beachcombing | paddle boating | boating | |
| | | shelling | |

## Local Services & Businesses

| | | | |
|---|---|---|---|
| ATM/bank | hospital | massage therapist | medical services |
| fitness center | laundromat | | |
| groceries | | | |

## Sports & Adventure Activities

| | | | |
|---|---|---|---|
| fly fishing | paragliding | pier fishing | kayaking |
| swimming | roller blading | snorkeling | parasailing |
| sailing | scuba diving | sound/bay | racquetball |

| | | | |
|---|---|---|---|
| cycling | or snorkeling | fishing | snorkeling/diving |
| fishing | deepsea fishing | water tubing | |
| golf | tennis | golf privileges optional | |
| wind-surfing | jet skiing | basketball court | |
| water skiing | | | |

## House Rules

**Check-in: 4:00 PM**          **Check-out: 11:00 AM**

✕   No parties/events

✕   No smoking

✕   No pets

✓   Children allowed

Minimum age of primary renter: 25

Max occupancy: 8

After you have booked. You'll have to fill out the RENTAL AGREEMENT and email it back to: jbringle123@aol.com or text a picture to 3057470078

NO SMOKING inside house! ONLY ON PORCHES. Keep house doors closed. If smoke is detected in house you will forfeit security deposit.

Deposit terms any damage, excessive cleaning, or if any missing linens, art decor, etc. Charges will be deducted from Security Deposit's.

## Cancellation Policy

DEFENDANT'S EXH 5 481 PGS TOTAL)

100% refund if canceled at least 60 days before arrival date.

50% refund if canceled at least 30 days before arrival date.

You must contact the owner directly to request cancellation.

# 170 Reviews

★★★★★ *Exceptional   5/5*

   1 - 6 of 170   

## A fantastic vacation home for a large group of people!

5/5 ★★★★★  Stayed Dec 2017

Garrett H.

My extended family (wife, son, parents, sister, bro-in-law, and their child) stayed at this home over Christmas this year and had a fantastic stay! For a large group of people, it had everything we needed. Three bedrooms, each with their own bathroom. It was so much better than, say, had we rented three hotel rooms in the same hotel. This home, with it's comfortable living room and really nice back deck, allowed us to have a much more social family vacation than if were each in our own hotel room. We went and explored Key West each day, but we happily spent a lot of down time at the house either playing games or swimming in the pool. This home is a fantastic option for any group of people planning to spend a few days down in the Keys!

Submitted Jan 13, 2018

**Owner's Response:**

Thank you! I'm so glad you enjoyed your stay!

## We loved our trip!

5/5 ★★★★★  Stayed Jun 2018

The property and the house are just perfect. We couldn't have asked for anything better. Nice grounds and pool! The house was beautiful and had

Case 4:19-cv-10165-JEM   Document 1-2   Entered on FLSD Docket 09/18/2019   Page 295 of
531
DEFENDANT'S EXH 6 481 PGS TOTAL
7/6/2018    295 of 393 of 531    Beautiful Tropical House 3 bedrooms - 2 Kin... - VRBO

everything we needed. Thanks for sharing with us!

Submitted Jul 3, 2018

---

### Lovely home!!!

5/5 ★★★★★  Stayed Jun 2018

**Lucilita S.  Tallahassee,Florida**

We had a wonderful time at this property. The house
was very clean and had enough sitting for all of us.
Judy was an excellent host, responding right away to
our inquiries. We will definitely check out this
property next time we are in Key West.

Submitted Jun 27, 2018

---

### Fantastic place

4/5 ★★★★★  Stayed Jun 2018

**stephanie l.  Oldsmar**

It was our first time visiting Key West and this place
was an absolute gem. It had everything you need to
have the perfect vacation and also was centrally
located that you could walk to several places to eat or
hop in the car and be in Key West in minutes.

I will definitely refer this place and will definitely
return as soon as I can.

Submitted Jun 19, 2018

**Owner's Response:**
Thanks Stephanie,

I'm so glad that you found everything to be
perfect for your vacation and am so happy to
hear that you will be returning!

Have a great day! Judy

---

### absolutely wonderful stay

5/5 ★★★★★  Stayed Jun 2018

**Cory D.**

We truly enjoyed our stay and will be contacting you again the next trip down

Submitted Jun 11, 2018

---

### Perfect

5/5 ★★★★★ Stayed May 2018

April R.

This house was perfect for us. We had three couples stay for an extended weekend and we could not have been more pleased with the property. Judy has really thought of everything. The beds are super comfortable and the house was super clean. We cooked some from the house and it was nice to have condiments there and even seasonings to pick from. Beach towels, Beach bag, umbrellas and even aloe vera were among the many things that Judy has at the house for her guests. Lyft was super easy to use and usually only took a minute or two to get to this place. The island has a couple great options for bar and great food and Duval st is only a 15 minute ride. Perfect house with a great location!

Submitted May 29, 2018

---

    **1 - 6 of 170**    ＞

# Location



Beautiful Tropical House 3 bedrooms - 2 Kin... - VRBO

◎ Stock Island, Key West, FL, USA

We have completed a Locals Guide to Paradise outlining all thing fun, yummy and exciting adventures to do on the island, from a locals perspective! This guide will be shared with you upon your rental with us!

## Rates & Availability

### September 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |    |    |    |    |    |    |

### October 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |    |    |    |

### November 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    | 1  | 2  | 3  |
| 4  | 5  | 6  | 7  | 8  | 9  | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |    |

‹   ›

### December 2018

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

Taxes and fees are additional

## Additional information about rental rates

Cleaning fee                    $175

DEFENDANT'S EXH 5 481 PGS TOTAL

Beautiful Tropical House 3 bedrooms - 2 Kin... - VRBO

| Damage Deposit | $300 |
|---|---|

Feedback

## You might like these similar properties

**$350** avg/night
(/858938?unitId=1406877)

**$250** avg/night
(/3767498ha?unitId=3782381)

**$320** avg/night
(/768176?unitId=1316114)

**$225** avg/night
(/343167ha?unitId

## Special Offers

🚗

SEARCH Car

**Picking up**

City, airport, or address

**Pick up date**

mm/dd/yyyy

**Drop off date**

mm/dd/yyyy

**Dropping off**

Stock Island, Key West, FL, USA

10.00

10.00

Search

---

## More Popular Vacation Destinations  ⌃

### Germany

**Vacation Homes in Frankfurt (https://www.vrbo.com/vacation-rentals/europe/germany/frankfurt-am-main)**

### Italy

Farm Holidays Farmhouse with 8 Beds 4 Bath in Castiglione del Lago (https://www.vrbo.com/8175337ha)

### Other Properties Pages

Home Rentals in Los Gatos (https://www.vrbo.com/vacation-rentals/usa/california/san-francisco-bay-ar/los-gatos)

### Portugal

Studio Bed Santiago do Cacém Family Farmhouse for 6 (https://www.vrbo.com/1783138ha)
Vilamoura 1 Bed 1 Bath Family Apartment (https://www.vrbo.com/1078288ha)
Mouraria 1 Bed 0 Bath 3 Person Family Apartment (https://www.vrbo.com/1372560ha)

### Spain

VRBO Property ID 851885 (https://www.vrbo.com/851885ha)
Tourist Attractions Apartment with 2 Beds 1 Bath in Benidorm (https://www.vrbo.com/866307ha)

### United States

Vacation Rentals in Wilton Manors (https://www.vrbo.com/vacation-rentals/usa/florida/south-east/wilton-manors)
Vacation Homes in Coral Springs (https://www.vrbo.com/vacation-rentals/usa/florida/south-east/coral-springs)
Home Rentals in Lake Mary (https://www.vrbo.com/vacation-rentals/usa/florida/central-disney-orlando/lake-mary)
Phoenicia House Rentals (https://www.vrbo.com/vacation-rentals/usa/new-york/catskills/phoenicia)
Home Rentals in Lehigh Acres, Lee County (https://www.vrbo.com/vacation-rentals/usa/florida/south-west/lehigh-acres)
Saint Cloud House Rentals (https://www.vrbo.com/vacation-rentals/usa/florida/central-disney-orlando/saint-cloud)
Home Rentals in Carson City, Nevada (https://www.vrbo.com/vacation-rentals/usa/nevada/carson-city)
Palm Beach Shores House Rentals (https://www.vrbo.com/vacation-rentals/usa/florida/south-east/palm-beach-shores)
Buckeye House Rentals (https://www.vrbo.com/vacation-rentals/usa/arizona/phoenix-area/buckeye)
Vacation Homes in Torrance (https://www.vrbo.com/vacation-rentals/usa/california/los-angeles-county/torrance)
Vacation Rentals in San Marcos, San Diego County (https://www.vrbo.com/vacation-rentals/usa/california/san-diego-county/san-marcos)
Vacation Homes in Kenai (https://www.vrbo.com/vacation-rentals/usa/alaska/kenai-peninsula/kenai)

Use of this website constitutes acceptance of the Terms and Conditions (https://www.vrbo.com/info/termsandconditions) and Privacy Policy (https://www.vrbo.com/info/privacy). "VRBO" and "Vacation Rentals by Owner" are registered trademarks of HomeAway.com, Inc. and cannot be used without permission.

©1995-Present HomeAway.com, Inc. All rights reserved.

d03a44e3-b19f-4835-a1b7-c9524359bf0f

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews1 - 6 of 170Next page of reviews

### A fantastic vacation home for a large group of people!
5/5
Stayed Dec 2017
**Garrett H.**

My extended family (wife, son, parents, sister, bro-in-law, and their child) stayed at this home over Christmas this year and had a fantastic stay! For a large group of people, it had everything we needed. Three bedrooms, each with their own bathroom. It was so much better than, say, had we rented three hotel rooms in the same hotel. This home, with it's comfortable living room and really nice back deck, allowed us to have a much more social family vacation than if were each in our own hotel room. We went and explored Key West each day, but we happily spent a lot of down time at the house either playing games or swimming in the pool. This home is a fantastic option for any group of people planning to spend a few days down in the Keys!

Submitted Jan 13, 2018
**Owner's Response:**
Thank you! I'm so glad you enjoyed your stay!

### We loved our trip!
5/5
Stayed Jun 2018
The property and the house are just perfect. We couldn't have asked for anything better. Nice grounds and pool! The house was beautiful and had everything we needed. Thanks for sharing with us!

Submitted Jul 3, 2018

### Lovely home!!!
5/5
Stayed Jun 2018
**Lucilita S.**Tallahassee,Florida

We had a wonderful time at this property. The house was very clean and had enough sitting for all of us. Judy was an excellent host, responding right away to our inquiries. We will definitely check out this property next time we are in Key West.

Submitted Jun 27, 2018

**Fantastic place**

4/5

Stayed Jun 2018

**stephanie I.**Oldsmar

It was our first time visiting Key West and this place was an absolute gem. It had everything you need to have the perfect vacation and also was centrally located that you could walk to several places to eat or hop in the car and be in Key West in minutes.

I will definitely refer this place and will definitely return as soon as I can.

Submitted Jun 19, 2018

**Owner's Response:**

Thanks Stephanie,

I'm so glad that you found everything to be perfect for your vacation and am so happy to hear that you will be returning!

Have a great day! Judy

**absolutely wonderful stay**

5/5

Stayed Jun 2018

**Cory D.**

We truly enjoyed our stay and will be contacting you again the next trip down

Submitted Jun 11, 2018

**Perfect**

5/5

Stayed May 2018

**April R.**

This house was perfect for us. We had three couples stay for an extended weekend and we could not have been more pleased with the property. Judy has really thought of everything. The beds are super comfortable and the house was super clean. We cooked some from the house and it was nice to have condiments there and even seasonings to pick from. Beach towels, Beach bag, umbrellas and even aloe vera were among the many things that Judy has at the house for her guests. Lyft was super easy to use and usually only took a minute or two to get to this place. The island has a couple great options for bar and great food and Duval st is only a 15 minute ride. Perfect house with a great location!

Submitted May 29, 2018

Previous page of reviews**1 - 6** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**7 - 12** of 170Next page of reviews

### Beautiful house!
5/5
Stayed May 2018
**Elizabeth C.**

We really enjoyed staying in this house. It was so beautiful! Comfortable, felt like Home. Decorated so nice. We all kept saying how nice and clean the house smelled. Definitely going back! Absolutely loved it.

Submitted May 23, 2018
**Owner's Response:**
Hi Elizabeth,

Thank you! So glad you enjoyed the house and appreciated all the little extras!

Looking forward to having you back!

Judy

### This VRBO was better than expected!
5/5
Stayed May 2018
**Kacie R.**

I came down to key west for my sister's 25th birthday with some friends. I booked this VRBO probably two to three weeks prior to the date. I looked through the pictures, reviews, where it was on the map, and of course the price and it was a no brainer. When we finally arrived on Monday and got to this condo, we were pleasantly surprised! It was better than the pictures. So cozy and so homey! It was very well maintained and clean. We had bikes and the pool available to us, it was a couple miles from Duval Street, and there's a deli and CVS across the street! All the bedrooms had huge king beds and each their own bathroom. We had 7 people and there was PLENTY of space, we did not feel like we were on top of each other! The owner, Judy, was MORE than welcoming! Of course I didn't think things through and brought a cake with us from Fort Lauderdale. We were told check in was at 4. We were planning on getting there around noon, I reached out to Judy to see if there is maybe a community area I can keep the cake in or if there was anything I could do so the cake wouldn't melt in the car, and she was kind enough the clean that room first so the room was ready when we arrived at noon! Judy also let us know what restaurants were around and left us helpful guides of

things to do. My whole experience was amazing! We all thank you Judy for an amazing stay! I highly recommend anyone going down to key west to visit this cozy VRBO

Submitted May 21, 2018
**Owner's Response:**
Hi Kacie,

Thank you for the great review and all of the information! I try to make the experience the best it can be for my guests!

Have a great day and hope to see you again!

Judy

**Great house just inside the gate, covered parking, BEST OWNER I've ever worked with!!**
5/5
Stayed May 2018
**Spencer P.**

I organized a trip for a group of 10 friends to travel to the Song Writers Festival. I rented 2 homes from the same owner. Some of the group flew in to Key West, some rode our motorcycles from Maryland, and one couple drove and trailered their motorcycle. I saw after I rented the house the community agreement said no trailers. I sent Judy, the owner a note, and she said no problem...She let the couple park the trailer at her house. She checked in several times during our trip to make sure everything was ok with our stay. Gave us great tips on restaurants, and activities in the area.

The houses in this community surround a beautiful pool. The house is decorated very nicely and has everything you need for your stay, bath towels, pool towels, and linens. What more can I say, we had a great trip and I would recommend this house or one of Judy's other houses to anyone....Look no further..

Submitted May 17, 2018
**Owner's Response:**
Thank you Spencer for all the info in this review! So glad you and your friends had a nice time and hope to see you again in the future! Have a nice day! Judy

**Wonderful home!**
5/5
Stayed Apr 2018
**Alexa D.**

This is a wonderful home just PERFECT for 3 couples! Our recent stay allowed each couple to have their own bedroom (with King or Queen bed) AND their own private bathroom!!! Great location and super quick drive to downtown Key West (Duvall Street). The picture doesn't show the back side of the home, but what a wonderful setting nestled in the trees and gardens. Pool was very nice. And as a runner, I enjoyed the very close proximity to the "Florida Keys Overseas HeritageTrail" which took me almost

to downtown KW. Nice french bakery across the street for morning croissants. All 3 couples agreed this home was awesome and we would definitely stay here again!

Submitted May 12, 2018
**Owner's Response:**
Hi Alexa,

Thank you for the great review. So glad you enjoyed your stay!

The bedrooms having their own bath rooms are an added bonus for a rental in Key West and plenty of closet space is nice also!

Thanks for mentioning the back porch we had special landscaping put in around it for a nice private feel and for shade.

Hope to see you again in the future! Judy

**Tropical Getaway!**
5/5
Stayed Apr 2018
This property was perfect for our family vacation! The house has everything you could possibly need to make you feel at home. The beds were extremely comfortable and each room had personality. The pool was a resort in itself! The location is close to everything you need airport, restaurants, shopping, beaches, boat ramps and DUVAL STREET! The owners are very professional and charming people. Thank You for a wonderful vacation we will always remember!

Submitted May 1, 2018
**Owner's Response:**
Thank you for the great review! I'm glad you enjoyed the house and found the beds comfortable and appreciated the decorations! The pool area is like a resort, very nice and big layout with plenty of pool chairs and a tiki hut!

The house is located in a good area with a lot of things close by!

Have a great day and so glad you had a good vacation! Judy

**Great stay!**
5/5
Stayed Apr 2018
Nice gated facility with convenient food and drug store options. Cute house with plenty of space for all 7 of us, nice bathrooms, great back porches. Easy to get an Uber/Lyft and only 10-15 minute ride to Duval, etc. Price was perfect for our purposes (there for wedding and knew we would be spending minimal time at the house) but would be great to stay around and spend more time.

Judy was extremely helpful and communicative throughout. Highly recommend!

Submitted Apr 30, 2018

**Owner's Response:**
Hi, so glad you enjoyed your stay and found everything to be convenient around the house and that you enjoyed the back porches and had plenty of room for everyone in the house! Hope to see you again in the future! Judy

Previous page of reviews**7 - 12** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**13 - 18** of 170Next page of reviews

**Awesome location and a beautiful place**
5/5
Stayed Apr 2018
**Karen C.**

Love the location! This is a beautiful place to stay and everything you need to have a great vacation!

Submitted Apr 30, 2018
**Owner's Response:**
Hi Karen,

So glad you had a nice stay and enjoyed the house!

Hope to see you again in the future! Judy

**Great location**
5/5
Stayed Apr 2018
**Karie M.**

This house is a great location for guests who want to have a low key place to stay. It allows quiet time with a great pool. It's an easy car ride into town where you can enjoy all the fun key west has to offer.

Submitted Apr 12, 2018
**Owner's Response:**
Hi Karie,

Thank you, so glad you enjoyed the house and the pool. Have a great day and hope to see you again! Judy

**Beautiful townhome in tropical paradise setting**
5/5
Stayed Apr 2018
**Robert S.**

We had the pleasure of staying in this beautiful townhome while in Key West for a memorial service for a dear departed cousin. It was perfect for the six of us. The home is stylishly furnished throughout. We spent most of our time on the well appointed decks that overlooked tropical foliage and a pool. So relaxing and private. The bedrooms and attached baths were a bonus so each couple could retire in privacy. The kitchen is well equipped and the large dining table was a plus. The owner was great to work with throughout our stay. We also loved that it had a carport to keep our car out of the sun. We would highly recommend this townhome to anyone. It is only minutes away to anything to do in Key West. Do yourself a favor and schedule a stay.

Submitted Apr 10, 2018
**Owner's Response:**
Hi, thank you for the great detailed review! I'm glad you enjoyed the porches with all the furniture to relax on and that you appreciated the dining room table which seats 8 people!

I hope to see you next time under better circumstances! Have a great day! Judy

**TRIP WITH FRIENDS**
5/5
Stayed Mar 2018
**Deb H.**

March 17 - 24 2018

This house is perfect ! It is right inside the gate, so you do not have to drive around the development. The pool is right out the back door, but you do not hear any noise from it. The upstairs decks off the two bedrooms is a very relaxing space. Judy supplies everything you might need from games to laundry detergent, spices in kitchen, towels etc etc. You name it, it was there. Judy had sent a text asking for an eta. When we said we would be there between one and two, the house was ready. Check in was easy as could be. LOVED LOVED LOVED this place. There were five of us, and we all had our own space. I cannot say enough about the home and Judy. I will tell everyone who is planning a trip to Key West about it.

Its about a 10 min drive to Duval Street, or you can uber, which on average was about $19 - $20 . Hogfish grill around the corner is a must place to eat !!!

Skip the little pastry place across the street not worth the money. Go to Glazed Donuts on Eaton Street instead.

Submitted Mar 26, 2018
**Owner's Response:**

Hi, thank you for all of the information! I'm so glad you enjoyed your stay and everything in the house.

I'm glad you had a nice get together with your friends.

Hope to see you again!

Judy

## Perfect Key West Location
5/5
Stayed Mar 2018
**Mary P.**

The reviews of this house are spot on. Spacious, clean, well decorated and very accommodating location! Everything you could need from a vacation stay as soon as you walk in door! The owners response time and helpfulness put us at ease! Already planning next year's trip!

Submitted Mar 16, 2018
**Owner's Response:**
Hi Mary,

So glad you enjoyed your stay. Have a great day and hope to see you again! Judy

## Perfect!!
5/5
Stayed Mar 2018
**Jim W.**

We had 6 adults and the 2 king beds and 1 queen were just perfect for us . Each BR had a full bath plus closet. The house also had a washer & dryer plus private access to a balcony or patio. The house was very clean and appointed with wall hangings and all appliances.

Submitted Mar 12, 2018
**Owner's Response:**
Hi Jim,

So glad you enjoyed your stay and found that the house was comfortable and fit all your needs.

Hope to see you again in the future! Judy

Previous page of reviews**13 - 18** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**19 - 24** of 170Next page of reviews

**Very nice clean home, highly recommend!**
5/5
Stayed Feb 2018
**Jill B.**Michigan

We thoroughly enjoyed our stay! The home was fully furnished, very clean and comfortable. There was plenty of room for the seven of us. The owner was responsive and easy to work with. The pool was just beyond the back porch and was clean and very nice. The outdoor gas grill came in handy for dinner. We spent a lot of time relaxing on the back porch. We definitely recommend this home!

Submitted Mar 9, 2018
**Owner's Response:**
Hi, thank you! So glad you enjoyed your stay! Hope to see you again in the future! Judy

**Perfect!**
5/5
Stayed Feb 2018
**Todd T.**Goshen, Indiana

Spent a week here and loved everything about it. Better than advertised. Close to many fun things to do and see. Judy was so easy to work with and made our stay that much more enjoyable! will be looking for dates to book again!

Submitted Mar 5, 2018
**Owner's Response:**
Hi Todd and Nancy,

Thank you! I'm glad you had a nice stay and that you enjoyed everything in the house!

Hope to see you again in the future! Judy

**We highly recommend this place!**
5/5
Stayed Feb 2018
**Mike A.**

The property is in a perfect location. It's close to Key West but in a quieter area. It is a very clean place inside and out. It has everything you would need to enjoy time with friends and/or family. The owner is also very, very accommodating and touched base

with us to be sure we had what we needed. We would definitely rent this place again when we go back to the keys!

Submitted Feb 23, 2018
**Owner's Response:**
Hi, thank you for the great review! We are only about 4 1/2 miles from downtown Key West and it is a nice quiet clean gated community.

Would love to have you back for your next vacation! Have a nice day! Judy

**Perefect Hoilday**
5/5
Stayed Feb 2018
**Tammy H.**NAVARRE

Perfect property. Great location on Stock Island close to Key West. There were six of us plenty of room. Pool was close. Great restaurants within walking distant. Rode bikes. Loved it!

Submitted Feb 14, 2018
**Owner's Response:**
Hi Tammy,

Thank you, I'm glad you had a nice stay for your birthday celebration!

The restaurants around there are very good and it's nice to ride the bikes around also!

Have a great day and hope to see you again in the future!

**Very nice, close to everything and far enough away to get away.**
5/5
Stayed Jan 2018
**Carl B.**

Judy & Steve were very helpful throughout the stay. If there was an item to discuss, they were always very responsive to our inquiries. The house was clean, well maintained, well stocked and a perfect destination for a short getaway. Many Thanks.

Submitted Feb 8, 2018
**Owner's Response:**
Thank you! I'm so glad you had a nice stay and that the weather was nice for the wedding!

Have a great day and hope to see you again in the future!

**Beautiful Stay for Reunion of Friends**
5/5
Stayed Jan 2018
**Karen P.**

Judy was a great host. We communicated by text and email and had all we needed to get there, get in, and find restaurant and activity recommendations. There are two parking spots. We used one under a canopy and right beside the condo.

The location on Stock Island is perfect if you want a quiet stay yet be close to the action and bustle of Key West (5 miles.) We had no problem finding it even though we came in at night from Miami. Note: the drive is 3.5 hours. We were on the outer circle near the gated entrance. The inner doors and windows all face into a quiet circle of condos. The condo is beautifully decorated, comfortable, with lots of space for dining. The kitchen is well-equipped. We ate out two nights and cooked in with just-caught seafood (from Eaton Street Seafood, Fishbusterz Seafood Market), the other two nights. The living room is inviting for chats as is the first-floor porch which overlooks well-cared for landscaping and pool. The clubhouse has a fitness room, but we walked and kayaked so felt adequately fit without using it.

Note: no hurricane damage at the condo.

The special part of this property are the three master bedroom suites. This trip is one my two friends and I do yearly as a reunion. We each got a lovely bedroom with a private full bath. Luxury! The decor differed in each with their own "personality" as did the adjoining bathrooms. The beds were exceptionally comfortable. Each room had a small TV and there is a large TV in the living room. Wifi was seamless and had no problems.

There were ample towels and extra pillows and blankets, washer and dryer, and a porch upstairs off the two bedrooms. One master suite is downstairs, in case of mobility issues.

The pool was inviting and warm. Bikes were available, though we never got to them. We did a local Kayak trip with Lazy Dog (highly recommended--we did the Eco Tour), saw the Ernest Hemmingway Museum and Botanical Gardens. Also enjoyed downtown Key West and saw the legendary southernmost point sunset over the water. A great stay.

Recommended Restaurants: Key Plaza Creperie, Hogfish, Blue Heaven. Publix is close for groceries. Judy provided coffee for the coffee-maker. Make sure to get your key limes to bring home (Publix is your best location.)

We had a wonderful time. Highly recommend.

Submitted Feb 3, 2018
**Owner's Response:**
Hi, thank you for the great review! I'm glad you enjoyed your stay and thanks for all of the detailed information for other guests! I hope to see you again if you ever get back to Key West!

Previous page of reviews**19 - 24** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at
least 30 days before arrival date. You must contact the owner directly to request
cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**25 - 30** of 170Next page of reviews

### Nice and convenient!

4/5
Stayed Jan 2018
**Patricia S.**

Very nice place, well taken care of. Everything you need is here. I would highly
recommend a stay here. Hogfish Bar and Grill is close by and awesome.

Submitted Jan 26, 2018
**Owner's Response:**
Thank you! I'm glad you enjoyed your stay and hope to see you again in the future!

### Wonderfully easy to work with!

5/5
Stayed Jan 2018
**Jessie A.**

The house was beautiful and Judy was super easy to work with!

Submitted Jan 25, 2018
**Owner's Response:**
Thank you! I'm glad you enjoyed your stay and that everything was good on your trip!
Have a great day and hope to see you again!

### Best vacation ever

5/5
Stayed Jan 2018
**stephanie R.**

This house is so clean and comfortable it feels like home. The beds are so comfortable I
didn't even miss my own bed or pillow. Definitely good quality beds, which was a
concern to me since I had back surgery 3 months prior to our visit. We made breakfast
there almost every morning and we had all the tools we needed. The 2 days we didn't
make breakfast we walked down the street to the café for a affordable, good breakfast.
Five of us shared this house for a week and it never felt crowded, easily could have had
2-3 more people with us. There were even enough bikes for us all to use and ride
around the island.

The owners went out of their way to help us before, during after the trip. Multiple times
while on vacation I send texts to Judy and she always answered quickly even if I was

just asking for directions or restaurant ideas. None of us could even think of one
complaint about the rental, its location or its owners. If I am every lucky enough to be in
Key West again this would be my first choice of places to stay. And less than $20 to
Uber to from the airport to the rental!

Submitted Jan 20, 2018
**Owner's Response:**
Thank you so much for the review! I'm glad you found the beds comfortable and
enjoyed the 3 bedrooms with their own bathrooms. Also glad you found the good
restaurants which there are several around the house also.

Have a great day and hope to see you again! Judy

**Lovely Accomodations**
5/5
Stayed Dec 2017
**Mary H.**Grass Valley

We were a party of 8 and we had enough room. The 4 downstairs have to share one
bathroom, but it's doable. We are very food-centric crowd and seating for 8 at the table
is a huge plus. Kitchen supplies were quite adequate (we did buy and "donate" a new
skillet though). The pool was close and during the day it got kind of loud with the kids
playing but I'm fine with that. Great bakery and pastry shop across the street and close
to several great restaurants right there on Stock Island. Bikes a big plus as well. We
even had a city bus close by and found it cheap and easy to get downtown. Judy was a
great hostess! We liked it.

Submitted Jan 3, 2018
**Owner's Response:**
Hi, thank you for the great review! I'm glad that you made good use of the dining room
table and 8 chairs, and thank you for the frying pan!

I try to keep everything you would need stocked up.

I'm also glad you enjoyed the pool and the restaurants close by!

Have a great day and hope to see you again in the future! Judy

**Great place**
5/5
Stayed Dec 2017
**bob h.**

We're a family of 5, with a baby. House was great, well equipped kitchen, comfy beds,
bathrooms even had soaps and shampoos. We truly enjoyed our stay.

Submitted Dec 22, 2017

**Best Decision We Made!!!!**

5/5
Stayed Nov 2017
**Scott M.**

Not much I can say that literally everyone else hasn't already said. From the moment we arrived we knew we made the right choice. The house is perfect, excellent bedrooms, each with a private bathroom, kitchen, linens, towels, bbq, bikes, pool, decks, AIR CONDITIONING....

Literally every amenity you could ask for was already accounted for. As my title says, this was the best decision we made for our trip to Key West. Every aspect of what we were looking for was met with this choice.

The communication by the homeowner was/is superb! We were not disappointed by any means and I believe we will be re-booking this choice for our next trip to Key West.

Thank you!

Submitted Nov 14, 2017

Previous page of reviews**25 - 30** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**31 - 36** of 170Next page of reviews

**family reunion**
5/5
Stayed Oct 2017
**Phil G.**

great home with all amenities and many never expected. we had 5 adults and plenty of room to be together and to be alone if need be. choices of good restaurants within walking distance.

pool and view was wonderful. highly recommend!!

Submitted Oct 20, 2017

**Great!**
5/5
Stayed Oct 2017
**Beth H.**

Great property that was equipped with anything you could possibly need.

Submitted Oct 13, 2017

### Great House and Great Location
5/5
Stayed Sep 2017
**Robert S.**

We gathered in Key West for our son's wedding. Several families attending the wedding stayed in this complex. Two families rented from Judy Bringle. What was clear was the Bringle properties were more fully stocked with various household amenities compared to some of the other houses. Judy was always very attentive to our needs and would get back to us very quickly. The back patio of this house backs into the pool area, but it was still very private because of the trees and shrubs surrounding the property. The pool area was a great place to gather since and make plans for the day.

Submitted Sep 8, 2017

### Perfect stay!!
5/5
Stayed Aug 2017
**Moriah C.**

Tjis home for perfect for my family! The home was VERY clean and the beds were comfortable! There was plenty of space for my family andbthe pool was great! Would definitely stay again!!

Submitted Aug 22, 2017

### Wonderful key west home
5/5
Stayed Aug 2017
**VICTORIA L.**

Beautiful house. Has everything you could ever need even a baby crib.

Submitted Aug 20, 2017

### Clean, comfortable, convenient
5/5
Stayed May 2017
**Happy Islanders**San Diego, CA

This property was awesome. The house was super clean and very bright! Most of the windows let in lots of light and views of the tropical trees, so pretty. The beds, even the couch bed (!!) were all super comfy! Nice linens, firm pillows, the whole shebang. Kitchen and bathrooms were stocked with essentials that even I didn't think to bring (like little creamers for coffee and Q-tips and ketchup packets, so thoughtful). Judy was really attentive too. She did such a nice job of helping us feel welcomed and also

making sure we had everything we needed. Super highly recommend for anyone looking for the ideal stay in Key West.

Submitted Aug 15, 2017

Previous page of reviews**31 - 36** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**37 - 42** of 170Next page of reviews

**Great location**
4/5
Stayed Aug 2017
**Garnetta Y.**

We had a great time, the house was a perfect place for our family, 4 adult & 3 children 15, 12, 11. Location was awesome! Pool was awesome, kids enjoyed the pool toys and floats that were available. Publix was close by for our grocery supply. Had a ant problem in the cabinets, Judy called Terminix right away, they came out the next day.

Recommendations: both king size mattresses need to be replaced they have visible dips in them. Also the heating element on the dishwasher was not working, had to hand dry dishes. We had everything we needed in the kitchen, there was even a crockpot!

Also anyone with sensitive allergies there is a musty smell in the home there were scented plugins but me and my daughter have sensitive allergies and could smell it every time we came through the door.

If your going fishing I highly recommend High Stakes located on stock island! Go to Hogfish bar and grill and they will cook your catch for you. It was so yummy!! We went to Higgs beach, great snorkeling very nice! Went to Zachary Taylor Fort the beach is very rocky. We were celebrating a 60th birthday, we had a great time!

Submitted Aug 14, 2017

**Loved the house**
5/5
Stayed Jul 2017
**Robert F.**Gainesville, Florida

Everyone loved the residence and the back porch.

Submitted Aug 7, 2017

**We all thoroughly enjoyed our stay!**

5/5
Stayed Jul 2017
**Denise H.**

What a nice place! Everything is decorated so beautifully. And the house is equipped with lots of extras. Hope to return again next year. Thanks.

Submitted Aug 1, 2017

**This was a great place to stay.**

4/5
Stayed Jul 2017
**Kerry D.**

We would recommend this house to others. The owners were easy to deal with.

Submitted Jul 18, 2017

**Loved our time in Key West**

5/5
Stayed Jun 2017
**Gary B.**

Our daughter got married in Key West and this home was a great choice for our stay. It was very clean, updated and backs up to the pool area. The grounds are beautiful and peaceful. It had more than what we needed for our stay (grill, bikes, pool toys and chairs). Was only a few miles to the busy Duvall Street area. Grocery, shopping, beaches, airport and restaurants are close by. Owner was very accommodating and great to work with. If you are looking for a place to enjoy Key West I recommend you stay here. We enjoyed our stay and look forward to our next trip to the Keys!

Submitted Jul 2, 2017

**beautiful home**

5/5
Stayed Jun 2017
**tom t.**

the place was amazing took the whole family and grandkids,had plenty of room for everyone ,the home had everything we need and more,pool area was great, close to key west and all the attractions,yet not all the noise Judy was outstanding with, all our request Iwould rate our stay there as amazing 10 stars

Submitted Jun 24, 2017

Previous page of reviews**37 - 42** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**43 - 48** of 170Next page of reviews

### Great place to stay!

5/5
Stayed Jun 2017
**Victoria P.**

Stayed for my 30th birthday and it was everything I could ask for. Pool was so close and hey even had a grill. The porches was the spot. Thanks for he great time!

Submitted Jun 18, 2017

### Has Everything!!!

5/5
Stayed Jun 2017
**nancy w.**

If you rent this place you will not be disappointed. My friends and I stayed June 9-12th. This house has everything! I have rented my houses for vacations. This house made us feel at home from the moment we walked in. Plenty of seating inside and out. Pool is right outside your back door. Inside the beds were comfortable, not even the hide-a-bed people complain. For the person who wont share there was a blow up mattress. We are cooks, and this the first time any incidental needed in the kitchen was there. Even pan spray!lol

The owner is very responsive, even when you need the wifi code that is right there on the welcome page.

Great restaurants with in walking distance.

Submitted Jun 14, 2017

### Absolute perfect place to stay for your visit to Key West!

5/5
Stayed May 2017
**Danny B.**

We are not night life people so we were not interested in being close to downtown. We came to fish, enjoy some good food and visit old friends so Casa Cay West was perfect. We could have not asked for more perfect accommodations. This place is absolutely gorgeous and has everything you could possibly need or want! We forgot our q-tips but they were there. Got a little to much sun the first day of fishing and found aloe gel in the bath room. So many little things that you do not find in other vacation rentals. Also the

pool is very relaxing and it and the beautifully landscaped grounds put a tropical paradise at your back porch. There are some amazing restaurants within walking distance and also others within a short drive. Judy has made this house feel like your home in the Florida Keys! I would highly recommend any of The Bringle's vacation rentals at Coral Hammock. And a little side note. If your are looking for a great day of fishing do yourself a favor and book yourself a trip with Capt. Billy Wickers on the Linda D V. You won't be sorry! Thanks again Judy and Steve for your contribution to our wonderful vacation in the Florida Keys!! See ya'll again soon and will recommend you to our friends headed to the Keys!

Amelia And Danny Beasley

Lake Park, GA

Submitted Jun 10, 2017

### Overpass my expectations!

5/5
Stayed May 2017

Since the moment I walked in the house I knew we were going to enjoy every corner of it, beautiful decorations, super cleaned and organized. Well thoughtful of the extra things it had. For example: towels, hair blower, shampoo, conditioner, body wash it also has a laundry including the detergent, therefore we got to go back home with all of our clothes clean which is a plus when you get back home there's less to do. The kitchen was also filled with everything you need in case you decide to cook a meal or make breakfast. There's table games also we had fun playing them. In overall it had everything you need and more. I strongly recommend the rental of this house is a guarantee that you and you're family or friends will enjoy and it will make worth the pay as well. We left thinking of making plans again to come back and rented again. There's a small super market neer , restaurants, liquor store and cvs also. Not too far from downtown and the beach. You have the peaceful environment in this private community but you also have the social, party life close by. Thank you so much Judy we loved our stay in the house!

Submitted May 30, 2017

### Not a single negative thing to say about our stay here

5/5
Stayed May 2017
**Cyndi H.**

Very tastefully decorated and extremely clean. Everyone slept well on the comfortable bedding. Everything we needed to cook in or even just relax comfortably was available. Within a few blocks --pastries, groceries, a cantina, CVS, souvenir shop and wood-fired pizza (excellent) were available. We had a car, but still with the cab ride less than $20 from the airport, the trolley and the available bikes, you could do very well without one to spend time on Key West.

Submitted May 24, 2017

**Excellent**
5/5
Stayed May 2017
**Shane S.**

Everything from top to bottom was perfect! Walking into the house exceeded my expectations. It was very clean and well stocked with kitchen supplies, towels and really anything you might need.

The location was pretty nice too. Not right in the middle of all the action, but you could get there with a short taxi ride (you can have a taxi there in 5 minutes). There was also some good food right across the street and the pool was great. Side note: we saw ex-NFL head coach Jeff Fisher at the pool.

As a final note, Judy made this incredibly painless for us. All communication from the time I booked it until the time we left was on point, so a special thank you to her for making the trip that much more better.

Submitted May 18, 2017

Previous page of reviews**43 - 48** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**49 - 54** of 170Next page of reviews

**Cozy, comfortable, and affordable for a Key West getaway**
5/5
Stayed Apr 2017
**Kristen D.**

I recently stayed with 5 of my girlfriends, we were supposed to have 8 total but 2 dropped out at the last minute. It was kind of a good thing as I feel it would have been tight with 8 even though there is room for 8 to sleep. The home is well kept with nice furnishings. The beds were very comfortable. The outside porches were a plus for just hanging out and chitchatting and also for the smokers in the group. You walk right from the back door down to the pool. The Key West strip was only about a 10-15 minute drive. We really enjoyed our stay and would definitely stay again!

Submitted May 11, 2017

**Great location and great set up! All you need to enjoy your Key West vacation!!!**
5/5
Stayed Apr 2017
**Tarod D.**

Well appointed, but did have a few thing that needed repaired, toilet, shower handle in on of master baths, and washer and dryer are gonna need replaced soon! These were formalities as we loved the decoration of the house and it's location! We had a blast and would definitely stay again!

Submitted Apr 27, 2017

**FANTASTIC !!!**
5/5
Stayed Apr 2017
**Suzanne T.**

The house/home was absolutely beautiful...we couldn't have picked a better place ! We were in Key West for a "destination wedding". Too bad the REST of the family chose to stay at a regular old hotel ! One thing we did learn was taxis were expensive and a rental car would have been better for getting around...there was no "uber"... Aside from that little glitch, it's a definite 'YES' for telling all our friends where to stay in Key West !!!

Submitted Apr 26, 2017

**Exceptional place to stay.**
5/5
Stayed Apr 2017
**LOU A.**

Second year we've stayed at this location, can't say enough. Home owner is easy to work with. Plenty of restaurants in the area. Cant say enough about it. See you next year!

Submitted Apr 16, 2017

**Attention to detail!**
5/5
Stayed Apr 2017
**Cheryl S.**

We stayed here from April 3rd to 6th, 2017 with 7 adults (mid-to late 50s). Judy has decorated this home beautifully with a Beach House Theme that the other ladies and I have borrowed some ideas from. She has provided everything that you could possibly need to enjoy your stay! This is on Stock Island which is a little bit of a jaunt to downtown Key West, but we didn't find it to be a problem with the short drive by car or with bicycles. The surrounding neighborhood is a little "dodgy" but we felt totally safe in this gated community. We enjoyed the two local restaurants "Roostica" and "Hogfish Bar and Grill".

I would definitely recommend and would stay here again!

Submitted Apr 10, 2017

**Beautiful house - wish I owned it!**
5/5
Stayed Mar 2017
**Mark K.**

The owner checked in several times to make sure we were comfortable and had everything we needed. Awesome place - would definitely come back.

Submitted Apr 1, 2017

Previous page of reviews**49 - 54** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**55 - 60** of 170Next page of reviews

**Beautiful get away home in Key West**
5/5
Stayed Mar 2017
**Cheryl R.**

Lovely home with areas of separation, which is great for families and privacy. This home is beautifully decorated with a lovely pool area and excellent eating nearby. This place has something for everyone and is ideally located for a short trip into town, to the beach or to nearby fishing, activities, shopping and restaurants. We would surely stay here again

Submitted Mar 31, 2017

**Excellent stay!**
5/5
Stayed Mar 2017
**Bruce P.**

Casa Cay West is everything it appears to be in the pictures. We vacationed here as a family of 6. CCW handled our crew easily with 3 large bedrooms and a pull out couch. The unit is clean, quiet, nicely decorated and furnished. It is convenient to KW without being in the traffic and noise. Judy communicates promptly and is a joy to do business with. Highly recommended!

Submitted Mar 25, 2017

**Hollywood in Key West**

5/5
Stayed Mar 2017
**Claire C.**

5 star resort style accommodation that we were all very grateful for after a long stressful motorcycle ride from Miami. Judy was the perfect host. Totally recommend this house and hostess!!

Submitted Mar 22, 2017

**Everything was perfect!**

5/5
Stayed Mar 2017
**Sandra L.**

Beautiful tastefully decorated home. Excellent location. Very clean. Wonderful back porch, decks and front porch. Comfortable mattresses and nice linens. Spacious rooms. Beautiful pool area and exercise room. Owner totally accommodating. Highly recommend this property..

Submitted Mar 16, 2017

**Perfect House for a Girls' Weekend in Key West**

5/5
Stayed Feb 2017
**Megan H.**

I stayed at Casa Cay West for a girls' weekend with 7 other people and it was perfect! The house had everything we needed and the location was great with restaurants within short walking distance. The pool was very nice and close to the house, and the porches were big and great for relaxing and enjoying the weather. I would definitely return to this house the next time I am in Key West!

Submitted Mar 3, 2017

**House has it all!!**

5/5
Stayed Feb 2017
**donna s.**Vermilion, Oh

House was very nice. It's surrounded by foliage so its very private and relaxing. Had a great time with 2 other couples. Easy access to everything. Any return trip will definitily stay here again.

Submitted Feb 22, 2017

Previous page of reviews**55 - 60** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**61 - 66** of 170Next page of reviews

### Absolutely awesome place to stay while in Key West!
5/5
Stayed Feb 2017
**Matt C.**

Casa Cay West was a wonderful place! A buddy of mine and I ride our motorcycles down from northern VA every year to watch the Superbowl on Duval St in flip flops and t-shirts, and Judy's place was perfect for us! Very secure gated community, we parked our motorcycles in the carport and (as is our custom) rented scooters for our 5 night stay. The location is perfect! Far enough away from Duval to be calm and quiet when you got home, but close enough to do whatever you wanted to do, whenever you wanted to do it (only a 10 minute scooter ride down to Duval St). There was a great restaurant right across the street (Roostica) and also a grocery store, liquor store, and CVS all within a very short walk.

As far as the house itself...in a word...perfect. Kitchen has everything you need (even coffee, which we replaced). The set up was perfect for the two of us as we each had a master suite with ensuite bath upstairs. Both rooms opened up onto the awesome upstairs balcony which is duplicated below with the 3rd bedroom and living room areas. We did have a buddy fly in and join us and he was very comfortable in the third bedroom on the main level which adjoined the downstairs bath (also serving as guest bath). The place was super comfortable with the sofa and chairs being where we watched the second half of the game after scooting back up from Duval at halftime (Go Pats!).

An awesome pool area and even our own private (brandnew) grill. Judy was awesome with a couple quick phone calls we made and checkin was super easy and involved seeing no one. Just get the codes and you're good which was awesome. Judy even let us check in early!

Awesome place and highly recommended. The perfect location to enjoy it all!

Submitted Feb 19, 2017

### The property is beautiful. Perfect for couples and families
5/5
Stayed Feb 2017
**Christy W.**

The location was great. CVS is right across the street. Beautiful decorations. Each bedroom has a bathroom which was great for us because it was 3 couples. The patios was nice and pool was really close to the home. Bikes were available for use. Judy was awesome and easily accessible for assistance. We loved it

Submitted Feb 16, 2017

**Very Nice House**
5/5
Stayed Feb 2017
**Dee**Clio, MI, USA

Bedrooms were very nice with comfortable beds. House was very clean and well appointed. The location is good (4.5 miles from Duval St), short taxi ride. Roomy back porch, seven of us sat out there nightly. You can tell the owner has gone to great lengths to ensure guests are comfortable. We enjoyed our stay.

Submitted Feb 14, 2017

**Perfect House**
5/5
Stayed Jan 2017
**Cindy E.**

We recently stayed in the Tropical House in Key West. The house was perfect for us, we had 3 couples, the 3 bedrooms with 3 baths were what we were looking for. The location was good, it was a quick easy trip to all the sites of Key West. Judy was very helpful and accommodating. She made good recommendations for dining. We wish the weather had been a little better so we could have enjoyed the many outside porches and pool. We would stay at this house again! Thanks Judy

Submitted Feb 10, 2017

**We had a great time, again!!**
5/5
Stayed Jan 2017
**Emily F.**

This was the second time we stayed here. We had a great time, again! Thanks for everything Judy! :)

Submitted Feb 1, 2017

**Baller's palace**
5/5
Stayed Jan 2017
**earl d.**

I rented this house for my bachelor party. We had 10 people total and made it work (brought an air mattress with us) Great location, and I actually like the fact that it's a few miles from Duval Street...away from the hustle and bustle.

Submitted Jan 23, 2017

Previous page of reviews**61 - 66** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**67 - 72** of 170Next page of reviews

**Key West Birthday**
5/5
Stayed Jan 2017
**Alana P.**

We really enjoyed staying at Casa Cay West. The owner sent brochures for Key West o us ahead of time to help plan our visit. The day of our arrival she went to the house to leave a light on and turn down the air conditioner. The house was very comfortable and decorated nicely. Two parking spots, bikes and a community pool were a bonus. Minutes from tKey West activity but a quiet respite when you return in the evening. Highly recommend this property.

Submitted Jan 18, 2017

**GREAT STAY AT CORAL WAY!**
5/5
Stayed Jan 2017
**Timothy G.**

MY friends and I stayed at this beautiful property and had an amazing time! the place was beautiful and clean and Judy was so kind and accomodating throughout the entire trip. We will definitely be staying at this awesome house again! Well done Judy!

Submitted Jan 18, 2017

**Excellent, perfect for families with kids.**
5/5
Stayed Jan 2017
**Alvaro D.**

Excellent property, very nice equipped, awesome pool for the family. We were a party of eight with two kids and the house was very comfortable. I would undoubtedly stay here again

Submitted Jan 11, 2017

DEFENDANTS EXH 5 481 PGS TOTAL

**Really awesome house!!**

5/5
Stayed Dec 2016
**Jordan H.**Austin

What a great time we spent in this place.

We were 2 families of 4 adults and 4 kids and everyone had a blast. The house is big, nicely equipped and decorated. We cooked a lot while there and everything needed was present. The bedrooms are large, beautiful with nice bathrooms. The house has plenty of games and DVDs for the children and the swimming pool is perfect for everyone. I really really recommend that place at 100%.

Submitted Dec 26, 2016

**Was very happily surprised**

5/5
Stayed Dec 2016
**Mike B.**

I read the reviews and thought that it was too good to be true, but no. The ad says that they have everything that you need for a good time and they do! The owners were very responsive ahead of time. Everything was exactly as they said it would be. Great accommodations and extras, pool, porches and bikes. The location of house was ideal for getting down to Duval Street, and off to the rest of the keys.

I traveled with two of my adult children and their spouses, we had plenty of room for 6 adults. If you want to be a block off of Duval, this might not be the best spot. If you want a quiet retreat a short hop away from Duval that has everything you could want and a perfect place to catch your breath this is it.

Submitted Dec 14, 2016

**Beautiful house, great location!**

5/5
Stayed Nov 2016
**jen l.**

This house was awesome! There were 9 of us and 1 baby and it was a good size and we all loved it! Judy was so nice and knowledgeable, and repeatedly went above and beyond with anything we needed. She even has a high chair, pack and play and toys for babies. The location was perfect. Easy to drive to downtown key west, yet far enough away to escape the craziness!

If we come back to key west we would most definitely stay here again! In fact, I would be willing to change my vacation dates around if the house was booked so I could make sure I could stay here!

Submitted Dec 6, 2016

Previous page of reviews**67 - 72** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**73 - 78** of 170Next page of reviews

**perfect in every way**
5/5
Stayed Nov 2016
**Eileen L.**

There wasn't anything that we wanted that wasn't available. All the other reviews were right on target. The beds were very comfortable and the space was ample for all of us. We took advantage of the bikes, had fun in the pool and loved the coffee and pastries from the bakery/café right across the street.

The entire space was decorated beautifully and we felt right at home. Highly recommend!

Submitted Nov 14, 2016

**Great vacation.**
5/5
Stayed Oct 2016
**mcleodrv m.**Navarre

We rented 3 townhouses this year and once again the stay was great. We will be back.

Submitted Nov 1, 2016

**From the moment we walked in the door we were thrilled with the house and full of excitement!**
5/5
Stayed Oct 2016
**Holly B.**Lutz

The location was perfect and we were able to bike to great nearby restaurants and shopping. Duval and Key West attraction are a very short drive away. The house was very clean with beautiful decor and provided everything needed for a comfortable stay. The pool is just behind the house and was beautiful as well. We loved the upper and lower decks for relaxing and were blessed with gorgeous weather for our entire stay. Judy greeted us upon our arrival and gave us some great recommendations for local restaurants. With all of the restaurants in the area we chose to eat at Hog Fish three

times during our stay...it is wonderful (try the Lobster Bisque soup)! We biked there each time :) We also cooked several meals at the house and were happy to see that the kitchen was stocked with everything we needed to make our meals. The price was right and the owners were great with communication. We will definitely stay here during any future trips to Key West!!!

Submitted Oct 31, 2016

### Everything we could have wanted...and more!
5/5
Stayed Oct 2016
**Beth H.**

We so enjoyed our stay in Key West! This home was located close to Key West, with easy access to all locations! We loved being away from the craziness of Duval, but being able to be in the center of things quickly! We loved exploring on the bikes, relaxing in the pool, and the quiet setting on Stock Island!

The home itself was well stocked, roomy, beautifully decorated, comfortable beds...very relaxing!

Our plans were interrupted by Hurricane Matthew, and our host was helpful in letting us extend our stay!

Our host was easy to reach and always responsive!

Submitted Oct 15, 2016

### Great Condo for Key West Get Away!!
5/5
Stayed Sep 2016
**Dedra D.**

We were a group of 3 couples staying at this condo and we all loved it! Each bedroom had it's own bathroom and access to the outdoors. The furnishings were outstanding and the kitchen was well appointed with every conceivable type of appliance. We walked to a couple of local restaurants which turned out to be very good. Judy was very accommodating with us checking in and out. I hope to go back to Key West in the near future and I will definitely check to see if this property is available again!

Submitted Oct 3, 2016

### Perfect weekend girls getaway!
5/5
Stayed Sep 2016
**Mallory S.**

Everything you can ask for in a rental property. Our group of 8 had so much fun! House was so cute and stocked with all the necessities and Location was perfect. Can't wait to come back!

Submitted Oct 2, 2016

Previous page of reviews**73 - 78** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**79 - 84** of 170Next page of reviews

**Perfect!**

5/5
Stayed Sep 2016
**Rick R.**Rock Hill South Carolina

This is our second time staying at this beautiful home, and we enjoyed it even more than last time! The location is so convenient and the home and property itself are so nice we hated to leave. The owners thought of everything a visitor could possibly need.

Submitted Sep 20, 2016

**Outstanding!**

5/5
Stayed Sep 2016
**Beverly S.**ramona, CA

Wonderful 1 week stay in Key West!...2 king ensuites upstairs and 1 Queen ensuite downstairs...kitchen well stocked with utensils, bar glasses, pots/pans, toaster, blender, etc... Nice extras provided were coffee and creamer for first night or two, individual packets of condiments (mustard, ketchup, mayo, jelly) so did not have to buy big versions of these items. Great directions on accessing the unit, bikes, pool, etc. Wi-fi easy to log on and good strength - there were five of us using. Unit is very close to the pool and workout room. Lots of DVDs, books, and games provided if you have a rainy day. Plenty of linens with very comfortable beds. Beach towels and beach bags are provided. Lots of toiletries provided....bath wash, shampoo, bandaids, q-tip, antibiotic ointment, alcohol, hydrogen peroxide. There is covered veranda downstairs with ceiling fans and also same arrangement upstairs off the 2 king suites. No problem with any road noise or other units. You will hear the rooster crow, though. Nearby is great restaurant - Roostica - had dinner there couple nights and also Sunday brunch...it's maybe a 3 minute walk from the unit. Hogfish Restaurant is slightly further but also great food. If you are so inclined....there is liquor store 5 minute walk from unit. There is also a CVS within walking distance. The unit is about 2.5 miles to airport and 5-6 miles to Duval Street. We did rent a car as was too hot for us to want to bike down to Duval Street. Parking is limited around Duval Street but were able to find some the 3 or so times we went there. The sunset at Mallory Square draws crowds, music, acrobats, and

local artisans and is a great photo op.Judy (the owner) responded quickly to any questions/concerns and was great in allowing us to check out late to accommodate our flights. Overall, a great stay.....would highly recommend.

Submitted Sep 13, 2016

**Wonderful**
5/5
Stayed Sep 2016
The House was beautiful, very clean and welcoming. I can't wait to come back

Submitted Sep 7, 2016

**Awesome!**
5/5
Stayed Aug 2016
**Diana S.**Ft. Pierce

We loved everything about this home. It is spacious, beautifully furnished and decorated and included everything you could possible need. The location is just up and out of the hustle bustle of downtown Key West so it's quite. The gated community is safe and convenient to everything. This home has two beautiful rear balconies that are so comfortable and relaxing and nicely furnished, just steps away from the gym and pool. The pool is really big with great seating and Tiki hut for shade. Each of the three bedrooms has its own bathroom, so plenty of privacy. I've stayed at many places in Key West over the years and always try someplace new each trip. Now that I've found this home, I'll be coming back...soon I hope!

Submitted Aug 19, 2016

**Little piece of paradise**
5/5
Stayed Aug 2016
**Sherry S.**Sachse TX

We loved absolutely everything about this property. The rooms were spacious, clean and well decorated. The bed and pillows were so comfortable that it made it hard to get up and going in the morning. The whole house has beautiful hardwood floors and practically everything you need. The patio was our favorite place to hang out. It over looks the pool, but yet it is tucked away in a corner surrounded by beautiful plants, which was great for privacy. After long days of snorkeling, kayaking, shopping and site seeing, we all looked forward to driving the short distance back to the property for relaxation. My only complaint is that our stay was too short. I highly recommend this house and would stay there again if I ever get to return to Key West. Thank you Judy, for your hospitality. We were so pleased with all the home had to offer.

Sherry

Submitted Aug 12, 2016

**Experience**
5/5
Stayed Jul 2016
**Carrie R.**

The house was beautiful she thought of everything. The only thing was the grill was a mess my husband spent a while cleaning it so we could cook. But other than that I would definitely want to stay there again

Submitted Jul 29, 2016

Previous page of reviews**79 - 84** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**85 - 90** of 170Next page of reviews

**Perfect**
5/5
Stayed Jun 2016
**Donna C.**

Judy's home in Key West was wonderful. The unit is clean and beautifully decorated in tropical decor. It is fully stocked with supplies and all the conveniences of being home. The location is easy to find and is a short distance from Duval Street. The pool is large and close to the unit. The upper deck was perfect to sit and have our morning coffee and discuss our plans for the day. We ate breakfast and lunch on the back porch allowing our grandchildren more time to enjoy the pool before we headed to Mallory Square for the "cat man" and of course watching the sunset. Judy provided us with information about restaurants and activities for the 4th of July fireworks. We ate at places that we have never eaten at before and they were fantastic. Hurricane Hole, Hogfish Grill, Geyger's Marina and Roostica's were among the new places. Our overall experience staying at Judy's is the best that we have had and I would highly recommend it. It was nice coming back to the peaceful environment of Judy's home after being in the crowded streets of downtown. When we return to Key West, I would not want to stay anywhere else.

Submitted Jul 7, 2016

**STOP SEARCHING.....THIS IS THE PLACE YOU WANT TO STAY!!**
5/5
Stayed Jun 2016
**Carl W.**

SEARCH NO FURTHER!!!!!

THIS PROPERTY AND THE OWNER WERE ABSOLUTELY AWESOME! MY FAMILY OF EIGHT (6 ADULTS AND 2 GRAND CHILDREN AGES 1 AND 4) STAYED AT THIS BEAUTIFUL TROPICAL HOUSE IN JUNE 2016 AND HAD A GREAT TIME! THIS CHUNK OF PARADISE IS MAGNIFICENTLY DECORATED AND CONVENIETLY LOCATED TO THE CASA CAY CLUBHOUSE, SWIMMING POOL, GROCERY STORES AND ALSO A QUICK DRIVE TO DOWNTOWN KEY WEST. THE OWNER HAS STOCKED THE PLACE WITH EVERYTHING YOU WILL NEED WHILE VACATIONING IN KEY WEST (BEACH TOWELS, BATH TOWELS, BABY HIGH CHAIR, TOYS, BIKES, BIKE HELMUTS, KITCHEN WITH POTS/PANS/CUPS/ BOWLS/PITCHERS/KNIVES ETC…. BASICALLY, THE KITCHEN WAS LOADED. WE ESPECIALLY LOVED THE PRIVATE PORCHES ON THE BACK OF THE HOUSE EQUIPPED WITH FANS AND SURROUNDED BY PALM TREES & OTHER MISC TROPICAL FOLIAGE. YOU HAVE THREE MASTER BATHS WITH WASH TOWELS, BEACH TOWELLS, HATS AND PLENTY OF SPACE IN THE CLOSET TO HANG YOUR CLOTHES! IT IS VERY QUIET ON THE BACK PORCH AND THIS HOUSE IS CONVENIENTLY LOCATED NEAR THE ENTRY GATE! BICYCLES HAVE SEPARATE LOCKS FOR EACH BIKE AND THERE IS A COVERED AREA FOR YOUR CAR. BOTTOM LINE….WORD OF ADVICE, IF YOU DO DECIDE TO STAY HERE, RECOMMEND YOU CALL THE OWNER WITH ANY AND ALL QUESTIONS ABOUT WHAT THE HOUSE DOES/DOESN'T HAVE BECAUSE MORE THAN LIKELY THE UNIT IS STOCKED WITH ALL YOUR NEEDS! FINUALLY, "IF YOU STAY HERE, I KNOW YOU WILL LOVE IT" HAVE A GREAT VACATION!!

Submitted Jun 30, 2016

**5 star**
5/5
Stayed Jun 2016
**Audrey L.**

love the house! grest location in stock island.

Submitted Jun 27, 2016

**Awesome!**
5/5
Stayed May 2016
**Cristina D.**

Our stay at Casa Cay was wonderful! The house is in a gated community making us feel really safe at all times. Super easy to find with directions. The inside of the house was a getaway within itself. Loved the decor. All the extras were a great addition board games, hats, beach bags, bikes, helmets, and a grill that we did get to use. Good location about 15 minute drive from Duval street. Owner great communication lines and quick response. Overall we had a comfortable and great stay at this beautiful house.

Submitted Jun 21, 2016

**Clean, welcoming, spacious, well stocked**

5/5

Stayed Jun 2016

**Jessie R.**

Eight friend's of mine stayed for a week and it was a fantastic time. They enjoyed the pool, the porches and how comfortable the house is. My friend is planning on taking her own family back to the same location. We felt safe in the gated community and the six bikes were very convenient. We were given complete privacy by the renters and the community was welcoming overall. We cooked a lot of group meals in the kitchen and the laundry machines came in handy. I would recommend this property to anyone coming to the Keys!

Submitted Jun 13, 2016

**Property was excellent for our large family of 8 people.**

5/5

Stayed May 2016

**Roy H.**

From the time we arrived until we left, we felt completely at home. The furnishings were just right and very comfortable. The porch on the back of the house close to the pool was where we spent a good bit of time rehashing our younger years. I didn't make it upstairs but a time or two due to my age(82) and back problems. Those who stayed upstairs spoke of the comfort and the nice furnishings.There were plenty of plates, utencils, pots and pans to cook for eight and the huge dining room table had better not tell some of the stories that were told while sitting around when were inside and not one the porch. The house was just the right distance from town...away from the busyness of everyday Key West life, but it was a matter of minutes and you can be down town. Four of us enjoyed the bicycles Judy had provided. We had fun exploring the neighborhood away from the traffic of downtown. I rate this property as high as I can, and if(and I hope to get back) I would love renting this property again. I have already told many people about the property and they couldn't go wrong renting it. You must take time to see the sunset either from Mallory Square or the state park which is right next door. And if you don't make it the Sloppy Joes on Duvall street to eat or drink,, you've missed a treat. Two Guys cafe is nice when you are in a hurry. And if you are looking for a good steak, try Duffys. You will also want to check out Smather's Beach which is on the southern side of the island. The sand is beautiful and you almost have the beach to yourself because it doesn't have the best ratings. ( I can't understand this because I would rate it tops for sunbathing. It is not the best for swimming, but if you want to work on a tan, this is the place. Parking is difficult down town, but you can find places at a price. Thanks Judy for sharing your property with neighbors to the North...Elberton, Ga.

Submitted Jun 7, 2016

Previous page of reviews**85 - 90** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**91 - 96** of 170Next page of reviews

### ~ Large, Beautiful, and Comfortable ~ Home Away From Home!

5/5
Stayed May 2016
**Emily F.**

We enjoyed our stay very much.

The house is nice, comfortable, and large enough for a large family! When traveling with six children, it isn't always easy to find a place that is comfortable and affordable, this place was both! I'm sure we found the best place on the whole Island!

I highly recommend the pizza place across the street, and The Hog Fish restaurant does the best fish fry in town!

I would highly recommend this place to my friends and family.

Thank You Judy! We will be back!!

45120

Submitted May 29, 2016

**This property was beautiful.**
5/5
Stayed May 2016
**wendy p.**

We were very pleased with the property. It was convenient, beautiful, and modern. It was quiet and well-maintained.

Submitted May 14, 2016

### Great place to stay! Very comfortably fit 3 couples!

5/5
Stayed Apr 2016
**Bryana C.**

We rented this property for a long weekend in Key West. My husband and I along with two other couples felt like this house was perfect to stay in. Everything you wanted to see or do was just a 10 to 15 minute drive or cab ride. The owners really made sure you had everything you need at the house. The pool is great and heated. We also enjoyed

that the owners had recommendations for where to eat. Very highly recommended and
we would definitely go back!!

Submitted May 1, 2016

### Beyond Our Expectations
5/5
Stayed Apr 2016
**Joyce C.**San Diego, CA

We (three couples) thoroughly enjoyed our stay in this lovely, furnished home. It was
clean and well cared for. We wanted for nothing! Judy was just a text away and
responded in a timely manner to our few contacts. Several restaurants are close by--a
couple in walking distance. We had dinner at one and ordered take-out at another. Both
were great. I highly recommend this home. The whole process was easy--from initial
contact, to reserving, to making payments. A great experience!

Submitted Apr 23, 2016

### Incredible stay
5/5
Stayed Apr 2016
**LOU A.**

The house is in a great location, easy to get to everything in town. Judy was extremely
easy to work with. The house is very well maintained and furnished. Our group was very
happy that we found this location and are already talking aboit going back next year.
Thanks Judy!

Submitted Apr 18, 2016

### This home delivers evertything it promises!
5/5
Stayed Mar 2016
**LuAnn W.**

My husband and I along with our daughter, her husband, 10 year old and 10 month old
children stayed at Judy's home in Coral Hammock the week of March 19th thru the
26th. This home delivers everything it promises! A quiet, relaxing tropical get away with
lush tropical greens, a pool just steps away, and if you prefer more entertainment its just
minutes away. Having access to the pack and play, highchair and infant pool float were
a great help too.

Our only disappointment was we couldn't stay another week.

Steve and LuAnn W, NY

Submitted Apr 13, 2016

Previous page of reviews**91 - 96** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews97 - 102 of 170Next page of reviews

**What a nice stay!**
4/5
Stayed Mar 2016
**Melissa D.**Green Bay WI

At first we were a little hesitant of where the house was located but in the end it was perfect. Yeah… it was a little farther from downtown than we thought but that is not what our focus was, ours was on the water. With Hurricane Hole down the street it was easy to rent paddle boards, Kayaks and a Pontoon/Fishing boat. We had a blast discovering Key West from the water.

The House was lovely, well kept, very clean and perfectly decorated. You truly felt like you were on vacation when in the house. Every time we have rented a house there always was something missing. Cookware, utensils, pots, wine opener, not here, it was meticulously well appointed. Back Porch is a joy and the pool was hit with the kids. The owners are easy to deal with and accommodating.

One last note, we found a place across the street for Brick Oven Pizza that was awesome-nice to walk to dinner and not have to worry about driving. It turns out the owner also owns another place down the road that is the hottest restaurant in KW, did not make it there but heard it was great too.

If you asked would we return – HECK YES!

Submitted Apr 5, 2016

**Excellent**😊😊🔲
5/5
Stayed Feb 2016
**DOLORES F.**

Our two week stay was superb-everyone was absolutely impressed with the Townhome plus Judy responded and was helpful when we had questions. Definitely a 5 star and would recommend the unit to anyone. Hated to leave.😊 Hope to come back again.😊😊 The Fahrney party

Submitted Mar 19, 2016
**Owner's Response:**

Thank you. I'm so glad you had a nice stay at Casa Cay West.

**Key West Vacation**
5/5
Stayed Feb 2016
**Kenneth D.**

This house is beautiful with a tropical feel. It was better than advertised. The owner
Judy kept in touch with us throughout the process and made us feel comfortable. I
would go back in a heartbeat. There are many attractions to do in Key West along with
great food and music. Thanks for a great Vacation! The Douglas Family

Submitted Feb 29, 2016

**Fantastic**
5/5
Stayed Feb 2016
**Angela D.**

What a wonderful home. Modern, clean, cozy with great island style. We all enjoyed our
stay and would stay again.

Submitted Feb 23, 2016

**This place is AMAZING**
5/5
Stayed Jan 2016
**Kassi T.**

8 of us stayed comfortably in Judy's Key West townhouse for a few days before hopping
on a cruise. Unfortunately we didn't have the best weather but were so lucky to skip out
on a confined hotel room and stay at this spacious and beautiful home and have plenty
of room to play games together! Everyone in our party was so impressed with the decor
and location - it's even better than the photos! We all would definitely stay again and
highly recommend this place :).

Submitted Feb 1, 2016

**Great house for a family vacation in Key West**
5/5
Stayed Dec 2015
**George C.**

This modern house proved ideal for our family of six. Grandparents and parents each
got a separate bedroom upstairs with king bed and bathroom. Uncle got his own single
room and our grand son slept on the pullout bed in the living room. They shared the
downstairs bath. Kitchen was fully equipped and the dining room was perfect for family
breakfasts. We especially enjoyed the the back veranda surrounded by lush vegetation
and the pool. The property owner was very attentive in emails with directions and
access codes. Stockton island is a 15 minute drive to Key West and is more quiet and

laid back. Everybody loved the place. Deposit was promptly reimbursed. Would highly recommend this rental.

Submitted Jan 13, 2016

Previous page of reviews**97 - 102** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**103 - 108** of 170Next page of reviews

**Wonderful getaway**
5/5
Stayed Jan 2016
**Harold B.**DeLand Florida

We really enjoyed staying at this property. The house was clean and very well maintained. Owner was on site when we arrived and was very helpful, suggesting local restaurants. We would recommend this property to everyone. Centrally located (about 15 minutes from downtown Key West) and in a very safe area (gated community).

Kitchen and bathrooms were well stocked with everything you could need. Furniture was all new and really lovely. House will definitely sleep 8 people comfortably.

This home made our vacation complete!!

Submitted Jan 10, 2016

**Beautiful Family Friendly Property**
5/5
Stayed Dec 2015
**Deborah R.**Indianapolis

Our every expectation was met with this property. There were 3 porches from which to enjoy the lovely landscaped, shady view. We used the bikes to ride around the gated community (bikes are big & fit kids 10+ best. We cooked out on the gas grill (needed a light but we used our cell phone flashlight). The pool area was fantastic! We enjoyed it primarily in the evenings. Check the closet downstairs for a child's floaty, in fact there were a lot of items for a baby. Having said that - it's best to go through & childproof the house as there are a lot of knickknacks that are within reach of busy little hands. Try the pizzeria across the street (Roostica) - it's fantastic!

Submitted Jan 5, 2016

## Awesome home!

5/5
Stayed Dec 2015
**Priya V.**

We rented this house for a family reunion. Loved the beautiful clean house. A fully functional kitchen was a great advantage since we had lot of kids. We overall had a wonderful experience and I would totally recommend to my friends/family.

Submitted Dec 28, 2015

## Amazing

5/5
Stayed Dec 2015
**Steve and Donna**Live Oak, Florida

This is the second time staying in one of Steve and Judy's rentals. There really are not words enough for how helpful Judy was and how beautiful, clean, and spacious the rooms are, with beautiful french doors opening onto porches in every room. The location is wonderful. If you're traveling with several people this 3 bedroom 3 bath is the perfect place.

Submitted Dec 18, 2015

## Awesome!

5/5
Stayed Nov 2015
**Sara H.**

We stayed at Coral Hammock for a Key West wedding. Everyone from young to old had a fabulous time! We sunbathed at a local beach swam in the pool. Went fishing and sailing! Our accommodations were more than we expected. Clean and fully furnished. Games and pool toys were available for the children, and the adults enjoyed relaxing on our porch morning and night. Our stay was wonderful and I would recommend it to everyone.

Submitted Dec 12, 2015

## Wedding Vacation

5/5
Stayed Dec 2015
**Marti W.**

This property was amazing and Judy was so accommodating. This home was perfect for preparing for our wedding with our three children. There was so much attention to detail. We had everything we needed plus much more. The coastal decor and cleanliness of the home was exactly what we were looking for. We frequent Key West yearly and will definitely use the property again. Thanks for everything Judy! :)

Submitted Dec 9, 2015

Previous page of reviews**103 - 108** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**109 - 114** of 170Next page of reviews

**AMAZING**
5/5
Stayed Nov 2015
**kelley v.**

A group of 5 girls and I stayed at Judy's house for a wedding we had in Key West. The house was so clean and big. It fit all of us perfectly. We loved using the bikes that were available to go on bike rides. It was easy to get cabs from the house and go to Duvall Street. Judy thought of everything! We had everything that we needed. We wished we could have stayed longer. Strongly recommend this location to anyone visiting Key West with a larger family/party.

Submitted Dec 3, 2015

**Couples Vacation**
5/5
Stayed Oct 2015
**DIANE F.**Wentzville, Mo

We truly enjoyed our stay at Judy's house. It had every amenity that you could think of. The place was immaculate! She was super helpful with all of my questions. Just minutes from Key West.

Submitted Nov 21, 2015

**Excellent**
5/5
Stayed Nov 2015
**Lisa K.**

First time visiting Key West and first time using a VRBO rental. It was a wonderful rental and very close to downtown. House was just like being at home...everything you will need. Judy was a great help and has plenty of tourist info. When we visit again, I will be contacting Judy.

Submitted Nov 15, 2015

**Bet VRBO yet.**

5/5
Stayed Oct 2015
**Julian**LaSalle, Ontario, Canada

In all the vacation rentals I have ever stayed at we must say that this is one of the BEST. Clean, tastefully decorated and a great location. Not only were the cupboards stocked with plenty of dishes, pots, pans, utensils and cutlery but also coffee, filters, spices, oil, foil paper, plastic lunch bags, candles, matches, espresso maker with espresso. Plenty of seating for 8 plus 4 more on the back porch. Not only 6 bikes we could use but helmets too. They thought of everything. Shampoo and conditioner in every bathroom. All we had to do is unpack and make ourselves at home. Thank you Judy for making this vacation a perfect one. We will return.

Submitted Oct 19, 2015

**A definite winner**
5/5
Stayed Oct 2015
**DNA**Costa Mesa, CA

If you are looking for a home that is attractive, comfortable, well cared for with lots of personal touches and amenities this is the place. The house is spacious as are the patio and balconies. It is well furnished and comfortable. There are items for babies and toddlers such as a Play-pack and high chair. It is steps to the gated pool and a short drive to the heart of Key West. Plus it is quiet. The owner is very responsive and always got back to me quickly. She even credited the damage deposit to our account the day after we checked out.

We had a great stay with our family of six plus a toddler here at Casa Cay West.

Submitted Oct 12, 2015
**Owner's Response:**
Happy to hear you had a great experience at Casa Cay West; thanks for the review!

**Beautiful property**
5/5
Stayed Oct 2015
**rhonda d.**

My friends and I were taken aback at how lovely this vacation home was. Every inch was beautifully decorated and clean. There are three master bedrooms, all with individual full baths. The kitchen is fully socked. Our only regret was that we only had three days here, and were unable to take advantage of the house itself, we were so busy exploring Key West. This home is perfect for three couples traveling together. We would come back here whenever we stayed in Key West...amazing!!!

Submitted Oct 12, 2015
**Owner's Response:**
Thanks for your review!

Previous page of reviews**109 - 114** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**115 - 120** of 170Next page of reviews

**Great place!**
5/5
Stayed Sep 2015
**Rick R.**Rock Hill South Carolina

We stayed 3 nights, 3 couples on motorcycles for the Peterson Poker Run, and found this to be by far the best place we've stayed in the Keys. The location was perfect, close to everything yet quiet with a feeling of privacy. The house itself is just lovely, and the owners thought of every little thing to make the experience as carefree as possible. My wife was recovering from recent knee surgery, and stayed on the first floor, where the shower and every ammenity was perfect for a semi-invalid.

Submitted Sep 23, 2015
**Owner's Response:**
Thanks for the review! Happy to hear you found all the accommodations needed to make a comfortable stay.

**Beautiful condo, great pool!**
5/5
Stayed Sep 2015
**Anna**Denver

We rented this condo for a bachelorette party last weekend and it couldn't have been more perfect! The condo was beautifully decorated and very spacious- we spent time on the large deck at night and also spent a lot of time at the pool! The pool area was very nice and noodles are available for use :) Judy was EXTREMELY accomodating and responsive to my inquiries. I was disappointed we never got to use the bikes but that is a really awesome perk they have!! The condo is in a convenient location only about ~5 miles from Duval Street, just plan for ~$15/person for each roundtrip cab. I would HIGHLY recommend this property, we had such a great time!! Thanks so much for all you did, Judy, it was much appreciated!!

Submitted Sep 16, 2015
**Owner's Response:**
You are very welcome, thank you for staying at Casa Cay West!

**Perfect vacation home**

5/5
Stayed Aug 2015
**Alexes M.**

Judy had the house well stocked, very clean & beautifully decorated. I would definitely come back and stay here my next visit to Key West!

Submitted Aug 25, 2015
**Owner's Response:**
We'll look forward to having you!

**What a great vacation !!!!!!**
5/5
Stayed Aug 2015
**Ana A.**

My family and I just returned from our amazing and relaxing vacation in the Keys. We were able to stay the Casa Cay in an amazing home. We only have positive comments and memories at the home that we stayed at. This property is perfect from the welcoming mat at the front door to the board games that our children played with. This home is decorated with every comfort of our own home. The pool and club house were great also. I was sad to leave yesterday and a couple more days in paradise would have been great. We will be planning our next escape to the keys and we will once again stay at this property. It was a great vacation!!!!!

Submitted Aug 20, 2015
**Owner's Response:**
Thanks very much for choosing our property to stay at. We will look forward to having you again!

**Best of the Best**
5/5
Stayed Aug 2015
**Kim S.**

We have been using Home Away for many years and I can honestly say that we have been happy with most of our stays, but never have we stayed in a home as nice as Casa Cay West. This house was truly a home away from home. The beds were great!!!! Everything you could possibly need or want during your stay is there! The owner was wonderful and went above and beyond anything we could have asked for. She is the BEST! We were a multi family with 5 adults and 2 small children and we were never on top of each other! The 3 bathrooms made it so nice when we were all getting ready for a wedding we were attending while there. I highly recommend this home for families that want the best of life! We now know where we will stay again when in Key West! Thank you for making our vacation so great!

Submitted Aug 19, 2015
**Owner's Response:**
You all are very welcome! We enjoy having such nice guests as well!

**excellent!**
5/5
Stayed Aug 2015
**alessandra d.**

Sono stata a casa cay west per una settimana all'inizio di agosto 2015. Una casa perfetta, oltre le nostre aspettative. Eravamo in otto e c'era spazio per tutti. I letti sono comodissimi, i bagni spaziosi. La cucina accessoriata di tutto. La casa e' pulitissima. La piscina molto carina. Abbiamo fatto una buona scelta. Grazie Judy! I stayed at casa cay west for a week at the beginning of august 15. The house was really wonderful, perfect in each detail. We were eight person and there was a lot of room. The beds are confortable. The kitchen is fully accessoried. The house was very clean. The pool really nice. It was an excellent choice. Thanks to Judy for her kindness.

Submitted Aug 14, 2015
**Owner's Response:**
Thank you for your kind review. Gracias!

Previous page of reviews**115 - 120** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**121 - 126** of 170Next page of reviews

**Fabulous house in a great locatin**
5/5
Stayed Apr 2015
**Mr Keith**Huddersfield, Englaand

We were three 'mature couples' from the UK, in Florida for a few weeks to celebrate my wife's 60th Birthday.

Having visited Key West before, we spend hours researching our ideal house for our five days stay.

The many favourable reviews of Casa Cay, persuaded us, and we were were more than delighted.

Everything from the location to the delightful, tasteful, decoration is perfect.

The house has everything anyone could possibly need and the on site facilities are impressive (we particularly enjoyed the pool and pool deck and meeting fellow travellers)

Great time, thanks Judy, hope to be back.⬜

Submitted Aug 3, 2015

**A superb house we were honoured to stay at!**
5/5
Stayed Jul 2015
**Mark J.**Jersey, Channel Islands

Having trawled through the internet a year ago to find a suitable, affordable residence to stay in, I'd kind of forgotten what i'd booked?!?! But oh my, how pleasantly surprised we were when we found Judy's wonderful house.

Set on a secure site and having its own car porch right at the front of the complex, this really was home from home. We were spoilt with the amenities and just how many mod cons Judy has taken the time to complete her house with, so we did feel 'looked after'. Washing machine, tumble dryer, essential coffee maker, blender, microwave, toaster, not to mention easy access to the pool.

Its also within walking distance (10 mins) of Hurricane Hole and HogFish Restaurants, so for all you Dads out there that want a drink but dont usually cos you have to drive, problem solved!

It truly is a lovely home, one that I feel you should try and look after as though it were your own!

I'm telling all my friends this side of the pond for sure.

Thanks again Judy to getting our lovely holiday off to a flier!

Submitted Aug 3, 2015
**Owner's Response:**
We are happy you enjoyed your stay. Thank you!

**WOW Factor!**
5/5
Stayed Jul 2015
**A guest from Englewood, Fl**Englewood, Fl

Our best stay ever in Key West! Our accommodations were fantastic. After a big day on the water is so great to come back to a home that has everything you need. The location is perfect, we will be back! Thank you Judy for making our vacation special.

Capt. Mike

Submitted Aug 3, 2015
**Owner's Response:**
Thanks Capt Mike, for your kind review!

**VACATION**

5/5
Stayed Jul 2015
**Donnie**clearwater, fl USA

The accomodations were beyond expectations. Everything was supplied for our every need. It is beautifully decorated in every room. Our stay was very comfortable and was like being home away from home! We will highly recommend the facilities to our family and friends. Don Williams

Submitted Jul 28, 2015
**Owner's Response:**
Thank you!

**Amazing!**
5/5
Stayed Jul 2015
**Kacee R.**

This house is absolutely amazing! The owners truly make it ready to be your home away from home. I definitely plan on booking another stay here in the future!! I love that it is close enough to Key West that you are there within minutes.

Thanks again Judy!!!!

Submitted Jul 6, 2015
**Owner's Response:**
We will look forward to having you again, thanks!

**Great tropical gated house.**
5/5
Stayed Jun 2015
**Steph Y**Union

From the moment we walked through the front door, we were thrilled to see how spacious the house was. Each of the 3 bedrooms had their own theme, and having 3 full bathrooms was definitely a plus for 3 couples. In addition, each room was fully stocked with razors, shampoos, body wash and the basic essentials. Judy also stocked the living room with games and provided 6 bicycles which we put to good use running errands around town and general sightseeing. The kitchen was stocked with cookware and ample dinnerware. The gym located inside the clubhouse and the spacious in ground pool were spectacular as well. We will definitely return for another stay at this beautiful location! Thanks Judy.

Submitted Jun 24, 2015

Previous page of reviews**121 - 126** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**127 - 132** of 170Next page of reviews

### Great stay!

5/5
Stayed Jun 2015
**Jen K.**

We enjoyed our stay at this beautiful house! Judy made everything just like home. Every room was beautiful & clean iwhen we walked in. In addition, we had all amenities at our fingertips. I had 4 teenage girls with me from Girl Scouts, but with all the space we had, we weren't on top of each other. The pool was relaxing & enjoyable. I would definitely come back with my husband or family for another get away!

Submitted Jun 18, 2015

### Excellent Place To **Stay - Highly Recommended!**

5/5
Stayed May 2015
**Bill M.**Euless, TX

Stayed at this beautifully decorated home for 12 days. The home has everything you could imagine, including things you didn't know you need. Judy provides everything you could possibly want. We truly appreciated the little touches that made this our home away from home. Thank You Judy for making your home our home away from home. We will definitely be back.

Submitted May 29, 2015
**Owner's Response:**
We are glad you enjoyed your stay! Thank you for choosing our property for your Key West vacation!

### **Abs**olutely **loved this property!!!!!Very clean and beautifu!**

5/5
Stayed Apr 2015
**Cynthia C.**New Jersey

My family and I really loved this property everything was very clean and accomadable! All of the comforts of home and close to all of the festivities and beach. The pool was clean and well kept as well. I would highly recommend this property to all. I brought my 2 children age 2 and 9 and my 6 year old niece and they too enjoyed themselves.

Submitted Apr 28, 2015
**Owner's Response:**

Thank you for your stay, and kind review!

**Everything we wanted and more!**
5/5
Stayed Apr 2015
Jennifer C.

I booked this vacation home for my best friends bachelorette party and it really couldn't have been any more perfect. We had PLENTY of space for 8 women (and all of our stuff) to live comfortably for a long weekend. From the beach towels to the stocked bathrooms and kitchen, Judy really thought of everything! The beds were comfortable. The pool was wonderful. She even dropped in and surprised us with rafts for the pool one day! What a treat! I would recommend this property and I would definitely stay here again and again. The privacy was nice, and we were only a few minutes away from the heart of Key West by car or cab. I can't say enough wonderful things about our vacation. Thanks for making it memorable!

Submitted Apr 22, 2015
**Owner's Response:**
Thank you for choosing our property to have your special event. Glad we could be a part of making it special!

**Awesome Accomodations**
5/5
Stayed Apr 2015
Cindy C.

This property exceeded my expectations as well as Ms. Judy and her husband. We had a couple of minor issues and they were so attentive in getting it corrected. Beautiful décor, pool was awesome, bicycles were just what we needed to explore! We were there with 2 other couples and we would definitely stay here again and again!

Submitted Apr 20, 2015

**Excellent Choice for Vacation Stay - Very Private**
5/5
Stayed Mar 2015
Rachel H.Orlando, FL

I definitely recommend this property. There is little to critique, from the beautiful decorations to the great location of the house, this is a definite place to choose for your vacation. Though it was a few miles away from the heart of Key West, the "Maxi Taxi" came very quickly to pick us up and was reasonably priced. We also were able to ride our bikes to near by restaurants and marinas, and that was awesome. Judy provides everything as listed, towels, bikes, etc. They really did strive to provide everything that might have been forgotten. The place was just amazing.

Submitted Apr 3, 2015
**Owner's Response:**
Thanks very much for your review!

Previous page of reviews**127 - 132** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**133 - 138** of 170Next page of reviews

**Greg f**
5/5
Stayed Mar 2015
**Greg F.**-

We stayed 3 nights at this property, and I must say it exceeded our expectations. The property was immecilate! Directions were extremely helpful as this was our first visit to the keys. Thank you so much, as a vacation owners in Orlando, we would certainly recommend a stay here at this beautiful home.

Submitted Mar 20, 2015
**Owner's Response:**
That means a lot coming from a fellow vacation owner! Thank you!

**Amazing Spring Break!**
5/5
Stayed Mar 2015
**Marissa D.**Charlotte, NC

We had an amazing time in Key West and the house was everything we could have ever wanted and more! Beautiful decorations, comfortable beds, very clean, wonderful neighborhood with pool and clubhouse! Judy was wonderful as well and gave us the information we needed for a smooth check-in and out. $6.50 taxi to Duval Street and close drive to the beach! The bikes were an awesome bonus! We had a wonderful week and had 8 girls staying in the house. Thank you so much for an amazing stay! We hope to return to Key West and will definitely rent with Judy again!

Submitted Mar 13, 2015
**Owner's Response:**
That's great! We would love to have you all again. Thank you for your review!

**☐Neal & Colleen Herrman and Erik & Danelle Landsworth**
5/5
Stayed Feb 2015
**Colleen H.**

Thoroughly pleased with our stay here!! Everything was perfect! We will definately be a returning customer!!! Thank you Thank you for sharing your beautiful home with us!!

Submitted Mar 6, 2015
**Owner's Response:**
Thanks for your review! We look forward to having you on your next trip!

### Florida dreaming
5/5
Stayed Feb 2015
**Janet D.**Pullman Washington

We were all very pleased with the condo! It was perfect for 3 couples and provided a great home base for our explorations including a trip out to the Dry Tortugas. We appreciated the BBQ, the well equipped kitchen, the laundry, and even beach towels! We had no problem finding the condo or getting into it.

There was one kind of funny catch 22: The big two person tub in one of the bedrooms did not seem to have a working plug. That wasn't a big problem however.

We give this condo a big thumbs up!

Submitted Mar 5, 2015
**Owner's Response:**
Glad you had a great time, thank you for your review!

### Danelle
5/5
Stayed Feb 2015
**Danelle**Barron, WI

We loved everything about this place, it was so clean. It had everything we ever needed. The gated community was very nice. Loved having our own bathroom attached to our wonderful and comfortable bedroom. We can not wait to rent it again when go back to Key West in 2017...Thank You Judy, You were wonderful also. You were only a text away and I loved knowing that...You are the BEST

Submitted Mar 5, 2015
**Owner's Response:**
Thanks! I am so happy to read you had a great time, and we look forward to seeing you in 2017!

### Ragnar Relay Race Respite
5/5
Stayed Feb 2015
**Caren C.**

Perfect! Loved.every aspect! Only a 5 mile jog to Mallory Square for a perfect sunset or a few steps to the backyard pool. Close enough to Duval street for an evening out or

walk right down the roadt for some close to home Italian or best local seafood ever at Hogfish

I loved getting up foe the very short drive to watch tje sunriset beading over to Old Town Bakery for morning coffee then heading backnto the house to sit and sip on the back veranda. We will definitely rent again!

Submitted Feb 21, 2015
**Owner's Response:**
Sounds like you did Key West living perfectly! Thanks for your review!

Previous page of reviews**133 - 138** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**139 - 144** of 170Next page of reviews

**What's not to love?**
5/5
Stayed Jan 2015
**Laura H.**Onalaska, Wisconsin

Fifteen minutes after landing at the Key West airport we were walking into our home away from home on Coral Way. Judy, host of the property,had given us every direction we needed to walk in feeling hassle-free. What a lovely property!! Both upstairs bedrooms, with kingsized beds, are beautiful. The rest of the property...the living room, dining, bathrooms, and third bedroom are impressive as well. Two large porches set back from the pool provided lovely space for reading and conversation. An added bonus to our stay were the restaurants on Stock Island which are the best! And a quick ride down US 1 got us to charter fishing and all the sights. Judy was very accessible with quick responses to our questions. There is nothing about this vacation rental that I did not love!

Submitted Feb 10, 2015
**Owner's Response:**
So happy to read this review! Thank you!

**Borderline swanky!**
5/5
Stayed Jan 2015
**Jennifer V.**

My husband and I, along with another couple and a friend just finished our stay at Casa Cay West. As soon as we walked in, our collective jaws dropped. We went from room to room to "ooh" and "ahh". The place is absolutely beautiful and the attention to detail is nothing short of impressive. We were visiting to relax for a few days after a pretty intensive music festival cruise. In hindsight we should have booked our visit for a few more days, as Duval Street proved to be a major distraction from our intended relaxation. Casa Cay West was a perfect fit for our group of 5 because the two couples were able to take the king rooms, while our friend still had beautiful accommodations in the queen room. The location is a short drive to the excitement of Duval Street; our group chose to take a cab so that we could all enjoy ourselves and it was only $6.50 per person. There is a very good pizza place within walking distance, where we ate dinner our first night. We also made a trip to Publix the first night and got some other goodies for our stay; we cooked breakfast every morning and grilled hot dogs for our late night snacks. There is a washer and dryer in the townhouse so we were able to return home with our suitcases full of clean clothes. We were also delighted that we didn't have to bring some toiletries like shampoo, conditioner, and body wash because they were already there for us. There is nothing that can be improved about this place. We enjoyed our stay and can't wait to come back!

Submitted Feb 2, 2015
**Owner's Response:**
Swanky - I love it! Thank you for your awesome review!

**An Enjoyable, Busy Get-Away!**
5/5
Stayed Jan 2015
**Bob G.**-

Our group of 8 senior adults found this home to be Comfortable, Clean, Well-decorated and Well-equipped! It was just a few miles from downtown Key West. It was a convenient base from which to access and enjoy All the sights, history, shopping and restaurants in the area. We would certainly recommend this home to others and would gladly stay here again. Judy was Very helpful and accessible both before and during our stay. She is a gem!!

Submitted Jan 30, 2015
**Owner's Response:**
Thank you for your kind review.

**Three sisters and spouses**
5/5
Stayed Jan 2015
**Sara M.**Claremore, OK, USA

My two sisters and our husbands were extremely pleased with our vacation house rental. It was everything we expected and MORE! Beautifully decorated, furnished and supplied with all the necessities and many extras. It was a wonderful place to relax and close enough to Key West to enjoy all the sights. Set in a gated community, with a

beautiful pool and club house, we enjoyed quiet, cool porches surrounded by tropical foliage. It was perfect!

Submitted Jan 26, 2015
**Owner's Response:**
Glad to read that you all enjoyed our property. Thank you very much for your review!

### Wish we could have stayed a year.....

5/5
Stayed Nov 2014
**Patty and Bob** Cedar Falls, Iowa USA

Traveling from Iowa, when we first stepped into this townhouse, I immediately wished we could stay a month. After exploring the first floor, I wished we could stay 6 months, and after exploring the 2nd floor gorgeous bedrooms, perfect and spacious bathrooms, cozy welcoming patio (with hammock) and view, I wished we could just move in forever!! Judy and Steve are the perfect hosts. They are native to the area, so know all the great places to explore and can answer every question. The townhouse is perfect in every way. A great location, near excellent restaurants, easy drive to Duval Street! We were pleasantly surprised to find lovely amenities in the bathrooms and the kitchen stocked with everything we could possibly need. The bathrooms had lovely lotions, soaps, hair products, and many other personal items. Closet space was amazing!! We were thankful for the washer and dryer. I even used the ironing board/iron! We were thrilled to find a blender, nice wine glasses; there was coffee, tea, spices, cooking oils, microwave popcorn - to mention a few of the unexpected items we found fully stocked. The flat screens, WiFi, cable TV were great. We loved the video library, books and games that were provided!! The spacious dining area/living room were perfect for a party we had! Judy has a gift and talent for decorating. The decor is gorgeous. We didn't have nearly enough time to spend on the porch, deck, pool...so many fun places to relax and not enough time!!! We kept thinking we needed to explore Key West, but would have been extremely happy to just relax at the townhouse! And we didn't have a chance to use the bicycles that were provided or use the outdoor grill!! HIGHLY RECOMMEND this property. It is perfect. We can't wait to go back!!!

Submitted Jan 16, 2015
**Owner's Response:**
What an awesome review, thank you!

### Winter family vacation

5/5
Stayed Jan 2015
**Amy B.**MA

This property was great we booked a winter getaway with two families for our children who were on college break. The house was perfect. There was everything we needed to stay by the pool and cook in on the grill at night if we wanted to relax but its 5 miles from Duval St so there is still plenty of things to see so close Loved the bikes that were there too. Would definitely stay here again if we return to key west

Submitted Jan 16, 2015
**Owner's Response:**
We are so glad you enjoyed your stay, and would look forward to having you again!

Previous page of reviews**139 - 144** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**145 - 150** of 170Next page of reviews

**Family getaway-Escape the cold**
5/5
Stayed Jan 2015
**Jeri E.**

3 bed/3 bath house GREAT for 6 adults or 3 couples. Nicely furnished and well maintained- best property we have ever rented online. Nice decks, awesome heated pool and bikes to ensure you enjoy lots of time outdoors. Convenient location with many good restaurants close by and easy drive to downtown Key West. Owners were very responsive and helpful with booking, answering questions and providing info on local attractions and restaurants. House has everything you'll need for a great vacation in Key West !!

Submitted Jan 11, 2015
**Owner's Response:**
Thanks for taking time to review our property! We are so happy you enjoyed it.

**Christmas away from the UK**
5/5
Stayed Dec 2014
**Martin W.-**

The property is superbly equipped, and in an accessible location for getting round and about. I found the booking arrangements and notes/ guidance from the owner very helpful. The property has 3 decent size bedrooms with separate bathrooms, plus a pull out sleeper bed in the lounge, and this helped to make it all very comfortable. I could not recommend the property more highly.

Submitted Jan 4, 2015
**Owner's Response:**
Many thanks for your kind review!

**Great Location and Setup**

5/5
Stayed Dec 2014
**Dennis B.**Tacoma, WA

This property is just across the bridge from the main Key West island which turned out to be great. Excellent layout, well stocked, and walking distance from several restaurants frequented mainly by locals. The house is well stocked with all the things you need away from home. Just bring your food and beverages.

Roostica Italian is half a block away. Went there for dinner, lunch, and dessert over the week we were there. El Mocho is only a block away and is a great place for a reasonable breakfast. Looks like it was airlifted out of Havana in 1960 but is clean and food is great. Hogfish and Rusty Anchor are a bit farther away but walkable. Both good value with great food.

Downtown Key West and beaches are easy driving or biking distance. Definitely recommend checking out this place or others owned by the very accommodating owners. They provided us with an info packet prior to our visit and made sure we had decent bikes for our stay.

Submitted Dec 13, 2014
**Owner's Response:**
Thank you for your detailed review! I am sure it will help other visitors in the future! All our best.

**Thanksgiving to Remember**

5/5
Stayed Nov 2014
**steve**Zionsville, IN

Our family opted for a warm Thanksgiving escaping the Midwest winter onset. The house was very clean, open and well decorated with all that was needed for a family gathering and Thanksgiving dinner. A beautiful place to stay with features allowing grandchildren to enjoy the pool and gated grounds. The property location allowed us to visit the scene of Key West and beaches without the hustle of Duval Street. We definitely recommend this as the place to stay in the Keys!

Submitted Dec 4, 2014
**Owner's Response:**
I am glad to read that your family had a nice Thanksgiving in our town home! I was hoping to make you feel as much at home as possible for the Holiday. Thanks for your wonderful review.

**Amazing Place to Stay!!**

5/5
Stayed Nov 2014
**Elijah K.**Michigan

This house was very clean, spacious and comfortable with everything you could imagine you would need. The community pool and fitness center were great as well. It was a real pleasure staying at the Coral Hammock townhouse; I have zero complaints or anything negative to say about this property! Beautiful place to stay in Key West. Refund of the Refundable Damage Deposit was very prompt and without any hassle. You won't be disappointed with this townhouse for your Key West vacation; I definitely recommend!!

Submitted Nov 21, 2014
**Owner's Response:**
Thank you so much for your review. We are so happy to read that our property met all of your expectations!

**Great place**
5/5
Stayed Jul 2014
**Tc**Port st lucie florida

It was such a nice clean well decorated place. We all enjoyed it. And it was well stocked. The only thing that was wrong was that the pool was too hot, but that has only to do with the hot weather. I would diffently go back

Submitted Nov 20, 2014
**Owner's Response:**
Thanks for your review! We are happy to hear you had a nice stay.

Previous page of reviews**145 - 150** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**151 - 156** of 170Next page of reviews

**Beyond our expectations**
5/5
Stayed Oct 2014
**LlstongeOrlando**

It was wonderful! Gorgeous place, neat, super clean, and we were most impressed with the little things that were included, shampoo, tons of towels, kitchenware and much more. We 100% recommend it!

Submitted Nov 3, 2014
**Owner's Response:**

Thanks for your review! I always try to think of the little touches for our guests, and am happy to read that you found them useful!

**Fantasy Fest 2014**

5/5
Stayed Oct 2014
**Brad**Franklin, Georgia, USA

We had a great trip. Accommodations were great. If we needed anything we got it immediately.

Would stay there again if in the area.

Submitted Oct 30, 2014
**Owner's Response:**
Thanks for reviewing our property! Glad to hear that you had everything you needed. We will look forward to having you on your next trip!

**Exquisite Family Getaway**

5/5
Stayed Aug 2014
**Robin W.**Miami

Our stay at this beautifully well-appointed property was amazing! We came for a family celebration of our granddaughter's first birthday and couldn't possibly have had a better time! The place was immaculate and equipped with everything you could possibly want and the property is exquisite as well as extremely convenient for taking in all of Key West and other local attractions. Every detail has been thought of, from baby gates to bicycles! This is truly a find and we will be back whenever traveling to the lower Keys! Don't pass this one up!

Submitted Oct 28, 2014
**Owner's Response:**
Thank you so much for your review! I am so happy to read that you enjoyed our property.

**Girls Reunion**

5/5
Stayed Oct 2014
**Mary**Tampa, FL

Our group of friends are nurses who met while serving in Viet Nam. ( That dates us). We have been getting together every year or two and of the 6 of us, I was the only one who had been to the Keys but the others all wanted to experience them; 3 came all the way from California. I was charged with finding accommodations and we all agree, I hit the jackpot with this gem. The photos do not tell the whole story. We could not get over how wonderfully it was decorated with Judy's attention to details. We enjoyed a good night's sleep in the comfortable beds and then had our morning coffee out on the deck. We ate at several of the local restaurants, Roostica, Hurricane Hole and even went

back a second time to the Rusty Anchor when stone crab came in season. I would highly recommend this beautiful tropical rental if you are looking for a convenient, relaxing place to stay.

Submitted Oct 21, 2014
**Owner's Response:**
First, and most important, thank you for your service to our country! And second, thank you kindly for the nice review on our property. We are so happy to read that you enjoyed the home.

**Look No Further**
5/5
Stayed Sep 2014
**Jayne D.**

Six of us stayed at this property for a week and I have to say it was the best decision we made. It was my sister's birthday and when we opened the door there were flowers, balloons and a cake. How thoughtful is that? We had the pleasure of meeting Judy and her husband and they made our stay wonderful. The pictures don't do the condo justice. The beds are so comfortable. Her recommendations are spot on so be sure to ask. We found the best little local restaurant on 5th street just down the block called the Rusty Anchor. It is where a lot of fisherman go to eat. Wish we would have found it early on as there food is very delicious and very well priced. Good time had by all and you won't find a better place to stay. Thanks again Judy for everything!

Submitted Oct 5, 2014
**Owner's Response:**
Thank you for the nice review. We sure did appreciate your stay at Casa Cay West. Please think of us again on your next Key West visit!

**Wedding Group**
5/5
Stayed Sep 2014
**Herliesha S.**Charleston, SC

I know the importance of writing a review because this is how I decide where to stay when going on vacation. I'm not hard to please but I also won't just settle for anything. I say this because in some of the reviews I read the reviewers give bad reviews for the smallest issues. With that being said it rained the entire weekend, but WE HAD THE TIME OF OUR LIVES!!!! We stayed here for our wedding weekend with some of our wedding party and we could not have been more pleased!! Everything was just as described and the icing on the cake was that everyone that we encountered from start to finish was a pleasure. Judy made sure that we had everything we needed and was available to answer questions as they came. They provided games and movies to watch which was great for rainy days. There were even tourist guides of things to do in the area. The house was fully furnished with everything from linens to cotton balls. (May seem small, but its kind of a big deal! Lol) There was a shopping center near by where we went for groceries and also a pharmacy. The community was gated and very

attractive. It was literally a tropical paradise! The pool was great and we did take advantage of the clubhouse with exercise equipment. Our wedding was at Smathers Beach and it was about a mile away which made it the perfect location. Needless to say everything went off without a hitch and my husband, friends and I have been raving about this place ever since we left. This will definitely be a place that we come back to when visiting the Keys. We are actually planning to come back really soon.

Thanks for everything Judy!!

Submitted Sep 18, 2014
**Owner's Response:**
Thank you so much for taking the time to write such a great review! I am delighted to read that you had such a good time at our property, and would love to have you again on your next Key West vacation!

Previous page of reviews**151 - 156** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**157 - 162** of 170Next page of reviews

**Perfect Vacation Home**
5/5
Stayed Aug 2014
**Jenny**Miami

Judy does an amazing job at making you feel at home at this property! I went with a couple of colleagues and we couldn't have had a better stay. The decorations are flawless, and the beds are comfortable to ensure that you get a good nights rest. Each room is fully furnished and has its own bathroom. The kitchen was fully equipped with anything you may need, and the pool is directly in front of the townhouse. Another advantage is the location of this property, everything was within minutes from this house which allowed us to take a cab anywhere we needed to go; We never once drove anywhere. I would highly recommend this to anyone who wants to have a quiet, and relaxing weekend in Key West!!! Thank you for the great hospitality Judy!

Submitted Aug 28, 2014
**Owner's Response:**
Hello, and thank you for the great review! I am happy to hear that you found our townhome to meet all of your needs during your trip to Key West. Please do keep me in mind for your next visit!

## Rental

5/5
Stayed Aug 2014
**Ray** Jackson, NJ

It is a wonderful place. Very clean and well decorated. We loved the house and the pool.

The owner was very helpful and eager to answer any question. We will recommend it to all our friends. The only thing we did not like that it is not that close to the beach but the swimming pool was great. I highly recommend it.

Submitted Aug 19, 2014
**Owner's Response:**
Thank you for reviewing your stay with us, and especially for the recommendations! I am happy to know that you found our property to be comfortable and accommodating.

## MR. G

5/5
Stayed Aug 2014
**john G.**

This is a great vacation property. It is clean , comfortable and all the amenities were very good. We had a good time. Thanks!

Submitted Aug 18, 2014
**Owner's Response:**
You are welcome! Thank you for chosing Casa Cay West for your home-away from home, and also for taking the time to leave a review!

## Wonderful Home!

5/5
Stayed Jul 2014
**Caroline B.** Where do you live?

We found this home just as described in the listing. We loved that each bedroom had its own bathroom and a door to the porch. The community was quiet and had very nice people. We would definitely rent again!

Submitted Aug 3, 2014
**Owner's Response:**
Thanks for your review! Happy to read that you found Casa Cay West to have all the amenities you needed, and that you would stay again! We would love to have you!

## Absolutely amazing! I give it 10 stars :)

5/5
Stayed Jul 2014
**bb** jacksonville, fl

My girlfriends and I LOVED this house! It was pristine and so cozy. You felt like you were at home. And Judy is such a pleasure to work with. She is always available to answer questions and make your stay as easy as possible. I would love to stay at this house every time I visit the Keys. You truly will not be disappointed, it was even beyond what we expected.

Submitted Aug 2, 2014
**Owner's Response:**
Thank you so much for your review! I really do enjoy hearing that my guests found the town home to be everything they need for a relaxing vacation in the keys :)

**No need to search further for your Key West Paradise!!**
5/5
Stayed Jul 2014
**Our Family**Central Florida

Having rented several condos and townhomes over the years, we can honestly say that Judy's townhome by far exceeded our expectations. Clean, immaculate, smoke-free, well decorated, and a sense of "at home" comfort. As many of the other reviews have stated, everything you need is there and then some (even for our teenagers). Searching through one VRBO property site after another, you question every detail of each rental property to ensure that the property will offer everything you want for your family on their long anticipated vacation….question no further. Judy's listing is everything she stated it to be and more. Judy was very detailed and informative as our vacation neared increasing our comfort upon arrival. Additionally, we found the location very convenient for all of the activities Key West has to offer without being stuck in the middle of it. We now have our Key West rental plans solved from here on out!

Submitted Jul 26, 2014
**Owner's Response:**
Wow - what a fantastic review! Thank you so much for taking the time out to share your experience with our future renters. I am so happy to read that you found the town home to have everything you needed to make the perfect vacation in the keys. I will look forward to having you and your family visit again!

Previous page of reviews**157 - 162** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews

*Exceptional5/5*

Previous page of reviews**163 - 168** of 170Next page of reviews

**Really nice, immaculate place!**

5/5
Stayed Jul 2014
**Busy mom**Delray Beach, Fl

My family is here for a quick get away and we love this place! I'm very picky and usually stay in upscale hotels. We needed a bit more space so went with Judy's great town house. It's absolutely perfect! Just far enough from the chaos of Duval but close enough when we want to indulge in the madness! This place is quiet, immaculate, with new furnishings. Wonderful! We've found our new rental in Key West!

Submitted Jul 15, 2014
**Owner's Response:**
What a great review to read! I am happy to hear that you found our vacation rental to exceed your expectations - that is just what I try for! Being from Key West, I agree with you about the location which is why we chose this area of town to hosts our guests. Close enough to enjoy the island's nightlife, but far enough away to enjoy the islands laid back feel. I will look forward to having you again on your next vacation to the keys!

**Felt Right at Home!**
5/5
Stayed Jul 2014
**Lori H.**

We traveled with my parents and our three daughters and had an amazing week!

Ms. Judy went above and beyond to make our stay wonderful! We loved the decor of the home and were very pleasantly surprised by all the extra thought she gave to making our stay easy and stress free!

We will absolutely be recommending her rental to friends and family if they plan to travel to the Key West area!

Submitted Jul 14, 2014
**Owner's Response:**
I am so happy to read that you and your family enjoyed our vacation rental. My goal is really to make our guests feel 'at home' on their vacation, to give you a relaxing a worry fee trip. Thank you for taking the time to share your experience with our future guests!

**Great place!**
5/5
Stayed Jun 2014
**Jacqui R.**

We have rented several houses in the past in different locations and this is definitely the best equiped house we've rented. The house is beautiful, clean and has everything you could need. All you need to bring is your clothes, personal items and food...everything else is there! We enjoyed our weekend there, just wish it could have been longer!!! :-)

Submitted Jul 11, 2014
**Owner's Response:**

Great review! I enjoyed reading that you found all of the accommodations we put into the house to be just what you needed for the perfect stay; I am always thinking of little touches I can add for our guests to provide everything you need while away from your home. We hope to have you again!

**Girls vacation!**

5/5
Stayed Jun 2014
**Sue L.** Massachusetts

The home was beautiful, furnishings perfect with everything you need for a great vacation. Pool was great ! Working with Judy, the owner, made it even better!!!

Submitted Jul 8, 2014
**Owner's Response:**
Thanks for your review! I am always happy to do whatever I can to accommodate my guests, and give you the best vacation stay possible. I love our pool here at Coral Hammock too, glad you enjoyed it!

**A cozy home away from home**

5/5
Stayed Jul 2014
**Venny priscilla** Winston salem, NC

We are very impressed by how the house is nicely furnished and meticulously decorated. Loved how each rooms has balcony and front and back porch. A gated community with parking space and pool. Our groups are very happy and please with our stays there. The owner Judy is very helpful, she send me a stack of pamflet of things to do weeks prior to our arrival, she is also easily reach by phone or text and happy to answer our quest. We will be renting this place again if we are ever back in key west.

Submitted Jul 6, 2014
**Owner's Response:**
Thank you for your stay, and kind review. I am so happy that you found our rental to be a 'home away from home'! This is what I keep in mind when preparing the rental for my guests. I will look forward to having you again on your next Key West trip!

**Excellent**

5/5
Stayed Jun 2014
**Ray & Wendy E.** -

This house was clean, beautifully decorated - we loved everything about it. It exceeded our expectations. We had a great time.

Submitted Jun 24, 2014
**Owner's Response:**
We are so happy that you found our property to perfect for your stay. This is just what I strive for - making our guests as comfortable as possible for a relaxing and enjoyable visit to our island. We were happy to have you and hope to see you again. Thanks!

Previous page of reviews**163 - 168** of 170Next page of reviews

**Cancellation Policy**

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

# 170 Reviews
*Exceptional5/5*

Previous page of reviews**169 - 170** of 170Next page of reviews

**AWESOME!**
5/5
Stayed May 2014
**anthony c.**

Pros:

- Ms. Judy was very accommodating

- It's a townhouse but very spacious

- SAFE

- location is amazing (near the water sports rentals)

- covered car park ( no issues )

- FREE WIFI

- Cable TV ( tv in all the rooms)

- near the swimming pool

- near the airport

- away from downtown noise

- Highly recommended; ( I am hard to please but I really like this place )

*This place is not far from Downtown / Duval.

Cons:

-none

Submitted May 29, 2014
**Owner's Response:**

What a fantastic review! I am so happy to hear that we met and exceeded your expectations, this is just what I strive for. Thank you for taking the time to leave a review, and choosing my property for your Key West vacation.

**CloyL**

5/5
Stayed May 2014
**Linda C.**Baton Rouge

Exceeded all expectations. Beautiful, light & airy rooms. Overlooking beautiful Pool area. Just a few steps away. Within walking distance to convenience store. Tried a couple of local restaurants owners recommended. Couldn't have been better. Would definitely recommend to friends & family. One small bridge away from Key West and other sights. More amenities provided by owners than expected. Beds so comfortable too. We had seven adults. There was plenty of room to congregate but also provided privacy when you wanted. Loved our stay !

Submitted May 27, 2014
**Owner's Response:**
Hi Linda, Thank you for taking the time to send us a review. I am so happy to hear that you enjoyed our townhome; I strive to make every guests stay as enjoyable and comfortable as possible. I know how importable a good nights sleep is, and when on vacation it should be no exception. This is why I choose the best mattresses and linens for our guests - and I am so happy to hear you found them to be comfortable too! Thank you for choosing my property for your Key West vacation, we hope to see you again!

Previous page of reviews**169 - 170** of 170Next page of reviews

DEFENDANT'S EXH 6 (28 PGS TOTAL)

Beautiful Tropical style house with 3 King ... - VRBO

| Overview | Amenities | Reviews | Map | Rates & Availability |



1 / 50



### Beautiful Tropical style house with 3 King Suites!!



Stock Island, Key West, FL, USA

Overview          Amenities          Reviews          Map          Rates & Availability

| House | Bedrooms | Sleeps |
|-------|----------|--------|
| **1500 sq. ft.** | **3** | **8** |

| Bathrooms | Half Baths | Minimum Stay |
|-----------|------------|--------------|
| **3** | **0** | **3 - 7 nights** |

## Large stand alone house with 3 bedrooms each with their own bath!

JUST PURCHASED THIS PROPERTY - See our other listings in Coral Hammock and read our 5 star reviews! Listing #586290 - Casa Cay West, #577846 - Casa Caribe and #499539 - Casa Coral.

View more

## Owner

**Judy Bringle**    Ask Owner a Question

| Overview | Amenities | Reviews | Map | Rates & Availability |
|---|---|---|---|---|

Response rate:          Response time:
**100%**                **Within One Hour**

Speaks:                 Calendar last updated:
**English, Spanish**    **Jul 6, 2018**

View more about Judy Bringle

## Amenities

| Swimming pool | TV | Kids Welcome | Heater |
|---|---|---|---|
| Internet | Satellite or Cable | Parking | |
| Air Conditioning | Washer & Dryer | No Smoking | |

## Bedrooms

*3 Bedrooms, Sleeps 8*

| | **Bedroom 1** | **Bedroom 2** | **Bedroom 3** |
|---|---|---|---|
| | 1 king, Pack and play available upon request | 1 king | 1 queen |

King size beds in master bedrooms
Pillow top mattresses
600 Thread count linens
Night stands
Private baths stocked with fresh linens
24" TVs

## Bathrooms

*3 Bathrooms*

| **Bathroom 1** | **Bathroom 2** | **Bathroom 3** |
|---|---|---|

| Overview | Amenities | Reviews | Map | Rates & Availability |
|----------|-----------|---------|-----|----------------------|

Beach towels                                    tub/shower

## Theme

Romantic        Away           Sports &        Adventure
                From It        Activities
Family          All
                               Tourist
                Historic       Attractions

## Meals

Guests
provide
their own
meals

## General

| Parking | Linens Provided | Air Conditioning | Fitness Room / Equipment | Living Room |
|---------|-----------------|------------------|--------------------------|-------------|

**Parking**

**Telephone**
Free local and
long distance

**Heating**

**Linens Provided**
Luxurious 600
thread count
linens
provided for
bedding.

**Washing Machine**

**Clothes Dryer**

**Air Conditioning**

**Internet**
Free WiFi

**Towels Provided**
Bath towels,
washcloths,
beach towels

**Fitness Room / Equipment**

**Iron & Board**

**Hair Dryer**

**Living Room**
Entertainment
center with
large flat
screen TV
Brand new
sleeper sofa
with matching
accent chair,
perfect for
lounging with
your favorite
book
Clean, tropical
décor setting
the mood for
island life!

## Kitchen

**Dishwasher**

**Refrigerator**
Stocked with
usual
condiments

**Stove**
Glass top

**Oven**

**Microwave**

**Coffee Maker**

**Toaster**

**Pantry Items**
Stocked with
spices, coffee,
creamer - just
enough to get
you going
with the
necessities!

**Dishes & Utensils**
Serves 8

**Kitchen**
Wood kitchen
cabinets and
granite
counter tops
Fully stocked
with flat ware,
dinner ware,
cups, mugs,
utensils, pots
and pans
Coffee Pot

| Overview | Amenities | Reviews | Map | Rates & Availability |
|---|---|---|---|---|

**D**

**Dining Area**

**Child's Highchair**

**Dining**
Child's Highchair is upon request

**comfy seating for 6 people**

## Entertainment

**Television**
Free basic cable and WiFi

**Satellite / Cable**
Free basic cable and WiFi

**DVD Player**
In living area

**Books**

**Games**

**Video Library**
Movies for the whole family to enjoy

## Outside

**Lawn / Garden**
Tropical landscaping throughout

**Outdoor Grill**
Grill placed in the garage for guest use

**Deck / Patio**
Private patio off living area and all bedrooms

## Suitability

**wheelchair inaccessible**

## Pool / Spa

**Heated Pool**

**Communal Pool**
Heated!

## House Rules

**Check-in: 4:00 PM   Check-out: 11:00 AM**



**No parties/events**

DEFENDANT'S EXH.6 (28 PGS TOTAL)

Beautiful Tropical style house with 3 King ... - VRBO

Overview      Amenities      Reviews      Map      Rates & Availability



No smoking

No pets

Children allowed

Minimum age of primary renter: 25

Max occupancy: 8

## Cancellation Policy

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

| Overview | Amenities | Reviews | Map | Rates & Availability |
|---|---|---|---|---|

**4**

*Exceptional  5/5*

**1 - 6** of 44

## Amenities

| | | | |
|---|---|---|---|
| Swimming pool | TV | Kids Welcome | Heater |
| Internet | Satellite or Cable | Parking | |
| Air Conditioning | Washer & Dryer | No Smoking | |

## Bedrooms

*3 Bedrooms, Sleeps 8*

| | Bedroom 1 | Bedroom 2 | Bedroom 3 |
|---|---|---|---|
| | 1 king, Pack and play available on request | 1 king | 1 queen |

King size beds in master bedrooms
Pillow top mattresses
600 Thread count linens
Night stands
Private baths stocked with fresh linens
24" TVs

## Bathrooms

Baths stocked with fresh linens
Beach towels

*3 Bathrooms*

| | Bathroom 1 | Bathroom 2 | Bathroom 3 |
|---|---|---|---|
| | toilet, combination tub/shower | toilet, tub, shower | toilet, shower |

## Theme

| | | | | |
|---|---|---|---|---|
| Romantic | Away From It All | Sports & Activities | Tourist Attractions | Adventure |
| Family | Historic | | | |

## Meals

Guests provide their own meals

## General

| | | | | |
|---|---|---|---|---|
| Parking | Linens Provided | Air Conditioning | Fitness Room / Equipment | Living Room |
| Telephone | Luxurious 600 thread count linens provided for bedding. | Internet | | Entertainment center with large flat screen TV |
| Free local and long distance | | Free WiFi | Iron & Board | Brand new sleeper sofa with matching accent chair, perfect for lounging with your favorite |
| Heating | Washing Machine | Towels Provided | Hair Dryer | |
| | Clothes Dryer | Bath towels, washcloths, beach towels | | |

## Kitchen

**Dishwasher**

**Refrigerator**
Stocked with usual condiments

**Stove**
Glass top

**Oven**

**Microwave**

**Coffee Maker**

**Toaster**

**Pantry Items**
Stocked with spices, coffee, creamer - just enough to get you going with the necessities!

**Dishes & Utensils**
Serves 8

book
Clean, tropical décor setting the mood for a great trip!

Wood kitchen cabinets and granite counter tops
Fully stocked with flat ware, dinner ware, cups, mugs, utensils, pots and pans
Coffee Pot
Blender
Toaster oven

## Dining

**Dining Area**

**Child's Highchair**

**Dining**
Child's Highchair is upon request

comfy seating for 6 people

## Entertainment

**Television**
Free basic cable and WiFi

**Satellite / Cable**
Free basic cable and WiFi

**DVD Player**
In living area

**Books**

**Games**

**Video Library**
Movies for the whole family to enjoy

## Outside

**Lawn / Garden**
Tropical landscaping throughout

**Outdoor Grill**
Grill placed in the garage for guest use

**Deck / Patio**
Private patio off living area and all bedrooms

## Suitability

wheelchair inaccessible

## Pool / Spa

**Heated Pool**

**Communal Pool**
Heated!

## House Rules

**Check-in:** 4:00 PM

**Check-out:** 11:00 AM



No parties/events





No smoking



No pets

Children allowed

Minimum age of primary renter: 25

Max occupancy: 8

## Cancellation Policy

100% refund if canceled at least 60 days before arrival date. 50% refund if canceled at least 30 days before arrival date. You must contact the owner directly to request cancellation.

## 44 Reviews

# 44 Reviews
*Exceptional5/5*

Previous page of reviews**1 - 6** of 44Next page of reviews

## Amazing!!!
5/5
Stayed Dec 2017
**Patti B.**

My family (7 adults and 1 child) spent 6 days over New Years. It was absolutely amazing!!! First off, it was VERY clean. Decorated very nicely (blue Christmas lights were nice touch, also). Kitchen was very well stocked with lots of plates, glasses, cookware, utensils, and 2 coffee makers (Keurig and traditional) It also had an outdoor grill--we bought fresh grouper and cooked on it (and shrimp and steak!) Plenty of room for 8 of us and upstairs bathrooms were large and stocked with sundries. Pool area very relaxing, family oriented, yet we were only 10 minutes from all the Key West activities. Also spent time relaxing on the patios--BOTH had plenty of furniture for all 8 of us! Stocked with numerous board games and even had toys for my granddaughter to take to the beach. Restaurant suggestions were provided, as well as coupons, and several were within walking distance. Thank you Judy for your hospitality! We definitely want to come back and I would highly recommend this house!!!

Submitted Jan 16, 2018
**Owner's Response:**
Thank you so much. I'm so glad you enjoyed your stay and that all of my extra touches were appreciated! I strive to make my properties a home away from home! Hope to see you again!

## Great vacation rental
5/5
Stayed Jun 2018
**Karen M.**Arlington Heights

We stayed for an extended weekend. The place was great and our kids enjoyed the pool nearby. The home was very spacious with plenty of room and the bathrooms were quite nice. We would definitely stay here when we return to Key West.

Submitted Jul 3, 2018

## Beautiful home, great community, close to everything Key West! Nothing missing here!
5/5
Stayed Jun 2018
**Marjorie F.**New Jersey

7 adults and a 5 month old stayed here for our first Key West Adventure. The house is fully stocked with all that we needed. Beds were super comfortable. Kitchen had a more than we could use. We spent 6 wonderful nights here. Judy responded immediately if

we had any questions. The pool was beautiful, the grounds are beautifully maintained in this gated community. We went to 3 of the recommende restaurants near the house and all were excellent. Judy even had a pack and play and high chair for the baby! The decor is beautiful w a Key West vibe. Plenty of seating in living room, dining room and on each of the 3 porches. This property is a hidden gem. It's a very quiet community short of an occasional rooster letting you know It's 5 o'clock somewhere. It was no bother at all. 3 king beds, 3 full baths with body wash, shampoo too. Washer dryer worked great. It's about 5-10 min tops to the Key West airport. Family and or friends would love this place. This home has our highest recommendation. Thank you Judy! We hope to come back to paradise sooner than later!

Submitted Jun 27, 2018
**Owner's Response:**
Hi Marge,

Thank you for the great review. I'm glad that I could accommodate you with the pack n play and high chair for the baby! So glad you enjoyed the nice grounds and pool also and made good use of the porches!

Hope to see you again in the future! Have a nice day! Judy

**Great place! Quiet and perfect for a family.**
5/5
Stayed Jun 2018
**Katie M.**

We had an amazing time at Casa Capri! There were five adults and two children and we were all comfortable and had plenty of space. The property is quiet and relaxing. The pool is beautiful and was about 50 steps away. My children and the adults loved it! The house was stocked with all the amenities we needed; it was great to not have to worry about bringing all of that with us. There was plenty of bath towels and pool towels. The beds were very comfortable and there were plenty of extra blankets. The kitchen was well stocked with essentials and any cooking utensil we needed. There were several restaurants around in case we did not want to eat in town. It was a ten minute drive to downtown which was not bad at all. We loved sitting out in the porches and drinking our coffee. Really, this is an amazing place and, if we ever come back to Key West, I would definitely stay here again.

Submitted Jun 23, 2018
**Owner's Response:**
Hi Katie,

Thank you for the nice review! So glad everyone enjoyed the pool and that you found everything you needed in the house! I know a lot of guests like to use the porches so I made sure there was plenty of seating also!

Have a great day and hope to have you back in the future! Judy

**Fantastic, modern, clean, will return**

5/5
Stayed Jun 2018
**Brian O.**

Great place for sure. Well located. Good for a family. Judy is great to work with. Thanks and see you next time.

Submitted Jun 19, 2018

**Perfect in every way!!!**
5/5
Stayed Jun 2018
**Jordan B.**Minneapolis

Judy thought of everything you need and then some. We ourselves have 2 vacation rentals listed on VRBO and we will most definitely be taking some pointers from Judy on how to improve ours. So many extra nice touches, beautiful home and the floor plan can not be beat. We were traveling with family (parents, siblings, and our 2 small children under the age of 3) and the 3 master suites were a lifesaver. Honestly I can't say enough good things! This trip was rather stressful (we won't be traveling via plane with 2 small children for a couple years) but this place was a haven.

Submitted Jun 15, 2018

Previous page of reviews**1 - 6** of 44Next page of reviews

## 44 Reviews
*Exceptional5/5*

Previous page of reviews**7 - 12** of 44Next page of reviews

**Clean, Plenty of space, Perfect for a family vacation**
5/5
Stayed Jun 2018
**Justine G.**

This home was SO GREAT! Super clean, stocked with everything we needed, 3 great bedrooms - all with bathrooms. It was definitely the perfect amount of space. Loved the back patio space with plenty of seating space to enjoy outdoors. And the pool at the facility was a great addition. It's all in a gated community and super safe. Location is great (Key West isn't too big so we were never far from anything). We will certainly stay here again next time we are in the Keys!!

Submitted Jun 13, 2018
**Owner's Response:**
Hi Justine,

Thank you for the great review. I'm glad you enjoyed the house and how close it is to everything in Key West. I know guests like to hang out on the porches so I have plenty of seating for everyone!

The gated community is very nice with the pool in the middle.

Would love to have you back for your next visit!

Judy

**Beautiful home, very well stocked!**
5/5
Stayed May 2018
**Kelly G.**

The house is beautiful and very comfortable. I could not believe how well the house was stocked with everything you possibly would need. Judy made sure all of our accomdations were met. I recommend this house to anyone visiting the Key West area.

Submitted Jun 2, 2018
**Owner's Response:**
Hi Kelly

Thank you! I'm so glad you found the house well stocked and that it felt like home!

Hope to see you again in the future! Judy

**Fantastic house!**
5/5
Stayed May 2018
**daniel r.**Philadelphia, PA

Vantastic house we stayed there May 14th Thru the 20th was everything we expected it would be and more Judy was great with answering any of our questions the house was clean well-appointed close to the pool highly recommend this property we can't wait to come back we hated to leave,

Submitted May 30, 2018
**Owner's Response:**
Hi Daniel

So glad you enjoyed the house and had a nice stay!

Have a great day and hope to see you again! Judy

**The home was well stocked and furnished, it felt like home not like a rental property. Comfy.**
5/5
Stayed May 2018
**Maria I.**

Judy was very accommodating and was always making sure we had everything we needed. Very responsive whenever we try contacting her. The home was very clean and the kitchen was stocked to accommodate a large family. Plenty of nice towels and

comfy beds . I rent homes several times a year and have to say this home was at the top of the many I have stayed in. Judy thanks again for all your help.

Submitted May 30, 2018

**Pefect location...Great House...Best Owner I've ever rented from**
5/5
Stayed May 2018
**Spencer P.**

I organized a trip for a group of 10 friends to travel to the Song Writers Festival. I rented 2 homes from the same owner. Some of the group flew in to Key West, some rode our motorcycles from Maryland, and one couple drove and trailered their motorcycle. I saw after I rented the house the community agreement said no trailers. I sent Judy, the owner a note, and she said no problem...She let the couple park the trailer at her house. She checked in several times during our trip to make sure everything was ok with our stay. Gave us great tips on restaurants, and activities in the area.

The houses in this community surround a beautiful pool. The house is decorated very nicely and has everything you need for your stay, bath towels, pool towels, and linens. What more can I say, we had a great trip and I would recommend this house or one of Judy's other houses to anyone....Look no further..

Submitted May 17, 2018
**Owner's Response:**
Hi Spencer,

Thank you for the great review. So glad you and your friends enjoyed the house and Key West!

Hope to see you again in the future! Judy

**This property is very well maintained and Judy has all the provisions ready and waiting**
5/5
Stayed May 2018
**Dennis P.**

We had an awesome time and the property is very well maintained and well stocked with anything you might need. Plenty of room for a larger group. The owner Judy is very quick to respond if you have a problem or question. We enjoyed our stay at this property and would love to return next year

Submitted May 5, 2018
**Owner's Response:**
Thank you Dennis,

It was so nice to meet you and your wife and daughter! I'm glad you had a nice stay and that you enjoyed the house!

Will be looking forward to seeing you in the future! Have a great day! Judy

Previous page of reviews**7 - 12** of 44Next page of reviews

## 44 Reviews
*Exceptional5/5*

Previous page of reviews**13 - 18** of 44Next page of reviews

### Wonderful Location & Comfort
5/5
Stayed Apr 2018
**Ross G.**

Excellent property. Convenient location without being in the middle of the hustle and bustle, yet still able to get to it quickly. Perfect for a family with great bed options, full kitchen, and relaxing deck/patio.

Submitted May 3, 2018
**Owner's Response:**
Hi Ross,

Congrats on your son's wedding!

I'm glad you found the house to be just what you needed for your vacation and that you found the beds comfortable and enjoyed the deck/patio. And the fact that it is away from the hustle and bustle but still close enough to it!

Have a great day and hope to see you again in the future! Judy

### GREAT place to stay
5/5
Stayed Apr 2018
**Donna S.**

Stayed here with 2 other couples, and could not have been more pleased. The place was very clean, the beds comfortable and I can't believe how well equipped it was! The porches were perfect for morning coffee and afternoon cocktails, and the pool is a short distance down a paved path. The place was decorated nicely, and it is off the main road, so the traffic sound is not at your back window!

Recommend this highly! Thanks Judy and we will be back!!

Submitted Apr 18, 2018
**Owner's Response:**
Hi Donna,

Thank you so glad you enjoyed your stay and made use of the porches and the pool.

Will be looking forward to having you back! Judy

## Beautiful Accommodations

5/5
Stayed Mar 2018
**Edward F.**

We really enjoyed our stay. There were 6 of us and we had plenty of room. Comfortable beds and super clean. We totally enjoyed relaxing on the porches. Judy thought of everything you could need. The decor cannot be beat. Really makes you feel like you are on a tropical vacation. I would recommend this rental to everyone!!

Submitted Apr 6, 2018
**Owner's Response:**
Hi Edward,

Thank you for the nice review! I'm glad that you had a nice stay and that you enjoyed the decorations in the house and the cleanliness.

Have a great day and hope to see you again! Judy

## Very clean and private.

5/5
Stayed Mar 2018
**Michael B.**

Enjoyed the property and the pool. Great place to stay after spending a day among the crowd on Duval Street.

Submitted Mar 30, 2018
**Owner's Response:**
Hi, thank you! I'm glad you enjoyed your stay in the house and also enjoyed the pool and the nice peaceful community! Have a great day and hope to see you again in the future! Judy

## Another Great 6 Weeks at Casa Capri!!

5/5
Stayed Feb 2018
**Rusty R.**

This is an excellent property. We have stayed at this property for the past four years and have nothing but positive things to say about it. It's in a very nice gated community with a beautiful pool.

There are good restaurants in walking distance. Roostica, Dolphin Deli, and Croissants de France are right across the street. The area has numerous other restaurants within a ten minute ride providing something for everyone. Over the years we've eaten in too many to describe.

Judy and Steve are truly wonderful people and, as landlords, as good as it gets. We highly recommend this property. We've toured the three other Coral Hammock properties owned by the Bringles. They are all beautiful.

Happy vacationing Key West style!!

Submitted Mar 24, 2018
**Owner's Response:**
Hi Russ and Marcia,

So glad you had another great stay at Casa Capri!

Looking forward to seeing you again next year!

Have a nice day! Judy

**Sweet Place in Quiet resort**
5/5
Stayed Feb 2018
**Dwight B.**Grand Rapids, Michigan

20 Coral Hammock is a really nice single family detached two story unit that really works for 6 to 8 in a party, we have been returning to this unit for 11 years, last year the unit changed hands with the Bringles taking ownership, They have improve a unit that was great to begin with by covering all the needs of out of town guests, they are easy to work with and do their best to work with your schedule, The pool and grounds were also very well maintained this year, These owners, This resort and this unit offer a wonderful Bang for the Buck, Thanks Judy for another great unit, Dwight

Submitted Feb 12, 2018
**Owner's Response:**
Thanks Dwight,

It was so nice to meet a long time renter and I am pleased that you found the house up to your expectations!

I'm glad you enjoyed the new king beds and that there was plenty of room for all of your friends!

Will see you again next year!

Have a great day! Judy

Previous page of reviews**13 - 18** of 44Next page of reviews

# 44 Reviews
*Exceptional5/5*

Previous page of reviews**19 - 24** of 44Next page of reviews

## Great Vacation "Home"

5/5
Stayed Jan 2018
**Dennis Q.**

What a find. This is a great vacation "home." Very close to downtown Key West (10 min ride). We were a group of three couples. We enjoyed the roominess, the cleanliness, and the tropical feel of the place. The three master bedrooms are great. Each has a king bed (owner will provide singles if you like) and a "great" private, roomy bathroom. Every room in the house is nice looking and clean. If you're coming to Key West, rent this place.

Submitted Feb 2, 2018
**Owner's Response:**
So glad you enjoyed your stay and that the rooms were comfortable for you! I always make sure that the house is in the best shape and fully stocked for my guests! Hope to see you again in the future!

## Absolutely perfect!

5/5
Stayed Jan 2018
**Cathy W.**

Our family enjoyed this home very much! There was plenty of room for all of our party both inside and on the porch. Well planned and maintained with the nice extra toiletries made this place a winner!

Submitted Jan 29, 2018
**Owner's Response:**
Hi, thank you! So glad you enjoyed the house and the porches! I try to make sure there is enough seating on the porches as I know that's a good gathering place!

Have a great day and hope to see you agaiin! Judy

## Family vacation

5/5
Stayed Jan 2018
**Marcia L.**

Enjoyed everything about our stay. The sizes of the room and space worked great for our group of six. Pool was very nice and clean. The hosts were available to us at anytime and very helpful during our stay.

Submitted Jan 22, 2018
**Owner's Response:**
Hi, thank you for the nice review! I'm glad you had plenty of room with the 3 bedrooms which all have their own bath!

The pool is very nice and never crowded as the layout is like a "fidget spinner" as my granddaughter calls it!

Have a nice day and hope to see you again! Judy

**Clean, Nicely Decorated, Convenient, Comfortable!**
5/5
Stayed Jan 2018
**John B.**Burke, Virginia

We just spent a very nice week here with six people, including a 5-year-old girl. The beds were comfortable, nicely decorated, and most importantly, clean! We cooked meals in the kitchen, which had plenty of cookware and utensils available. The pool was nice. I particularly liked snoozing in the sunshine on cushioned lounge chairs up on the second floor deck. Thanks!

Submitted Jan 13, 2018
**Owner's Response:**
Thank you! I'm so glad you had a nice stay!

**The House was perfect for us!**
5/5
Stayed Dec 2017
**Julie C.**

Everyone in our party very much enjoyed our house in Coral Hammock. It had everything we needed and then some. We would highly recommend it!

Submitted Dec 6, 2017

**Perfect Paradise**
5/5
Stayed Nov 2017
This is the 2nd time that we stayed here and it didn't disappoint. Everything was wonderful and Judy is a wonderful host checking in on us a few times during the trip. It's the perfect location to everything. We would recommend to anyone looking for a place in Key West.

Submitted Nov 18, 2017

Previous page of reviews**19 - 24** of 44Next page of reviews

# 44 Reviews
*Exceptional5/5*

Previous page of reviews**25 - 30** of 44Next page of reviews

**Great place!**
5/5
Stayed Oct 2017

DEFENDANTS EXH 6 (28 PGS TOTAL)

Jack C.

My wife and I, out two sons, and in-laws stayed last week. The house was very clean, very easy to get to and from Key West, and great place to relax. Judy was very responsive when we had questions and offered some great recommendations on what to do around the island! Highly recommend!!

Submitted Oct 13, 2017

**Beautiful home and unbeatable hospitality!**
5/5
Stayed Sep 2017
**Derrick M.**

This place was absolutely great. The owner was very responsive with us regarding communication of the place and how to get there and all the amenities it had. Judy (The Owner) is one of the nicest people you will ever meet. She went above and beyond to make our stay phenomenal. The beds are so comfortable you almost don't want to leave them. It's so clean in the house it's like it was just off the showroom floor. We will 100% be back for sure. This place is like no other. The only thing that was missing was our little fur baby.

Submitted Sep 5, 2017

**Beautiful and cozy!**
5/5
Stayed Aug 2017
**Sandy D.**

The house is beautifully decorated, comfortable, clean, and fully stocked. The little extras in the house made our stay even better. It rained one of the nights we were there and the board games/movies came in handy. They also have bikes that the kids loved and enjoyed.

Hospitality was amazing. My family and I will most definitely revisit this wonderful place.

Submitted Aug 30, 2017

**Very comfortable**
5/5
Stayed Aug 2017
**J G.**gainesville fl

Very comfortable & spacious accomodation, well equipped and clean. Close to 2 marinas and several restaurants within walking distance.

Submitted Aug 14, 2017

**Beautiful property!**
5/5
Stayed Jul 2017

**Anthony R.**

My family and I had such a great time! Was very comfortable for everyone. Everybody had their own space.

Submitted Aug 2, 2017

### Casa Capri at Coral Hammock

5/5
Stayed Feb 2017
**Rusty R.**

The accommodations are excellent. They've been updated and it feels very Key West. We've been returning for several years!

Submitted Jul 26, 2017

Previous page of reviews**25 - 30** of 44Next page of reviews

## 44 Reviews

*Exceptional5/5*

Previous page of reviews**31 - 36** of 44Next page of reviews

### Home away from home

5/5
Stayed Jul 2017
**Marryann R.**

This was our first time renting a house for a family vacation. The place had the everything we needed from room enough for everyone to all the nice little amenities to include a first aid kit. It was nice to be able to cook for the family versus always having to go out to eat like you would have too in a hotel. Even if you needed to wash clothes you could do it without having to haul it to the laundromat because a washer/dryer were available for use. If we had questions or concerns it was easy to communicate with the owner, and we got quick responses from them. We will most definitely do this again in the future.

Submitted Jul 25, 2017

### Perfect Accommodatiom

5/5
Stayed Jun 2017
**Bonita B.**

The townhouse is beautiful. There were 5 of us and lots of room for everyone. The kitchen is very well equipped, the beds were very comfortable, and the bathroom has little extras. The hospitality was exceptional, My questions were answered right away.

I would certainly rent from Judy & Steve again.

Submitted Jul 24, 2017

**Perfect setting for a perfect vacation**
5/5
Stayed Jul 2017
**Lisa C.**

We have stayed in this townhouse a few times and are never disappointed. The beds are comfortable, plenty of towels, a lot of room for 6 adults. The back porches are beautiful and peaceful and it's just close enough to the pool. The owners are very responsive to emails and phone calls.

Submitted Jul 10, 2017

**A peaceful gem in Key West just a little ways away from downtown**
4/5
Stayed Jun 2017
**Gene S.**

This 3 BR/3 Bath single family dwelling in a condominium community was great. Clean, well-maintained and an oasis from the craziness nearby. Nice beds and easy access with a very nice community pool. The "workout facilities" leave quite a bit to be desired, but everything else was great. Walking distance to a couple of nice breakfast spots and a short drive to everything else.... would stay again in the future.

Submitted Jul 3, 2017

**Well maintained property in excellent gated community.**
5/5
Stayed Jun 2017
**C Michael R.**

Great 3 bedroom 3 bath home with easy access to Key West. Wonderfully furnished and equipped with everything you would need in a kitchen. Very close to community pool. Will definitely consider staying again!

Submitted Jun 11, 2017

**A Vacationer's Dream**
5/5
Stayed May 2017
Unlike some places to lay your head while you're staying away from home, this condo was a delight to behold visually as well as a comfy place to relax. The beds (2 kings upstairs) were so comfortable that I would find myself lingering there to read. Downstairs is a bedroom that has 2 twin beds that can be converted to a king size bed as well as a pull-out sofa bed on which my mom slept comfortably with no aches and pains to follow. The kitchen was well-equipped with all the pots and pans, utensils, and equipment you need to cook meals, make drinks, and make coffee. Provided was a traditional coffee pot and a keurig. The full size Whirlpool washer and dryer combo was a blessing. They even provided detergent, fabric softener, bleach, and dryer sheets!

Unlike many of the condos I've rented before, there was 3 to 4 rolls of toilet tissue in each of the 3 restrooms along with shampoo, conditioner, and body wash. The garden tub upstairs also had lavender bath salts. (ooohhh la la... What a treat!) We are "fan sleepers" at our house and were amazed to see that in each bedroom closet was a fan! There were also books (fiction, magazines, guide books) and movies and board games. Of course, I can't forget to mention the gas grill, porches, deck and the pool close by! The decks and porches are decorated tastefully with comfortable chairs and a picnic table. Of all the wonderful accoutrements of this condo, I must truthfully say that my absolute favorite accessory was the community cat. We received daily visits for the entire week and could not be more thrilled with the "friend" that we made while at our home away from home. If you plan a vacation for Key West and like peace and quiet with the convenience of attractions within a few minutes' drive, book this condo. You won't be disappointed.

Submitted Jun 4, 2017
**Owner's Response:**
Hi, thank you for the great review!

I'm glad you found the new king beds comfortable as well as the pull out couch!

I'm glad you got to use the new washer/dryer and had enough laundry supplies for the week!

I always stock up on the paper products for my guests so that is one less thing to have to buy!

I know guests like to sit on the porches so I have made sure to have enough chairs and tables for everyone to congregate!

I hear all the time how the books, movies and board games are a hit especially if the weather doesn't cooperate (which is hardly ever)!

I have supplied the fans because we also like fans while we sleep and it is also good for "white noise" to sleep without outside noise waking you up to early!

Nice to hear you used the lavender bath salts also! Just a little extra touch is nice for the large bath tub!

Most everyone who stays here mentions the cat on the back porch and how they enjoy her and feed her! She must think she lives there!

Not a bad life for her living in paradise!

Previous page of reviews**31 - 36** of 44Next page of reviews

## 44 Reviews
*Exceptional5/5*

Previous page of reviews**37 - 42** of 44Next page of reviews

**Nice property! Neat! Clean! Convenient!**

5/5
Stayed May 2017
**Mark D.**

Amenities were great. Appreciated the toiletries, coupons, parking pass. Quiet location but close to KW. Enjoyed the proximity to Hogfish, Roostica, the French bakery, Geiger Marina, and CVS. Enjoyed the pool for some down time. We had a fabulous time and will pass the word to all of our friends.

Submitted May 27, 2017
**Owner's Response:**
Thank you for the nice review! The restaurants near by are very good and it's convenient to walk to them! I'm glad you enjoyed your stay with us and hope have you back again!

**Now even better**

5/5
Stayed Apr 2017
**Axel S.**Berlin, Berlin

We booked this house the fifth time. Now, the new owner bring with the new decoration more coziness and

comfortableness in this home. We recommend this beauty home for all other travellers. The pool is beautyful too. When we visit Key West in the future we will definitely booked this house again.

Submitted May 25, 2017
**Owner's Response:**
Thank you for the nice review!

The pool is a very nice place with plenty of chairs, nice landscaping and it is fenced in for the safety of the little ones! It is nice to hear you will be returning to Casa Capri in the future and we have added two new king beds to replace the queen beds so your next stay will be even more comfortable!

**Totally amazing!**

5/5
Stayed May 2017
**Carrie H.**Ocklawaha, FL

All you need to bring is your clothes and a toothbrush. A beautiful space and within minutes of everywhere you would think of going. I can't wait to come back in 2018!

Submitted May 20, 2017
**Owner's Response:**
Thank you! I like to make sure all of my guests have everything they need to have a great stay!

Looking forward to seeing you in the future!

**Amazing home with an amazing owner that was very accommodating**
5/5
Stayed May 2017
**Silvio M.**

Great place

Submitted May 13, 2017
**Owner's Response:**
I'm glad you enjoyed your stay at Casa Capri and hope to see you again in the future!

**Super, 👍**

5/5
Stayed Apr 2017
**Herbert B.**

Great property.. Very clean and we'll equipped. Owner was super to deal with. Great secure location if you are in Key West. Love the location. Would stay again.

Submitted Apr 16, 2017
**Owner's Response:**
Hi, thank you for the nice review. I'm glad you enjoyed your stay and the gated community!

**Unit 20 was great! Beautiful view of courtyard in back. Pool was very nice. Close to Key West.**
5/5
Stayed Apr 2017
**Denise C.**

Judy was great. Unit 20 had everything you needed for your stay. Highly recommended.

Submitted Apr 16, 2017
**Owner's Response:**
Thank you! I'm so happy you enjoyed your stay at Casa Capri!

Previous page of reviews**37 - 42** of 44Next page of reviews

# 44 Reviews
*Exceptional5/5*

Previous page of reviews**43 - 44** of 44Next page of reviews

**The owners of Casa Capri do it again!**
5/5
Stayed Mar 2017
My family and I try to get down to Key West twice a year. We rented from Steve and Judy for the first time 3 years ago at one of their other Coral Hammock units. This trip

we got to stay in their newest rental, Casa Capri, and it did not disappoint! As their other reviews state, Judy does not miss a beat when it comes to making sure her guests have everything they need for a carefree stay. This condo is clean, comfortable and decorated with tropical colors and furnishing to get us in the island mood right away. It is well stocked with everything from coffee to condiments, pool linens to bikes and even coupons for Key West adventures. Judy also provides her cell in case we have any questions during our stay. She is so thoughtful, reaching out to us to let us know of things going on in the keys that might affect our stay. Really a great feeling to know we were more than just a renter to her! Highly recommend Steve and Judy and any of their wonderful properties in Coral Hammock!

Submitted Apr 7, 2017
**Owner's Response:**
Thank you for the nice review! I try to make sure all of my guests are comfortable for a great vacation experience!

**New Owner, same great condo, same great location, same great pool same great vacation.**
5/5
Stayed Mar 2017
**Justin V.**Boulder, CO

We have been renting this condo from the previous owners for the past 7 years, and we have been staying in Coral Hammock for the past 12 years. We found that after we started having children, it works out a lot better to have a condo rather then a hotel on Key West.

The unit has been updated with additional furniture, decorations, paint and even a few new appliances. It is very well stocked. It has beach towels, a few beach chairs, pool toys, and everything in the kitchen you need to cook family dinners. There is a new full size washer and dryer, and we did several loads of laundry.

The condo is very spacious. The two upstairs rooms have queens beds and each has it's own bath. There is a kids room downstairs with 2 twin beds. (we rearranged the twin beds to make room for a queen air mattress). It worked very well. The kids slept great, and when they got up in the morning they could watch TV without bothering the parents. The Mattresses are OK, not great, but overall everyone slept well.

The complex has a very nice pool. There is no lifeguard or swim up bar, but it has been perfect for our kids over the years, don't bring any glass, and don't loose the key.

Coral Hammock is on Stock Island. It is about a mile from the key west bridge and maybe 4 miles from down town Key West and it is a 6 min drive to the Key West Airport. There are several great restaurants in the area. Hurricane Hole, is as good as any place in Key West for seafood. They get their yellow tail delivered by a wheel barrow from the fishing boats in their marina. They also have a very nice pirate ship playground. There are several good Cuban delis in the area, including a new Cuban food truck on Shrimp Road.

You should also do the eco tour(Kayak or SUP) from Lazy dog(at Hurricane Hole), this is always one of our kids highlights of the trip. Our daughter whet for the first time when she was around 5, this year my 11 year old did the entire tour on his own paddle board. He was going against the tide, but he made it all on his own. My wife goes down in the morning and does their paddle board yoga and paddle board fit classes.

You do kind of need a car if you are going to stay at Coral Hammock. Cab rides are about $6/person from down town.

There are roosters in the complex, and there is a good chance they will wake you up. We slept with a table fan this year and I only heard them once.

Submitted Apr 2, 2017
**Owner's Response:**
Thank you so much for the great review!

We are putting two brand new king beds in the house, replacing the queen beds and keeping the twin beds which could be converted into a king, so the house could have 3 king beds!

The pool is very nice and never crowded.

You mentioned a lot of the good places to go and eat that are nearby and other activities in the area. Thank you for all of the information so that other potential guests can read and decide to book with us!

Have a great day and hope to see you next year again!

Previous page of reviews**43 - 44** of 44Next page of reviews



**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA
CIVIL DIVISION**

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

       Plaintiff,                   CASE NO.: CA-K-17-588

v.                                 JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

       Defendant.
_____/

**<u>FIRST AMENDED COMPLAINT</u>**

     Plaintiff Coral Hammock Rental, LLC, by and through undersigned counsel, states the

following for its complaint against Defendant, Monroe County, a political subdivision of the

State of Florida:

     1.     This is an action for declaratory judgment pursuant to Chapter 86, Florida

Statutes.

     2.     Plaintiff is a Florida Limited Liability Company that has its principal address in

Key West. Plaintiff owns residential units in a planned community on Stock Island, Key West,

Monroe County, Florida known as Coral Hammock, a Vacation Home Development ("The

Hammock").

     3.     Defendant Monroe County is a political subdivision of the State of Florida. The

County is responsible for adopting, administering, and enforcing land development regulations

for real property within Monroe County, Florida.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction pursuant to Fla. Stat. 26.012 and 86.011 to declare rights, statuses, and other legal and equitable relations between the parties.

5.      Venue is appropriate in Monroe County pursuant to Fla. Stat. 47.011, as the cause of action and facts giving rise to this complaint occurred in Monroe County, the real property that is the subject of this litigation is located in Monroe County, and Defendant maintains its headquarters and principal place of operations in Monroe County.

## FACTUAL BACKGROUND

6.      The Hammock is a planned vacation home community on Stock Island in Monroe County, Florida. The Hammock is a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences within The Hammock.

7.      The Hammock is located wholly within a zoning district designated as Mixed-Use pursuant to Monroe County zoning laws.

8.      Plaintiff owns attached and detached units in The Hammock ("Owned Units"). The attached units are those units that do not have open yards on all sides of the dwellings (the "Attached Units").

9.      Fla. Stat. 509.242(1)(c) defines "vacation rental" as "any unit or group of units in a condominium or cooperative or any individually or collectively owned single-family, two-family, three-family, or four-family house or dwelling unit that is also a transient public lodging establishment."

10.     Fla. Stat. 509.013(4)(a) defines "transient public lodging establishment" as "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less

than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests."

11.     The Owned Units are "vacation rentals" as that term is defined in Fla. Stat. 509.242(1)(c).

## Florida law preempts local prohibitions on vacation rentals

12.     In 2011, the Florida Legislature preempted local prohibitions against vacation rentals, with the exception only of prohibitions that were adopted on or before June 1, 2011.

13. Fla. Stat. 509.032(7)(b) states:

> A local law, ordinance, or regulation may not prohibit vacation rentals or regulate the duration or frequency of rental of vacation rentals. This paragraph does not apply to any local law, ordinance, or regulation adopted on or before June 1, 2011.

14.     Vacation rentals also come within the definition of "public lodging establishments" under Florida law. A "public lodging establishment" includes a "transient public lodging establishment," which means "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests." Fla. Stat. 509.013(4)(a).

15.     The "regulation of public lodging establishments . . . is preempted to the state," pursuant to Fla. Stat. 509.032(7)(a).

## Defendant has long permitted vacation rentals of attached dwelling units.

16.     No local law, ordinance, or regulation of Monroe County adopted on or before June 1, 2011 prohibited vacation rentals, as that term is used or contemplated under the Monroe County Code.

17.    In fact, for many years prior to and after June 1, 2011, Defendant interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners of attached dwelling units in Mixed-Use districts like The Hammock to use their homes as vacation rentals.

18.    For instance, Monroe County's form titled "Request for a Special Vacation Rental Permit," dated 02/2009 (attached as "Exhibit 1"), states that unit owners or their agents are

> required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under the Monroe County Code." "Vacation rental means an **attached or detached dwelling unit** that is rented, leased or assigned for tenancies of less than 28 days duration.
> (emphasis added).

19.    Page 2 of the same form states expressly that vacation rentals of attached dwelling units are allowed in Mixed Use districts:

> Vacation rental use of **any detached and attached dwelling** units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential – Limited (SR-L), Improved Subdivision – Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), **Mixed Use (MU)** & Maritime Industries (M1).

(emphasis added).

20.    Defendant disseminated Exhibit 1 to the public.

21.    Property owners, including Plaintiff, relied on Defendant's representation as to the permissibility of vacation rentals of attached dwelling units to plan their affairs and decide whether to purchase property in Monroe County.

**Defendant recently reinterpreted local law to prohibit vacation rentals**

22.      Sometime after June 1, 2011, Defendant began to interpret existing local law, specifically Monroe County Code Section 130-88(a)(12), so as to prohibit vacation rentals of attached units in The Hammock and other Mixed Use districts.

23.      Defendant's post-June 1, 2011 attempt to prohibit vacation rentals of Plaintiff's Attached Units is pre-empted by and violates Fla. Stat. 509.032(7)(b).

24.      Plaintiff learned about Defendant's prohibitory reinterpretation of local law after seeing pronouncements from the Senior Director of the Monroe County Planning & Environmental Resources Department, which pronouncements unambiguously stated that vacation rental use of attached units in Mixed Use districts is prohibited. The most recent pronouncement of this kind that Plaintiff is aware of is attached hereto as "Exhibit 2."

25.      The undersigned counsel has asked the Senior Director to reconsider Defendant's position and make clear that attached residential dwelling units are eligible to receive vacation rental permits and exemptions to the permit requirement, as provided by the Monroe County Code. No one has ever responded to that correspondence.

26.      Defendant's current interpretation of local law to prohibit vacation rentals of attached units in Mixed Use is preempted by State law.

27.      Plaintiff is entitled to a declaratory judgment that his attached dwelling unit in Coral Hammock is an eligible vacation rental dwelling.

## COUNT 1
### (Declaratory Judgment Regarding Defendant's Preempted Reinterpretation of Local Law)

28.      Plaintiff incorporates paragraphs 1 – 27 as if fully rewritten herein.

29.      This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

30.      Plaintiff is a party whose legal rights are affected by the above described prior public representations and subsequent reinterpretation of local laws by Defendant.

31.     The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

32.     This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiff and Defendant as to whether an attached dwelling unit in a Mixed Use district in Monroe County, Florida may be used as a vacation rental.

33.     Prior to June 1, 2011, Defendant publically represented that owners of attached residential dwellings in Mixed Use districts are eligible to rent their dwellings to vacationers on a short-term basis.

34.     After June 1, 2011, Defendant changed their position to prohibit vacation rentals of attached units.

35.     Defendant' reinterpretation of local law to prohibit vacation rentals of attached dwellings is preempted by Fla. Stat. 509.032(7)(b).

36.     Defendant has frustrated Plaintiff's legitimate expectations of being able to use the Attached Units as vacation rentals, thereby depriving Plaintiff of a valuable property right.

37.     Plaintiff seeks a declaration that the prohibition by Defendant of vacation rentals in attached dwelling units in Mixed Use districts is preempted by Fla. Stat. 509.032(7)(b).

**WHEREFORE**, Plaintiff asks the Court for:

(A) A declaratory judgment that Fla. Stat. 509.032(7) (b) preempts the recent reinterpretation of existing law by Defendant to find a prohibition against vacation rentals of attached dwelling units in Mixed Use districts;

(B) A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C) An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D) Such other relief as the Court deems just and proper.

## COUNT 2
### (Declaratory Judgment of Exempted Status of Homeowner's Association)

38.     Plaintiff incorporates paragraphs 1 – 37 as if fully rewritten herein.

39.     This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

40.     The Monroe County Code requires property owners or their agents to obtain annual vacation rental permits before renting certain dwellings as vacation rentals.

41.     Monroe County Code Section 134-1(b) exempts two categories of properties from the annual vacation rental permit requirement.

42.     One category of exempt properties is defined in Monroe County Code Section 134-1(b)(2). Properties in this category are required to obtain an exemption from the Monroe County Planning & Environmental Resources Department.

43.     The other category of exempt properties is defined in Monroe County Code Section 134-1(b)(1), and this category has been recognized in the ordinances of Monroe County for at least the last seventeen years. This category includes dwellings in a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses. Properties in this category are not required to obtain an exemption from the Monroe County Planning & Environmental Resources Department.

44.     The Hammock satisfies the requirements of Monroe County Code Section 134-1(b)(1) because The Hammock is a controlled access, gated community with a homeowner's association that expressly regulates or manages vacation rental uses.

45.     Defendant has admitted that the Coral Hammock Community satisfies the requirements of Monroe County Code Section 134-1(b)(1).

46.     On October 10, 2017, Defendant contended that properties within the definition of Monroe County Code Section 134-1(b)(1) are required to apply to the Monroe County Planning & Environmental Resources Department for an exemption from the annual vacation rental permit requirement.

47.     Defendant's contention, as set forth in paragraph 46, above, is contrary to the plain language of the Monroe County Code.

48.     Plaintiff is a party whose legal rights are affected by Defendant's executive interpretation of the Monroe County Code limiting the number of properties within the scope of Section 134-1(b)(1).

49.     The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

50.     This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiff and Defendant as to whether a dwelling in a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses must have been granted an exemption by the Monroe County Planning & Environmental Resources Department in order to meet the requirements of Monroe County Code Section 134-1(b)(1).

51.     Coral Hammock seeks a declaration that the requirement in Monroe County Code Section 134-1(b) for an exemption from the Monroe County Planning & Environmental Resources Department applies to subpart (2) of that section, not subpart (1).

**WHEREFORE**, Plaintiff asks the Court for:

(A) A declaratory judgment that properties within the definition of Monroe County Code Section 134-1(b)(1) are not required to have an exemption from the Monroe County Planning & Environmental Resources Department prior to use as a vacation rental.

(B) A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C) An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D) Such other relief as the Court deems just and proper.


## COUNT 3
### (Declaratory Judgment of Nonconforming Use)

52.     Plaintiff incorporates paragraphs 1 – 51 as if fully rewritten herein.

53.     This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

54.     Until recently, Defendant allowed owners of attached dwelling units in Mixed-Use districts to use their dwellings as vacation rentals. Defendant even publically represented that owners of attached dwellings in Mixed-Use districts could use their dwellings as vacation rentals.

55.     Moreover, dwellings in communities like The Hammock are exempt from any requirement that obligates a property owner or agent to obtain an exemption from the Monroe County Planning & Environmental Resources Department before using a dwelling as a vacation rental, as that term is used or contemplated under the Monroe County Code.

56.     Defendant now contends that Plaintiff's attached dwellings cannot lawfully be used as vacation rentals under current zoning restrictions.

57.    Plaintiff's use of attached dwellings as vacation rentals was continuously existing and considered lawful before any prohibition on such use took effect.

58.    The doctrine of nonconforming use protects, or "grandfathers," Plaintiff's use of its dwellings in the The Hammock as vacation rentals.

59.    Plaintiff is a party whose legal rights are affected by Defendant's reinterpretation of the Monroe County Code to prohibit the use of attached dwellings as vacation rentals.

60.    The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

61.    This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiff and Defendant as to whether its attached dwellings in the The Hammock may be used as vacation rentals, as that term is used or contemplated in the Monroe County Code, pursuant to the doctrine of nonconforming use.

62.    Plaintiff seeks a declaration that the doctrine of nonconforming use protects its use of attached dwellings in the The Hammock as vacation rentals.

**WHEREFORE**, Plaintiff asks the Court for:

(A) A declaratory judgment that the doctrine of nonconforming use protects Coral Hammock's use of its dwellings in the Coral Hammock Community for vacation rentals.

(B) A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C) An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D) Such other relief as the Court deems just and proper.

## COUNT 4
### (Equitable Estoppel - Injunctive Relief)

63.      Plaintiff incorporates paragraphs 1 – 62 as if fully rewritten herein.

64.      This is an action for temporary and permanent injunctive relief.

65.      The doctrine of equitable estoppel prohibits a political subdivision from exercising its zoning power where a property owner, in good faith, relied upon an act or omission of the political subdivision to make a substantial change in position or incur such extensive obligations and expenses that it would be highly inequitable and unjust to destroy the right that the property owner acquired. This is known as the doctrine of equitable estoppel or detrimental reliance.

66.      Plaintiff relied in good faith on public representations by Defendant as to the permissibility of vacation rentals of attached dwelling units in Mixed-Use districts. Plaintiff's reliance included deciding whether to purchase property in Monroe County.

67.      Monroe County affirmed the propriety of Plaintiff's reliance on the representations. Plaintiff has paid, for instance, all county taxes on income derived from vacation rentals. Defendant has always accepted that revenue without objection.

68.      It would be unjust and inequitable for Defendant to now seek to punish conduct that for years it has acquiesced to—even promoted by its own public representations—which has led property owners like Plaintiff to change their positions and incur substantial cost.

69.      Defendant Monroe County has implied, if not expressly threatened, that it will bring a code enforcement action against Plaintiff, which may be prosecuted as a criminal offense pursuant to Monroe County Code Section 134-1(k)(6).

70.     Plaintiff would suffer irreparable harm if Monroe County brought a code enforcement action to enforce its recent reinterpretation of the Monroe County Code; specifically, irreparable harm to its reputation and goodwill.

71.     Plaintiff has no adequate legal remedy for the harm it would suffer if Monroe County brought a code enforcement action.

72.     Plaintiff has a clear legal right to temporary and permanent injunctive relief because: (1) Florida law preempts Monroe County from prohibiting vacation rentals of attached dwelling units in Mixed Use districts; (2) the dwellings owned by Plaintiff in the The Hammock are exempt from any requirement that the Monroe County Planning & Environmental Resources Department issue an exemption to the annual vacation rental permit requirement; and (3) because the doctrines of nonconforming use and equitable estoppel prevent Monroe County from prohibiting Plaintiff's use of its dwellings as vacation rentals.

73.     Moreover, the public interest is served by protecting private property rights, allowing private property owners to use their property to the fullest extent permissible under the law, promoting recreational and other enjoyable uses of private property, and preventing Defendant and other political subdivision authorities from reinterpreting local law, especially when preempted by State law, in order to prohibit otherwise lawful uses of private property.

**WHEREFORE**, Plaintiff asks the Court for:

(A) A declaratory judgment that the doctrine of equitable estoppel protects Coral Hammock's use of its dwellings in the Coral Hammock Community for vacation rentals.

(B) A temporary and permanent injunction, without bond, restraining Monroe County from instituting a code enforcement action to punish any alleged vacation rental use of residential units in The Hammock by Plaintiff.

(C) An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041; and

(D) Such other relief as the Court deems just and proper.

Respectfully submitted,

_____/S/_____

Joseph P. Thacker (Fla. Bar No. 271039)
THACKER ROBINSON ZINZ LPA
1415 Panther Ln, Ste 138
Naples, FL 34109
(239) 591-6685 – phone
(419) 931-6181 – fax
jthacker@trzlaw.com
*Counsel for Coral Hammock Rental, LLC*

___/S/ Wayne LaRue Smith_____

WAYNE LaRUE SMITH
Florida Bar No. 0031410
BRETT TYLER SMITH
Florida Bar No. 0085412
THE SMITH LAW FIRM,
a professional association
Co-Counsel for Coral Hammock Rental, LLC
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2018, a true and correct copy of the foregoing was served on all parties who have appeared in this action or their counsel of record by e-mail via the Florida Courts eFiling Portal (pursuant to Rule 2.516, Florida Rules of Judicial Administration and Administration Order SC13-49), as listed on the Service List below as indicated.

## SERVICE LIST

*Coral Hammock Rental, LLC vs. Monroe County*
*Case No. CA-K-17-588*

| *Counsel for Defendant Monroe County (Service via eFiling Portal)* | *Counsel for Plaintiff (Service via eFiling Portal)* |
|---|---|
| Derek V. Howard, Esq. | **Joseph P. Thacker, Esq.** |
| Monroe County Attorney's Office | **Thacker Robinson Zinz LPA** |
| 1111 12th Street, Suite 408 | 1415 Panther Ln. Suite 138 |
| Key West, FL 33040 | Naples, FL 34109 |
| T: (305) 292-3470 | T: (239) 591-6685 |
| Howard-Derek@monroecounty-fl.gov | F: (419) 931-6181 |
| | jthacker@trzlaw.com |

\_\_/S/\_Wayne LaRue Smith_____
WAYNE LaRUE SMITH
Florida Bar No. 0031410
BRETT TYLER SMITH
Florida Bar No. 0085412
THE SMITH LAW FIRM,
a professional association
Co- Counsel for Coral Hammock Rental, LLC
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

Z:\1890\02\2018-06-21 First Amended Complaint FINAL.doc

Case 4:19-cv-10165-JEM Document 1-25 Entered on FLSD Docket 09/18/2019 Page 408 of 531

408 of 414 of 531

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA
## CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

      Plaintiff,                         CASE NO.: CA-K-17-588

v.                                     JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

      Defendant.
_____/

## PLAINTIFF'S ANSWER TO COUNTERCLAIM

Plaintiff/Counterclaim Defendant Coral Hammock Rental, LLC ("Coral Hammock Rental"), by and through undersigned counsel, states the following, and incorporates the allegations in its Complaint for Declaratory Judgment, for its answer to the Counterclaim by Defendant/Counterclaim Plaintiff, Monroe County, for injunctive relief.

43. Coral Hammock Rental admits the allegations in the first paragraph, numbered paragraph 43, of the Counterclaim.

44. Coral Hammock Rental denies that it is a Florida corporation. Coral Hammock Rental is a Florida Limited Liability Company that has its principal address in Key West. Coral Hammock Rental otherwise admits the allegations in paragraph 44 of the Counterclaim.

45. Coral Hammock Rental admits the allegations in paragraph 45 of the Counterclaim.

46. Coral Hammock Rental admits the allegations in paragraph 46 of the Counterclaim.

47. Coral Hammock Rental admits the allegations in paragraph 47 of the Counterclaim.

48. Coral Hammock Rental admits the allegations in paragraph 48 of the Counterclaim.

49. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 49 of the Counterclaim, and therefore denies the same.

50. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 50 of the Counterclaim, and therefore denies the same.

51. Coral Hammock Rental states that the summary of the 1997 Vacation Rental Ordinance in paragraph 51 of the Counterclaim misstates and fails to accurately restate the substance of Exhibit 1 of the Counterclaim. Coral Hammock Rental therefore denies the allegations in this paragraph. Further answering, Coral Hammock Rental states that ordinances and other legislative enactments speak for themselves.

52. Coral Hammock Rental denies the allegations in paragraph 52 of the Counterclaim. Further answering, Coral Hammock Rental states that the properties at issue here are dwelling units in a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences in the community and therefore do "not require a vacation rental permit" under the express language of the 1997 Land Use Regulations, Section 9.5-534(A), found at pp. 48-49 of Ex. 1 attached to the Counterclaim.

53. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 53 of the Counterclaim, and therefore denies the same.

54. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 54 of the Counterclaim, and therefore denies the same.

55. Coral Hammock Rental states that the summary of Ordinance 044-200 in paragraph 55 of the Counterclaim misstates and fails to accurately restate the substance of Exhibit 2 of the Counterclaim. Coral Hammock Rental therefore denies the allegations in this paragraph. Further answering, Coral Hammock Rental states that ordinances and other legislative enactments speak

for themselves. Further answering, Coral Hammock Rental states that the properties at issue here are dwelling units in a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences in the community for which "a vacation rental permit is not required" under the express language of the 2000 Land Use Regulations, Section 9.5-534(b)(1), found at p. 4 of 12 of Ex. 2 attached to the Counterclaim.

56. Coral Hammock Rental admits the allegations in paragraph 56 of the Counterclaim.

57. Coral Hammock Rental admits the allegations in paragraph 57 of the Counterclaim.

58. Coral Hammock Rental admits the allegations in paragraph 58 of the Counterclaim.

59. Coral Hammock Rental admits the allegations in paragraph 59 of the Counterclaim.

60. Paragraphs 60 - 67 of the Counterclaim allege facts in connection with "vacation rentals" without defining that term or specifying what definition applies to the allegations. "Vacation rentals" is a defined term in both the Monroe County Code and in the Florida Statutes, but the phrases are not coterminous. Consequently, Coral Hammock Rental denies the allegations in these paragraphs.

68. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 68 of the Counterclaim, and therefore denies the same.

69. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 69 of the Counterclaim, and therefore denies the same.

70. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 70 of the Counterclaim, and therefore denies the same.

71. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 71 of the Counterclaim, and therefore denies the same.

72. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 72 of the Counterclaim, and therefore denies the same.

73. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 73 of the Counterclaim, and therefore denies the same.

74. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 74 of the Counterclaim, and therefore denies the same.

75. Coral Hammock Rental lacks knowledge to affirm or deny the allegations in paragraph 75 of the Counterclaim, and therefore denies the same.

## COUNT 1 (INJUNCTIVE RELIEF)

76. In response to Paragraph 76 of the Counterclaim, Coral Hammock Rental re-alleges and incorporates its responses to paragraphs 43 through 75 of the Counterclaim.

77. Coral Hammock Rental admits the allegations in paragraph 77 of the Counterclaim.

78. Paragraph 78 of the Counterclaim alleges facts in connection with "vacation rentals" without defining that term or specifying what definition applies to the allegations. "Vacation rentals" is a defined term in both the Monroe County Code and in the Florida Statutes, but the phrases are not coterminous. Consequently, Coral Hammock Rental denies the allegations in paragraph 78 of the Counterclaim.

79. Coral Hammock Rental denies the allegations in paragraph 79 of the Counterclaim. Further answering, Coral Hammock Rental states that the dwelling units in the property at issue here are exempt by law from requirements that the County specifically issue permits or exemptions for their use as vacation rentals, as that term is understood in the Monroe County Code.

4

80. Coral Hammock Rental admits that Monroe County may adopt ordinances and seek to enforce them insofar as the County acts within the bounds of all applicable local, state, constitutional, and common law, and insofar as the County does not violate the vested rights of property owners without due process. Coral Hammock Rental otherwise denies the allegations in paragraph 80 of the Counterclaim.

81. Coral Hammock Rental denies the allegations in paragraph 81 of the Counterclaim.

82. Coral Hammock Rental denies the allegations in paragraph 82 of the Counterclaim.

83. Coral Hammock Rental denies the allegations in paragraph 83 of the Counterclaim.

## AFFIRMATIVE DEFENSES

For its affirmative defenses to the Counterclaim by Monroe County, Coral Hammock Rental hereby incorporates and re-alleges the allegations of fact in its Complaint for Declaratory Judgment and its responses herein to paragraphs 43 through 83 of the Counterclaim.

### SECOND DEFENSE

84. The County's Counterclaim, its request for injunctive relief, rests upon an interpretation of property owner rights under County ordinances that was adopted for the first time after June 1, 2011. The interpretation is inconsistent with the County's publicly announced and disseminated interpretation prior to June 1, 2011. As such, the County's interpretation is pre-empted by Fla. Stat. 509.032(7)(b).

### THIRD DEFENSE

85. The County's Counterclaim is barred by the doctrine of non-conforming use.

### FOURTH DEFENSE

86. The County's Counterclaim is barred by the doctrines of equitable estoppel and detrimental reliance.

## FIFTH DEFENSE

87. Monroe County is not entitled to relief pursuant to the doctrine of unclean hands.

## SIXTH DEFENSE

88. Monroe County is not entitled to relief pursuant to the doctrine of laches.

## SEVENTH DEFENSE

89. Monroe County is not entitled to relief pursuant to the doctrine of acquiescence.

## EIGHTH DEFENSE

90. Monroe County is not entitled to relief pursuant to the doctrine of ratification.

## NINTH DEFENSE

91. Monroe County is not entitled to relief pursuant to the doctrine of waiver.

## TENTH DEFENSE

92. The Counterclaim by Monroe County is barred by the applicable statute of limitations.


WHEREFORE, having fully answered, Coral Hammock Rental prays that the Court enter judgment for Coral Hammock Rental on the Counterclaim and award Coral Hammock Rental its costs in this matter.

Respectfully submitted,


/s/ Joseph Thacker
Joseph P. Thacker (Fla. Bar No. 271039)
THACKER ROBINSON ZINZ LPA
1415 Panther Ln, Ste 138
Naples, FL 34109
(239) 591-6685 – phone
(419) 931-6181 – fax
jthacker@trzlaw.com
*Counsel for Coral Hammock Rental, LLC*

/s/ Wayne LaRue Smith
WAYNE LaRUE SMITH
Florida Bar No. 0031410
BRETT TYLER SMITH
Florida Bar No. 0085412
THE SMITH LAW FIRM,
a professional association
Co-Counsel for Coral Hammock Rental, LLC
509 Whitehead Street
Key West, Florida 33040
T: (305) 296-0029
F: (305) 296-9172
E: Court-Filings@thesmithlawfirm.com

## **CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing *Plaintiff's Answer to Counterclaim* was sent to

Derek V. Howard, via U.S. Mail to 1111 12th Street, Suite 408, Key West, Florida 33040, and

via email to howard-derek@monroecounty-fl.gov, this 17th day of November, 2017.

/s/ Joseph Thacker
Joseph P. Thacker (Fla. Bar No. 271039)
*Counsel for Coral Hammock Rental, LLC*

7

Case 4:19-cv-10165-JEM Document 1-25 Entered on FLSD Docket 09/18/2019 Page 415 of 531

415 of 511 of 531

## IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
## IN AND FOR MONROE COUNTY, FLORIDA

CORAL HAMMOCK RENTAL, LLC, a
Florida-Limited Liability Company

                                CASE NO.: CA-K-17-588

      Plaintiff,

v.

MONROE COUNTY, FLORIDA,
a political subdivision of the State of Florida,

      Defendant.

_____/

## MONROE COUNTY'S ANSWER TO COMPLAINT FOR
## DECLARATORY JUDGMENT AND COUNTERCLAIM

### ANSWER

Defendant, MONROE COUNTY, by and through undersigned counsel, hereby answers Plaintiff's Complaint for Declaratory Judgment as follows:

1.     As to paragraph 1, Defendant admits that Plaintiff's action is for Declaratory Judgment pursuant to Chapter 86, Florida Statutes, but denies that there is a statutory basis for the declaratory relief that Plaintiff seeks.

2.     Defendant is without sufficient knowledge to admit or deny paragraph 2, and therefore it is denied.

3.     Defendant admits paragraph 3 while noting that the State of Florida also exercises oversight over land development in Monroe County pursuant to the County's Area of Critical State Concern designation.

4.     Defendant denies paragraph 4.

5.      Defendant is without sufficient knowledge to admit or deny paragraph 5, and therefore it is denied.

6.      Defendant is without sufficient knowledge to admit or deny paragraph 6, and therefore it is denied.

7.      Defendant admits paragraph 7.

8.      Defendant is without sufficient knowledge to admit or deny paragraph 8, and therefore it is denied.

9.      Defendant denies paragraph 9, noting Fla. Stat. 509.242(1)(c) defines "vacation rental" as "any unit or group of units in a condominium or cooperative or any individually or collectively owned single-family, two-family, three-family, or four-family house or dwelling unit that is also a transient public lodging establishment but that is not a timeshare project."

10.     Defendant admits paragraph 10.

11.     Defendant denies paragraph 11.

12.     Defendant denies paragraph 12.

13.     Defendant admits paragraph 13.

14.     Defendant admits that Fla. Stat. 509.013(4)(a) states a "public lodging establishment" includes a "transient public lodging establishment," which means "any unit, group of units, dwelling, building, or other group of buildings within a single complex of building which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests."   Defendant denies the remainder of paragraph 14.

15.     Defendant denies paragraph 15, noting that Fla. Stat. 509.032(7)(a) states in its entirety as follows:  "The regulation of public lodging establishments and public food service establishments, including, but not limited to, sanitation standards, inspections, training and testing of personnel, and matters related to the nutritional content and marketing of foods offered in such establishments, is preempted to the state. This paragraph does not preempt the authority of a local government or local enforcement district to conduct inspections of public lodging and public food service establishments for compliance with the Florida Building Code and the Florida Fire Prevention Code, pursuant to ss. 553.80 and 633.206."

16.     Defendant denies paragraph 16.

17.     Defendant denies paragraph 17.

18.     Defendant admits paragraph 18.

19.     Defendant admits that Page 2 of Exhibit 1 states: "Vacation rental use of any detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments **may be permitted** in the following Land Use Districts:  Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential – Limited (SR-L), Improved Subdivision – Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), Mixed Use (MU) & Maritime Industries (MI).  (Emphasis Added.)  Defendant denies the remainder of paragraph 19

20.     Defendant admits paragraph 20.

21.     Defendant is without sufficient knowledge to admit or deny paragraph 21 and therefore it is denied.

22.     Defendant denies paragraph 22.

23.     Defendant denies paragraph 23.

24.     Defendant is without sufficient knowledge to admit or deny paragraph 24, and therefore it is denied.

25.     Defendant denies paragraph 25.

26.     Defendant denies paragraph 26.

27.     Defendant denies paragraph 27.

28.     Defendant restates its respective responses to the paragraphs adopted and re-alleged at paragraph 28.

29.     Defendant admits that Plaintiff's action is for "declaratory relief pursuant to Chapter 86, Florida Statutes, but denies that Plaintiff is entitled to such relief.

30.     Defendant denies paragraph 30.

31.     Defendant denies paragraph 31.

32.     Defendant denies paragraph 32.

33.     Defendant denies paragraph 33.

34.     Defendant denies paragraph 34.

35.     Defendant denies paragraph 35.

36.     Defendant denies paragraph 36.

37.     Defendant admits that "Plaintiff seeks a declaration that the prohibition by Defendant of vacation rentals in attached dwelling units in Mixed Use districts is preempted by Fla. Stat. 509.032(7)(b)" but denies that Plaintiff is entitled to such a declaration.

38.     Any paragraph not responded to above is denied.

4

## AFFIRMATIVE DEFENSES

39.    Plaintiff's claim is barred by the four (4) year statute of limitations.

    a.  Ordinance 004-1997 was passed by the Board of County Commissioners of Monroe County on February 3, 1997, and became effective on December 4, 1998.

    b.  Ordinance 004-1997 clarified the existing prohibition on short term rentals (less than 28 days) of single family homes within improved subdivisions and other residential districts and provided a process whereby vacation rentals could be allowed in some land use districts.

    c.  Ordinance 004-1997 prohibited vacation rental use in the Mixed Use District without a special vacation rental permit.

    d.  Ordinance 044-2000 was adopted by the Board of County Commissioners of Monroe County on August 16, 2000.

    e.  With certain exceptions that do not apply to Plaintiff, Ordinance 044-2000 requires in part that an owner or agent obtain an annual special vacation rental permit for each dwelling unit prior to renting the unit as a vacation rental.

40.    The State of Florida waived any preemption over the regulation of vacation rentals as to Monroe County or otherwise delegated its preemption authority to Monroe County when it approved Ordinances 004-1997 and 044-2000.

    a.  On December 4, 2008, the Department of Community Affairs approved of Ordinance 004-1997 by Final Order.

b. In 2000, the Department of Community Affairs approved of Ordinance 044-2000 and the Department's Final Order was recorded on October 16, 2000.

41. Plaintiff's claim is barred by Plaintiff's failure to apply for an Exemption to a Special Vacation Rental Permit pursuant to Section 134-1(b)(1) of the Monroe County Code.

42. Plaintiff's claim is barred by the availability of other legal and administrative remedies, including an appeal pursuant to Section 102-185 of the Monroe County Code.

## COUNTERCLAIM

Defendant/Counter-Plaintiff   Monroe   County   ("COUNTY")   sues Plaintiff/Counter-Defendant   Coral   Hammock   Rental   LLC   ("CORAL   HAMMOCK RENTAL"), and alleges and seeks relief as follows:

43. The COUNTY is a political subdivision of the State of Florida.

44. CORAL HAMMOCK RENTAL is a Florida corporation with a principal place of business in Monroe County, Florida, and has already submitted itself to the jurisdiction of this Court.

45. CORAL HAMMOCK RENTAL is the owner of property located at 43 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000122 ("43 Coral Way").

46. CORAL HAMMOCK RENTAL is the owner of property located at 48 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000136 ("48 Coral Way").

47.     CORAL HAMMOCK RENTAL is the owner of property located at 56 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000140 ("56 Coral Way").

48.     CORAL HAMMOCK RENTAL is the owner of property located at 20 Coral Way on Stock Island, Monroe County, Florida, identified with parcel identification number 00124100-000149 ("20 Coral Way").

49.     Ordinance 004-1997 was passed by the Board of County Commissioners of Monroe County on February 3, 1997 (hereinafter "1997 Vacation Rental Ordinance"), and became effective on December 4, 1998.

50.     A true and correct copy of Ordinance 004-1997 is attached hereto as Exhibit 1.

51.     The 1997 Vacation Rental Ordinance clarified the existing prohibition on short term rentals of single-family homes within the improved subdivisions and other residential districts and provided a process whereby vacation rentals could be allowed in some land use districts.

52.     Ordinance 004-1997 prohibited vacation rental use in the Mixed Use District without a special vacation rental permit.

53.     Ordinance 044-2000 was adopted by the Board of County Commissioners of Monroe County on August 16, 2000.

54.     A true and correct copy of Ordinance 044-2000 is attached hereto as Exhibit 2.

55.     Ordinance 044-2000 requires in part that an owner or agent to obtain an annual special vacation rental permit for each dwelling unit prior to renting the unit as a vacation rental.

56.     CORAL HAMMOCK RENTAL does not currently hold a vacation rental permit from the COUNTY for its 43 Coral Way property.

57.     CORAL HAMMOCK RENTAL does not currently hold a vacation rental permit from the COUNTY for its 48 Coral Way property.

58.     CORAL HAMMOCK RENTAL does not currently hold a vacation rental permit from Monroe County for its 56 Coral Way property.

59.     CORAL HAMMOCK RENTAL does not currently hold a vacation rental permit from Monroe County for its 20 Coral Way property.

60.     Within the past year, CORAL HAMMOCK RENTAL has advertised 43 Coral Way as a vacation rental on the internet.

61.     Within the past year, CORAL HAMMOCK RENTAL has advertised 48 Coral Way as a vacation rental on the internet.

62.     Within the past year, CORAL HAMMOCK RENTAL has advertised 56 Coral Way as a vacation rental on the internet.

63.     Within the past year, CORAL HAMMOCK RENTAL has advertised 20 Coral Way as a vacation rental on the internet.

64.     CORAL HAMMOCK RENTAL has rented or is renting 43 Coral Way as a vacation rental.

65.     COROAL HAMMOCK RENTAL has rented or is renting 48 Coral Way as a vacation rental.

66.     CORAL HAMMOCK RENTAL has rented or is renting 56 Coral Way as a vacation rental.

67.     CORAL HAMMOCK RENTAL has rented or is renting 20 Coral Way as a vacation rental.

68.     Neighbors of CORAL HAMMOCK RENTAL have called Monroe County Code Enforcement to complain of vacation rental use at 43 Coral Way.

69.     Monroe County Code Enforcement currently has an active file opened on 43 Coral Way due to unlawful vacation rentals at the address.

70.     Neighbors of CORAL HAMMOCK RENTAL have called Monroe County Code Enforcement to complain of vacation rental use at 48 Coral Way.

71.     Monroe County Code Enforcement currently has an active file opened on 48 Coral Way due to unlawful vacation rentals at the address.

72.     Neighbors of CORAL HAMMOCK RENTAL have called Monroe County Code Enforcement to complain of vacation rental use at 56 Coral Way.

73.     Monroe County Code Enforcement currently has an active file opened on 56 Coral Way due to unlawful vacation rentals at the address.

74.     Neighbors of CORAL HAMMOCK RENTAL have called Monroe County Code Enforcement to complain of vacation rental use at 20 Coral Way.

75.     Monroe County Code Enforcement currently has an active file opened on 20 Coral Way due to unlawful vacation rentals at the address.

## COUNT I (INJUNCTIVE RELIEF)

76.     The COUNTY re-alleges the factual allegations set for in paragraph 1 through 75 above.

77.     This is an action for temporary and permanent injunctive relief over which this Court has subject matter jurisdiction.

78.     CORAL HAMMOCK RENTAL is, or is intending to, rent one or more of its properties located at 43 Coral Way, 48 Coral Way, 56 Coral Way, or 20 Coral Way for vacation rental use.

79.     The vacation rental of 43 Coral Way, 48 Coral Way, 56 Coral Way, or 20 Coral Way is in violation the Monroe County Code.

80.     Pursuant to Florida Statutes chapter 162, the COUNTY is authorized to adopt ordinances and code provisions and to seek injunctive relief to enforce them.

81.     The request for injunctive relief set forth herein constitutes a valid exercise of the County's police power as authorized by law.

82.     Where a governmental entity seeks an injunction in order to enforce its police powers, any alternative legal remedy is ignored and irreparable harm is presumed.

83.     All conditions precedent to the filing of this counterclaim have been performed, have occurred or have been waived.

**WHEREFORE**, the COUNTY demands judgment against CORAL HAMMOCK RENTAL as follows:

A. For a temporary and permanent injunction, without bond, restraining CORAL HAMMOCK WAY from renting 43 Coral Way, 48 Coral Way, 56 Coral Way, or 20 Coral Way for vacation rental use.

B. For such other and further relief as the Court provides, including but not limited to, attorneys' fees and costs.

Dated October 10, 2017.

Respectfully submitted,

MONROE COUNTY ATTORNEYS OFFICE
1111 12TH Street, Suite 408
Key West, Florida 33040
(305) 292-3470

By: _____/s/_____
Derek V. Howard, Esq.
Assistant County Attorney
FBN: 0667641
howard-derek@monroecounty-fl.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via U.S. Mail and email to Joseph P. Thacker, Esq., jthacker@trzlaw.com, Thacker Martinsek LPA 1415 Panther Lane, Ste. 138, Naples, FL 34109 on this 10th day of October 2017.

_____/S_____
Derek V. Howard
Assistant County Attorney
Florida Bar No. 0667641

Exhibit 1 (61 pages total)

to

Monroe County's Answer to Complaint for Declaratory Judgment and Counterclaim

ORDINANCE NO. 004-1997

AN ORDINANCE MODIFYING THE EXISTING PROHIBITION ON TOURIST HOUSING USE, INCLUDING VACATION RENTAL USE IN RESIDENTIAL DISTRICTS; AMENDING CODE SECTION 9.5-4 (T-3) TO DEFINE TOURIST HOUSING USE OR UNIT TO INCLUDE PUBLIC LODGING ESTABLISHMENTS, ROOMING HOUSES AND DWELLING UNITS COMMONLY KNOWN AS VACATION RENTALS WHICH ARE RENTED FOR TENANCIES OF LESS THAN 28 DAYS; AND CREATING 9.5-4(V-.5) DEFINING VACATION RENTAL USE AS AN ATTACHED OR DETACHED DWELLING UNIT RENTED FOR TENANCIES OF LESS THAN TWENTY-EIGHT (28) DAYS; AMENDING 9.5-4 (C-11) TO CLARIFY THAT COMMERCIAL APARTMENTS MUST MEET AFFORDABLE HOUSING CRITERIA AND EXPRESSLY PROHIBITING THE TOURIST HOUSING USE OF COMMERCIAL APARTMENTS AND INSTITUTIONAL RESIDENTIAL DWELLING UNITS; AMENDING 9.5-4(D-8) TO DEFINE DEVELOPMENT TO INCLUDE TOURIST HOUSING USE AND VACATION RENTAL USE; AMENDING 9.5-204 TO ADD VACATION RENTAL USE TO THE PURPOSE OF THE URBAN RESIDENTIAL DISTRICT; AMENDING THE FOLLOWING CODE SECTIONS TO EXPRESSLY PROHIBIT ALL TOURIST HOUSING USES INCLUDING VACATION RENTALS: 9.5-234 (URBAN RESIDENTIAL - MOBILE HOME DISTRICT), 9.5-235.1 (URBAN RESIDENTIAL MOBILE HOME- LIMITED), 9.5-238 (SPARSELY SETTLED RESIDENTIAL DISTRICT), 9.5-239 (NATIVE AREA DISTRICT), 9.5-240 (MAINLAND NATIVE AREA), 9.5-255 (COMMERCIAL FISHING RESIDENTIAL); AND 9.5-242 (IMPROVED SUBDIVISION DISTRICT), EXCEPT IN GATED COMMUNITIES WITHIN IS, URM AND URM-L THAT HAVE CONTROLLED ACCESS AND HOMEOWNER'S OR PROPERTY OWNER'S ASSOCIATIONS THAT REGULATE VACATION RENTAL USES; AMENDING THE FOLLOWING CODE SECTIONS TO ALLOW VACATION RENTAL USE AS OF RIGHT SUBJECT TO CERTAIN CONDITIONS: 9.5-236 (SUB URBAN RESIDENTIAL DISTRICT), 9.5-237 (SUB URBAN RESIDENTIAL DISTRICT [LIMITED]), SECTION 9.5-250 (MARITIME INDUSTRIES), SECTION 9.5-243 (DESTINATION RESORT), SECTION 9.5-248 (MIXED USE), SECTION 9.5-235 (SUBURBAN COMMERCIAL) SECTION 9.5-232 (URBAN COMMERCIAL); 9.5-233 (URBAN RESIDENTIAL DISTRICT); CLARIFYING OCCUPANCY TERMS FOR RENTAL OF RECREATIONAL VEHICLE SPACES IN SECTION 9.5-244 (RECREATIONAL VEHICLES); AMENDING CHAPTER 9.5 TO CREATE A NEW CODE SECTION 9.5-242.5 (IMPROVED SUBDIVISION TOURIST HOUSING SUBINDICATOR DISTRICT) ALLOWING VACATION RENTAL USES AND CREATING REQUIREMENTS FOR APPROVAL OF IS-T REZONINGS, INCLUDING TRAFFIC IMPACTS AND COMPATIBILITY WITH THE SURROUNDING AREA, REBUTTABLE PRESUMPTIONS CONCERNING SPOT ZONING AND BUFFERYARDS; AMENDING SECTION 9.5-241 (OFFSHORE ISLAND DISTRICT); GRANDFATHERING EXISTING VACATION RENTAL USES AND PROHIBITING MARINAS AND CAMPGROUNDS ON OFFSHORE ISLANDS; CREATING NEW SECTION 9.5-534 ESTABLISHING A SPECIAL VACATION RENTAL PERMIT AND ESTABLISHING ANNUAL PERMIT FEE BY SEPARATE RESOLUTION; CREATING REGULATIONS FOR VACATION RENTALS AND ISSUANCE OF A SPECIAL

VACATION RENTAL PERMIT INCLUDING MINIMUM BUFFERYARDS, MAXIMUM NUMBER OF WATERCRAFT, OFF-STREET VEHICLE AND BOAT TRAILER PARKING, MAINTENANCE OF GUEST AND VEHICLES REGISTER, OBTAINING STATE LICENSES, COMPLIANCE WITH SANITARY WASTEWATER REGULATIONS CONTAINED IN DOH AND DEP REGULATIONS, COMPLIANCE WITH NFPA LIFE SAFETY CODE 101; PROHIBITING TRANSFER OF SPECIAL PERMITS; PROHIBITING LIVE-ABOARDS; RESTRICTING AMPLIFIED SOUND TO PROPERTY BOUNDARIES; REQUIRING TRASH CONTAINERS AND NOTICE OF TRASH AND RECYCLING COLLECTION; NAME AND PHONE NUMBER OF CONTACT PERSON AUTHORIZING INSPECTION BY CODE ENFORCEMENT; OCCUPANCY LIMITS; INCORPORATION IN LEASE TERMS; AND PROOF OF NOTICE OF THE APPLICATION AND RESTRICTIVE COVENANT DISCLAIMER; REQUIRING FEDERAL AND STATE TAX ID; PROVIDING FOR REVOCATION; PROHIBITING TOURIST HOUSING USE OF DWELLING UNITS BY LANDOWNERS OR AGENTS IN ANY DISTRICT(S) WHERE TOURIST HOUSING USE IS PROHIBITED, PROHIBITING THE ADVERTISING OF DWELLING UNITS FOR TOURIST HOUSING USE IF THE DWELLING UNITS ARE LOCATED IN A DISTRICT(S) WHERE TOURIST HOUSING USE IS PROHIBITED, PROVIDING THAT EACH  LEASE OF LESS THAN 28 DAYS SHALL CONSTITUTE A NEW VIOLATION, PROVIDING THAT VACATION RENTAL LEASES IN DISTRICTS WHICH PROHIBIT VACATION RENTAL USES SHALL NOT BE ENTERED INTO OR RENEWED AFTER THE EFFECTIVE DATE OF THE ORDINANCE, PROVIDING THAT NON-CONFORMING USE PROVISIONS SET FORTH IN SECTIONS 9.5-141 THROUGH 9.5-146 SHALL  NOT APPLY TO ANY PARTICULAR TOURIST HOUSING OR VACATION RENTAL USES, PROVIDING THAT PRE-EXISTING USES THAT WERE ESTABLISHED UNDER ANY CODE PROVISION EXPRESSLY ALLOWING VACATION RENTAL USES THAT WERE IN EFFECT PRIOR TO SEPTEMBER 15, 1986 MAY REMAIN SUBJECT TO NON-CONFORMING USE PROVISIONS, PROVIDING THAT THE PROVISIONS OF SECTION 9.5-2(c) ("DEEMER PROVISION") SHALL NOT APPLY TO TOURIST HOUSING OR VACATION RENTAL USE, PROVIDING THAT THE CODE ENFORCEMENT FOUR-YEAR STATUTE OF LIMITATIONS SET FORTH IN SECTION 6.3-13 SHALL NOT APPLY TO NEW VACATION RENTAL LEASES OR VIOLATIONS OF THE PROHIBITION ON VACATION RENTAL USES; PROVIDING PENALTIES FOR VIOLATION OF THE PROHIBITION ON VACATION RENTAL USE; ENABLING CITIZENS TO SEEK INJUNCTIVE JUDICIAL RELIEF AND PROVIDING FOR AN AWARD OF DISCRETIONARY ATTORNEY'S FEES; AMENDING CODE SECTIONS 6.3-13 (STATUTE OF LIMITATIONS), 9.5-2 (DEEMER PROVISION), 9.5-143 (NON-CONFORMING USES) AND 9.5-184 (VESTED RIGHTS) TO PROHIBIT RENEWAL OF LEASES, SUBLEASES OR ASSIGNMENTS OF LESS THAN 28 DAYS IN DISTRICTS THAT PROHIBIT VACATION RENTAL USES OR LEASES, SUBLEASES AND ASSIGNMENTS OF RV SPACES FOR GREATER THAN 6 MONTHS; AMENDING 9.5-490.1 TO INCLUDE TOURIST HOUSING UNITS AS DEFINED IN 9.5-4(T-3); PROVIDING FOR SEVERABILITY, CONFLICT, INCORPORATION IN THE CODE, AN EFFECTIVE DATE, TRANSMITTAL TO DCA AND THE SECRETARY OF STATE.

2

WHEREAS, Monroe County desires to amend the Land Development Regulation to expressly clarify the existing prohibition on short term rental (less than 28 days) of single family homes within Improved Subdivisions and other residential districts; and

WHEREAS, Monroe County proposes that such vacation rental uses be allowed in all land use districts except Mobile Home (URM), Mobile Home Limited (URM-L), Native Area (NA), Mainland Native (MN), and Improved Subdivisions, unless IS districts obtain a rezoning to a tourist housing subindicator district (IS-T):

NOW THEREFORE, BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF MONROE COUNTY, FLORIDA, that:

**Section 1.**   Purpose.  The purpose of this ordinance is to further and expressly clarify the existing prohibition on short-term transient rental of dwelling units for less than twenty-eight (28) days in duration in Improved Subdivisions, mobile home districts (which provide affordable housing) and native areas, and to allow tourist housing uses in all other districts and in improved subdivision districts with a newly-created tourist housing subindicator (IS-T).

**Section 2.**   Monroe County Code §9.5-4 is hereby amended to read as follows:

**Sec. 9.5-4 - Definitions**

(D-8) *Development* means the carrying out of any building activity, the making of any material change in the use or appearance of any structure or land or water, or the subdividing of land into two (2) or more parcels.

(a)     Except as provided in subsection (c) hereof, for the purposes of this chapter, the following activities or uses shall be taken to involve "development":

(1)     A reconstruction, alteration of the size, or material change in the external appearance of a structure on land or water.

(2)     A change in the intensity of use of land, such as an increase in the number of dwelling units in a structure or on land or a material increase in the number of businesses, manufacturing establishments, offices or dwelling units in a structure or on land.

(3)     Alteration of a shore or bank of a seacoast, lake, pond or canal, including any work or activity which is likely to have a material physical effect on

3

existing coastal conditions or natural shore and inlet processes.

(4)    Commencement of drilling (except to obtain soil samples), mining or excavation on a parcel of land.

(5)    Demolition of a structure.

(6)    Clearing of land, including clearing or removal of vegetation and, including significant disturbance of vegetation or substrate (soil) manipulation, including the trimming of mangroves to the extent allowed by law. (Ord. No. 19-1989, § 1(PD11))

(7)    Deposit of refuse, solid or liquid waste, or fill on a parcel of land.

(b)    "Development" includes all other activity customarily associated with it. When appropriate to the context, "development" refers to the act of developing or to the result of development. Reference to any specific operation is not intended to mean that the operation or activity, when part of other operations or activities, is not development. Reference to particular operations is not intended to limit the generality of this definition.

(c)    For the purpose of this chapter, the following operations or uses shall not be taken to involve "development:"

(1)    Work involving the maintenance, renewal, improvement or alteration of any structure, if the work affects only the color or decoration of the exterior of the structure or interior alterations that do not change the use for which the structure was constructed.

(2)    Work involving the maintenance of existing landscaped areas and existing rights-of-way such as yards and other non-natural planting areas.

(3)    A change in use of land or structure from a use within a specified category of use to another use in the same category unless the change involves a change from a use permitted as of right to one permitted as a minor or major conditional use or from a minor to a major conditional use.

(4)    A change in the ownership or form of ownership of any parcel or structure.

(5)    The creation or termination of rights of access, riparian rights, easements, covenants concerning development of land, or other rights in land unless otherwise specifically required by law.

(6)    The clearing of survey cuts or other paths of less than four (4) feet in width and the mowing of vacant lots in improved subdivisions and areas that have been continuously maintained in a mowed state prior to the effective date of the plan, the trimming of trees and shrubs and gardening in areas of developed parcels that are not required open space and the maintenance of public rights-of-way and private accessways existing on the effective date of this chapter or approved private rights-or-way.

4

(d)     Development also means the tourist housing use or vacation rental use of a dwelling unit, or a change to such a use (i.e., conversion of existing dwelling units to vacation rental use). Vacation rental use of a dwelling unit requires building permits, inspection(s) and a certificate of occupancy.

(T-3) Tourist housing use or unit means a dwelling unit used as transient housing for tenancies of less than twenty-eight (28) days duration, such as a hotel or motel, public lodging establishment, rooming house, vacation rental, room, or space for parking a recreational vehicle or travel trailer or units that are advertised and held out to the public for such use. Tourist housing use shall include the rental, lease, sublease, or assignment of existing dwelling units for tenancies of less than 28 days duration.

(V-.5) Vacation rental use or unit means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than twenty-eight (28) days duration and is not within a multifamily building with 24 hour on-site management supervision. Vacation rental use does not include hotels, motels, and RV spaces, which are specifically addressed in each district.

(C-11) Commercial apartment means a residential dwelling unit that is developed in conjunction with a non-residential use and is intended to serve the housing needs of persons who are gainfully employed in Monroe County. All commercial apartments must comply with the affordable housing criteria set forth in Section 9.5-4(A-5) and Section 9.5-266. Tourist housing use or vacation rental use of commercial apartments is prohibited.

**Section 3.** Monroe County Code §9.5-204 is hereby amended to read as follows:

### Sec. 9.5-204 Purpose of Urban Residential District

The purpose of the UR District is to provide areas appropriate for high-density residential uses designed and intended for occupancy by persons gainfully employed in the Florida Keys and to create areas to provide for vacation rental use of detached dwellings, duplexes, and multi-family dwellings. This district should be established at or near employment centers.

**Section 4.** Monroe County Code §9.5-232 is hereby amended to read as follows:

### Sec. 9.5-232.  Urban Commercial District.

(a)     The following uses are permitted as of right in the Urban Commercial District:

(1)     Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than five thousand (5,000) square feet of floor area;

(2)     Commercial retail uses of high intensity of less than twenty-five

5

hundred (2,500) square feet of floor area;

(3)      Institutional residential uses involving less than twenty (20) dwelling units or rooms;

(4)      Commercial apartments involving less than six (6) dwelling units in conjunction with a permitted commercial use;

(5)      Commercial recreational uses limited to:

      a.      Bowling alleys;
      b.      Tennis and racquet ball courts;
      c.      Miniature golf and driving ranges;
      d.      Theaters;
      e.      Health clubs;
      f.      Swimming pools;

(6)      Institutional uses;

(7)      Public buildings and uses;

(8)      Accessory uses.

(9)      <u>Vacation rental use of non-conforming detached and attached dwelling units if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.</u>

(b)      The following uses are permitted as minor conditional uses in the Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

(1)      Commercial retail of low- and medium-intensity and office uses or any combination thereof of greater than five thousand (5,000) but less than twenty thousand (20,000) square feet of floor area, provided that access to U.S. 1 is by way of:

      a.      An existing curb cut;
      b.      A signalized intersection; or
      c.      A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)      Commercial retail uses of high intensity of greater than twenty-five hundred (2,500) but less than ten thousand (10,000) square feet of floor

6

area, provided that [access to U.S. 1 is by way of]:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)    Institutional residential uses involving twenty (20) or more dwelling units or rooms, provided that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development;

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial apartments involving more than six (6) dwelling units in conjunction with a permitted commercial use, provided that:

    a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)    A signalized intersection; or

        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>    <u>Tourist housing uses, including vacation rental use, of commercial apartments is prohibited.</u>

(5)    Hotels of fewer than fifty (50) rooms, provided that:

    a.    The use is compatible with established land uses in the immediate vicinity;

    b.    One (1) or more of the following amenities are available to guests:

       (i)      Swimming pools;

       (ii)     Marina; or

       (iii)    Tennis courts;

c.     Access to U.S. 1 is by way of:

       (i)      An existing curb cut;

       (ii)     A signalized intersection; or

       (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(6)     Parks and community parks.

(c)     The following uses are permitted as major conditional uses in the Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

(1)     Commercial retail of medium- and low-intensity and office uses, or any combination thereof, of greater than twenty thousand (20,000) square feet in floor area, provided that access to U.S. 1 is by way of:

a.     An existing curb cut;

b.     A signalized intersection; or

c.     A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)     Commercial retail uses of high intensity of greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

a.     An existing curb cut;

b.     A signalized intersection; or

c.     A curb cut that is separated from any other curb cut on

       the same side of U.S. 1 by at least four hundred (400) feet;

(3)     Hotels providing fifty (50) or more rooms, provided that:

a.     The hotel has restaurant facilities on or adjacent to the premises; and

8

     b.    Access to U.S. 1 is by way of:

         (i)     An existing curb cut;
         (ii)    A signalized intersection; or
         (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Marinas, provided that:

     a.    The parcel proposed for development has access to water of at least four (4) feet below mean sea level at mean low tide;
     b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and
     c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height.
     d.    Any commercial fishing activities are limited to the landing of catch, mooring and docking of boats and storage of traps and other fishing equipment;

(5)    Amusement or sea life parks and drive-in theaters, provided that:

     a.    The parcel of land has an area of at least two (2) acres;
     b.    The parcel is separated from any residential district or established residential use by at least a class E buffer; and
     c.    Access to U.S. 1 is by way of:

         (i)     An existing curb cut;
         (ii)    A signalized intersection; or
         (iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(6)    Heliports or seaplane ports, provided that:

     a.    The heliport is associated with a governmental services facility, a law enforcement element or a medical services facility;
     b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility.
     c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;
     d.    If there are established uses within five hundred (500) feet of the parcel proposed for development, the hours of operation

9

shall be limited to daylight; and

e.   The use is fenced or otherwise secured from any entry by unauthorized persons.

**Section 5.**   Monroe County Code §9.5-233 is hereby amended to read as follows:

**Sec. 9.5-233.  Urban Residential District.**

(a)   The following uses are permitted as of right in the Urban Residential District:

(1)   Detached residential dwellings;

(2)   Public buildings and uses;

(3)   Home occupations-Special use permit requiring a public hearing;

(4)   Accessory uses;

(5)   Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)   The following uses are permitted as minor conditional uses in the Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)   Attached residential dwelling units, provided that:

a.   Sufficient common areas for recreation are provided to serve the number of dwelling units proposed to be developed;

b.   All entryways are designed and lighted to allow safe and secure access to all structures from walks and parking areas; and

c.   Access to U.S. 1 is by way of:

(i)   An existing curb cut;
(ii)   A signalized intersection; or
(iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)   Institutional and institutional-residential uses, provided that access to U.S. 1 is by way of:

10

a.   An existing curb cut;

b.   A signalized intersection; or

c.   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)   Parks and community parks.

(c)   The following uses are permitted as major conditional uses in the Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)   Marinas, provided that:

a.   The parcel provided for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.   The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

c.   All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

d.   Vessels docked or stored shall not be used for live-aboard purposes;

(2)   Time-share estates, including uses accessory thereto, provided that:

a.   The use is compatible with established land uses in the immediate vicinity;

b.   Access to U.S. 1 is by way of:

(i)   An existing curb cut;

(ii)   A signalized intersection; or

(iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

c.   The parcel proposed for development is separated from any established residential use by a class C bufferyard;

d.   Time-share units shall have a minimum living area of nine hundred fifty (950) square feet;

e.   The parcel proposed for development shall have a minimum size of four (4) acres;

f.   The density does not exceed four (4) dwelling units per acre; and

11

g.    The time share units comply with the requirements of the Florida Real Estate Time-Sharing Act [F.S. § 721.01 et seq.].

**Section 6.** Monroe County Code §9.5-234 is hereby amended to read as follows:

**Sec. 9.5-234. Urban Residential- Mobile Home District.**

(a)    The following uses are permitted, as of right in the Urban Residential - Mobile Home District:

   (1)    Mobile homes;

   (2)    Detached residential dwellings;

   (3)    Recreational vehicles as provided in chapter 513, Florida Statutes;

   (4)    Home occupations—Special use permit requiring a public hearing;

   (5)    Accessory uses; and

   (6)    Tourist housing uses, including vacation rental uses, are prohibited except in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

(b)    The following uses are permitted as major conditional uses in the Urban Residential Mobile Home District, subject to the standards and procedures set forth in article III, division 3:

   (1)    Marinas, provided that:

      a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;
      b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;
      c.    Vessels docked or stored shall not be used for live-aboard purposes; and
      d.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

   (2)    Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

      a.    The parcel of land on which the commercial retail use is to be

12

located abuts the right-of-way of U.S. 1;

b.    The structure must be located within two hundred (200) feet of the centerline of U.S. 1;

c.    The commercial retail use does not involve the sale of petroleum products;

d.    The commercial retail use does not involve the outside storage or display of goods or merchandise;

e.    There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f.    The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

g.    The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

h.    No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1;

(3)  Parks and community parks.

**Section 7.**  Monroe County Code §9.5-235 is hereby amended to read as follows:

**Sec. 9.5-235. Sub Urban Commercial District.**

(a)    The following uses are permitted as of right in the Sub Urban Commercial District:

(1)    Commercial retail, low and medium intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area;

(2)    Institutional residential uses, involving less than ten (10) dwelling units or rooms;

(3)    Commercial apartments involving less than six (6) dwelling units in conjunction with a permitted commercial use;

(4)    Commercial recreational uses limited to:

13

a.   Bowling alleys;
b.   Tennis and racquet ball courts;
c.   Miniature golf and driving ranges;
d.   Theaters;
e.   Health clubs;
f.   Swimming pools;

(5)   Institutional uses;

(6)   Public buildings and uses;

(7)   Accessory uses;

(8)   Storage areas, provided that the area does not exceed twenty-five (25) percent of the gross area of the parcel proposed for development; if such areas exceed twenty-five (25) percent, than approval must be obtained pursuant to subsection (b)(8).

(9)   <u>Vacation rental use of non-conforming detached and attached dwelling units, if a special vacation rental permit is obtained under the regulations established in Code §9.5-534</u>.

(b)   The following uses are permitted as minor conditional uses in the Sub Urban Commercial District, subject to the standards and procedures set forth in article III, division 3:

(1)   Commercial retail of low and medium intensity and office uses or any combination thereof of greater than twenty-five hundred (2,500) but less than ten thousand (10,000) square feet of floor area, provided that access to U.S. 1 is by way of:

a.   An existing curb cut;
b.   A signalized intersection; or
c.   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)   Commercial retail uses of high intensity of less than twenty-five hundred (2,500) square feet in floor area; provided that access to U.S. 1 is by way of:

a.   An existing curb cut;
b.   A signalized intersection; or
c.   A curb cut that is separated from any other curb cut on the same

14

side of U.S. 1 by at least four hundred (400) feet;

(3)    Institutional residential uses involving ten (10) to twenty (20) dwelling units or rooms, provided that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development;

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;
        (ii)    A signalized intersection; or
        (iii)    A curb cut that is separated from another curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial apartments involving more than six (6) dwelling units in conjunction with a permitted commercial use, provided that:

    a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;
        (ii)    A signalized intersection; or
        (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>    <u>Tourist housing uses, including vacation rental uses, of commercial apartments are prohibited.</u>

(5)    Hotels of fewer than twenty-five (25) rooms, provided that:

    a.    The use is compatible with established land uses in the immediate vicinity; and

    b.    One (1) or more of the following amenities are available to guests:

        (i)    Swimming pool;
        (ii)    Marina; or
        (iii)    Tennis courts;

<u>(6)</u>    Campgrounds, provided that:

15

a. The parcel proposed for development has an area of at least five (5) acres;

b. The operator of the campground is the holder of a valid Monroe County occupational license;

c. If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square feet and is designed to serve the needs of the campground; and

d. The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(7) Light industrial uses, provided that:

a. The parcel proposed for development does not have an area of greater than two (2) acres;

b. The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

c. All outside storage areas are screened from adjacent use by a solid fence, wall or hedge at least six (6) feet in height;

(8) Parks and community parks.

(c) The following uses are permitted as major conditional uses in the Sub Urban Commercial District subject to the standards and procedures set forth in Article III, division 3:

(1) Commercial retail of low- and medium-intensity and office uses or any combination thereof greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

a. An existing curb cut;

b. A signalized intersection; or

c. A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2) Commercial retail uses of high intensity greater than twenty-five hundred (2,500) square feet in floor area provided that access to U.S. 1 is by way of:

a. An existing curt cut;

b. A signalized intersection; or

c. A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

16

(3) Institutional residential uses involving twenty (20) or more dwelling units or rooms; provided that:

    a. The use is compatible with land use established in the immediate vicinity of the parcel proposed for development; and

    b. Access to U.S. 1 is by way of:

        (i) An existing curb cut;

        (ii) A signalized intersection; or

        (iii) A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    c. Tourist housing uses, including vacation rental uses, of institutional residential units are prohibited.

(4) Hotels providing twenty-five (25) or more rooms, provided that:

    a. The hotel has restaurant facilities on or adjacent to the premises; and

    b. Access to U.S. 1 is by way of:

        (i) An existing curb cut;

        (ii) A signalized intersection; or

        (iii) A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet.

(5) Marinas, provided that:

    a. The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

    b. The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and

    c. All outside storage areas are screened from adjacent uses by a fence, wall or hedge of at least six (6) feet in height;

    d. Any commercial fishing activities are limited to the landing of catch, mooring and docking of boats and storage of traps and other fishing equipment;

(6) Mariculture, provided that:

    a. The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

    b. The parcel proposed for development is separated from any

17

established residential use by at least a class C bufferyard; and

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

  (7)  Heliports or seaplane ports, provided that:

    a.    The helicopter is associated with a government service facility, a law enforcement element or a medical services facility;

    b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility;

    c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;

    d.    If there are established residential uses within five hundred (500) feet of the parcel proposed for development, the hours of operation and nonemergency aircraft shall be limited to daylight; and

    e.    The use is fenced or otherwise secured from entry by unauthorized persons.

**Section 8.** Monroe County §9.5-235.1 is hereby amended to read as follows:

**Sec. 9.5-235.1.  URM-L District.**

  (a)  The following uses are permitted as of right in the URM-L district:

    (1)  Mobile homes;

    (2)  Recreational vehicles, as provided in Florida Statutes chapter 513;

    (3)  Home occupations by special use permit requiring a public hearing;

    (4)  Accessory uses; and

    (5)  Tourist housing uses, including vacation rental uses, are prohibited except in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

  (b)  The following uses are permitted as major conditional uses in the URM-L district subject to the standards and procedures set forth in article VII, division 4:

    (1)  Marinas, provided that:

a.    The marina is primarily intended and designed to serve the residents of the district in which it is located;

b.    The parcel proposed for development has access to water of at least four (4) feet below mean sea level at mean low tide;

c.    The sale of goods and services is limited to fuel, food, boating and diving and sport fishing products;

d.    Vessels docked or stored shall not be used for live-aboard purposes; and

e.    All outside storage area are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

(2)    Commercial retail of low intensity of less than twenty-five hundred (2,500) square feet of floor area, provided that:

a.    The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1;

b.    The primary structure must be located within two hundred (200) feet of the center line of U.S. 1;

c.    The commercial retail use does not involve the sale of petroleum products;

d.    The commercial retail use does not involve the outside storage of merchandise;

e.    There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f.    The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

g.    The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

h.    No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way of U.S. 1.

**Section 9.**    Monroe County Code §9.5-236 is hereby amended to read as follows:

**Sec. 9.5-236. Sub Urban Residential District.**

(a)    The following uses are permitted as of right in the Sub Urban Residential District:

19

(1)  Detached residential dwellings;

(2)  Community parks;

(3)  Beekeeping;

(4)  Home occupations—Special use permit requiring a public hearing;

(5)  Accessory uses; <u>and</u>

<u>(6)</u>  <u>Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534</u>.

(b)  The following uses are permitted as minor conditional uses in the Sub Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)  Attached residential dwelling units, provided that:

a.  The total number of units does not exceed four (4) per building;
b.  The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and
c.  The parcel proposed for development is separated from any established detached residential use by a class C bufferyard.

(2)  Public or private community tennis courts and swimming pools, provided that:

a.  The parcel of land proposed for development does not exceed five (5) acres;
b.  The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
c.  All outside lighting is designed and located so that light does not shine directly on any established residential use;

(3)  Public buildings and uses, provided that:

a.  The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
b.  Access to U.S. 1 is by way of:

20

(i)     An existing curb cut;

(ii)    A signalized intersection; or

(iii)   A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial retail of low- and medium-intensity or office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

    a.    The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1, or a dedicated right-of-way to serve as a frontage road for U.S. 1;

    b.    The structure must be located within two hundred (200) feet of the centerline of U.S. 1;

    c.    The commercial retail use does not involve the sale of petroleum products;

    d.    The commercial retail use does not involve the outside storage or display of goods or merchandise with the exception that outside sales and display for nurseries may be permitted with the stipulation that required open space and required bufferyards may not be used for display and sales;

    e.    There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

    f.    The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a class C bufferyard;

    g.    The structure in which the commercial retail use is to be located is separated from any existing residential structure by a class C bufferyard; and

    h.    No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1;

(5)    Parks and community parks;

(6)    Institutional uses provided that:

    a.    The parcel proposed for development is separated from any established residential uses by a class C buffer-yard; and

    b.    Access to U.S. 1 is by way of:

(i)    An existing curb cut;

(ii)   A signalized intersection; or

(iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(7)    Churches, synagogues, and houses of worships provided that:

    a.    The parcel proposed for development is separated from any established residential uses by a class C buffer-yard; and

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut; or

        (ii)   A signalized intersection; or

        (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet.

(c)    The following uses are permitted as major conditional uses in the Sub Urban Residential District, subject to the standards and procedures set forth in article III, division 3:

(1)    Attached residential dwelling units, provided that:

    a.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

(2)    Institutional residential uses, provided that:

    a.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

    c.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;

        (ii)   A signalized intersection; or

        (iii)  A curb cut that is separated from any other curb cut on

the same side of U.S. 1 by at least four hundred (400) feet;

(3)     Marinas, provided that:

    a.     The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

    b.     The use does not involve the sale of goods and services other than private clubs, sport fishing charters, boat dockage and storage;

    c.     All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

    d.     Vessels docked or stored shall not be used for live-aboard purposes;

    e.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

    f.     The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(4)     Agricultural uses, provided that:

    a.     The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

    b.     The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

    c.     All outside storage areas are screened from adjacent uses by solid fence, wall or hedge at least six (6) feet in height;

(5)     Campgrounds, provided that:

    a.     The parcel proposed for development has an area of at least five (5) acres;

    b.     The operator of the campground is the holder of a valid Monroe County occupational license;

    c.     If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square feet and is designed to serve the needs of the campground; and

    d.     The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(6)     Hotels of fewer than twelve (12) rooms, provided that:

23

a.   The parcel proposed for development has an area of at least <u>two (2)</u> acr<u>es</u>;

b.   All signage is limited to that permitted for a residential use;

c.   The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

d.   The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

(7)   Clubhouse or meeting facilities for educational and public interest purposes, provided that:

a.   The use does not exceed five thousand (5,000) square feet of floor area; and

b.   The parcel proposed for development is separated from all adjacent residential uses by a class C bufferyard;

(8)   Communication towers, provided that:

a.   The parcel proposed is at least one (1) acre; and

b.   The tower is set back from the property line a distance equal to the height of the tower and any guy supports are set back twenty (20) feet from any property line.

**Section 10.**   Monroe County Code §9.5-237 is hereby amended to read as follows:

**Sec. 9.5-237. Sub Urban Residential District (Limited).**

The following uses are permitted as of right in the Sub Urban Residential District (Limited):

(1)   Detached residential dwellings;

(2)   Community parks;

(3)   Beekeeping;

(4)   Home occupations—Special use permit requiring a public hearing;

(5)   Accessory uses; <u>and</u>

<u>(6)</u>   <u>Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.</u>

24

<u>**Section 11.**</u>  Monroe County Code §9.5-238 is hereby amended to read as follows:

**Sec. 9.5-238. Sparsely Settled Residential District.**

(a)  The following uses are permitted as of right in the Sparsely Settled Residential District:

   (1)  Detached residential dwellings;

   (2)  Beekeeping;

   (3)  Home occupations—Special use permit requiring a public hearing;

   (4)  Accessory uses; <u>and</u>

   (5)  <u>Tourist housing uses, including vacation rental uses are prohibited.</u>

(b)  The following uses are permitted as minor conditional uses in the Sparsely Settled Residential District, subject to the standards and procedures set forth in Article III, division 3:

   (1)  Attached residential dwelling units, provided that:

      a.  The total number of units does not exceed four (4); and
      b.  The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development.

   (2)  Public or private community tennis courts and swimming pools, provided that:

      a.  The parcel of land proposed for development does not exceed five (5) acres;
      b.  The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
      c.  All outside lighting is designed and located so that light does not shine directly on any established residential use;

   (3)  Public buildings and uses, provided that:

      a.  The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

25

        b.     The parcel of land proposed for development is at least two (2) acres;

   (4)    Parks and community parks.

(c)    The following uses are permitted as major conditional uses in the Sparsely Settled Residential District, subject to the standards and procedures set forth in Article III, division 3:

   (1)    Attached residential dwelling units, provided that:

        a.     The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

        b.     The parcel proposed for development is separated from any established residential use by a class C bufferyard.

   (2)    Marinas, provided that:

        a.     The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

        b.     The use does not involve the sale of goods or services other than sport fishing charters, boat dockage and storage;

        c.     All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

        d.     Vessels docked or stored shall not be used for live-aboard purposes;

        e.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

        f.     The parcel proposed for development is separated from any established residential use by a class C bufferyard;

   (3)    Agricultural uses, provided that:

        a.     The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

        b.     The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard; and

        c.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

  (4) Solid waste facility, provided that:

    a. The parcel of land proposed for development is at least forty (40) acres;

    b. All landfill activity occurs no closer than one hundred fifty (150) feet to any property line and at least a class F buffer is provided within this setback;

    c. No fill shall exceed -five (35) feet in height from the original grade of the property;

    d. Such operations comply with section 403.701 et seq., Florida Statutes;

    e. A future reclamation plan for the landfill site is presented;

    f. The incinerator is located so that its operations do not adversely affect surrounding properties;

    g. Road access to the site from U.S. 1 is limited to traffic serving the landfill; and

    h. Three (3) alternative feasible sites are presented as part of the conditional use application;

  (5) Communications towers, provided that the parcel proposed is at least one (1) acre.

**Section 12.** Monroe County Code §9.5-239 is hereby amended to read as follows:

**Sec. 9.5-239.  Native Area District.**

 (a) The following uses are permitted as a right in the Native Area District:

  (1) Detached residential dwellings;

  (2) Beekeeping;

  (3) Home occupations - Special use permit requiring a public hearing;

  (4) Accessory uses; and

  (5) Tourist housing uses, including vacation rental uses, are prohibited.

 (b) The following uses are permitted as minor conditional uses in the Native Area District, subject to the Standards and procedures set forth in article III, division 3:

  (1) Attached residential dwelling units, provided that:

27

a.    The total number of units does not exceed four (4); and

b.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development;

(2)    Public buildings and uses, provided that:

a.    The parcel proposed for development is separated from any established residential use by a class bufferyard; and

b.    The parcel proposed for development is at least two (2) acres;

(3)    Agricultural uses, provided that:

a.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

b.    The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard;

c.    All outside storage areas are screened from adjacent uses by a solid fence, wall of hedge of at least sex (6) feet in height; and

(4)    Radio, television and telephone communication systems, provided that the applicant demonstrates compliance with the standards in section 9.5-345:

(c)    The following uses are permitted as major conditional uses in the Native Area District, subject to the standards and procedures set forth in article III, division 3:

(1)    Attached residential dwelling units, provided that:

a.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development.

b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

(2)    Marinas, provided that:

a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.    The use does not involve the sale of goods or services other than boat dockage and storage;

28

        c.      All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;

        d.      Vessels docked or stored shall not be used for live-aboard purposes;

        e.      All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

        f.      The parcel proposed for development is separated from any established residential use by a class C bufferyard;

    (3)    Solid waste facility, provided that:

        a.      The parcel of land proposed for development is at least forty (40) acres;

        b.      All landfill activity occurs no closer than one hundred fifty (150) feet to any property line and at least a class F buffer is provided within this setback;

        c.      No fill shall exceed -five (35) feet in height from the original grade of the property;

        d.      Such operations fully comply with section 403.701 et seq., Florida Statutes;

        e.      A future reclamation plan for the landfill site is presented;

        f.      The incinerator is located so that its operations do not adversely affect surrounding properties; and

        g.      Road access to the side from U.S. 1 is limited to traffic serving the landfill;

    (4)    Communications towers, provided that:

        a.      The parcel proposed is at least one (1) acre; and

        b.      The tower is set back from the property line a distance equal to the height of the tower, and any guy supports are set back twenty (20) feed from any property line.

**Section 13.** Monroe County Code §9.5-240 is hereby amended to read as follows:

**Sec. 9.5-240. Mainland Native Area District.**

All development permitted in the Mainland Native Area District shall comply with applicable rules and regulations of the Big Cypress National Preserve.

(a)     The following uses are permitted as of right in the Mainland Native Area

29

District:

    (1)    Detached residential dwellings;

    (2)    Beekeeping;

    (3)    Accessory uses;

    (4)    Home occupations - Special use permit requiring a public hearing; and

    <u>(5)</u>    <u>Tourist housing uses, including vacation rental uses, are prohibited.</u>

(b)    The following use is permitted as a minor conditional use subject to the standards and procedures set forth in article III, division 3:

    (1)    Educational and research centers, including campground spaces, provided that:

        a.    No more than two (2) camping spaces are provided per acre;

        b.    No development of any kind is permitted in wetlands, except unenclosed, elevated structures on pilings or poles;

        c.    No buildings are permitted, enclosed or otherwise except for buildings devoted to educational, research or sanitary purposes no more than one thousand (1,000) square feet per acre and not more than ten thousand (10,000) square feet in any single campground; and

        d.    The site proposed for the center is at least five (5) acres.

**Section 14.**    Monroe County Code §9.5-241 is hereby amended to read as follows:

## Sec. 9.5-241. Offshore Island District

(a)    The following uses are permitted as of right in the Offshore Island District:

    (1)    Detached residential dwellings;

    (2)    Camping, for the personal use of the owner of the property on a temporary basis;

30

(3)     Beekeeping;

(4)     Accessory uses;

(5)     Home occupations—Special use permit requiring a public hearing; and

(6)     Tourist housing uses, including vacation rental uses, which were established (and held valid state public lodging establishment licenses) prior to January 1, 1996.

~~(b)     The following uses are permitted as major conditional uses in the Offshore Island District, subject to the standards and procedures set forth in article III, division 3:~~

~~(1)     Marinas provided that:~~

~~a.     The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;~~
~~b.     The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;~~
~~c.     All boat storage is limited to surface storage on trailers or skids and no boats or other equipment is stored on any elevated rack, frame or structure;~~
~~d.     All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and~~
~~e.     The parcel proposed for development is separated from any established residential use by a class C bufferyard;~~

~~(2)     Campgrounds, provided that:~~

~~a.     The operator of the campground is the holder of a valid Monroe County occupational license;~~
~~b.     The parcel proposed for development has an area of at least five (5) acres; and~~
~~c.     The use does not involve the sale of goods and services other than the rental of camping sites, recreational vehicle parking spaces or the sale of goods and services limited to the needs of campers.~~

**Section 15.**   Monroe County Code §9.5-242 is hereby amended to read as follows:

**Sec. 9.5-242 Improved Subdivision District.**

(a)     The following uses are permitted as of right in the Improved Subdivision

31

District:

(1)     In those Improved Subdivision Districts with no subdistrict indicator, detached dwellings of all types;

(2)     In those Improved Subdivision Districts with an M subdistrict indicator, only detached dwellings of masonry construction;

(3)     In those Improved Subdivision District with a D subdistrict indicator:
a.      Detached dwellings;
b.      Duplexes;

(4)     Home occupations-Special use permit requiring a public hearing;

(5)     Accessory uses;

(b)     Vacation rental use is prohibited in all IS Districts and Subdistricts, except in (i) IS-T districts (as set forth in Code §9.5-242.5), and (ii) in gated communities which have (a) controlled access and (b) a homeowner's or property owner's association that expressly regulates or manages vacation rental uses.

(c)     The following uses are permitted as minor conditional uses in the Improved Subdivision District, subject to the standards and procedures set forth in article II, division 3:

(1)     Parks and community parks;

(2)     Public parks;

(3)     Schools.

(e) (d) The following uses are permitted as major conditional uses in the Improved Subdivision district, subject to the standards and procedures set forth in article III, division 3:

(1)     Commercial retail of low- and medium-intensity and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area, provided that:

a.      The parcel of land on which the commercial retail use is to be located abuts the right-of-way of U.S. 1, or a dedicated right-of-way to serve as a frontage road for U.S. 1;
b.      The structure must be located within two hundred (200) feet of

32

the centerline of U.S. 1;

c.    The commercial retail use does not involve the sale of petroleum products;

d.    The commercial retail use does not  involve the outside storage or display of goods or merchandise;

e.    There is no direct access to U.S. 1 from the parcel of land on which the commercial retail use is to be located;

f.    The structure in which the commercial retail use is to be located is separated from the U.S. 1 right-of-way by a Class C bufferyard;

g.    The structure in which the commercial retail use is to be located is separated from any existing residential structure by a Class C bufferyard; and

h.    No signage other than one (1) identification sign of no more than four (4) square feet shall be placed in any yard or on the wall of the structure in which the  commercial retail use is to be located except for the yard or wall that abuts the right-of-way for U.S. 1.

**Section 16.** Monroe County Code §9.5-242.5 is hereby created to read as follows:

**Sec. 9.5-242.5 Improved Subdivision District -Tourist Housing District.**

In addition to the as of right and conditional uses listed above in 9.5-242, vacation rental uses are allowed as of right (subject to the regulations established in Code §9.5-534) in those Improved Subdivision  - Tourist Housing Districts with the subindicator T (Tourist Housing).

A map amendment designating a contiguous parcel as IS-T may be approved,  provided that the map amendment application (and subsequent building permit applications and special vacation rental permit applications) meet the following standards, criteria and conditions:

(a).    The IS-T designation is consistent with the 2010 Comprehensive Plan and there is no legitimate public purpose for maintaining the existing designation.

(b).    The IS-T designation allowing vacation rental use does not create additional trips or other adverse traffic impacts within the remainder of the subdivision or within any adjacent IS district;

(c).    The parcel to be designated IS-T must contain sufficient area to prevent spot zoning of individual parcels (i.e., rezonings should not result in spot-zoned IS-T districts or result in spot-zoned IS districts that are surrounded by IS-T

33

districts).  Unless the parcel to be rezoned contains the entire subdivision, there will be a rebuttable presumption that spot-zoning exists, but the Board of County Commissioners may rebut this presumption by making specific findings supported by competent, substantial evidence that:

    i)    the designation preserves, promotes and maintains the integrity of surrounding residential districts and overall zoning scheme or comprehensive plan for the future use of surrounding lands;

    ii)    does not result in a small area of IS-T within a district that prohibits vacation rentals;

    iii)    the lots or parcels to be designated IS-T are all physically contiguous and adjacent to one another and do not result in a narrow strip or isolate pockets or spots of land that are not designated IS-T, or which prohibit vacation rentals; and

    iv)    the IS-T designation is not placed in a vacuum or a spot on a lot-by-lot basis without regard to neighboring properties, but is a part of an overall area that allows vacation rentals or similar compatible uses.

(d).    In addition to the requirements contained in Code §9.5-377 (District Boundaries), an IS-T district shall be separated from any established residential district that does not allow tourist housing or vacation rental uses by no less than a class C bufferyard;

(e).    Vacation rental use is compatible with established land uses in the immediate vicinity of the parcel to be designated IS-T; and

(f).    Unless a map amendment is staff-generated (i.e., initiated by Monroe County), an application for a map amendment to IS-T shall be authorized by the property owner(s) of all lots (or parcels) included within the area of the proposed map amendment.

**Section 17.**    Monroe County Code §9.5-243 is hereby amended to read as follows:

**Sec.  9.5-243.  Destination Resort District.**

(a)    The following uses are permitted as of right in the Destination Resort District:

    (1)    Single-family detached dwellings, provided that:

        a.    The lot has sufficient land area and dimensions to meet the

requirements of chapter 10D-6, Florida Administrative Code; and

(2)    Vacation rental use if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)    The following uses are permitted as minor conditional uses in the Destination Resort District, subject to the standards and procedures set forth in article III, division 3:

    (1)    One (1) or more resort hotels provided that:

        a.    The hotel has restaurant facilities on or adjacent to the premises that will accommodate no less than one-third of all hotel guests at maximum occupancy at a single serving; and

        b.    There are at least two (2) satellite eating and drinking facilities, each accommodating at least twenty-five (25) persons; and

        c.    A separate meeting/conference and entertainment area which can also function as a banquet facility; and

        d.    A lobby which provides twenty-four-hour telephone and reservation service; and

        e.    Active and passive recreation land-based activities are available, with a minimum of tennis courts or racquetball courts, or a spa/exercise room, provided at the standards given below and at least two (2) additional active and one (1) additional passive recreational facility, including, but not limited to the following:

*Active Recreational Facilities*

Tennis court, @ 1/25 units
Racquetball court, @ 1/25 units
Spa/exercise room, of no less than 500 square feet, @ 1/150 units
Observation area, @ 1/hotel
Dance floor, @ 1/hotel
Playfield/playground, @ 1/150 units
Miniature golf course, @ 1/hotel
Golf course, @ 1/hotel
Shuffleboard court, or other court games, @ 2/50 units
Fitness course, @ 1/hotel

*Passive Recreational Facilities*

35

Nature trail walk, @ 1/hotel
Game room, @ 1/150 units
Garden area, @ 1/hotel

Other uses may be substituted for these with the written approval of the director of planning stating the standards utilized and the manner in which guests will be served by such facilities. The director of planning shall base his decision on generally accepted industry standards for comparable destination resorts;

f.    Active and passive water-oriented recreational facilities are available, a minimum of a swimming pool, or swimming areas, at the rate of seven (7) square feet of water surface (excluding hot tubs and Jacuzzi) per hotel room (this requirement may be converted to linear feet of shoreline swimming area at a ratio of one (1) linear foot of beach per seven (7) square feet of required water surface);

g.    Access to U.S. 1 is by way of:

    (i)    An existing curb cut;

    (ii)    A signalized intersection; or

    (iii)    A curb cut that is separated from any other curb cut on the same side of U. S. 1 by at least four hundred (400) feet;

h.    Each hotel establishes and maintains shuttle transport services to airports and tourist attractions to accommodate ten (10) percent of the approved floor area in guest rooms; and such housing shall be of any of the following types - dormitory, studio, one (1) bedroom, two (2) bedrooms - and shall be in addition to the approved hotel density and shall be used exclusively by employees qualifying under the employee housing provisions elsewhere in this chapter;

i.    On-site employee housing living space is provided in an amount equal to ten (10) percent of the approved floor area in guest rooms; and such housing shall be of any of the following types - dormitory, studio, one (1) bedroom, two (2) bedrooms - and shall be in addition to the approved hotel density and shall be used exclusively by employees qualifying under the employee housing provisions elsewhere in this chapter;

j.    Commercial retail is provided at a minimum of two hundred (200) square feet to include convenience retail, food sales and gifts in one (1) or more sites, excluding restaurants as required by section (1)b, and in addition one and three-tenths (1.3) square feet commercial retail per each guest room greater than one hundred fifty (150) rooms. Additional commercial retail may

36

be provided subject to the floor area ratio limitations of this chapter. Commercial retail may consist of dive shops, boat rentals, gift shops, barber/beauty services, travel agencies, provided that there is no extension signage advertising these amenities to the general public. Water-related services and activities shall be located immediately proximate to the water unless otherwise prohibited.

(c)   The following uses are permitted as major conditional uses in the Destination Resort District when they are accessory to a destination resort, subject to the standards and procedures set forth in article III, division 3:

(1)   Marinas, provided that:

a.   There are a minimum of seven (7) boat slips, but the total number of boats stored on-site or elsewhere for guests or employees shall be no greater than one (1) per hotel room;

b.   The parcel for development has access to water at least four (4) feet below mean sea level at mean low tide;

c.   The sale of goods and services is limited to fuel, food, boating, and sport fishing products;

d.   All boat storage shall be confined to wet slips or enclosed dry storage;

e.   All storage areas are screened from adjacent uses by a solid fence, wall, or hedge of at least six (6) feet in height; and elevated racks, frames, or structures shall be enclosed on at least three (3) sides from the ground to the highest point of the roof;

f.   The parcel proposed for development is separated from any established residential use by a class D buffer-yard;

g.   Live-aboard vessels are prohibited;

(2)   Employee dwelling units, provided that:

a.   They are built for and occupied by employees of the destination resort facilities; and

b.   The total area is no less than ten (10) percent of the approved floor area in guest rooms of the resort/hotel(s) within the development; and

c.   The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development; and

d.   The parcel proposed for development is separated from any

37

established residential use by a class C buffer-yard.

(3)     Attached residential dwelling units, provided that the lot has sufficient land area and dimensions to meet the requirements of chapter 10D-6, Florida Administrative Code, for the installation of on-site wastewater treatment systems.

**Section 18.**   Monroe County Code §9.5-244 is hereby amended to read as follows:

**Sec. 9.5-244.   Recreational Vehicle District.**

(a)     The following uses are permitted as of right in the Recreational Vehicle District:

(1)     Recreational vehicle spaces. RV spaces are intended for use by traveling recreational vehicles.  RV spaces may be leased, rented or occupied by a specific, individual recreational vehicle, for a term of less than twenty-eight (28) days, but placement of a specific, individual Recreational Vehicle (regardless of vehicle type or size) within a particular RV park for occupancies or tenancies of 6 months or more is prohibited. Recreational Vehicles may be stored, but not occupied, for periods of 6 months or greater only in an approved RV storage area (designated on a site plan approved by the Director of Planning) or in another appropriate district that allows storage of recreational vehicles.  RV storage areas must meet all land development regulations, floodplain management regulations and building code requirements for storage of recreational vehicles.

(2)     Commercial retail uses of less than twenty-five hundred (2,500) square feet of floor area; and

(3)     Accessory uses, including permanent owner/employee residential dwelling units.  No more than one (1) permanent residential unit per three (3) RV spaces up to ten (10) percent of total spaces allowed or in existence.

(b)     The following use is permitted as a minor conditional use in the Recreational Vehicle District, subject to the standards and procedures set forth in article III, division 3:

(1)     Hotels providing less than fifty (50) rooms, provided that:

38

a.    The use is compatible with established land uses in the immediate vicinity; and

b.    One (1) or more of the following amenities are available to guests;

    (i)    Swimming pool;
    (ii)    Marina; and
    (iii)    Tennis court; and

(2)    Parks and community parks.

(c)    The following use is permitted as a major conditional use in the Recreational Vehicle District, subject tot he standards and procedures set forth in article III, division 3:

(1)    Hotels providing fifty (50) or more rooms, provided that:

a.    The hotel has restaurant facilities on or adjacent to the premises; and

b.    Access to U.S. 1 is by way of:
    (I)    An existing curb cut;
    (ii)    A signalized intersection; or
    (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)    Marinas, provided that:

a.    The parcel proposed for development has access to water at least four (4) feet below mean seas level at mean low tide;

b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

c.    Vessels docked or stored shall not be used for live-aboard purposes;

d.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

e.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

**Section 19.**  Monroe County Code §9.5-255 is hereby amended to read as follows:

**Sec. 9.5-255  Commercial Fishing Residential**

Notwithstanding the use restrictions set forth in this division, any parcel of land may be used for commercial fishing purposes, provided that:

(a)    The parcel of land was used for commercial fishing purposes on July 17, 1985, by that resident or a member of his immediate family;

(b)    The commercial fishing activity is operated by a resident of the parcel of land or the resident of a contiguous parcel of land;

(c)    The commercial fishing activity is limited to:

    (1)    The operation of commercial fishing vessels owned by a resident of the property;

    (2)    The nonmechanical off-loading of catch;

    (3)    The storage of not more that ten (10) traps, provided that the traps are screened from any adjacent residential use;

    (4)    The seasonal loading and off-loading of fishing equipment and traps during a period of fifteen (15) days prior to and three (3) weeks after the opening and closing of any fishing season;

(d)    All fishing vessels are docked parallel to the shoreline within the property lines of the parcel used for commercial fishing purposes;

(e)    Sport fishing charter boat and sport diving charter or activities are not conducted in the district;

(f)    The operator is the holder of a valid occupational license from Monroe County; ~~and~~

(g)    A sworn application was submitted to the board of county commissioners by an individual, not a corporation, for a certification as a valid commercial fishing use within ninety (90) days after the effective date of the Monroe County Comprehensive Plan.  Any person who submits a false application and certification shall be ineligible for certification as a commercial use, and the parcel of and subject to the application shall not be used for commercial fishing purposes; and

(h)    Tourist housing uses, including vacation rentals, are prohibited.

**Section 20.**  Monroe County Code §9.5-248 is hereby amended to read as follows:

**Sec. 9.5- 248  Mixed Use District.**

(a)    The following uses are permitted as of right in the Mixed Use District:

    (1)    Detached residential dwellings;

(2)     Commercial retail, low- and medium-intensity and office uses, or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area;

(3)     Institutional residential uses, involving less than ten (10) dwelling units or rooms;

(4)     Commercial apartments involving less than six (6) dwelling units, but, tourist housing use, including vacation rental use, of commercial apartments is prohibited.

(5)     Commercial recreational uses limited to:

    a.     Bowling alleys;
    b.     Tennis and racquet ball courts;
    c.     Miniature golf and driving ranges;
    d.     Theaters;
    e.     Health clubs;
    f.     Swimming pools;

(6)     Commercial fishing;

(7)     Manufacture, assembly, repair, maintenance and storage of traps, nets and other fishing equipment;

(8)     Institutional uses and accessory residential uses involving less than ten (10) dwelling units or rooms;

(9)     Public buildings and uses;

(10)    Home occupations--Special use permit requiring a public hearing;

(11)    Community parks;

(12)    Accessory uses;

(13)    Vacation rental use of detached dwelling units is permitted if a special vacation rental permit is obtained under the regulations established in Code §9.5-534.

(b)     The following uses are permitted as minor conditional uses in the Mixed Use District, subject to the standards and procedures set forth in article III, division

41

3:

(1)    Attached residential dwelling units, provided that:

      a.    The total number of units does not exceed four (4); and
      b.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development.

(2)    Commercial recreational uses, provided that:

      a.    The parcel of land proposed for development does not exceed five (5) acres;
      b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and
      c.    All outside lighting is designed and located so that light does not shine directly on any established residential use;

(3)    Commercial retail, low- and medium-intensity and office uses or any combination thereof of greater than twenty-give hundred (2,500) but less than ten thousand (10,000) square feet of floor area, provided that access to U.S. 1 by way of:

      a.    An existing curb cut;
      b.    A signalized intersection; or
      c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(4)    Commercial retail, high-intensity uses, and office uses or any combination thereof of less than twenty-five hundred (2,500) square feet of floor area provided that access to U.S. 1 is by way of:

      a.    An existing curb cut;
      b.    A signalized intersection; or
      c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(5)    Commercial apartments involving more than six (6) dwelling units, provided that:

      a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

42

    b.    Access to U.S. 1 is by way of:

        (i)    An existing curb cut;
        (ii)   A signalized intersection; or
        (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

    <u>c.</u>    <u>Tourist housing uses, including vacation rental uses, of commercial apartments are prohibited.</u>

(6)    Institutional residential uses involving ten (10) or more dwelling units or rooms, providing that:

    a.    The use is compatible with land use established in the immediate vicinity of the parcel proposed for development; and
    b.    Access to U.S. 1 is by way of:
        (i)    An existing curb cut;
        (ii)   A signalized intersection; or
        (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;
    <u>c.</u>    <u>Tours housing uses, including vacation rental use, of institutional residential dwelling units is prohibited.</u>

(7)    Hotels of fewer than fifty (50) rooms  provided that:

    a.    The use is compatible with established land uses in the immediate vicinity; and
    b.    One (1) or more of the following amenities are available to guests:
        (i)    Swimming pool;
        (ii)   Marina; and
        (iii)  Tennis courts;

<u>(8)</u>    Campgrounds, provided that:

    a.    The parcel proposed for development has an area of at least five (5) acres;
    b.    The operator of the campground is the holder of a valid Monroe County occupational license;
    c.    If the use involves the sale of goods and services, other than the rental of camping sites or recreational vehicle parking spaces, such use does not exceed one thousand (1,000) square

feet and is designed to serve the needs of the campground; and

    d.    The parcel proposed for development is separated from all adjacent parcels of land by at least a class C bufferyard;

(9)    Light industrial uses, provided that;

    a.    The parcel proposed for development is less than two (2) acres;

    b.    The parcel proposed for development is separated from any established residential use by at least a class C bufferyard; and

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

(10)    Parks and community parks.

(c)    The following uses are permitted as major conditional uses in the Mixed Use District subject to the standards and procedures set forth in article III, division 3:

(1)    Commercial retail, low- and medium-intensity uses, and office uses or any combination thereof of greater than ten thousand (10,000) square feet in floor area, provided that access to U.S. 1 is by way of:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(2)    Commercial retail, high-intensity uses, and office uses or any combination thereof of greater than twenty-five hundred (2,500) square feet in floor area provided that access to U.S. 1 is by way of:

    a.    An existing curb cut;

    b.    A signalized intersection; or

    c.    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

(3)    Attached residential dwelling units, provided that:

    a.    The structures are designed and located so that they are visually compatible with established residential development within two hundred fifty (250) feet of the parcel proposed for development;

44

and

b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard.

(4)    Marinas, provided that:

a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

d.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(5)    Hotels providing fifty (50) or more rooms, provided that:

a.    The hotel has restaurant facilities on or adjacent to the premises;

b.    Access to U.S. 1 is by way of:

(i)    An existing curb cut;

(ii)    A signalized intersection; or

(iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet; and

c.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(6)    Heliports or seaplane ports, provided that:

a.    The helicopter is associated with a governmental service facility, a law enforcement element or a medical services facility;

b.    The heliport or seaplane port is a Federal Aviation Administration certified landing facility;

c.    The landing and departure approaches do not pass over established residential uses or known bird rookeries;

d.    If there are established residential uses within five hundred (500) feet of the parcel proposed for development, the hours of operation shall be limited to daylight; and

e.    The use if fenced or otherwise secured from entry by unauthorized persons;

45

(7) Light industrial uses, provided that:

    a.    The parcel proposed for development is greater than two (2) acres;

    b.    The parcel proposed for development is separated from any established residential use by a class C bufferyard; and

    c.    The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;

(8) Boat building or repair in conjunction with a marina or commercial fishing use provided that:

    a.    The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;

    b.    The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products;

    c.    All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height; and

    d.    The parcel proposed for development is separated from any established residential use by a class C bufferyard;

(9) Mariculture.

**Section 21.**  Monroe County Code §9.5-250 is hereby amended to read as follows:

**Sec. 9.5- 250  Maritime Industries District.**

(a)    The following uses are permitted as of right in the Maritime Industries District:

    (1)    Boat building, repair and storage;

    (2)    Commercial retail uses of less than five thousand (5,000) square feet of floor area;

    (3)    Office uses of less than five thousand (5,000) square feet of floor area;

    (4)    Light and heavy industrial uses;

    (5)    Commercial apartments involving less than six (6) dwelling units, but tourist housing uses, vacation rental use, of commercial apartments is prohibited;

    (6)    Commercial fishing;

46

(7)    Manufacture, assembly, repair, maintenance and storage of traps, nets and other fishing equipment;

(8)    Institutional uses;

(9)    Public buildings and uses;

(10)    Accessory uses; and

(11)    <u>Vacation rental use of any non-conforming dwelling units if a special vacation rental permit is obtained under the regulations established in Code §9.5-534</u>.

(b)    The following uses are permitted as minor conditional uses in the Maritime Industries District, subject to the standards and procedures set forth in article III, division 3:

    (1)    Commercial apartments involving more than six (6) dwelling units, provided that:

        a.    The hours of operation of the commercial uses proposed in conjunction with the apartments are compatible with residential uses; and

        b.    Access to U.S. 1 is by way of:

            (i)    An existing curb cut;
            (ii)    A signalized intersection; or
            (iii)    A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

        <u>c.</u>    <u>Tourist housing uses, including vacation rental use of commercial apartments is prohibited.</u>

    (2)    Hotels of fewer than fifty (50) rooms, provided that:

        a.    The use is compatible with established land uses in the immediate vicinity; and
        b.    One (1) or more of the following amenities are available to guests:

            (i)    Swimming pool;

47

    (ii)  Marina; and
    (iii)  Tennis courts.

(c)  The following uses are permitted as major conditional uses in the Maritime Industries District, subject to the standards and procedures set forth in article III, division 3:

  (1)  Hotels providing fifty (50) or more rooms, provided that:

    a.  The hotel has restaurant facilities on or adjacent to the premises; and

    b.  Access to U.S. 1 is by way of:

      (i)  An existing curb cut;
      (ii)  A signalized intersection; or
      (iii)  A curb cut that is separated from any other curb cut on the same side of U.S. 1 by at least four hundred (400) feet;

  (2)  Marinas, provided that:
    a.  The parcel proposed for development has access to water at least four (4) feet below mean sea level at mean low tide;
    b.  The sale of goods and services is limited to fuel, food, boating, diving and sport fishing products; and
    c.  All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height;

  (3)  Mariculture, provided that:
    a.  The use is compatible with land uses established in the immediate vicinity of the parcel proposed for development;
    b.  The parcel proposed for development is separated from any established residential uses by at least a class C bufferyard; and
    c.  All outside storage areas are screened from adjacent uses by a solid fence, wall or hedge at least six (6) feet in height.

**Section 22.**  Monroe County Code §9.5-534 is hereby created to read as follows:

**Sec. 9.5-534. Tourist Housing and Vacation Rental Uses.**

  (A)  Special Vacation Rental Permit. An owner or agent must obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental, as defined in Code 9.5-4 (V-.5).Except that, vacation rental of a dwelling unit within a controlled-access, gated-community

or within a multifamily building which has 24 hour on-site management or 24 hour on-site supervision does not require a special vacation rental permit.

(B)   Permits and Fees.

    1.   Special vacation rental permits will be issued by the Planning Director, or a designee, upon payment of a fee and submittal of a complete application meeting the criteria set forth below.

    2.   The annual fee for the special vacation rental permit shall be established by Resolution of the Board of County Commissioners.

    3.   A decision to approve or deny a special vacation rental permit can be appealed to the Planning Commission within 30 days pursuant to Code §9.5-521.

(C)   Regulations. All special vacation rental permit applications and all vacation rental units must comply with the following regulations at all times:

    1.   A class C bufferyard must separate any vacation rental use from any established residential district that does not allow vacation rental uses.

    2.   No more than one motorized watercraft, including a jet ski or wave runner, shall be allowed at each vacation rental unit. The watercraft may be moored at either an existing on-site docking facility or stored on a trailer in an approved parking space.

    3.   Vehicles, watercraft and trailers must not be placed on the street or in yards. All vehicles, watercraft and boat trailers must be parked or stored off-street in parking spaces specifically designated and approved in the special vacation rental permit, and may not exceed a maximum of one vehicle per bedroom or efficiency unit and one boat trailer per vacation rental unit.

    4.   The owner or agent must maintain a guest and vehicle register listing all vacation rental occupants' names, home addresses, phone numbers, vehicle license plate and watercraft registration numbers.

    5.   Vacation rental units must be registered, licensed and meet all applicable state requirements contained in Florida Statutes Chapter 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments) as implemented by the Florida Administrative Code, as may be amended.

6.   For any special vacation rental use permit, or conversion of existing dwelling units to vacation rental use, an applicant must demonstrate compliance with all applicable and relevant state and local regulations, as may be amended, and submit an inspection report from the:

(i)   State of Florida, Department of Health (DOH) verifying compliance of the existing septic tank or on-site sewage disposal system with DOH regulations, as may be amended from time to time and which are hereby incorporated by reference; and

(ii)   State of Florida, Department of Environmental Protection (DEP) verifying compliance of the existing package plant or advanced wastewater system with DEP regulations, as may be amended from time to time and which are hereby incorporated by reference; and

7.   The applicant must submit an approved inspection report from the Fire Marshall verifying compliance with NFPA Life Safety Code 101, as may be amended, which is hereby incorporated by reference.

8.   No special vacation rental permit may be transferred from one owner or manager to another, or one residential dwelling unit to another. In the event ownership or management of a licensed residential unit is changed, the previous vacation rental license holder must notify the County of such change, and the new owner or manager must obtain a new vacation rental license for the residential dwelling unit.

9.   No boat docked at a vacation rental property shall be chartered to person other than registered guests of the vacation rental unit or used for live-aboards, sleeping or overnight accommodation. In addition, recreational vehicles shall not be used for sleeping or overnight accommodations at the vacation rental unit.

10.   Amplified sound which is audible on private property beyond the real property boundaries of the vacation rental property is prohibited.

11.   All trash and debris on vacation rental property must be kept in covered trash containers. Each vacation rental unit must be equipped with at least four (4) covered trash containers for such purpose. Owners must post, and occupants must comply with, all trash and recycling schedules and requirements applicable to the vacation rental unit. Trash containers must not be placed by the street for pick-up

50

until 6:00 p.m. the night before pick-up and must be removed from the area by the street by 6:00 p.m. the next day.

12. The applicant shall provide the name, address, and telephone number of a contact person who resides in that section of the County (upper, middle or lower keys) who must be available twenty-four hours per day, seven days a week for the purpose of promptly responding to complaints regarding the conduct or behavior of vacation rental occupants or alleged violations of this Ordinance.

13. The applicant must grant authorization to Monroe County Code Enforcement to inspect the premises of the vacation rental unit prior to the issuance of the special vacation rental permit and at any other time after issuance of such permit, concerning compliance with Monroe County Code Chapter 9.5 (i.e., the Land Development Regulations).

14. Occupancy of vacation rental unit(s) shall be limited to no more than two (2) individuals per bedroom, or no more than two (2) individuals per efficiency unit, when rented as a vacation rental unit subject to the provisions of this Ordinance.

15. Tenant(s)'s agreement to the foregoing rules and regulations must be made a part of each and every lease under Florida Statutes §509.01, for any vacation rental unit subject to the provisions of this Ordinance. These vacation rental regulations must be prominently posted within each dwelling unit subject to the provisions of this Ordinance along with the warning that violations of any of the vacation rental regulations constitutes a violation of Monroe County Code punishable as a second degree misdemeanor and is also grounds for immediate termination of the lease and eviction from the leased premises and criminal penalties under Florida Statutes §509.151 ("Defrauding an Innkeeper"), §509.141 ("Ejection of Undesirable Guests"), §509.142 ("Conduct on Premises) or §509.143 (Disorderly Conduct on Premises, Arrest").

16. The vacation rental use must be compatible with land uses established in the immediate vicinity of the parcel proposed for development.

(D) A complete special vacation rental permit application must include the following information:

(1) The complete legal description, street address, RE number and location of the vacation rental unit.

51

(2)     Proof of ownership and the name, address and telephone number of each and every person or entity with an ownership interest in the dwelling unit.

(3)     An approved DOH or DEP inspection or certification of the adequacy of the sewage disposal system for use as a vacation rental unit.  The applicant must submit an approved inspection report from the Fire Marshall verifying compliance with NFPA Life Safety Code 101, as may be amended, which is incorporated herein by reference.

(4)     The gross square footage of the dwelling unit, location and number of rooms, bedrooms, bathrooms, kitchens, apartments, parking spaces and any other information required to determine compliance with vacation rental requirements.

(5)     Proof that a "Notice of Vacation Rental Use Application" was sent by certified return mail to all property owners located within 300 feet of the dwelling unit which is the subject of the special vacation rental permit application not less than thirty (30) days prior to the date of approval of the application.  The Notice of Application shall be in a form prescribed by the County Administrator or his designee and shall clearly state the name, address and day/evening telephone numbers of each and every manager, agent, caretaker and owner of the dwelling unit.  Notice to the adjacent property owners must include the following statement:

"You have the right to appeal a decision to approve or deny this special vacation rental permit to the Planning Commission within 30 days under Code §9.5-521. You may have other rights that Monroe County cannot enforce.  Review of a special vacation rental permit application by Monroe County will not consider the existence of valid private deed restrictions, restrictive covenants or other restrictions of record, which may prohibit the use of the dwelling unit for vacation rental purposes. You may wish to consult an attorney concerning these private rights."

(6)     A valid and current federal employer tax identification number (or social security number) for the owners of the vacation rental property to be licensed under the provisions of this Ordinance.

(7)     A valid and current Florida Department of Revenue sales tax identification number under Florida Statutes, Chapter 212 (Florida Tax and Revenue Act), Florida Statutes and a valid and current permit, license or approval under Florida Statutes, Chapter 509 (Public Lodging Establishments).

52

(8)     The application shall bear the signature of all owner(s), all authorized agent(s) and authorized manager(s) of the owner(s).

(9)     Any additional information required to determine compliance with the provisions of this Ordinance.

(E)     Upon approval and issuance, the special vacation rental permit, and 24 hour contact person's name and phone number, must be mailed by certified return mail to all surrounding property owners within 300 feet.

(F)     A special vacation rental permit shall be revoked by the Planning Commission, Code Enforcement Special Master or a court of competent jurisdiction after a finding of two or more violations of this Ordinance, the special vacation rental permit or permit conditions or any material misrepresentation on the permit application, after the owner(s) is given notice and a hearing is held by the Planning Commission, Code Enforcement Special Master or a court of competent jurisdiction.

(G)     It shall be unlawful for any landowner, tenant, realtor, agent or other representative of a landowner to rent, lease, advertise or hold out for rent any dwelling unit for tourist housing use or vacation rental use in any district where tourist housing use or vacation rental use is prohibited.

(H)     After the effective date of this Ordinance, leases, subleases, assignments or any other occupancy agreement for compensation for less than 28 days in duration:

    (1)     shall not be entered into or renewed once expired or terminated in any district in which tourist housing use is prohibited or in any district in which vacation rental use is allowed unless a special vacation rental permit, building permit, inspection and certificate of occupancy for the vacation rental use (or conversion of an existing dwelling unit to a vacation rental use) are first obtained; and

    (2)     pre-existing vacation rental uses shall not be considered a non-conforming use under Section 9.5-143 and must be discontinued in districts that prohibit vacation rental uses no later than 30 days after the effective date of this Ordinance. Except that a vacation rental use that was established, and obtained all required state and local permits and licenses, (a) prior to September 15, 1986 (b) under code provisions that expressly allowed vacation rental uses may remain in accordance with Code §9.5-143.

(I)     Monroe County Code Section 6.3-13 shall not bar code enforcement for new vacation rental violations occurring after the effective date of this Ordinance.

(J)     Prima facie evidence of tourist housing or vacation rental use of a dwelling unit shall include (i) registration or licensing for short-term or transient rental use by the state under Florida Statutes, Chapters 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments), (ii) advertizing or holding out a dwelling unit for tourist housing or vacation rental use, (iii) reservations, booking arrangements or more than one signed lease, sublease, assignment, or any other occupancy agreement for compensation, trade, or other legal consideration addressing or overlapping any period of 28 days or less, or (iv) use of an agent or other third person to make reservations or booking arrangements.

(K)     A violation of Section 9.5-534 shall be punishable as a second degree misdemeanor and by a fine of up to Five Hundred dollars ($500.00) per day, per unit, per violation.  Code enforcement may also enforce the terms of this ordinance by bringing the case to a Special Master pursuant to Code §6.3-14 or by citation under Code §6.3-11, Florida Statutes §162.21 (as may be amended), and 76-435 Laws of Florida (as may be amended).  If a code enforcement citation is issued, the fine shall be $250.00 for a first offense and $500.00 for a second offense.  In addition, the special vacation rental permit shall be revoked by the Planning Commission, Code Enforcement Special Master or court of competent jurisdiction upon a finding of two or more violations of the vacation rental ordinance, vacation rental regulations or special vacation rental permit or permit conditions.

(L)     In addition to any other remedy available to Monroe County (including code enforcement pursuant to Florida Statutes Chapter 162), Monroe County or any or other adversely affected party may enforce the terms of this ordinance in law or equity.  Any citizen of Monroe County may seek injunctive relief in a court of competent jurisdiction to prevent a violation of Section 9.5-534 or revoke a special vacation rental permit, as set forth above.  Attorney's fees and costs incurred in an action to enforce these regulations concerning vacation rental use(s) may be awarded to a substantially prevailing party in the discretion of the court.

**Section 23.**  Monroe County Code §6.3-13 is hereby amended to include additional language as follows:

(a) All prosecutions before the Board shall be initiated within (4) years of the occurrence of the event complained of or be forever barred.  For the purpose of this section, "initiated" shall mean the filing of a notice of violation by the code enforcement department.

Except however, that this section shall not bar the initiation of a prosecution before the board based on the unlawful constriction of a structure below the base flood elevation level established by the Federal Emergency Management Agency.

(b) After the effective date of this Ordinance, any violation of this Ordinance, the vacation rental regulations, a special vacation rental permit or permit conditions, shall be considered a new violation. Previous vacation rental leases or uses, or the failure to bring enforcement against vacation rental violations pre-dating this Ordinance, shall not act as laches or a bar to enforcement actions brought for new violations occurring after the effective date of this Ordinance.

(c) Occupancy agreements for RV spaces for a period of 6 months or more in duration by an individual RV within a particular RV park, other than in a designated storage area, shall be discontinued and shall not be entered into or renewed after the effective date of this Ordinance. Each lease, sublease, assignment or other occupancy agreement for RV spaces of 6 months or more in duration in a particular RV park, other than in a designated storage area, shall be considered a new violation. Previous leases or agreement for occupancy or storage of recreation vehicles on RV spaces within a particular RV park, other than for storage in a designated storage area, shall be discontinued and not be renewed, extended or act as laches or bar enforcement actions brought for new violations occurring after the effective date of this Ordinance.

**Section 24.** Monroe County Code §9.5-2 is hereby amended to include additional new subsection 9.5-2(d) to read as follows:

\*\*\*

(d) *Vacation Rental Use:* Previous vacation rental uses shall be discontinued in any district that prohibits vacation rental uses, after the effective date of this Ordinance. All vacation rental uses shall obtain annual special rental permits regardless of when the use was first established. Leases, subleases, or other occupancy agreements for RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 25.** Monroe County Code §9.5-143(a) is hereby amended to add the following language:

(a) *Authority to Continue:* Nonconforming uses of land or structures may continue in accordance with the provisions of this section. Notwithstanding any provision of this Section 9.5-143 or of Chapter 9.5 of this Code:

(1) Leases, subleases, assignments or other occupancy agreements for compensation for less than 28 days in duration shall be discontinued and shall not be renewed, extended or entered into, in any district that prohibits vacation rental uses after the effective date of this Ordinance unless a vacation rental use was established and obtained all required state and local permit and licenses prior to September 15, 1986 under previous Code provisions expressly allowing vacation rental uses; and

(2) Leases, subleases, assignments or other occupancy agreements for compensation of RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 26.**   Monroe County Code §9.5-143(f)(1) is hereby amended to read as follows:

(f)*Termination:*

(1) *Abandonment or discontinuance:* Where a nonconforming use of land or structure is discontinued or abandoned for six (6) consecutive months or one (1) year in the case of stored lobster traps, then such use may not be reestablished or resumed, and any subsequent use must conform to the provisions of this chapter.  Leases, subleases, assignment or other occupancy agreement for compensation for less than 28 days in duration shall be discontinued and shall not be renewed, extended or entered into, in any district that prohibits vacation rental use after the effective date of this Ordinance.  Leases, subleases, assignments or other occupancy agreements for compensation of RV spaces for 6 months or more within a particular RV park, other than in a designated storage area shall be discontinued and shall not be renewed, extended or entered into, after the effective date of this Ordinance.

**Section 27.**   Monroe County Code §9.5-184 is hereby amended to create additional subsection (c) to read as follows:

**\*\*\***

(c)   Vacation rental use of dwelling units in any district that prohibits vacation rental use shall not qualify for vested rights unless it can be further shown that the dwelling unit cannot be used for any other purpose, i.e., as a permanent residence, or for a long-term lease of greater than 28 days. Leases, subleases, assignments or other occupancy agreements for RV spaces for 6 months or greater withing a particular RV park shall not qualify for vested rights, unless it can be further shown that the RV space cannot legally be rented leased for a period of less than 6 months.

**Section 28.**   The last sentence of Monroe County Code §9.5-490.1 defining Transient Residential Development is hereby amended to read as follows:

56

\*\*\*

~~Transient residential~~ *Tourist housing development* means and refers to the development of ~~transient residential~~ tourist housing units as that term is defined in section 9.5-4(T-3).

**Section 29.** If any section, subsection, sentence, clause or provision of this Ordinance is held invalid, the remainder of this Ordinance shall not be affected by such invalidity.

**Section 30.** All ordinances or parts of ordinances in conflict with this Ordinance are hereby repealed to the extent of said conflict.

**Section 31.** The provisions of this Ordinance shall be included and incorporated in the Code of Ordinances of the County of Monroe, Florida, as an addition or amendment thereto.

**Section 32.** Effective Date.

This Ordinance shall take effect immediately upon receipt of official notice from the Office of the Secretary of State of the State of Florida that this Ordinance has been filed with said office.

**Section 33.** The Clerk of the Board is hereby directed to transmit a certified copy of this Ordinance to the Florida Department of Community Affairs.

**Section 34.** The Clerk of the Board is hereby directed to transmit a certified copy of this Ordinance to the Secretary of State of the State of Florida.

PASSED AND ADOPTED by the Board of County Commissioners of Monroe County, Florida, at a meeting of the Board held on the ·3rd day of February , A.D., 1997.

| | |
|---|---|
| Mayor Douglass | YES |
| Mayor Pro Tem London | YES |
| Commissioner Harvey | NO |
| Commissioner Freeman | YES |
| Commissioner Reich | NO |



(SEAL)

BOARD OF COUNTY COMMISSIONERS
OF MONROE COUNTY, FLORIDA

BY: _____
MAYOR/CHAIRMAN

ATTEST:  DANNY L. KOLHAGE, CLERK

_____
DEPUTY CLERK

APPROVED AS TO FORM
AND LEGAL SUFFICIENCY

BY: _____

58



# Danny L. Kolhage

BRANCH OFFICE
3117 OVERSEAS HIGHWAY
MARATHON, FLORIDA 33050
TEL. (305) 289-6027
FAX (305) 289-1745

CLERK OF THE CIRCUIT COURT
MONROE COUNTY
500 WHITEHEAD STREET
KEY WEST, FLORIDA 33040
TEL. (305) 292-3550
FAX (305) 295-3660

BRANCH OFFICE
88820 OVERSEAS HIGHWAY
PLANTATION KEY, FLORIDA 33070
TEL. (305) 852-7145
FAX (305) 852-7146

February 14, 1997

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
The Elliott Building
401 South Monroe Street
Tallahassee, FL  32399-0250

Dear Mrs. Cloud:

Enclosed please find a certified copy of Ordinance No. 004-1997, modifying the existing prohibition on Tourist Housing Use, including Vacation Rental Use in Residential Districts; etc.

This Ordinance was adopted by the Monroe County Board of County Commissioners at a Special Meeting in formal session on February 3, 1997. Please file for record.

Danny L. Kolhage
Clerk of Circuit Court
and ex officio Clerk to the
Board of County Commissioners

By: Isabel C. DeSantis

Deputy Clerk

cc:  Department of Community Affairs
County Administrator
County Attorney
Growth Management Director
Monroe County Property Appraiser

Monroe County Sheriff's Office
Community Services Director
Monroe County Tax Collector
✓File

Z 396 367 726

**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

UNITED STATES
POSTAL SERVICE

PS Form 3800, March 1993

Sent to
Liz Cloud, Chief

Street and No.
Elliott Bldg.

P.O., State and ZIP Code
401. S. Monroe St.
Tall., FL 32399-0250

| Postage | |
|---|---|
| Certified Fee | 110 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 110 |
| Return Receipt Showing to Whom, Date, and Address of Delivery | |
| TOTAL Postage & Fees | $ 20 |
| Postmark or Date | |

WEST
B
14
1997
USPS

ord. # 004-1997

DIVISIONS OF FLORIDA DEPARTMENT OF STATE
Office of the Secretary
Office of International Relations
Division of Administrative Services
Division of Corporations
Division of Cultural Affairs
Division of Elections
Division of Historical Resources
Division of Library and Information Services
Division of Licensing



**FLORIDA DEPARTMENT OF STATE**
**Sandra B. Mortham**
Secretary of State
DIVISION OF ELECTIONS

MEMBER OF THE FLORIDA CABINET
Historic Florida Keys Preservation Board
Historic Palm Beach County Preservation Board
Historic Pensacola Preservation Board
Historic St. Augustine Preservation Board
Historic Tallahassee Preservation Board
Historic Tampa/Hillsborough County
Preservation Board
Ringling Museum of Art

February 19, 1997

Honorable Danny L. Kolhage
Clerk to Board of County Commissioners
Monroe County
500 Whitehead Street
Key West, Florida 33040

Attention:  Isabel C. DeSantis, Deputy Clerk

Dear Mr. Kolhage:

Pursuant to the provisions of Section 125.66, Florida Statutes, this will acknowledge your letter dated February 14, 1997, and certified copy of Monroe County Ordinance No. 97-04, which was filed in this office on February 18, 1997.

Sincerely,

Liz Cloud, Chief
Bureau of Administrative Code

LC/mw

Exhibit 2 (23 pages total)

to

Monroe County's Answer to Complaint for Declaratory Judgment and Counterclaim

### ORDINANCE No.044     - 00

AN ORDINANCE BY THE MONROE COUNTY BOARD OF
COUNTY COMMISSIONERS APPROVING THE REQUEST
FILED BY THE PLANNING DEPARTMENT TO AMEND
THE MONROE COUNTY LAND DEVELOPMENT
REGULATIONS, SEC. 9.5-4, DEFINITIONS; SEC 9.5-241,
OFFSHORE ISLAND DISTRICT; SEC. 9.5-242.5 IMPROVED
SUBDIVISION-TOURIST HOUSING; AND SEC.9.5-534
VACATION RENTAL USES. THESE CHANGES CLARIFY
WHERE AND HOW VACATION RENTALS MAY BE
PERMITTED, REQUIRE A LICENSED VACATION RENTAL
MANAGER FOR EACH UNIT, AND PROVIDE FOR
ENHANCED ENFORCEMENT; PROVIDING FOR
SEVERABILITY; PROVIDING FOR THE REPEAL OF ALL
ORDINANCES INCONSISTENT HEREWITH; PROVIDING
FOR INCORPORATION INTO THE MONROE COUNTY
CODE; AND DIRECTING THE CLERK OF THE BOARD TO
FORWARD A CERTIFIED COPY OF THIS ORDINANCE TO
THE FLORIDA DEPARTMENT OF COMMUNITY AFFAIRS.

**WHEREAS,** the Monroe County Board of Commissioners held a public hearing on June 14, 2000, conducted a review and consideration of the request filed by the Planning Department to amend the Monroe County Land Development Regulations, Sec. 95-4, Definitions; Sec.5-241, Offshore Island District; Sec. 9.5-242.5 Improved Subdivision Tourist Housing; and Sec.9.5-534 Vacation Rental Uses, and finds that the amendments will provide improvements for the implementation of the vacation rental regulations while continuing to offer protection to single family neighborhoods; and

**WHEREAS,** the Monroe County Board of County Commissioners on February 3, 1997 adopted Ordinance no. 004-1997, Vacation Rentals, which clarified the existing prohibition on short term rentals (less than 28 days) of single family homes within improved subdivisions and other residential districts and provided a process whereby vacation rentals could be allowed in some land use districts; and

**WHEREAS,** the Vacation Rental Ordinance became effective on December 4, 1998 after the DCA Final Order was issued; and

**WHEREAS,** the Board of County Commissioners requested the Planning Commission to review and recommend changes to the vacation rental requirements in the Land Development Regulations (LDR) in response to concerns raised at a November 1999 Commission meeting; and

**WHEREAS,** The Monroe County Planning Commission met on December 15, 1999, considered changes to the existing regulations based on responses to their request

for written public comments; and directed the planning department to prepare amendments to the Land Development Regulations; and

**WHEREAS,** the Planning Commission, during special meetings on March 1 and April 4, 2000 conducted public hearings in Marathon and Key Largo on the proposed amendments; and

**WHEREAS,** the Monroe County Planning Commission held a public hearing on April 12, 2000 and recommends the approval of the request.

### NOW THEREFORE, BE IT ORDAINED BY THE BOARD OF COUNTY COMMISSIONERS OF MONROE COUNTY, FLORIDA, THAT:

<u>Section 1.</u>  **Section 09.5-4** of the Land Development Regulations shall read as follows:

### Sec. 9.5-4. Definitions.

(V-5) *Vacation rental or unit* means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than twenty-eight (28) days duration. Vacation rental use does not include hotels, motels, and RV spaces, which are specifically addressed in each district.

<u>Section 2.</u>  **Section 9.5-241** of the Land Development Regulations shall read as follows:

### Sec. 9.5-241. Offshore Island District.

(a)     The following uses are permitted as of right in the Offshore Island District:

    (1)     Detached residential dwellings;

    (2)     Camping, for the personal use of the owner of the property on a temporary basis;

    (3)     Beekeeping;

    (4)     Accessory uses; and

    (5)     Home occupations--Special use permit requiring a public hearing.

    (6)     Tourist housing uses which were established (and held valid state public lodging establishment licenses) prior to January 1, 1996. Vacation rental use, of a dwelling unit in existence as of January 1, 2000, if a special vacation rental permit is obtained under the regulations established in Sec. 9.5-534.

**Section 3.**   **Section 9.5-242.5** of the Land Development regulations shall read as follows:

### Sec. 9.5-242.5  Improved Subdivision District – Vacation Rental District

In addition to the as of right and conditional uses listed above in 9.5-242, vacation rental uses are allowed as of right (subject to the regulations established in Code §9.5-534) in those Improved Subdivision – Vacation Rental Districts with the sub-indicator V (Vacation Rental).

A map amendment designating a contiguous parcel as IS-V may be approved, provided that the map amendment application (and subsequent building permit applications and special vacation rental permit applications) meet the following standards, criteria and conditions:

(a)   The IS-V designation is consistent with the 2010 Comprehensive Plan and there is no legitimate public purpose for maintaining the existing designation.

(b)   The IS-V designation allowing vacation rental use does not create additional trips or other adverse traffic impacts within the remainder of the subdivision or within any adjacent IS district;

(c)   The parcel to be designated IS-V must contain sufficient area to prevent spot-zoning of individual parcels (i.e., rezonings should not result in spot-zoned IS-V districts or result in spot-zoned IS districts that are surrounded by IS-V districts). Unless the parcel to be rezoned contains the entire subdivision there will be a rebuttable presumption that spot-zoning exists, but the Board of County Commissioners may rebut this presumption by making specific findings supported by competent, substantial evidence that:

i)   the designation preserves, promotes and maintains the integrity of surrounding residential districts and overall zoning scheme or comprehensive plan for the future use of surrounding lands;

ii)   does not result in a small area of IS-V within a district that prohibits vacation rentals;

iii)   the lots or parcels to be designated IS-V are all physically contiguous and adjacent to one another and do not result in a narrow strip or isolate pockets or spots of land that are not designated IS-V, or which prohibit vacation rentals; and

iv)   The IS-V designation is not placed in a vacuum or a spot on a lot-by-lot basis without regard to neighboring properties, but is a part of an overall area that allows vacation rentals or similar compatible uses.

(d)     In addition to the requirements contained in Code §9-.5-377 (District Boundaries), an IS-V district shall be separated from any established residential district that does not allow tourist housing or vacation rental uses by no less than a class C bufferyard;

(e)     Vacation rental use is compatible with established land uses in the immediate vicinity of the parcel to be designated IS-V; and

(f)     Unless a map amendment is staff generated (i.e., initiated by Monroe County), an application for a map amendment to IS-V shall be authorized by the property owner(s) of all lots (or parcels) included within the area of the proposed map amendment.

**Section 4.** **Section 9.5-534** of the Land Development regulations shall read as follows:

## Sec. 9.5-534 Vacation rental uses.

(a)     *Special vacation rental permit.* An owner or agent is required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental, as defined in Code § 9.5-4 (V-5), except as provided for under Section 9.5-534(b). A special vacation rental permit is nontransferable between owners. A change of ownership of the vacation rental unit shall require the new owner or his agent to obtain a new vacation rental permit for the residential dwelling unit.

(b)     *Exemptions.* A vacation rental permit is not required for the following:

(1)     A vacation rental of a dwelling unit located within a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses; or

(2)     A vacation rental of a dwelling unit within a multifamily building located within a multi-family district, which has 24 hour on-site management or 24 hour on site supervision that has received an exemption from the planning director. To meet these site management or supervision requirements, a designated individual or individuals must be physically located within the building or within 300 feet of the subject building and must be available at all times to respond to tenants' and neighbors' complaints. To obtain an exemption under the provisions of this section, the owner or agent must submit an application to the planning department in a form prescribed by the planning director.

(c)     *Vacation rental manager license.* A vacation rental manager license is required from the county planning department for an individual to be a vacation rental manager under the provisions of this section. The vacation rental manager shall be: (i) the designated contact for responding to complaints made by neighbors

against vacation rental tenants; and (ii) responsible for maintaining the guest register, leases, and official complaint response records for a vacation rental unit as required by this section.

(d)   *Permit, license and fees.*

    (1)   Special vacation rental permits will be issued by the planning director, or designee, upon payment of a nonrefundable fee and submittal of a complete application in a form prescribed by the planning director in accordance with Section 9.5-534 (f).

    (2)   Vacation rental manager licenses will be issued by the planning director, or designee, upon payment of a nonrefundable fee and submittal of a complete application to the planning department in a form prescribed by the planning director.

    (3)   The annual fees for the special vacation rental permit and vacation rental manager license shall be established by resolution of the board of county commissioners.

    (4)   A decision to approve or deny a special vacation rental permit can be appealed to the planning commission within (30) days pursuant to Code section 9.5-521.

(e)   *Regulations.* All special vacation rental units, requiring a special vacation rental permit shall comply with the following regulations at all times:

    (1)   No more than one motorized watercraft, including a jet ski or wave runner, shall be allowed at each vacation rental unit. The watercraft may be moored at either an existing on-site docking facility or stored on a trailer in an approved parking space.

    (2)   Vehicles, watercraft and trailers shall not be placed on the street or in yards. All vehicles, watercraft and boat trailers must be parked or stored off-street in parking spaces specifically designated and approved in the special vacation rental permit. One vehicle parking space shall be required per bedroom or efficiency unit and one boat trailer space per vacation rental unit.

    (3)   No boat docked at a vacation rental property shall be chartered to a person other that registered guests of the vacation rental unit or used for live-aboards, sleeping or overnight accommodations. In addition, recreation vehicles shall not be used for sleeping or overnight accommodations at the vacation rental unit.

(4)     Occupants shall be prohibited from making excessive or boisterous noise in or about any residential dwelling unit at all times.  Noise, which is audible beyond the boundaries of the residential dwelling unit, shall be prohibited between the hours of 10:00 p.m. and 8:00 a.m. week days and 11:00 p.m. and 9:00 a.m. on weekends.

(5)     All trash and debris on the vacation rental property must be kept in covered trash containers. Each vacation rental unit must be equipped with at least four (4) covered trash containers for such purpose. Owners must post, and occupants must comply with, all trash and recycling schedules and requirements applicable to the vacation rental unit. Trash containers must not be placed by the street for pick-up until 6:00 p.m. the night before pick-up and must be removed from the area by the street by 6:00 p.m. the next day.

(6)     A Tenant(s) 's agreement to the forgoing rules and regulations must made a be part of each and every lease under Florida Statutes §509.01 for any vacation rental unit subject to the provisions of this section. These vacation rental regulations governing tenant conduct and use of the vacation rental unit shall be prominently posted within each dwelling unit subject to the provisions of this section  along with the warning that violations of any of the vacation rental regulations constitutes a violation of Monroe County Code subject to fines or punishable as a second degree misdemeanor and is also grounds for immediate termination of the lease and eviction from the leased premises and criminal penalties under F.S. § 509.151 ("Defrauding an Innkeeper"), F.S. § 509.141 ("Ejection of Undesirable Guests"), F.S. § 509.142 ("Conduct on Premises") or F.S. § 509.143 (Disorderly Conduct on Premises, Arrest").

(7)     The owner or agent shall require a lease to be executed with each vacation rental use of the property and maintain a guest and vehicle register listing all vacation rental occupants' names, home addresses, telephone numbers, vehicle license plate and watercraft registration numbers. Each lease and this register shall be kept by the vacation rental manager and available for inspection by Monroe County code enforcement personnel during business hours.

(8)     Vacation rental units must be registered, licensed and meet all applicable state requirements contained in Florida Statutes Chapter 212 (Florida Tax & Revenue Act) and 509 (Public Lodging Establishments) as implemented by the Florida Administrative Code, as may be amended.

(9)     The vacation rental use must comply with all State of Florida Department of Health and State of Florida Department of Environmental Protection standards for wastewater treatment and disposal.

(10)    All vacation rental units shall have a vacation rental manager or managers, who has been issued a vacation rental manager license by the planning department as provided for in Section 9.5-534 (h). The vacation rental manager shall reside within and be licensed for that section of the County (upper, middle, and lower keys) where the vacation rental unit is located and be available twenty-four (24) hours per day, seven (7) days a week for the purpose of promptly responding to complaints regarding conduct or behavior of vacation rental occupants or alleged violations of this section. Any change in the vacation rental manager shall require written notification to the planning department and notification by certified return mail to property owners within three hundred (300) feet of the subject dwelling.

(11)    Complaints to the vacation rental manager concerning violations by occupants of vacation rental units to this ordinance shall be responded to within one hour. The neighbor who made the complaint shall be contacted by telephone or in person and informed as to the results of the actions taken by the manager. A record shall be kept of the complaint and the manager's response for a period of at least three months after the incident, which shall be available for inspection by the Monroe County Code Enforcement Department during business hours.

(12)    The name, address, and telephone number of the vacation rental manager(s), the telephone number of County code enforcement department and the number of the special vacation rental permit shall be posted and visible from the front property line of the vacation rental unit.

(13)    The Tenants Agreement with the rules of conduct shall be posted in a conspicuous location in each vacation rental unit.

(f)    *Special vacation rental permit application.* A complete special vacation rental permit application shall include the following:

(1)    The complete legal description, street address, RE number and location of the vacation rental unit.

(2)    Proof of ownership and the name, address and telephone number of each and every person or entity with an ownership interest in the dwelling unit.

(3)    An approved Florida State Department of Health or Florida State Department of Environmental Protection inspection or certification of the adequacy of the sewage disposal system for use as a vacation rental unit.

(4)    The gross square footage of the dwelling unit, location and number of rooms, bedrooms, bathrooms, kitchens, apartments, parking spaces and

any other information required to determine compliance with vacation rental requirements and compliance with this chapter.

(5)   A valid and current Florida Department of Revenue sales tax identification number under Florida Statutes Chapter 212 ( Florida Tax and Revenue Act) and a valid and current permit, license or approval under Florida Statutes Chapter 509 ( Public Lodging Establishments).

(6)   The name, address, and telephone number of the vacation rental manager, including the vacation rental manager's license number.

(7)   The applicant shall sign a written statement granting authorization to Monroe County code enforcement department to inspect the premises of the vacation rental unit prior to the issuance of the special vacation rental permit and at any other time after issuance of such permit, concerning compliance with the Monroe County Code Chapter 9.5 (i.e. the Land Development Regulations).

(8)   The application shall bear the signature of all owner(s), all authorized agent(s) and authorized manager(s) of the owner(s).

(9)   Any additional information required to determine compliance with the provisions of this section.

(g)   *Notification to adjacent neighbors and permit, approval, issuance and appeal.*

(1)   The applicant or agent shall send a "Notice of Vacation Rental Use Application"   by certified return mail to all property owners located within three hundred (300) feet of the dwelling unit which is the subject of the special vacation rental permit application, not less than thirty (30) days prior to the date of approval of the application. The notice of application shall be in a form prescribed by the planning director or his designee and shall clearly state the name, address and day/evening telephone numbers of each and every vacation rental manager, agent, caretaker and owner of the dwelling unit; the number of the Monroe County code enforcement department; and a copy of the Tenants Agreement. Notice to the adjacent property owners must include the following statement:

"You have the right to appeal a decision to approve or deny this special vacation rental permit to the planning commission within thirty (30) days under Code section 9.5-521. You may have other rights that Monroe County cannot enforce. Review of a special vacation rental permit application by Monroe County will   consider   the existence of valid private deed restrictions, restrictive covenants or other restrictions of record which may prohibit the use of the dwelling unit for vacation rental

purposes. You may wish to consult an attorney concerning these private rights."

(2)     The applicant or agent shall provide proof to the planning department of submitting the "Notice of Vacation Rental Use Application." The special vacation rental permit shall not be issued until proof of this notification is provided and the special vacation rental permit has been approved by the planning director after completion of an on-site inspection of the subject dwelling unit by the code enforcement department. When approved by the planning director, the special vacation rental permit shall not be issued until thirty (30) days after the notices of application were sent to all property owners located within three-hundred (300) feet of the dwelling unit that is the subject of the permit.

(h)     *Fines or revocation of special vacation rental use permit.*   A special vacation rental permit shall be revoked by the planning commission and/or fines levied by the code enforcement special master or a court of competent jurisdiction after a finding of a  violation by the permit holder of this section, the special vacation rental permit or permit conditions or any material misrepresentation on the permit application, after the owner(s) is given notice and a hearing is held by the planning commission, code enforcement special master or a court of competent jurisdiction.

(i)     *Duration and renewal of special vacation rental use permit.* Special vacation rental use permits shall expire one (1) year after the date of their issuance, unless renewed within thirty days of their expiration date. Renewal of  a special vacation use permit requires the owner or agent to submit an application in a form prescribed by the planning director to the planning department and payment of a nonrefundable fee, including proof of a current license and registration under Chapter 509 and Chapter 212, Florida Statutes.

(j)     *Vacation rental manager license application, issuance, renewal, fines, and revocation.*

(1)     An individual shall submit an application for a vacation rental manager license in a form prescribed by the planning director accompanied with a payment of a nonrefundable fee. The license shall be issued for a period of one (1) year and renewable annually.  The license shall be for only one specific section of the County (upper, middle, or lower keys) and no individual shall apply for or be issued more than one vacation rental manager license at a time.

(2)     After notice is given to the vacation rental manager and a public hearing is held, a vacation rental manager license shall be revoked by the planning commission and/or fines levied by the code enforcement special master or court of competent jurisdiction upon a finding of: a total of two

or more "no responses" to complaints registered by the public concerning tenants not following the terms of the Tenants Agreement, during any single year of the vacation rental manager's license; or two or more violations of this section which are pertinent to the duties and responsibilities of a vacation rental manager. A vacation rental manager license shall be revoked if the license holder is found in violation of any of the regulations in section 9.5-534(k)(1) through section 9.5-534(k)(3).

(3)     An individual who has had his license revoked shall not be eligible to resubmit an application for obtaining a new vacation rental manager license until two years after the date of revocation of his license.

(k)     *Prohibitions, enforcement, and penalties.*

(1)     It shall be unlawful for any landlord, tenant, agent or other representative of a landowner to rent, lease, advertise or hold out for rent any dwelling unit for vacation rental use in any district where a vacation rental use is prohibited, except as otherwise exempted under this section.

(2)     It shall be unlawful for any landlord, tenant, agent or other representative of a landlord to rent, lease, advertise or hold out for rent any dwelling unit for a vacation rental use without a special vacation rental permit, except as otherwise exempted under this section.

(3)     After the effective date of this section, leases, subleases, assignments or any other occupancy agreements, for compensation for less than twenty-eight (28) days in duration:

(i)     Shall not be entered into or renewed once they have expired or have terminated in any district in which tourist housing use is prohibited or in any district in which a vacation rental use is allowed unless a special vacation rental permit, building permit, inspection and certificate of occupancy for the vacation rental use (or for the conversion of an existing dwelling unit to vacation rental use) are first obtained; and

(ii)    Any pre-existing vacation rental uses shall not be considered a lawful non-conforming use under section 9.5-143 and must be discontinued in any land use districts that prohibit vacation rental uses no later than thirty (30) days after the effective date of this section (May 12, 1999). Except that a vacation rental use that was established, and had obtained all of the required state and local permits and licenses, (a) prior to September 15, 1986 (b) or under any Code provisions that expressly allowed vacation retail uses, may remain pursuant to Code section 9.5-143.

(4)     Monroe Count code section 6.3-13 shall not bar code enforcement for new vacation rental violations occurring after the effective date of this section.

(5)     Prima facie evidence of vacation rental uses of a dwelling unit shall include (i) registration or licensing for short-term rental or transient rental use by the state under F.S. Chapters 212 (Florida Tax and Revenue Act) and 509 (Public Lodging Establishments), (ii) advertising or holding out a dwelling unit for vacation rental use, (iii) reservations, booking arrangements or more than one signed lease, sublease, assignment, or any other occupancy or  agreement for compensation, trade, or other legal consideration addressing or overlapping any period of 28 days or less, or (iv) the use of an agent or other third person to make reservations or booking arrangements.

(6)     A violation of any of the regulations in section 9.5-534(k)(1) through section 9.5-534(k)(3) shall be punishable as a second degree misdemeanor and by a fine of up to five hundred dollars ($500.00) per day, per unit, per violation. The Code enforcement department may also enforce the terms of this section by bringing a case before the special master pursuant to Code section 6.3-14, or by citation under Code section 6.3-11,. F.S. § 162.21 (as may be amended), or 76-435 Laws of Florida (as may be amended). If a code enforcement citation is issued, the fine shall be two hundred fifty dollars ($250) for the first offense and five hundred dollars ($500.00) for each subsequent offense.

(7)     In addition to any other remedies available to Monroe County (including code enforcement pursuant to F.S. Chapter 162). Monroe County or any or other adversely affected party may enforce the terms of this section in law or equity. Any citizen of Monroe County may seek injunctive relief in a court of competent jurisdiction to prevent a violation of section 9.5-534 or to revoke a special vacation rental permit or vacation rental manager license, as set forth above. Attorney's fees and costs incurred in an action to enforce these regulations concerning vacation rental use(s) may be awarded to a substantially prevailing party at the discretion of the court.

**Section 5.**  If any section, subsection, sentence, clause, item, change or provision of this ordinance is held invalid, the remainder of this ordinance shall not be affected by such invalidity.

**Section 6.**  All ordinances or parts of ordinances in conflict with this ordinance are hereby repealed to the extent of the said conflict.

**Section 7.**  This ordinance is hereby transmitted to the state land planning agency to be reviewed for consistency with Chapter 163, Florida Statutes.

**Section 8.**  This ordinance shall be filed in the Office of the Secretary of State, of the State of Florida, but shall not become effective until a notice is issued by the Department of Community Affairs or Administrative Commission finding the amendment consistent with Chapter 380 of the Florida Statutes.


**PASSED AND ADOPTED** by the Board of County Commissioners of Monroe County, Florida, at a regular meeting held on the ___16th___ day of ___August___, A.D., 2000.

| | |
|---|---|
| Mayor Shirley Freeman | yes |
| Mayor Pro Tem George Nugent | yes |
| Commissioner Wilhelmina Harvey | yes |
| Commissioner Mary Kay Reich | no |
| Commissioner Nora Williams | yes |

BOARD OF COUNTY COMMISSIONERS
OF MONROE COUNTY, FLORIDA

BY _Shirley Freeman_
     Mayor/Chairperson



APPROVED AS TO FORM
AND LEGAL SUFFICIENCY
BY _____
        Attorney's Office

ATTEST:  DANNY K. KOLHAGE, CLERK

_____
DEPUTY CLERK



THE

*Your Upper Keys Connection*

# REPORTER

P.O. Box 1197 • Tavernier, Florida 33070-1197
(305) 852-3216   Fax: (305) 852-8240

# PROOF OF PUBLICATION

**STATE OF FLORIDA
COUNTY OF MONROE**

**Before the undersigned authority personally appeared JACKLYN HARDER who on oath, says that she is ASSOCIATE PUBLISHER of THE REPORTER, a weekly newspaper entitled to publish legal advertising published at Tavernier, Monroe County, Florida: that the attached copy of advertisement, being a LEGAL NOTICE in said newspaper in the issue of:**

**August 3, 2000**

**Affiant further says that THE REPORTER is a newspaper published at Tavernier, in said Monroe County, Florida, and that the said newspaper has heretofore been continuously published in the said Monroe County, Florida, each week (on Thursday), and has been entered as second class mail matter at the Post Office in Tavernier, in said County of Monroe, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any firm, person, or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper and that The Reporter is in full compliance with Chapter 50 of the Florida State Statutes on Legal and Official Advertisements.**

**Sworn to and subscribed before me this 10th day of August, 2000.**

**(SEAL)**

Anna M Hines
My Commission CC715804
Expires March 31, 2002

**Notary**

NO: 5181600
NOTICE OF INTENTION TO CONSIDER ADOPTION OF COUNTY ORDINANCE NOTICE IS HEREBY GIVEN TO WHOM IT MAY CONCERN that on Wednesday, August 16, 2000, at 3:00 PM at the Key Largo Library, Tradewinds Shopping Center, Key Largo, Monroe County, Florida, the Board of County Commissioners of Monroe County, Florida, intends to consider the adoption of the following County ordinance:
AN ORDINANCE ABOLISHING THE DIVISION OF SOLID WASTE MANAGEMENT AND ASSIGNING ITS DUTIES AND FUNCTIONS TO THE DIVISION OF PUBLIC WORKS AND COMBINING THE DEPARTMENTS OF HUMAN RESOURCES AND OFFICE OF MANAGEMENT AND BUDGET INTO A NEW DEPARTMENT OF ADMINISTRATIVE SERVICES IN THE DIVISION OF MANAGEMENT SERVICES; PROVIDING FOR SEVERABILITY; PROVIDING FOR THE REPEAL OF ALL ORDINANCES INCONSISTENT HEREWITH; PROVIDING FOR INCORPORATION INTO THE MONROE COUNTY CODE OF ORDINANCES; AND PROVIDING AN EFFECTIVE DATE
Pursuant to Section 286.0105, Florida Statutes, notice is given that if a person decided to appeal any decision made by the Board with respect to any matter considered at such hearings or meetings, he will need a record of the proceedings, and that, for such purpose, he may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.
Copies of the above-referenced ordinance are available for review at the various public libraries in Monroe County, Florida. Dated at Key West, Florida, this 31st day of July, 2000
DANNY L. KOLHAGE, Clerk of the Circuit Court and ex officio Clerk of the Board of County Commissioners of Monroe County, Florida.
PUBLISH: 8/3/00
The Reporter
Tavernier, FL 33070

FILED FOR RECORD
00 SEP 13 PM 2:22
DANNY L. KOLHAGE
MONROE CIRCUIT CT



# Danny L. Kolhage

**CLERK OF THE CIRCUIT COURT**

BRANCH OFFICE
3117 OVERSEAS HIGHWAY
MARATHON, FLORIDA 33050
TEL. (305) 289-6027
FAX (305) 289-1745

MONROE COUNTY
500 WHITEHEAD STREET
KEY WEST, FLORIDA 33040
TEL. (305) 292-3550
FAX (305) 295-3660

BRANCH OFFICE
88820 OVERSEAS HIGHWAY
PLANTATION KEY, FLORIDA 33070
TEL. (305) 852-7145
FAX (305) 852-7146

August 30, 2000

Mrs. Liz Cloud, Chief
Bureau of Administrative Code & Laws
The Elliott Building
401 S Monroe Street
Tallahassee FL 32399-0250

Dear Mrs. Cloud,

Enclosed please find a certified copies of the following Ordinances:

**Ordinance No. 040-2000** amending Monroe County Code Sec. 13.5-5(d); in order to amend the park hours of Friendship Park; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 041-2000** amending Sec. 2-1.1(a), Monroe County Code, in order to provide that the hearing officer may have served as counsel to the Planning Commission; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 042-2000** in order to delete the parks in the municipality of Islamorada, Village of Islands from the Monroe County Code; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 043-2000** abolishing the Division of Solid Waste Management and assigning its duties and functions to the Division of Public Works and combining the Departments of Human Resources and Office of Management and Budget into a new Department of Administrative Services in the Division of Management Services; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code of Ordinances; and providing an effective date.

**Ordinance No. 044-2000** approving the request filed by the Planning Department to amend the Monroe County Land Development Regulations, Sec. 9.5-4, definitions; Sec. 9.5-241, Offshore Island District; Sec. 9.5-242.5 Improved Subdivision-Tourist Housing; and Sec. 9.5-534 Vacation Rental Uses. These changes clarify where and how vacation rentals may be permitted, require a licensed vacation rental manager for each unit, and provide for enhanced enforcement; providing for severability; providing for the repeal of all ordinances inconsistent herewith; providing for incorporation into the Monroe County Code; and directing the Clerk of the Board to forward a certified copy of this Ordinance to the Florida Department of Community Affairs.

These Ordinances were adopted by the Monroe County Board of County Commissioners at a Regular Meeting in formal session on August 16, 2000. Please file for record.

Danny L. Kolhage
Clerk to Circuit Court
and ex officio Clerk to the
Board of County Commissioners

by:     Pamela G. Hancock

Deputy Clerk

Cc:     Board of County Commissioners          County Attorney
        County Administrator 043-2000          Municipal Code 040 to 043-2000
        Growth Management 041 & 044-2000        Public Works 040, 042 & 043-2000
        Administrative Services 043-2000        File

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:
Ordinances 040-044-2000

| | |
|---|---|
| Postage | $ 1 43 |
| Certified Fee | 1 40 |
| Return Receipt Fee (Endorsement Required) | 1 25 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4 08 |

KEY WEST
AUG 30 2000
Postmark Here
FL

Name (Please Print Clearly) (to be completed by mailer)
Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
Street, Apt. No.; or PO Box No.
The Elliott Building
City, State, ZIP+4
401 South Monroe Street
Tallahassee, FL 32399-0250

7099 3400 0005 9118 7876

---

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Mrs. Liz Cloud, Chief
Bureau of Administrative Code and Laws
The Elliott Building
401 South Monroe Street
Tallahassee, FL 32399-0250

4a. Article Number
7099 3400 0005 9118 7876

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
SEP 1 2000

8. Addressee's Address (Only if requested and fee is paid)

Ordinances 040-044-2000

5. Received By: (Print Name)

Is your RETURN ADDRESS completed on the reverse side?

urn Receipt

DIVISIONS OF FLORIDA DEPARTMENT OF STATE
Office of the Secretary
Division of Administrative Services
Division of Corporations
Division of Cultural Affairs
Division of Elections
Division of Historical Resources
Division of Library and Information Services
Division of Licensing

**MEMBER OF THE FLORIDA CABINET**

**HISTORIC PRESERVATION BOARDS**
Historic Florida Keys Preservation Board
Historic Palm Beach County Preservation Board
Historic Pensacola Preservation Board
Historic St. Augustine Preservation Board
Historic Tallahassee Preservation Board
Historic Tampa/Hillsborough County
Preservation Board

**RINGLING MUSEUM OF ART**



## FLORIDA DEPARTMENT OF STATE
**Katherine Harris**
Secretary of State
DIVISION OF ELECTIONS

September 5, 2000

Honorable Danny L. Kolhage
Clerk of the Circuit Court
Monroe County
500 Whitehead Street
Key West, Florida 33040

Attention: Pam Hancock, Deputy Clerk

Dear Mr. Kolhage:

Pursuant to the provisions of Section 125.66, Florida Statutes, this will acknowledge
receipt of your letter dated August 30, 2000 and certified copies of Monroe County
Ordinance Nos. 040-2000 through 044-2000, which were filed in this office on
September 1, 2000.

Sincerely,

Liz Cloud

Liz Cloud, Chief
Bureau of Administrative Code

LC/mp

FILED FOR RECORD
00 SEP -8 PM 2: 11
DANNY L. KOLHAGE
CLK. CIR. CT.
MONROE COUNTY, FLA.

DCA Final Order No. DCA00-OR-294

STATE OF FLORIDA
DEPARTMENT OF COMMUNITY AFFAIRS

In re:   MONROE COUNTY LAND DEVELOPMENT
REGULATIONS ADOPTED BY
MONROE COUNTY ORDINANCE NO. 044-2000

FILED FOR RECORD
00 OCT 16 PM 2: 23
DANNY L. KOLHAGE
CLK. CIR. CT.
MONROE COUNTY, FL

**FINAL ORDER**

The Department of Community Affairs (the "Department") hereby issues its Final Order,

pursuant to §§ 380.05(6) and (11), *Fla. Stat.*, and § 380.0552(9), *Fla. Stat.* (1999), which require the

Department to enter a final order approving or rejecting land development regulations adopted by

Monroe County.  This Final Order approves Monroe County Ordinance No. 044-2000 as set forth

below.

FINDINGS OF FACT

1.     The Florida Keys Area is a statutorily designated area of critical state concern, and

Monroe County is a unit of government within the Florida Keys Area.

2.     On September 5, 2000, the Department received for review Monroe County

Ordinance No. 044-2000 which was adopted by the Monroe County Board of County

Commissioners on August 16, 2000 ( "Ord. 044-2000").  Ord. 044-2000 pertains to vacation rentals

amending Secs. 9.5-4, 9-5.241, 9-5.242.5 and 9.5-534 of the Monroe County Code ("Code").

3.     Section 1 of Ord. 044-2000 amends Code Sec. 9.5-4 creating definition "(V-5)

Vacation rental or unit." Section 2 of Ord. 044-2000 amends Code Sec. 9.5-241 allowing vacation

rentals in the Offshore Island District (OS) if a special permit is obtained.  Section 3 of Ord. 044-

2000 creates Code Sec. 9-5.242.5 and sets forth conditions for allowing vacation rentals in the

Improved Subdivision District - Vacation Rental District (IS-V).   Section 4 of Ord. 044-2000 adds

Code Sec. 9-534 entitled 'Vacation rental uses' and establishes application procedures, sets forth

permitting and licensing requirements, establishes regulations and fees, establishes a duration period,

and provides for prohibitions, enforcement and penalties.   Section 5 of Ord. 044-2000 contains a

severability provision; Section 6 contains a conflict provision; Section 7 requires transmittal of the

ordinance to the Department for review; and Section 8 requires filing with the Florida Secretary of

State Office.

4.      Ord. 044-2000 is consistent with the County's 2010 Comprehensive Plan.

<u>CONCLUSIONS OF LAW</u>

1.      The Department is required to approve or reject any and all land development

regulations that are enacted, amended or rescinded by any unit of government in the Florida Keys

Area of Critical State Concern within 60 days of receipt by the Department.   §§ 380.05(6) and (11),

*Fla. Stat.*, and § 380.0552(9), *Fla. Stat.* (1999).

2.      Monroe County is a unit of government within the Florida Keys Area of Critical State

Concern.   § 380.0552, *Fla. Stat.* (1999) and Rule 28-29.002 (superseding Chapter 27F-8, *Fla.*

*Admin. Code*) and Chapter 28-30, *Fla. Admin. Code*.

3.      "Land development regulations" include local zoning, subdivision, building and other

regulations controlling the development of land.   § 380.031(8), *Fla. Stat.* (1999).   The regulations

adopted by Ord. 044-2000 are land development regulations, as defined by statute.

4.      All land development regulations enacted, amended or rescinded by Monroe County

2

DCA Final Order No. DCA00-OR-294

must be consistent with the Principles for Guiding Development (the "Principles"). § 380.0552(7),

*Fla. Stat.; see Rathkamp v. Department of Community Affairs,* 21 F.A.L.R. 1902 (Dec. 4, 1998),

*aff'd,* 740 So. 2d 1209 (Fla. 3d DCA 1999).  In reviewing the land development regulations for

consistency, the Principles shall be construed as a whole and no specific provision shall be construed

or applied in isolation from the other provisions. § 380.0552(7), *Fla. Stat.* (1999).

     5.     The Department has reviewed all provisions of Ord. 044-2000 for consistency with

the Principles and has determined that Ord. 044-2000 is consistent with the Principles as a whole.

Ord. 044-2000 establishes stricter regulations regarding the siting and operation of vacation rentals

and is in furtherance of paragraphs (a), (d), and (l) of the Principles. §§ 380.0552(7) (a), (d), and (l),

*Fla. Stat.* (1999).

     WHEREFORE, IT IS ORDERED that Ord. 044-2000 is found to be consistent with the

Principles found at § 380.0552(7), *Fla. Stat.* (1999), as a whole, and is hereby <u>APPROVED</u>.

     This Order becomes effective 21 days after publication in the Florida Administrative Weekly

unless a petition is filed as described below.

     DONE AND ORDERED in Tallahassee, Florida.

J. THOMAS BECK, DIRECTOR
Division of Community Planning
Department of Community Affairs
2555 Shumard Oak Boulevard
Tallahassee, Florida 32399-2100

<u>**NOTICE OF ADMINISTRATIVE RIGHTS**</u>

ANY PERSON WHOSE SUBSTANTIAL INTERESTS ARE AFFECTED BY THIS

3

**DCA Final Order No. DCA00-OR-294**

ORDER HAS THE OPPORTUNITY FOR AN ADMINISTRATIVE PROCEEDING PURSUANT TO SECTION 120.569, FLORIDA STATUTES, REGARDING THE AGENCY'S ACTION. DEPENDING UPON WHETHER YOU ALLEGE ANY DISPUTED ISSUE OF MATERIAL FACT IN YOUR PETITION REQUESTING AN ADMINISTRATIVE PROCEEDING, YOU ARE ENTITLED TO EITHER AN INFORMAL PROCEEDING OR A FORMAL HEARING.

IF YOUR PETITION FOR HEARING DOES NOT ALLEGE ANY DISPUTED ISSUE OF MATERIAL FACT CONTAINED IN THE DEPARTMENT'S ACTION, THEN THE ADMINISTRATIVE PROCEEDING WILL BE AN INFORMAL ONE, CONDUCTED PURSUANT TO SECTIONS 120.569 AND 120.57(2) FLORIDA STATUTES, AND CHAPTER 28-106, PARTS I AND III, FLORIDA ADMINISTRATIVE CODE. IN AN INFORMAL ADMINISTRATIVE PROCEEDING, YOU MAY BE REPRESENTED BY COUNSEL OR BY A QUALIFIED REPRESENTATIVE, AND YOU MAY PRESENT WRITTEN OR ORAL EVIDENCE IN OPPOSITION TO THE DEPARTMENT'S ACTION OR REFUSAL TO ACT; OR YOU MAY EXERCISE THE OPTION TO PRESENT A WRITTEN STATEMENT CHALLENGING THE GROUNDS UPON WHICH THE DEPARTMENT HAS CHOSEN TO JUSTIFY ITS ACTION OR INACTION.

IF YOU DISPUTE ANY ISSUE OF MATERIAL FACT STATED IN THE AGENCY ACTION, THEN YOU MAY FILE A PETITION REQUESTING A FORMAL ADMINISTRATIVE HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE OF THE DIVISION OF ADMINISTRATIVE HEARINGS, PURSUANT TO SECTIONS 120.569 AND 120.57(1), FLORIDA STATUTES, AND CHAPTER 28-106, PARTS I AND II, FLORIDA ADMINISTRATIVE CODE. AT A FORMAL ADMINISTRATIVE HEARING, YOU MAY BE REPRESENTED BY COUNSEL OR OTHER QUALIFIED REPRESENTATIVE, AND YOU WILL HAVE THE OPPORTUNITY TO PRESENT EVIDENCE AND ARGUMENT ON ALL THE ISSUES INVOLVED, TO CONDUCT CROSS-EXAMINATION AND SUBMIT REBUTTAL EVIDENCE, TO SUBMIT PROPOSED FINDINGS OF FACT AND ORDERS, AND TO FILE EXCEPTIONS TO ANY RECOMMENDED ORDER.

IF YOU DESIRE EITHER AN INFORMAL PROCEEDING OR A FORMAL HEARING, YOU MUST FILE WITH THE AGENCY CLERK OF THE DEPARTMENT OF COMMUNITY AFFAIRS A WRITTEN PLEADING ENTITLED, "PETITION FOR ADMINISTRATIVE PROCEEDINGS" WITHIN 21 CALENDAR DAYS OF PUBLICATION OF THIS NOTICE. A PETITION IS FILED WHEN IT IS RECEIVED BY THE AGENCY CLERK, IN THE DEPARTMENT'S OFFICE OF GENERAL COUNSEL, 2555 SHUMARD OAK BOULEVARD, TALLAHASSEE, FLORIDA 32399-2100.

THE PETITION MUST MEET THE FILING REQUIREMENTS IN RULE 28-106.104(2), FLORIDA ADMINISTRATIVE CODE. IF AN INFORMAL PROCEEDING IS REQUESTED,

4

**DCA Final Order No. DCA00-OR-294**

THEN THE PETITION SHALL BE SUBMITTED IN ACCORDANCE WITH RULE 28-106.301, FLORIDA ADMINISTRATIVE CODE. IF A FORMAL HEARING IS REQUESTED, THEN THE PETITION SHALL BE SUBMITTED IN ACCORDANCE WITH RULE 28-106.201(2), FLORIDA ADMINISTRATIVE CODE.

A PERSON WHO HAS FILED A PETITION MAY REQUEST MEDIATION. A REQUEST FOR MEDIATION MUST INCLUDE THE INFORMATION REQUIRED BY RULE 28-106.402, FLORIDA ADMINISTRATIVE CODE. CHOOSING MEDIATION DOES NOT AFFECT THE RIGHT TO AN ADMINISTRATIVE HEARING.

**YOU WAIVE THE RIGHT TO AN INFORMAL ADMINISTRATIVE PROCEEDING OR A FORMAL HEARING IF YOU DO NOT FILE A PETITION WITH THE AGENCY CLERK WITHIN 21 DAYS OF PUBLICATION OF THIS FINAL ORDER.**

DCA Final Order No. DCA00-OR-294

CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that the original of the foregoing Final Order has been filed with the undersigned designated Agency Clerk, and that true and correct copies have been furnished to the persons listed below by the method indicated this _____ day of October, 2000.

Paula Ford, Agency Clerk

By U.S. Mail:

Honorable Shirley Freeman
Mayor of Monroe County
500 Whitehead Street
Key West, Florida 33040

Danny L. Kolhage
Clerk to the Board of County Commissioners
500 Whitehead Street
Key West, Florida 33040

Timothy J. McGarry, AICP
Director, Growth Management Division
2798 Overseas Highway, Suite 400
Marathon, Florida 33050

By Hand Delivery or Interagency Mail:

Michael McDaniel, Growth Management Administrator, DCA Tallahassee
Rebecca Jetton, DCA Florida Keys Field Office
Geoffrey T. Kirk, Assistant General Counsel, DCA Tallahassee

Filing # 59487817 E-Filed 07/25/2017 03:14:06 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA
CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

     Plaintiff,                   CASE NO.:

v.                            JUDGE:

MONROE COUNTY, a political subdivision
of the State of Florida
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

     Plaintiff Coral Hammock Rental, LLC, by and through undersigned counsel, states the following for its complaint against Defendant, Monroe County, a political subdivision of the State of Florida:

1. This is an action for declaratory judgment pursuant to Chapter 86, Florida Statutes.

2. Plaintiff is a Florida Limited Liability Company that has its principal address in Key West. Plaintiff owns residential property in the Coral Hammock community on Stock Island, Key West, Monroe County, Florida ("Coral Hammock").

3. Defendant Monroe County is a political subdivision of the State of Florida. The County is responsible for adopting, administering, and enforcing land development regulations for real property within Monroe County, Florida.

### JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to Fla. Stat. 26.012 and 86.011 to declare rights, statuses, and other legal and equitable relations between the parties.

5. Venue is appropriate in Monroe County pursuant to Fla. Stat. 47.011, as the cause of action and facts giving rise to this complaint occurred in Monroe County, the real property that is the subject of this litigation is located in Monroe County, and Defendant maintains its headquarters and principal place of business in Monroe County.

## FACTUAL BACKGROUND

6. Coral Hammock is a residential condominium community on Stock Island in Monroe County, Florida. The community is a controlled access, gated community with a homeowner's association that regulates and manages vacation rental uses of residences in the community.

7. Coral Hammock is designated as a Mixed-Use district pursuant to Monroe County zoning laws.

8. Plaintiff owns attached and detached units in Coral Hammock ("Owned Units"). The attached units are those units that do not have open yards on all sides of the dwellings (the "Attached Units").

9. Fla. Stat. 509.242(1)(c) defines "vacation rental" as any unit or group of units in a condominium … that is also a transient public lodging establishment but that is not a timeshare project."

10. Fla. Stat. 509.013(4)(a) defines "transient public lodging establishment" as "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests.".

2

11. The Owned Units are "vacation rentals" as that term is defined in Fla. Stat. 509.242(1)(c).

## Florida law preempts local prohibitions on vacation rentals

12. In 2011, the Florida Legislature preempted local prohibitions against vacation rentals, with the exception only of prohibitions that were adopted on or before June 1, 2011.

13. Fla. Stat. 509.032(7)(b) states:

> A local law, ordinance, or regulation may not prohibit vacation rentals or regulate the duration or frequency of rental of vacation rentals. This paragraph does not apply to any local law, ordinance, or regulation adopted on or before June 1, 2011.

14. Vacation rentals also come within the definition of "public lodging establishments" under Florida law. A "public lodging establishment" includes a "transient public lodging establishment," which means "any unit, group of units, dwelling, building, or group of buildings within a single complex of buildings which is rented to guests more than three times in a calendar year for periods of less than 30 days or 1 calendar month, whichever is less, or which is advertised or held out to the public as a place regularly rented to guests." Fla. Stat. 509.013(4)(a).

15. The "regulation of public lodging establishments . . . is preempted to the state," pursuant to Fla. Stat. 509.032(7)(a).

## Defendant has long permitted vacation rentals of attached dwelling units.

16. No local law, ordinance, or regulation of Monroe County adopted on or before June 1, 2011 prohibited vacation rentals.

17. In fact, for many years prior to and after June 1, 2011, Defendant interpreted and applied the local laws, ordinances, and regulations of Monroe County to allow owners

3

of attached dwelling units in Mixed-Use districts like Coral Hammock to use their homes as vacation rentals.

18. For instance, Monroe County's form titled "Request for a Special Vacation Rental Permit," dated 02/2009 (attached as "Exhibit 1"), states that unit owners or their agents are

> required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under the Monroe County Code." "Vacation rental means an **attached or detached dwelling unit** that is rented, leased or assigned for tenancies of less than 28 days duration.
> (emphasis added).

19. Page 2 of the same form states expressly that vacation rentals of attached dwelling units are allowed in Mixed Use districts:

> Vacation rental use of **any detached and attached dwelling** units that are not deed restricted as affordable house, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential – Limited (SR-L), Improved Subdivision – Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), **Mixed Use (MU)** & Maritime Industries (MI).

(emphasis added).

20. Defendant disseminated Exhibit 1 to the public.

21. Property owners, including Plaintiff, relied on Defendant' representation as to the permissibility of vacation rentals of attached dwelling units to plan their affairs and decide whether to purchase property in Monroe County.

**Defendant recently reinterpreted local law to prohibit vacation rentals**

22. Sometime after June 1, 2011, Defendant began to interpret existing local law, specifically Monroe County Code Section 130-88(a)(12), so as to prohibit vacation rentals of attached units in Coral Hammock and other Mixed Use districts.

4

23. Defendant' post-June 1, 2011 attempt to prohibit vacation rental of Plaintiff's Attached Units is pre-empted by and violates Fla. Stat. 509.032(7)(b).

24. Plaintiff learned about Defendant's prohibitory reinterpretation of local law after seeing pronouncements from the Senior Director of the Monroe County Planning & Environmental Resources Department, which unambiguously stated that vacation rental use of attached units in Mixed Use districts is prohibited. The most recent pronouncement of this kind that Plaintiff is aware of is attached hereto as "Exhibit 2."

25. The undersigned counsel has asked the Senior Director to reconsider Defendant's position and make clear that attached residential dwelling units are eligible to receive vacation rental permits and exemptions to the permit requirement, as provided by the Monroe County Code. No one has ever responded to that correspondence.

26. Defendant's current interpretation of local law to prohibit vacation rentals of attached units in Mixed Use is preempted by State law.

27. Plaintiff is entitled to a declaratory judgment that his attached dwelling unit in Coral Hammock is an eligible vacation rental dwelling.

## COUNT 1
### (Declaratory Judgment)

28. Plaintiff incorporates paragraphs 1 – 30 as if fully rewritten herein.

29. This is an action for declaratory relief pursuant to Chapter 86, Florida Statutes.

30. Plaintiff is a party whose legal rights are affected by the public representations and subsequent reinterpretation of local laws by Defendant.

31. The adverse interests of the parties to this action are sufficiently immediate and material to warrant declaratory judgment.

32. This declaratory relief is not advisory in nature. There exists a current dispute and controversy between Plaintiff and Defendant as to whether an attached dwelling unit in a Mixed Use district in Monroe County, Florida may be used as a vacation rental.

33. Prior to June 1, 2011, Defendant publically represented that owners of attached residential dwellings in Mixed Use districts are eligible to rent their dwellings to vacationers on a short-term basis.

34. After June 1, 2011, Defendant changed their position to prohibit vacation rentals of attached units.

35. Defendant' reinterpretation of local law to prohibit vacation rentals of attached dwellings is preempted by Fla. Stat. 509.032(7)(b).

36. Defendant has frustrated Plaintiff's legitimate expectations of being able to use the Attached Units as vacation rentals, thereby depriving Plaintiff of a valuable property right.

37. Plaintiff seeks a declaration that the prohibition by Defendant of vacation rentals in attached dwelling units in Mixed Use districts is preempted by Fla. Stat. 509.032(7)(b).

**WHEREFORE**, Plaintiff asks the Court for:

(A) A declaratory judgment that Fla. Stat. 509.032(7) (b) preempt the recent prohibition by Defendant against vacation rentals of attached dwelling units in Mixed Use districts;

(B) An award of Plaintiff's costs pursuant to Fla. Stat. 86.081 and 57.041, and its reasonable attorney fees; and

(C) Such other relief as the Court deems just and proper.

6

Respectfully submitted,

Joseph P. Thacker (Fla. Bar No. 271039)
THACKER MARTINSEK LPA
1415 Panther Ln, Ste 138
Naples, FL 34109
(239) 591-6685 – phone
(419) 931-6181 – fax
jthacker@trzlaw.com
*Counsel for Plaintiff*

STATE OF FLORIDA
COUNTY OF Collier

The foregoing instrument was acknowledged before me this 25 day of 7 , 2017,

by Joseph P. Thacker.

Henry Fountain

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

HENRY FOUNTAIN
Notary Public - State of Florida
Commission # FF 968179
My Comm. Expires Mar 6, 2020
Bonded through National Notary Assn

# APPLICATION
## MONROE COUNTY
### PLANNING & ENVIRONMENTAL RESOURCES DEPARTMENT



### Request for a Special Vacation Rental Permit (Initial)

Vacation Rental Application Fee: $493.00

Vacation rental means an attached or detached dwelling unit that is rented, leased or assigned for tenancies of less than 28 days duration. Vacation rental use does not include hotels, motels and RV spaces, which are specifically addressed in each Land Use District.

An owner or agent is required to obtain an annual special vacation rental permit for each dwelling unit prior to renting any dwelling unit as a vacation rental except as provided for under Monroe County Code. A special vacation rental permit is nontransferable between owners. A change of ownership of the vacation rental unit shall require the new owner or his agent to obtain a new vacation rental permit for the residential dwelling unit.

Date of Submittal: _____/_____/_____          Permit Application Number: _____
Month   Day   Year

**Property Owner:**

_____
Name

_____
Mailing Address (Street, City, State, Zip Code)

_____
Daytime Phone

_____
Email Address

**Vacation Rental Manager (required):**          **Agent (if applicable):**

_____          _____
Name / License Number                              Name

_____          _____
Mailing Address (Street, City, State, Zip Code)      Mailing Address (Street, City, State, Zip Code)

_____          _____
Daytime Phone                                      Daytime Phone

_____          _____
Email Address                                      Email Address

**Page 1 of 4**
**Last Revised 02/2009**

EXHIBIT
**1**

## APPLICATION

**Legal Description of Property:**
(If in metes and bounds, attach legal description on separate sheet)

| Block | Lot | Subdivision | Key (Island) |
|---|---|---|---|

| Real Estate (RE) Number | | Alternate Key Number | |
|---|---|---|---|

| Street Address (Street, City, State, Zip Code) | Approximate Mile Marker |
|---|---|

**Land Use District Designation:** _____

Vacation rental use of any detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Residential (UR), Sub Urban Residential (SR), Sub Urban Residential - Limited (SR-L), Improved Subdivision - Vacation Rental (IS-V), Destination Resort (DR), Commercial Fishing Special District 16 (CFSD-16), Mixed Use (MU) & Maritime Industries (MI)

Vacation rental use of non-conforming detached and attached dwelling units that are not deed restricted as affordable housing, employee housing or commercial apartments may be permitted in the following Land Use Districts: Urban Commercial (UC) & Sub Urban Commercial (SC)

Vacation rental use of a dwelling unit in existence as of January 1, 2000 may be permitted in the following Land Use District: Offshore Island (OS)

**All of the following must be submitted in order to have a complete application submittal:**
(Please check as you attach each required item to the application)

☐ **Complete vacation rental application** (unaltered and unbound);

☐ **Correct fee** (check or money order to Monroe County Planning & Environmental Resources);

☐ **Proof of ownership** (i.e. Warranty Deed);

☐ **Current Property Record Card(s) from the Monroe County Property Appraiser;**

☐ **Photograph(s) of dwelling unit from adjacent roadway(s);**

☐ **Floor plan of dwelling unit** (showing the gross square footage of the dwelling unit, building layout and types of rooms);

☐ **Site Plan** (drawn to scale and including all property lines and mean high-water lines, structures, drives, adjacent roadways, parking spaces and buffer-yards);

☐ **Valid Monroe County Occupational License;**

☐ **Approved Florida Department of Health or Florida Department of Environmental Protection inspection or certification of the adequacy of the sewage disposal system for use as a vacation rental unit;**

☐ **Valid and current Florida Department of Revenue sales tax identification number under Florida Statutes, Chapter 212 (Florida Tax and Revenue Act);**

☐ **Valid and current permit, license or approval under Florida Statutes, Chapter Ch. 509 (Public Lodging Establishments);**

☐ **Copy of valid Special Vacation Rental Manager License Application;**

# County of Monroe



**Planning & Environmental Resources Department**
2798 Overseas Highway, Suite 410
Marathon, FL 33050
Voice:   (305) 289-2500
FAX:     (305) 289-2536

**Board of County Commissioners**
Mayor George Neugent, Dist. 2
Mayor Pro Tem, David Rice, Dist. 4
Heather Carruthers, Dist. 3
Danny L. Kolhage, Dist. 1
Sylvia J. Murphy, Dist. 5

June 9, 2017

Mr. Robert L. Clark
10510 Moxley Rd.
Damascus, MD 20872

**Subject:**     **Request for an Exemption to a Special Vacation Rental Permit (VRE 17-14)**
4 Coral Way, Stock Island, Mile Marker 5, Real Estate number 00124100-000141

Dear Mr. Clark:

The Planning & Environmental Resources Department is in receipt of your application for an Exemption to a Special Vacation Rental Permit. The application is for an exemption pursuant to Section 134-1(b)(1) of the Monroe County Land Development Code (LDC) for properties in which the dwelling unit is located within a controlled access, gated community with a homeowner's or property owner's association that expressly regulates or manages vacation rental uses. Upon review of your application, I must inform you that the Department is unable to approve the application at this time for the following reason:

1.   Pursuant to LDC Section 130-88(a)(12), "Vacation rental use of ***detached*** dwelling units is permitted if a special vacation rental permit is obtained under the regulations established in [LDC] Section 134-1." [emphasis added]. Pursuant to LDC Section 101-1, "*Dwelling, attached*," means a dwelling unit developed without open yards on all sides of the dwelling unit. The subject property is an attached dwelling unit, contiguous to two other attached units with RE # 00124100-000142 (6 Coral Way) and 00124100-000143 (8 Coral Way), and therefore does not qualify for vacation rental use.

You may appeal any decision, determination or interpretation made in this letter pursuant to LDC Section 102-185. A notice of appeal must be filed with the County Administrator, 1100 Simonton Street, Gato Building, Key West, FL 33040, within 30 calendar days from the date of this letter. In addition, please submit a copy of your notice of appeal to the Planning Commission Coordinator, Monroe County Planning and Environmental Resources Department, 2798 Overseas Highway, Suite 410, Marathon, Florida 33050.

If you have any questions or if we may be of further assistance, please feel free to contact the Department's office at (305) 289-2500.

Respectfully,

Mayte Santamaria, Senior Director of Planning & Environmental Resources

**EXHIBIT**
**2**

Filing # 59487817 E-Filed 07/25/2017 03:14:06 PM

## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA
### CIRCUIT CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

      Plaintiff,

CASE NO.: 17 CA 588 K

v.

JUDGE:

MONROE COUNTY, a political subdivision
of the State of Florida
_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or
petition in this action on defendant

               MONROE COUNTY
               c/o George Neugent
               Mayor, Board of County Commissioners
               25 Ships Way
               Big Pine Key, FL 33043

      Each defendant is required to serve written defenses to the complaint or petition on
Joseph P. Thacker, plaintiff's attorney, whose address is 1415 Panther Ln, Ste 138, Naples, FL
34109, within 20 days after service of this summons on that defendant, exclusive of the day of
service, and to file the original of the defenses with the clerk of this court either before service on
plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be
entered against that defendant for the relief demanded in the complaint or petition.

DATED: August 17, 2017

KEVIN MADOK
As Clerk of the Court

By _____
As Deputy Clerk

## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT FOR MONROE COUNTY, FLORIDA
### CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

      Plaintiff,                 CASE NO.: CA-K-17-588

v.                             JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

      Defendant.
_____/

### AGREED ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT INSTANTER TO ADD PARTIES AND CLAIMS

This cause came to be heard on the unopposed motion of Plaintiff/Counter -

Defendant Coral Hammock Rental, LLC, to file a Second Amended Complaint Instanter to

add Parties and Claims. For good cause shown, the motion is hereby granted.

It is therefore **ORDERED** that Plaintiff/Counter-Defendant Coral Hammock

Rental, LLC, Second Amended Complaint that was filed with *the Motion to File Second*

*Amended Complaint Instanter to Add Parties and Claims* is hereby deemed filed and

served as of the date of this order.

**DONE AND ORDERED** in Chambers at Key West, Monroe County, Florida, this

30th day of Aug. 2019.

                                    BONNIE J HELMS
                                    Circuit Judge

Copies: all counsel of record

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA
CIVIL DIVISION**

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

       Plaintiff,

       CASE NO.: CA-K-l7-588

v.

       JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

       Defendant.

_____/

## ORDER

This cause having come before the Court on the Verified Motion for Admission to Appear

Pro Hac Vice of Lucas Blower. The Court, being otherwise fully advised of the premises, grants

the motion. Lucas Blower, who is licensed to practice law in the State of Ohio, is permitted to

appear *pro hac* vice in the above-captioned case, provided he continues to be associated with

local counsel of record (currently Joseph P. Thacker (Fla. Bar No 271039)).

**DONE AND ORDERED** in Chambers at Key West, Florida this 14 day of March, 2019.

BONNIE J. HELMS
Circuit Judge

Joseph P. Thacker, Esg.
Derek V. Howard, Esg.
Lucas M. Blower, Esg.

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA**
**CIVIL DIVISION**

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

      Plaintiff,                          CASE NO.: CA-K-l7-588

v.                                    JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

      Defendant.

_____/

### ORDER

    This cause having come before the Court on the Motion by Nathan Oswald to Withdraw as Counsel of Record for Plaintiff Coral Hammock Rental, LLC. The Court, being otherwise fully advised of the premises, grants the motion. Nathan Oswald is granted leave and is withdrawn as counsel for Plaintiff Coral Hammock Rental, LLC in the above-captioned matter.

    **DONE AND ORDERED** in Chambers at Key West, Florida this 3̶1̶s̶t̶ day of July, 2018.

BONNIE J. HELMS
Circuit Judge

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR
MONROE COUNTY, FLORIDA
CIVIL DIVISION**

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

       Plaintiff,           CASE NO.: CA-K-17-588

v.                       JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

       Defendant.

_____/

### AGREED ORDER GRANTING PLAINTIFF'S MOTION TO FILE
### FIRST AMENDED COMPLAINT

This matter came before the court on the motion of Plaintiff, Coral Hammock Rental,

LLC, for leave to file a first amended complaint. The court, having been informed of the

agreement of the parties to the entry of this order, and being otherwise fully informed,

**ORDERS**:

1. The Court grants Plaintiff's motion. The Amended Complaint that was filed with

   *Plaintiff's Motion for Leave to File First Amended Complaint* Instanter is hereby

   deemed as having been filed with leave of Court.

2. Defendant Monroe County shall file and serve its response to Plaintiff's First

   Amended Complaint within thirty days of the date of this order.

**IT IS SO ORDERED**.

June 26, 2018
Date

Copies: all counsel of record

BONNIE J HELMS
CIRCUIT JUDGE

**IN THE SIXTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA,
IN AND FOR MONROE COUNTY**

CORAL HAMMOCK RENTAL, LLC, a
Florida limited liability company,

       Plaintiff.

v.

MONROE COUNTY, a political
Subdivision of the State of Florida,

       Defendant.

_____/

Case No.: CA-K-17-588
Judge Bonnie J. Helms

FILED FOR RECORD
2018 MAY 10 AM 11: 57
CLK. CIR. CT.
MONROE COUNTY. FLA

<u>**ORDER**</u>

    This cause having come before the Court on the Verified Motion for Admission to Appear Pro Hac Vice of Nathan Oswald. The Court, being otherwise fully advised of the premises, grants the motion.  Nathan Oswald, who is licensed to practice law in the State of Ohio, is permitted to appear *pro hac vice* in the above-captioned case, provided he continues to be associated with local counsel of record (currently Joseph P. Thacker (Fla. Bar No. 271039)).

    **DONE AND ORDERED** in Chambers at Key West, Florida this _____9____ day of May, 2018.

                                                  _____
                                         BONNIE J. HELMS
                                         Circuit Judge

# IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA
## CIVIL DIVISION

CORAL HAMMOCK RENTAL, LLC, a
Florida Limited Liability Company

      Plaintiff,                       CASE NO.: CA-K-17-588

v.                              JUDGE BONNIE J HELMS

MONROE COUNTY, a political subdivision
of the State of Florida

      Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

This cause came to be heard on the unopposed motion of Plaintiff, Coral Hammock Rental, LLC, for an extension of time to file a responsive pleading to the Counterclaim of Defendant, Monroe County, Florida. For good cause shown, the motion is hereby granted.

It is therefore **ORDERED** that Plaintiff is granted an extension of time, up to and including November 17, 2017, to file a responsive pleading to the Counterclaim of Defendant, Monroe County, Florida. **DONE AND ORDERED** in Chambers at Key West, Monroe County, Florida, this _1st_ day of _November_, 2017.

JUDGE BONNIE J. HELMS

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR MONROE COUNTY

CORAL HAMMOCK RENTALS, LLC, a
Florida Limited liability company,

    Case No.: CA-K-17-588
    Hon. Luis Garcia

       Plaintiff,

v.

MONROE COUNTY, a political
subdivision of the State of Florida,

       Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE RESPONSE

THIS CAUSE came before the Court upon Defendant's Motion for extension of time to

file a responsive pleading. The Court has reviewed the file and Defendant's motion. It is

thereupon

**ORDERED AND ADJUDGED:**

That Defendant is hereby granted an extension, to October 10, 2017.

**DONE AND ORDERED** in Chambers at Key West, Monroe County, Florida,
this _32_ day of ____Oct____, 2017.

                                                HON. BONNIE J HELMS

Copies to:
Derek V. Howard, Esq.
Howard-Derek@monroecounty-fl.gov
Dastugue-Laurie@monroecounty-fl.gov

Joseph P. Thacker, Esq.
Jthacker@trzlaw.com

IN THE CIRCUIT COURT OF THE 16TH
JUDICIAL CIRCUIT OF THE STATE OF
FLORIDA IN AND FOR MONROE COUNTY

CASE NO:  17-CA-588-K

CORAL HAMMOCK RENTAL, LLC, a
Florida limited liability company,

      Plaintiff

vs.

MONROE COUNTY, a political
Subdivision of the State of
Florida,

      Defendant

_____/

## ORDER OF DISQUALIFICATION

I, Timothy J. Koenig, Circuit Judge of the Sixteenth Judicial Circuit of the State of

Florida, do hereby certify that I am disqualified to sit and act as judge in this case.  It is

therefore,

ORDERED AND ADJUDGED that I am disqualified to sit as judge in this case.

DONE AND ORDERED at Key West, Monroe County, Florida, this _17_ day of

August, 2017.

_____
TIMOTHY J. KOENIG
CIRCUIT JUDGE

cc:    Chief Judge
      Joseph P. Thacker, Esq.    jthacker@trzlaw.com

IN THE CIRCUIT COURT OF THE 16TH
JUDICIAL CIRCUIT OF THE STATE OF
FLORIDA IN AND FOR MONROE COUNTY

CASE NO:  17-CA-588-K

CORAL HAMMOCK RENTAL, LLC,
a Florida Limited Liability Company,

      Plaintiff,

vs.

MONROE COUNTY, a political subdivision
of the State of Florida,

      Defendant.

_____/

## ORDER OF DISQUALIFICATION

    I, Timothy J. Koenig, Circuit Judge of the Sixteenth Judicial Circuit of the State of

Florida, do hereby certify that I am disqualified to sit and act as judge in this case.  It is

therefore,

    ORDERED AND ADJUDGED that I am disqualified to sit as judge in this case.

    DONE AND ORDERED at Key West, Monroe County, Florida, this 3rd day of

August, 2017.

TIMOTHY J. KOENIG
CIRCUIT JUDGE

cc:   Chief Judge

Joseph P. Thacker, Esq.
1415 Panther Lane
Suite 138
Naples, FL 34109